28

POOR QUALITY ORIGINAL



# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

Kimberly Smith

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

Danielle Robertson

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:24-cv-12213
Assigned To : Murphy, Stephen J., III
Referral Judge: Grand, David R.
Assign. Date : 8/23/2024
Description: CMP Kimberly Smith v. Danielle Robertson (JH)

Jury Trial: ☐ Yes ☒ No
*(check one)*

# Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kimberly Smith |
| Street Address | 13745 Thornton St. |
| City and County | Detroit Wayne County |
| State and Zip Code | Michigan, 48227 |
| Telephone Number | (313)982- 2844 |
| E-mail Address | kimmieluvme729@icloud.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Danielle Robertson |
| Job or Title (if known) | YouTube Content Creator |
| Street Address | 8. The Green STE A |
| City and County | Dover, Kent County |
| State and Zip Code | Delaware, 19901 |
| Telephone Number | (860) 864- 0028 |
| E-mail Address (if known) | danimonta2022@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Claim 1: Copyright Infringement and Unauthorized Alteration
On or around 8/12/24 Defendant Danielle Robertson also known as Dani Montana Used and Altered my Copyrighted photos without my permission or Authorization. The photos in question depicting (1) My Content on YouTube, and Tiktok was created by me on or around May 19, 2024, Me in nightly wear, and also My Creative works on YouTube (videos).

Defendant Danielle Robertson unlawfully manipulated my photograph by attaching my image to the body of a raccoon. Side by side image of me beside an Owl, and Side by Side an raccoon. Still shots of several of my videos.and reproduced, distributed,and/or displayed these altered versions on their website, and YouTube Channel without my consent. This unauthorized use an alteration of my photographs constitutes copyright infringement under17 U.S.C€501, as well a violation of my moral rights as the original creator.
The unauthorized od my work has caused harm to my reputation as an YouTuber, and artist, and the use of my image in this manner has resulted in emotional distress,lost of control over the integrity of my work, and potential dilution of the value of photograph, and YouTube channel. I seek damages for the infringement including statutory damages, as well as an injunction to prevent further unauthorized use and alterations of my photos.

Claim 2: Invasion of Privacy and Defamation

On or around 8-12-24 the Defendant Danielle Robertson also known as Dani Montana willfully and maliciously invaded my privacy by publicly disclosing my personal and sensitive information without my consent. This information included my home address, and details of my housing situation, all which were posted on YouTube to her 11,000 subscribers + by the Defendant.
Additionally, the Defendant urged viewers to call the IRS, The Department Of Agriculture, The Detroit Housing Commission and The Inspector General on me, falsely accused me of having a felony by posting my mugshots on line,and publicly disclosed untrue and defamatory statements regarding my criminal record. Defendant also obtained information about my traffic tickets by making unauthorized inquiries, further invading my privacy. These actions have caused significant harm to my reputation, emotional distress, and hsve jeopardized my safety. The public dissemination of my private information and the spread of false statements about my criminal record constitutes an egregious violation of my right to privacy and have defamed my character.
I seek compensatory snd punitive damages for the invasion of privacy and defamation, including but not limited to, emotional distress, harm to my reputation, and the cost with safeguarding my personal information.
Additionally, I request an injunction to prevent Defendant from further disseminating any of my personal information or making defamatory statements about me.

2ND PRECINCT
13530 LESURE
DETROIT, MICHIGAN 48227
(313) 596-5200
~~(313) 596-5240~~ DETECTIVES
DV Advocate / PPO: Ms. Maya (313) 596-5296
(Mon – Weds 9am – 3pm ...)

DATE 8-14-2024

REPORT# 2408140227

(NAME OF OFFICER TAKING REPORT)

IF YOU NEED TO OBTAIN A CO... WILL BE AVAILABLE AFTER FIVE (5) BUSINESS DA...
AT OUR RECORDS AND IDENT... DEPARTMENT LOCATED AT:

3RD PRECINCT / RECORDS ... TELEPHONE CRIME REPORTING
2875 W. GRAND BLVD, DETR... NON-EMERGENCIES
(313) 596 - 1909 ... (313) 267-4600
... Hours / ... Days
Mon, Tues, Thurs, & Fri 8AM ...
Extended hours - WEDS ONLY ...
(PUBLIC VEHICLES, PAY TOW ... CASH ONLY) ... IN DESK
LICENSING, CLEARANCES, CO... REPORTS (E...)

*ACCIDENT REPORTS WILL BE AVAILABLE FOR PURCHASE AFTER TEN (10) DAYS IN PERSON OR ONLINE
policereports.lexisnexis.com

TOW INFORMATION ON BACK

Plantiff
MY Police Report #

**DANI MONTANA**

5 days ago

**I forgot all about that hot mess purple lingerie video, lol.**











2 / 4

Thank you for your submission. Your submission ID# is HL-25573
The U.S. Department of Agriculture (USDA) has received your message.
We will review it and take appropriate action.






**Whistleblower Protection**

**Report Fraud**

You can confidentially or

4 / 4

IRS

Help | News | English | Charities & N

File Pay Refunds Credits & Deductions Forms & Instructions Search

# Form 3949-A Information Referral

1 Individual — 2 Business — 3 Violation — 4 Personal — 5 Attachments — 6 Summary

Thank you for your submission.

The reference number assigned to this referral is **F3949A9CEF4682**.

There is no need to mail a copy or submit the referral via mail. Doing so could cause a delay in processing your referral. If you could not upload large files or you have physical items to support the referral, please be sure to include the reference number above and mail it to:

Internal Revenue Service
ATTN: F3949A9CEF4682
PO BOX 3801
Ogden, UT 84409

We will not provide a status update on this case, if you provided contact information, we may contact you if additional information is needed. When submitting additional information, use the reference number provided.

1:01

Home Videos Live **Posts**

2 weeks ago

I hope Timmy Tucket Jackson is reporting her income to Section 8, Social Security and SNAP. Also, that she's not doing antything illegal with the IRS. Social Security and Snap need to request her IRS filings and Google 1099. Furthermore, reporting grown-ups living with you and possibly working. (Hit dat slide to see all four pics). Next up is anty income based utility programs she might be enrolled in.

1/4

Social Security

Office of the Inspector General: Report Fraud, Waste, or Abuse Form

Thank you for your report. Tips are incredibly valuable, and we appreciate your efforts to help combat fraud, waste, and abuse within SSA programs and operations. SSA OIG will carefully evaluate your allegation and take appropriate action. We may contact you for follow up questions if you provided your personal information. However, we will not respond to any inquiries about action taken on your allegation

We encourage you to stay up to date on the latest SSA OIG news and scam alerts by following on Facebook, Twitter, and LinkedIn, or subscribing to receive email alerts.

169 51

Home Shorts + Subscriptions You

2018205957 • NOTICE • 06/21/2018 03:53 PM

Visited

| Liber/Page (4) | Grantor | Grantee | Legal/Notes (2) |
| --- | --- | --- | --- |
| L: 64473 P: 103<br>L: 64473 P: 104<br>L: 64473 P: 106<br>L: 64473 P: 106 | [redacted] | HUD | [redacted]<br>Liber: 61 Page: 6 Subd: PAVEDWAY Lot: |

207047273 • NOTICE • 01/31/2007 04:29 PM

Visited

| Liber/Page (4) | Grantor | Grantee | Legal/Notes (2) |
| --- | --- | --- | --- |
| L: 45913 P: 2292<br>L: 45913 P: 2293<br>L: 45913 P: 2294<br>L: 45913 P: 2296 | DETROIT HOUSING COMMISSION | XXX | 13746 THORNTON<br>Liber: 61 Page: 6 Subd: PAVEDWAY Lot: |

206425883 • QUIT CLAIM DEED • 08/31/2006 09:00 AM

Visited

| Liber/Page (2) | Grantor | Grantee | Legal/Notes (2) |
| --- | --- | --- | --- |
| L: 46222 P: 622<br>L: 46222 P: 623 | CITY OF DETROIT | DETROIT HOSUING COMMISSION | 13746 THORNTON<br>Liber: 61 Page: 6 Subd: PAVEDWAY Lot: |

12:57

DANI MONTA...

Home Videos Live **Posts**

**DANI MONTANA**

3 days ago

**Whew Chile!**

**Detroit Housing Commission**
Attention: Compliance Office
1301 E Jefferson Ave
Detroit, MI 48207

Dear Compliance Office,

I am writing to bring to your attention several serious concerns regarding a resident under y
48227. These concerns may represent violations of Detroit Housing Commission and HUD re

Ms. Smith operates a YouTube channel under the name "Real Talk with Kimmie Luv," which i:
conducted for financial gain through CashApp, PayPal, memberships, and other revenue stre
constituting fraud.

Furthermore, Ms. Smith has grown children and grandchildren residing in the home with he
that any individuals moving in or out of the residence be reported promptly, a requirement
changes in household composition be reported within 10 business days, and failure to do sc

Additionally, Ms. Smith has a history of anger issues, as evidenced by her felonious arrest an
out a gun on a neighbor. Despite the seriousness of this incident, which directly violates the
attached a copy of the police report related to this incident for your reference.

Given that the property's deed is under the Detroit Housing Commission and the City of De
unreported activities, and failure to report household changes undermine the integrity of th

Thank you for your prompt attention to this matter. I trust that you will investigate these iss

189 46



220 Tragic Mom...
P Continue watching

Home Shorts Subscriptions You



**o Information**



Mugshot

(Image Viewer)
(Full-Sized Image)



Profile
Left Profile
(Image Viewer)
(Full-Sized Image)



Profile
Right Profile
(Image Viewer)
(Full-Sized Image



## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

1. Compensation for harm to my reputation caused by the false statements regarding my criminal record (I do not have a felony)

•Invasion of Privacy: Compensation forthe Emotional distress and potential safety risks caused by the defendant publicly sharing my home address on YouTube

Harassment • Compensation for the distress caused by the defendant encouraging others to contact various Government Agencies (The IRS, The Detroit Housing Commission, Department of Agriculture, and the Social Security Administration based on false or misleading

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08-22-24, 20____.

Signature of Plaintiff [signature]

Printed Name of Plaintiff Kimberly Smith.

Information.

2. Punitive Damages:
•I request punitive damages to penalize the defendant for the intentional and malicious nature of her actions. This is especially relevant given the extent of the false accusations and deliberate sharing of my information to incite harm against me.

Injunctive Relief •I request an court order to immediately remove any post,videos, or other content about me that includes my photos,address, or fslse information about me from the Defendants YouTube channel, or any other platforms where they have been shared.
I request that the defendant be prohibited from further sharing any private about me or making further false statements about me.

# Copyright Infringement Notification Confirmation

Thank you for submitting a copyright takedown request. Your request will be reviewed to make sure it's valid and includes all required elements.

In your request, you have asked that we remove the videos and prevent any copies from being uploaded in the future. We'll reply to this email when we've taken action on your request.

To check the status of your takedown request, go to the 'Removal requests' tab in YouTube Studio's Copyright page. From here, you can also turn off the "Prevent copies" feature. This is the feature that makes best efforts to prevent copies of the videos you asked us to remove from being reuploaded to YouTube.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Keep in mind that this feature should only be selected when you have exclusive worldwide rights to the content specified in your takedown request.

Here is the information you gave us:

- Copyright Owner Name (Company Name if applicable): Kimberly Smith
- Your Full Legal Name (Aliases, usernames or initials not accepted): Kimberly Smith
- Your Title or Job Position (What is your authority to make this complaint?): SELF
- Address:
  - 13745 Thornton St.
  - Detroit, Michigan 48227
  - US
- Username: Kimberly Smith
- Email Address: kimberlyesmith313@gmail.com
- Phone: (313) 982-2844

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=HrFCsS_8L7k
- Describe the work allegedly infringed: Other

- Country where copyright applies: US
- I state UNDER PENALTY OF PERJURY that:
    - I am the owner, or an agent authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.
    - I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
    - This notification is accurate.
    - I acknowledge that under Section 512(f) of the DMCA any person who knowingly materially misrepresents that material or activity is infringing may be subject to liability for damages.
    - I understand that abuse of this tool will result in termination of my YouTube channel.
- Authorized Signature: Kimberly Smith

\- The YouTube Team



**Kimberly Smith**

to YouTube

10 days ago Details

The title of my copyrighted work is "What's up"https://www.youtube.com/watch?v=j9NhFPx56S8&t=12s (00:05:55)

On this video is where she took still shots of my Original Work, and Original Content that belongs to me

It is My Original work, creativity, and my face that i DID NOT give permission to be used, or redistribute

My Video was Authored May 29, 2024 By Me Kimberly Smith

The Timestamps of the clips from my video that i see in her video are 00:00:01-00:00:12 and also at 00:00:13-00:00:17 and 00:00:18 - 00:00:29

I would like for My content to be removed immediately.

- URL of allegedly infringing video to be removed: https://www.youtube.com/watch?v=HrFCsS_8L7k
- Describe the work allegedly infringed: Other
    - Title of copyrighted work: This person is using my images, and attaching them on animal images to insult, bully, and harass me .I want her to stop. I need to serve this person legal paperwork and need YouTubes help.HER NAME
    - Type of copyrighted work: My personal images
    - Additional information: It is my personal images that i would NEVER give her permission to use. This person is behind an avatar harassing, doxxing, and humiliating other YouTube Content Creators. Please help
    - Where does the content appear? Entire video

YouTube

Hi Kimberly Smith,

Thank you for your response. We've reviewed it and provided updates below.

# Request resolved

The content listed below has been removed.

**Videos in question:**

https://www.youtube.com/watch?v=HrFCsS_8L7k

We use a combination of automated systems and human reviews to process removal requests.

v=HrFCsS_8L7k

Display name of uploader: DANI MONTANA

I am submitting this counter notification regarding the removal of my content, which I strongly believe adheres to fair use principles as defined by copyright law. Fair Use Transformation: Significant Transformation: The content in question has been altered to the extent that the original material is no longer recognizable. I have made it entirely my own, transforming it into a new and distinct work of art. Minimal Use and Distortion: A small portion of the original image was utilized, and it has been completely distorted, rendering it unrecognizable. This significant alteration is key to the transformative nature of the content. Original Editing and Creative Elements: I have introduced my own editing, colors, audio, visuals, music, and background elements. These additions ensure that the content is not a mere reproduction but a unique creation. Commentary and Creativity: I have added my original commentary to describe the images, offering context and creative insights that further transform the content. This commentary is integral to the overall creative process. Compliance with

creation. Commentary and Creativity: I have added my original commentary to describe the images, offering context and creative insights that further transform the content. This commentary is integral to the overall creative process. Compliance with Fair Use: Majority Original Content: It is important to note that the majority of the content is my own original work, which does not belong to anyone else. This further solidifies the fair use compliance of the material. Prepared to Defend: I am fully prepared to defend the fair use nature of this content, as it clearly follows the laws that permit such transformative and original works. In light of these points, I respectfully request that my content be reinstated on your platform. I am confident that it fully complies with fair use guidelines.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Danielle Robertson

Danielle Robertson
Danielle Robertson 8 The Green, STE A
Dover, DELAWARE 19901
United States

danimontana2022@gmail.com

(860) 864-0028

JS 44 (Rev. 02/19) County in which action arose: ____

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Kimberly Smith

(b) County of Residence of First Listed Plaintiff: Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS

Danielle Robertson

County of Residence of First Listed Defendant: Kent
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [X] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

Other:
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [X] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):* JUDGE ____ DOCKET NUMBER ____

DATE 8/23/24 SIGNATURE OF ATTORNEY OF RECORD [signature]

FOR OFFICE USE ONLY

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

# PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)

☐ Yes
☒ No

If yes, give the following information:

Court: ______________________________

Case No.: ______________________________

Judge: ______________________________

Notes :