UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH,

    Plaintiff,

v.

DANIELLE ROBERTSON,

    Defendant.

Case No. 24-12213
Honorable Laurie J. Michelson

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S OMNIBUS MOTION [20]**

In an omnibus motion filed on May 28, 2025, Defendant asks the Court to dismiss this lawsuit for numerous reasons. (ECF No. 20.) Among those is her contention that she has not been properly served. In an order entered this week, on September 30, 2025, the Court found that Plaintiff failed to show she has effectuated service on Defendant and thus denied Plaintiff's motion for default judgment, ordered that the clerk's entry of default be set aside, and extended Plaintiff's time to serve Defendant until November 10, 2025. (ECF No. 28.) In light of that ruling, the Court GRANTS IN PART and DENIES IN PART Defendant's omnibus motion as follows:

The Court GRANTS Defendant's motion to the extent she asserts she was improperly served and seeks to set aside the clerk's entry of default. The Court DENIES WITHOUT PREJUDICE the other aspects of Defendant's motion requesting substantive relief. If and when Defendant is properly served, or affirmatively represents to the Court that she is waiving proper service (given that

she clearly has notice of the lawsuit), she will have an opportunity to respond to the complaint accordingly.

SO ORDERED.

Dated: October 2, 2025

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE