UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH,

    Plaintiff,

v.

DANIELLE ROBERTSON,

    Defendant.

Case No. 24-12213
Honorable Laurie J. Michelson

---

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [40]

---

On April 14, 2026, the Court conducted a hearing on Plaintiff Kimberly Smith's Motion for Default Judgment (ECF No. 40). For the reasons stated more fully on the record in the Court's oral ruling, the motion is GRANTED IN PART and DENIED IN PART as follows: for the damages suffered by Smith as a result of the defamation/invasion of privacy alleged in the complaint, a default judgment in the amount of $10,000 will be entered against Defendant Danielle Robertson.

IT IS SO ORDERED.

Dated: April 15, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE