UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH,

    Plaintiff,

v.

DANIELLE ROBERTSON,

    Defendant.

Case No. 24-12213
Honorable Laurie J. Michelson

## JUDGMENT

In accordance with the order entered today (ECF No. 62), and the entry of default against Defendant Danielle Robertson (ECF No. 39), Judgment is entered in favor of Plaintiff Kimberly Smith and against Defendant Danielle Robertson for money damages in the amount of $10,000.00.

Dated this 15th day of April 2026 in Detroit, Michigan.

KINIKIA ESSIX
CLERK OF THE COURT

By: s/Tina Damoah
DEPUTY COURT CLERK

APPROVED:

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: April 15, 2026