UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH,

    Plaintiff,

v.

DANIELLE ROBERTSON,

    Defendant.

Case No. 24-12213
Honorable Laurie J. Michelson

---

**ORDER STRIKING PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR RELIEF FROM JUDGMENT [76]**

---

A default was entered against Defendant Danielle Robertson for failing to timely respond to the complaint. (ECF No. 39.) The Court subsequently entered a limited default judgment in favor of Plaintiff Kimberly Smith. (ECF No. 63.)

Robertson then filed a motion for relief from judgment (ECF No. 73), which the Court struck for violating this District's Local Rules (ECF No. 74). Robertson thereafter filed a "corrected" motion for relief from judgment (ECF No. 75), to which Smith has now filed a response (ECF No. 76).

Smith's response, however, likewise fails to conform to the requirements of this District's Local Rule 5.1, especially in terms of spacing and font size. The Court has previously allowed such non-conforming briefs. But these *pro se* litigants have been involved in this case long enough that they should be complying with the relevant rules. *See, e.g.*, *In re Edwards*, 748 F. App'x 695, 700 (6th Cir. 2019) ("Although courts must construe liberally the contents of a pro se complaint, the drafting of which

'presupposes some degree of legal training,' it does not follow that courts must excuse a pro se plaintiff's failure to comply with straightforward rules for which no legal training is required.") (citation omitted); *Maceachern v. Quicken Loans, Inc.*, No. 17-1005, 2017 U.S. App. LEXIS 20410, at *18 (6th Cir. Oct. 17, 2017) ("Despite [plaintiff's] pro se status, he was still required to comply with the local and federal rules of court.") (citation omitted).

Thus, the response is hereby STRICKEN.

IT IS SO ORDERED.

Dated: April 27, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

2