UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH,

    Plaintiff,

v.

DANIELLE ROBERTSON,

    Defendant.

Case No. 24-12213
Honorable Laurie J. Michelson

---

**ORDER DISMISSING AS MOOT DEFENDANT'S
MOTION TO QUASH SUBPOENA [83]**

---

After entry of a default judgment, Defendant Danielle Robertson has filed numerous motions. (*See, e.g.*, ECF Nos. 67 (motion to stay enforcement), 75 (motion for relief from judgment), 79 (motion to alter or amend judgment), 82 (motion to vacate or reduce damages).) Her latest motion seeks to quash a subpoena Plaintiff Kimberly Smith issued to Google, a non-party to the case, pertaining to an effort to collect on the judgment. (*See* ECF No. 83.)

Pursuant to ECF No. 70 and the automatic stay of Federal Rule of Civil Procedure 62, Robertson's motion to quash subpoena (ECF No. 83) is DISMISSED AS MOOT. Should this issue resurface, the parties are advised that (1) the Court will expect full compliance with the requirements of Federal Rule of Civil Procedure 45 for the issuance of any non-party subpoenas; and (2) the parties are unlikely to have standing to quash subpoenas directed to non-parties. *See Langford v. Chrysler Motors Corp.*, 513 F.2d 1121, 1126 (2d Cir. 1975) ("[I]n the absence of a claim of privilege a

party usually does not have standing to object to a subpoena directed to a non-party witness."); *see also Mann v. Univ. of Cincinnati*, Nos. 95-3195; 95-3292, 1997 WL 280188, at *4 (6th Cir. May 27, 1997).

IT IS SO ORDERED.

Dated: May 7, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

2