UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH.,

        Plaintiff,

vs.

DANIELLE ROBERTSON.,

        Defendant,

Case No.24-cv-12213
Honorable Laurie J. Michelson
Magistrate Kimberly G. Altman

**DEFENDANT'S AMENDED NOTICE OF APPEAL**

## DEFENDANT'S AMENDED NOTICE OF APPEAL

Defendant Danielle Robertson, preserving all defenses, hereby files this Amended Notice of Appeal to the United States Court of Appeals for the Sixth Circuit.

Defendant appeals from the Default Judgment entered on April 15, 2026, ECF No. 63, and from the Court's May 1, 2026 Order Denying Defendant's Motion for Relief from Judgment and Motion to Alter/Amend Judgment, ECF No. 81.

Defendant also appeals from all prior, interlocutory, related, and merged orders and rulings reviewable on appeal, including but not limited to rulings related to default, sufficiency of service, subject matter and personal jurisdiction, damages, and post-judgment relief.

Defendant further notes that a separate post-judgment motion related to damages remains pending before this Court. Defendant reserves the right to file a further amended notice of appeal, if necessary, after the Court rules on that pending motion.

This Amended Notice of Appeal is filed to preserve appellate review of the May 1, 2026 Order, the April 15, 2026 Default Judgment, and all reviewable related rulings.

Respectfully submitted,

Dated: May 13, 2026

Danielle Robertson, Pro Se

*Danielle Robertson*

4539 N 22ND ST
PHOENIX, AZ 85016-4639
DaniRobertson@proton.me

## CERTIFICATE OF SERVICE

I certify that on May 13, 2026, I served a copy of the foregoing document on Plaintiff Kimberly Smith through the Court's electronic filing system