UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Kimberly Smith [E−filer],

Plaintiff(s),

v.

Danielle Robertson,

Defendant(s).

Case No. 2:24−cv−12213−LJM−KGA
Hon. Laurie J. Michelson

---

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

United States Court of Appeals for the Sixth Circuit
Potter Stewart U.S. Courthouse
100 East Fifth Street, Fifth Floor
Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on May 13, 2026.


KINIKIA D. ESSIX, CLERK OF COURT


By: s/ S. Schoenherr
Deputy Clerk


Dated:   May 13, 2026