UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH.,

      Plaintiff,

vs.

DANIELLE ROBERTSON.,

      Defendant,

Case No.24-cv-12213
Honorable Laurie J. Michelson
Magistrate Kimberly G. Altman

**NOTICE OF CLARIFICATION
REGARDING ACTIVE APPEAL**

**NOTICE OF CLARIFICATION REGARDING ACTIVE APPEAL**

Defendant previously filed a document in this Court styled as a withdrawal of the notice of appeal. However, the appeal had already been docketed in the United States Court of Appeals for the Sixth Circuit and assigned a case number before that withdrawal could be effective in this Court.

Under Federal Rule of Appellate Procedure 42, once an appeal has been docketed by the circuit clerk, dismissal of the appeal is governed by the Court of Appeals. Accordingly, Defendant's district-court filing did not dismiss the appeal, and Defendant understands that the appeal remains active in the Sixth Circuit unless and until dismissed by the Court of Appeals.

Defendant intends to proceed with the active appeal and is filing an Amended Notice of Appeal to include the Court's May 1, 2026 Order denying post-judgment relief, ECF No. 81. Defendant further reserves the right to file a further amended notice of appeal, if necessary, after the Court rules on any remaining pending post-judgment motion.

    Respectfully submitted,
    Danielle Robertson

Dated: May 13, 2026
4539 N 22ND ST
PHOENIX, AZ 85016-4639
DaniRobertson@proton.me


**CERTIFICATE OF SERVICE**


I certify that on May 13, 2026, I served a copy of the foregoing document on Plaintiff Kimberly Smith through the Court's electronic filing system