UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH.,

      Plaintiff,

vs.

DANIELLE ROBERTSON.,

      Defendant,

Case No.24-cv-12213
Honorable Laurie J. Michelson
Magistrate Kimberly G. Altman

**ORDER**

---

**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND STAY OF
ENFORCEMENT PENDING APPEAL AND TO APPROVE COURT REGISTRY
DEPOSIT OR OTHER LIKE SECURITY**

This matter having come before the Court on Defendant Danielle Robertson's Motion to Extend

Stay of Enforcement Pending Appeal and Approve Court Registry Deposit or Other Like

Security under Federal Rules of Civil Procedure 62 and 67;

The Court having reviewed the motion, the record, and applicable law;

IT IS ORDERED that Defendant's motion is **GRANTED**.

IT IS FURTHER ORDERED that the stay of enforcement is extended while Defendant

completes the approved deposit or security process.

IT IS FURTHER ORDERED that Defendant shall deposit **$10,000** with the Clerk of Court as

other security under Federal Rules of Civil Procedure 62 and 67 within the next 14 days or the

stay will be lifted.

IT IS FURTHER ORDERED that the Clerk may accept the deposit by certified check, cashier's

check, or money order.

IT IS FURTHER ORDERED that the Clerk shall deposit the funds into an interest-bearing court registry account, including the Court Registry Investment System if applicable, pursuant to Federal Rule of Civil Procedure 67, 28 U.S.C. §§ 2041 and 2042, and E.D. Mich. LR 67.1.

IT IS FURTHER ORDERED that the Clerk is authorized to deduct from the account any fee authorized by the Judicial Conference of the United States.

IT IS FURTHER ORDERED that enforcement of the judgment, including discovery in aid of execution, is stayed pending resolution of the appeal or further order of the Court.

IT IS FURTHER ORDERED that the deposit is made without prejudice to Defendant's pending post-judgment motion challenging damages and without prejudice to modification, reduction, release, withdrawal, distribution, or other appropriate disposition if the damages award is reduced, modified, vacated, reversed, remanded, or otherwise altered by this Court or the Court of Appeals.

IT IS SO ORDERED.

Dated: May 19, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
United States District Judge