UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH.,

       Plaintiff,

vs.

DANIELLE ROBERTSON.,

       Defendant,

Case No.24-cv-12213
Honorable Laurie J. Michelson
Magistrate Kimberly G. Altman

**MOTION FOR POST-JUDGMENT
PROTECTIVE ORDER, AND RELIEF
FROM ABUSE OF PROCESS**

**MOTION FOR POST-JUDGMENT PROTECTIVE ORDER AND RELIEF FROM MISUSE OF COURT PROCESS**

The undersigned, without admitting legal identity as "Danielle Robertson," judgment-debtor status under that name, waiver of appellate rights, waiver of service objections, or waiver of any objection to the judgment name, respectfully moves this Court for a post-judgment protective order and relief from misuse of court process.

The undersigned does not seek sanctions at this time unless Plaintiff violates a protective order or the Court finds misuse of court process. The immediate relief requested is prospective and protective: an order preventing post-judgment discovery, subpoenas, and enforcement information from being used for public unmasking, monetized harassment content, doxxing, audience-driven targeting, or exposure of innocent non-parties.

This motion is not intended to prevent lawful judgment-enforcement procedures. Instead, the undersigned seeks narrow protective relief prohibiting Plaintiff from using court process, subpoenas, post-judgment discovery, or information obtained through those procedures to create

1

public unmasking content, doxxing-related content, harassment content, monetized content, or public broadcasts involving private identifying information or innocent non-parties.

The Court should enter clear limits now because Plaintiff has publicly framed this litigation and post-judgment process around "unmasking," while also discussing discovery, subpoenas, audience participation, and monetized livestream content. The undersigned does not seek to prevent lawful judgment enforcement. The requested relief is narrow: any information obtained, sought, requested, subpoenaed, or referenced through post-judgment discovery or court process should be used only for lawful court and enforcement purposes, not for livestreams, public posts, monetized content, doxxing, harassment, audience-assisted unmasking, or exposure of innocent non-parties.

**STATEMENT OF ISSUES PRESENTED**

1. Whether the Court should enter a post-judgment protective order prohibiting Plaintiff from publicly disclosing, broadcasting, monetizing, or disseminating private information obtained or sought through subpoenas, discovery, or post-judgment enforcement procedures.

2. Whether the Court should prohibit Plaintiff from using subpoenas or post-judgment process to create public unmasking videos, doxxing-related content, harassment content, or monetized broadcasts.

3. Whether the Court should protect innocent non-parties from being publicly identified, associated with the undersigned, or discussed as alleged relatives, associates, or connected persons based on speculation or subpoena-related information.

2

4. Whether the Court should reserve sanctions, fees, costs, contempt remedies, evidentiary restrictions, or other relief for any violation of a protective order or proven misuse of post-judgment process.

**CONTROLLING OR MOST APPROPRIATE AUTHORITY**

Federal Rule of Civil Procedure 26(c)

Federal Rule of Civil Procedure 45

Federal Rule of Civil Procedure 69(a)(2)

Federal Rule of Civil Procedure 37

The Court's inherent authority to manage proceedings and prevent misuse of judicial process

**I. BACKGROUND**

1. On April 15, 2026, the Court entered judgment in favor of Plaintiff and against "Danielle Robertson" in the amount of $10,000. ECF No. 63.

2. The judgment and damages award are currently being challenged on appeal and through post-judgment motions.

3. The undersigned appears specially and does not admit legal identity as "Danielle Robertson," judgment-debtor status under that name, or waiver of any objection to the judgment name, service, enforcement, jurisdiction, privacy, appeal, entity records, non-party records, or scope of post-judgment discovery.

4. On or about May 8, 2026, while Plaintiff was publicly livestreaming, Plaintiff made or implied serious accusations that the undersigned sent a white male to Plaintiff's home with a gun and a check, and that Plaintiff had filed a police report. The undersigned denies sending anyone to Plaintiff's home, denies directing or encouraging anyone to approach Plaintiff, and denies any involvement in the alleged incident.

3

5. During that same livestream, the undersigned sent Plaintiff a written retraction demand under Michigan law, including MCL 600.2911. See Exhibit A. After the demand was sent, the livestream was deleted or made unavailable, and Plaintiff later posted a generalized clarification/retraction statement on her community wall. See Exhibit B.

6. In addition to Plaintiff's May 8 public statement and later retraction, a May 8 livestream/chat screenshot shows participants publicly discussing the same alleged incident or related real-world encounter. The chat includes the statements "Hi Ms. Smith," "Was this man wearing glasses?" and "yeah, strapped up Sis." See Exhibit E. The undersigned denies sending anyone to Plaintiff's home, denies directing or encouraging any armed person to approach Plaintiff, and denies any involvement in the alleged encounter.

7. The retraction did not undo the harm from the public accusation. On the same night, another content creator Sybrena Evans "UnWineWithTeddy" publicly discussed Plaintiff's alleged home-visit incident in a livestream. That creator stated she had listened to part of Plaintiff's video, believed Plaintiff's account, discussed a man allegedly approaching or coming to Plaintiff's home, referenced a check or folder, described a vehicle and video footage, and stated that the individual allegedly pulled away from Plaintiff's house. See Exhibit F.

8. This evidence is not offered to prove the truth of the alleged home-visit incident. It is offered to show that Plaintiff's public accusations were repeated and amplified by others before any lawful discovery process had established the facts, creating a risk of audience escalation, harassment, and public targeting if subpoena-derived identity or non-party information is later disclosed.

9. On or about May 20, 2026, Plaintiff hosted another public livestream titled "Happy Hump Day/Unmasking?" See Exhibit C.

10. In that livestream, Plaintiff solicited audience participation in identity speculation and voice comparison. Plaintiff asked viewers whether a voice sounded familiar, asked viewers to put "1" in the chat if they recognized a person's voice, delayed playing audio until enough viewers responded, and invited viewers to compare voices and alleged identity connections. See Exhibit D.

11. Plaintiff also monetized or promoted support during the same identity-speculation content by asking for likes, referencing channel support, and thanking viewers for Cash Apps, super stickers, super chats, and gifted memberships. See Exhibit D.

12. Plaintiff further connected the public "unmasking" discussion to post-judgment discovery. Plaintiff stated that if the money was not paid, "discovery goes down," discussed having paperwork ready for a Google subpoena, discussed transferring a Michigan subpoena to California, identified Google, PayPal, and Cash App as subpoena targets, and stated that people in the background were willing to fund subpoena efforts. See Exhibit D.

13. Plaintiff's public unmasking discussion also involved alleged relatives, associates, account holders, or connected persons. The undersigned disputes those assumptions. These individuals are innocent non-parties and should not be publicly exposed, identified, or associated with the undersigned based on speculation or subpoena-related information.

14. The undersigned does not seek to stop lawful judgment enforcement. The undersigned seeks only a protective order requiring that information obtained, sought, requested, subpoenaed, or referenced through post-judgment discovery or court process be used only

for lawful court and enforcement purposes, and not for livestreams, public posts, monetized content, doxxing, harassment, audience-assisted unmasking, or exposure of innocent non-parties.

## II. ARGUMENT

### A. The Court Has Authority to Protect Against Misuse of Post-Judgment Process

Federal Rule of Civil Procedure 69(a)(2) allows post-judgment discovery in aid of execution. But Rule 69 does not authorize a judgment creditor to use court process for public unmasking, doxxing, harassment, monetized broadcasts, or disclosure of private information outside lawful enforcement.

Rule 26(c) allows the Court, for good cause, to issue protective orders to protect a party or person from annoyance, embarrassment, oppression, undue burden, or improper use of discovery. Good cause exists here because Plaintiff has publicly connected the litigation and post-judgment process to "unmasking" and has discussed subpoenas and discovery in a public broadcast context.

The requested order would not prevent Plaintiff from pursuing lawful enforcement. It would simply require that any information obtained through court process be used only for lawful court purposes and not turned into public content.

### B. Good Cause Exists Because Plaintiff Has Mixed Public Accusations, Monetized Unmasking, and Post-Judgment Discovery

Good cause exists because Plaintiff has publicly mixed litigation enforcement with disputed accusations, monetized content, audience-assisted identity speculation, and subpoena discussion. The May 8 sequence shows the risk: Plaintiff made serious allegations during a livestream, the undersigned sent a retraction demand during that livestream, the video was deleted or made

6

unavailable, Plaintiff later issued a generalized retraction, and another creator repeated and amplified the accusation that same night. See Exhibits A, B, E, and F.

The May 20 livestream shows the same risk continuing in a post-judgment context. Plaintiff titled the livestream "Unmasking," played audio, asked viewers to compare voices, asked viewers to vote or respond in the chat, asked for likes and support, thanked viewers for Cash Apps and super stickers, and discussed Google, PayPal, and Cash App subpoenas. See Exhibits C and D.

Rule 69 permits discovery in aid of execution. It does not authorize a judgment creditor to turn subpoena power into public entertainment, monetized "unmasking," doxxing, harassment, or exposure of non-parties. The requested order is narrow: Plaintiff may pursue lawful judgment enforcement and speak generally about the case, but may not publish, monetize, crowdsource, or livestream private information obtained or sought through court process.

## C. Innocent Non-Parties Should Be Protected

Plaintiff's public unmasking discussion involved individuals Plaintiff appeared to assume were related to or associated with the undersigned. Those assumptions are disputed. Non-parties should not be pulled into this case, exposed to public speculation, or used as content because Plaintiff is attempting to identify or connect them to the undersigned.

A protective order is necessary to prohibit public disclosure or discussion of non-party information obtained or sought through subpoenas, discovery, or post-judgment process.

## D. The Court Should Enter Prospective Limits Now and Reserve Sanctions for Any Violation or Proven Misuse

The undersigned does not ask the Court to impose sanctions merely because Plaintiff discussed the case online. The immediate request is for prospective protective relief. Sanctions, fees, or

other coercive remedies should be reserved for any violation of the protective order or any finding that court process, subpoenas, discovery, or court filings were used for public unmasking, doxxing, harassment, intimidation, monetization, or exposure of innocent non-parties.

The risk of harm is heightened because Plaintiff's allegations were not isolated; they were repeated and discussed by at least one other creator on May 8, before any lawful discovery process had established the facts. See Exhibit F.

Prospective relief is necessary because once private identifying information, address information, payment-platform information, account information, family-association information, or non-party information is publicly broadcast, the harm cannot be undone.

This is not a request to shield assets or prevent lawful collection. It is a request to separate lawful judgment enforcement from public retaliation. Plaintiff may use court process for lawful enforcement. Plaintiff may not use disputed and retracted accusations to prime an audience, then use subpoenas and discovery as content for monetized public "unmasking" of the undersigned, alleged relatives, alleged associates, account holders, or innocent non-parties. The Court should draw a clear line: court process may be used for lawful enforcement, not for public exposure, intimidation, harassment, monetized speculation, or audience-driven targeting.

## III. REQUESTED RELIEF

For the foregoing reasons, the undersigned respectfully requests that the Court enter an order:

1. Prohibiting Plaintiff from using post-judgment discovery, subpoenas, court filings, enforcement procedures, or information obtained through court process to create public unmasking videos, doxxing-related content, harassment content, or monetized broadcasts;

2. Prohibiting Plaintiff from publicly disclosing, publishing, livestreaming, monetizing, distributing, or discussing private identifying information, legal-name information,

8

residential address information, financial information, platform/account information, subpoena information, or non-party information obtained or sought through court process;

3. Requiring that any information obtained through subpoenas, discovery, or post-judgment process be used only in this case and only for lawful judgment-enforcement purposes;

4. Prohibiting Plaintiff from publicly identifying, speculating about, associating, or exposing innocent non-parties as alleged relatives, associates, connected persons, account holders, or identity-related persons based on information obtained or sought through court process;

5. Requiring Plaintiff to comply with Rule 45 before issuing or serving any third-party subpoena;

6. Requiring Plaintiff to provide prior notice and a copy of any third-party subpoena before serving it on any third party;

7. Requiring that any private identifying information, financial information, platform/account information, or non-party information be filed under seal or with appropriate redactions if it must be filed with the Court;

8. Ordering Plaintiff to refrain from using court process, subpoenas, discovery, or post-judgment enforcement procedures for public unmasking, doxxing, harassment, monetization, intimidation, or abuse of process;

9. Reserving the issue of sanctions, fees, costs, contempt remedies, evidentiary restrictions, or other appropriate relief if Plaintiff violates a protective order or if the Court later finds proven misuse of court process;

10. Ordering that Plaintiff may not use any alleged real-world encounter, alleged police report, alleged weapon-related accusation, alleged identity theory, or alleged non-party association as a basis to publish, livestream, identify, accuse, or speculate about the undersigned or non-parties using information obtained through subpoenas, discovery, court filings, or post-judgment enforcement procedures;

11. Ordering that Plaintiff may not publish, livestream, monetize, display, summarize, quote, or discuss any subpoena response, subpoena target, platform record, payment-platform record, account record, legal-name information, address information, phone number, email address, employment information, family-association information, or non-party information obtained through, requested in, sought by, or referenced in any subpoena, post-judgment discovery request, court filing, or enforcement procedure, except in proper court filings or lawful judgment-enforcement proceedings;

12. Ordering that Plaintiff may not use public livestreams, chats, panels, polls, voice comparisons, audience voting, "put a 1 in the chat" prompts, viewer-funded research, Cash App requests, super chats, super stickers, memberships, donations, or similar monetized audience participation to identify, speculate about, expose, or "unmask" the undersigned or any alleged relative, associate, account holder, platform user, or non-party using information obtained or sought through subpoenas, discovery, court filings, third-party records, or post-judgment enforcement procedures;

13. Ordering that Plaintiff may not use disputed, retracted, or unsupported allegations that the undersigned sent someone to Plaintiff's home, caused a third party to approach Plaintiff, controlled third parties, stalked Plaintiff, harassed Plaintiff, threatened Plaintiff, or engaged in dangerous conduct as a basis to publicly expose, identify, accuse, or

encourage public targeting of the undersigned or non-parties through information obtained from subpoenas, discovery, or enforcement procedures;

14. Requiring Plaintiff to file any subpoena-derived identity, address, account, payment-platform, family-association, or non-party information under seal or in redacted form unless the Court orders otherwise;

15. Ordering that nothing in any protective order entered prohibits Plaintiff from speaking generally about this case, her opinions, or lawful judgment-enforcement efforts, provided she does not publicly disclose, monetize, crowdsource, or use private information, subpoena-derived information, or non-party information obtained or sought through court process; and

16. Granting any other relief the Court deems just and proper.

A proposed order is submitted with this motion.

**LOCAL RULE 7.1(a) CERTIFICATION**

Pursuant to E.D. Mich. LR 7.1(a), the undersigned sought Plaintiff's concurrence in this motion by email on May 20, 2026. Plaintiff did not concur . Therefore, concurrence was sought but not obtained.

May 20, 2026

Danielle Robertson,
Defendant, Pro Se
4539 N 22nd St,
Phoenix, AZ 85016
DaniRobertson@proton.me

**CERTIFICATE OF SERVICE**

I certify that on May 21, 2026, I served a copy of the foregoing document on Plaintiff Kimberly

Smith through the Court's electronic filing system.

# PRE-SUIT DEMAND FOR RETRACTION, CORRECTION, CEASE AND DESIST, AND PRESERVATION OF EVIDENCE

| | | |
|---|---|---|
| From | D.R. | |
| To | kimberlyesmith313@gmail.com | **EXHIBIT A** |
| Date | Friday, May 8th, 2026 at 4:23 PM | |

To: Kimberly Smith

This is a formal pre-suit demand for retraction, correction, cease and desist, and preservation of evidence under Michigan law, including MCL 600.2911.

This notice is being sent before any lawsuit is filed because Michigan law requires a pre-suit retraction demand before a party may seek exemplary damages in a libel action. If you fail to make a proper and timely retraction, I intend to seek exemplary damages and any other damages available under Michigan law.

This demand concerns your **public statements, livestreams, videos, posts, and online commentary made outside of court filings and outside protected judicial proceedings**. This demand is not based on privileged statements made solely in court pleadings. It concerns separate public accusations and republications made to online audiences, including statements made after default judgment, that falsely accuse me of criminal conduct, dangerous conduct, harassment, stalking, abuse, and other misconduct.

You have made and/or republished false statements about me in public videos, livestreams, posts, and related online commentary. These false statements include, but are not limited to:

1. Claiming or implying that a "forensic" document proves I am Danielle Robertson and/or the person you have referred to as "Soul Cyclist."

2. Claiming or implying that I am Danielle Robertson, that I am "Soul Cyclist," and that I broke into the home of Sammie Lee Bush, Jr., professionally known as singer Sammie, dated him, committed domestic violence against him, abused him, or harmed or abused his family.

3. Claiming or implying that I sent a man to your home, including by showing a picture of a car with a man in it and claiming or implying that I sent that man to your home.

4. Claiming or implying that you filed a police report against me based on the accusation that I sent a man to your home, without publicly providing proof that I sent anyone, directed anyone, encouraged anyone, or had any involvement in any incident at your home.

5. Claiming or implying that I send, direct, encourage, or control third parties to attack, harass, threaten, stalk, or target you.

6. Making or repeating criminal accusations against me without evidence, including statements that falsely attribute the conduct of other people to me.

7. Claiming or implying in public livestreams, videos, posts, or commentary that I accused you of having a felony conviction. These are separate public statements and accusations made outside of court. They are false

13

because the record and exhibits show, at most, references to mugshots, an arrest, a charge, or "felonious arrest" language, not a statement that you were convicted of a felony.

8. Repeating or republishing the accusation that I accused you of a "felony conviction" after default judgment, even though that phrase is not what the exhibits show and materially misrepresents the difference between a mugshot, an arrest, a charge, and a conviction.

These statements are false and unsupported. I did not break into the home of Sammie Lee Bush, Jr., professionally known as singer Sammie. I did not date him. I did not commit domestic violence against him. I did not abuse, harm, threaten, or target him or his family. I did not send anyone to your home. I did not direct, encourage, hire, request, or cause anyone to go to your home. I do not control third parties, and I do not direct anyone to attack, harass, threaten, stalk, or target you.

I also did not falsely accuse you of a felony conviction. Any public statement claiming that I accused you of a felony conviction is false and materially misrepresents the distinction between a mugshot, an arrest, a charge, and a conviction. A public accusation that I falsely accused you of a felony conviction is a new public statement made outside the pleadings and outside protected court filings.

Your statements falsely accuse me of serious misconduct, criminal behavior, dangerous behavior, domestic violence, harassment, stalking, and abuse. These accusations expose me to reputational harm, public harassment, safety risks, and further misuse of legal process.

I also demand that you cease and desist from harassment, unwanted contact, and attempts to force contact outside legitimate litigation channels. This includes, but is not limited to, unwanted invitations, unwanted attempts to communicate, public demands that I contact you, public attempts to provoke me into contact, and encouraging third parties to contact, confront, attack, threaten, stalk, or harass me.

Any legitimate litigation-related communication should occur only through proper court filings, proper service channels, counsel if applicable, or other lawful procedures. Public livestreams, public invitations, online taunts, and indirect attempts to force contact are not proper litigation communication.

I demand that you immediately:

1. Retract and correct the false statements identified above;

2. Publish the retraction in the same or substantially similar manner and platform where the false statements were made;

3. Remove, edit, or correct any videos, livestream replays, clips, posts, community posts, captions, comments, or other publications within your control containing these false statements;

4. Stop republishing, repeating, implying, or encouraging others to repeat these false accusations;

5. Stop publicly claiming or implying that I accused you of a felony conviction when the public record and exhibits do not show a statement of felony conviction;

6. Stop making unwanted attempts to contact me outside legitimate litigation channels;

7. Stop publicly inviting, pressuring, baiting, or attempting to force me into communication with you;

8. Stop encouraging, directing, or inviting third parties to contact, confront, harass, threaten, stalk, or target me;

14

5/21/26, 1:36 PM
Case 2:24-cv-12213-LJM-KGA   ECF No. 94, PageID.1006   Filed 05/21/26   Page 15 of 122
Sent: DannRobertson@proton.me | Proton Mail

9. Preserve all evidence related to these statements and conduct, including videos, livestream recordings, chats, comments, screenshots, emails, messages, police-report claims, alleged forensic documents, metadata, drafts, edits, deleted materials, photographs, vehicle images, invitations to communicate, attempts at contact, and communications with third parties.

If you claim that a police report exists regarding the accusation that I sent a man to your home, preserve the report, report number, date, agency, officer information, and all evidence you contend supports your accusation.

Please provide written confirmation within 10 days that you have retracted and corrected the false statements, ceased the unwanted conduct, and preserved the related evidence.

This notice is sent as a required pre-suit retraction demand before filing a lawsuit seeking the full extent of damages available under Michigan law, including exemplary damages.



---

**68.55 KB**      1 embedded image

image.png 68.55 KB

**EXHIBIT B**

https://www.youtube.com/post/UgkxeArgUt1D-0hDDNRePVzErOyE5Fhpj5Xa

 **KIMMIE LUV'S CELEBRITY NEWS** 12 days ago

Clarification and Retraction Statement

To clarify and protect all parties involved from further misunderstanding or escalation, certain statements and commentary previously discussed on this platform involved allegations, opinions, interpretations, publicly discussed matters, or information as understood at the time, and were not intended as definitive statements of proven criminal conduct unless specifically supported by verified records.

To the extent any statement may have been interpreted as presenting disputed allegations as established fact, I retract and clarify those statements accordingly.

Moving forward, I intend to allow any legitimate legal matters to proceed through the appropriate legal channels.
😘

Show less

 50      ↪    1

**EXHIBIT C**

16



**EXHIBIT D**

**https://www.youtube.com/watch?v=QkzAD2sCQVg&t=28s**

17

**0:19**

**19 seconds**

**Why you wasting energy?**

**0:20**

**20 seconds**

**Thank you for the cash apps. Thank you for the super stickers. You're making me feel so special.**

**0:27**

**27 seconds**

**Waiting for my downfall that you never see. I know you sitting there wishing**

**0:34**

**34 seconds**

**that you was**

**1:26**

**1 minute, 26 seconds**

**Hey everybody. What's up? What's up? And what is up? How y'all doing today? I'm not feeling my best today, but hey Sarah.**

**1:38**

**1 minute, 38 seconds**

**But I thought that I would go live first. Let me drop the link because again it is**

**1:47**

**1 minute, 47 seconds**

**as usual a open panel return.**

**1:53**

**1 minute, 53 seconds**

**I'm not feeling my best today y'all. I slept under the fan and baby listen**

**2:02**

**2 minutes, 2 seconds**

18

the other day because it was hot. It was like in the 80s and baby listen.

2:14

2 minutes, 14 seconds

So today as y'all I'm sure y'all heard what was going on. Hey skate love. How you doing baby? Thank you. I appreciate

2:23

2 minutes, 23 seconds

that. So this won't be a long show.

2:29

2 minutes, 29 seconds

it, you know, it won't be a long show, but I felt like I needed to come live

2:38

2 minutes, 38 seconds

and uh share something with you guys.

2:43

2 minutes, 43 seconds

I'm going to let Yeah, baby. I am not Hey, bushes. I am not going to be live

2:51

2 minutes, 51 seconds

long. I'm going to let some people get up in here and we will okay for the sake

2:59

2 minutes, 59 seconds

of you know everything is alleged okay everything is going to be alleged

3:07

3 minutes, 7 seconds

and again this won't be a long live okay and anybody can come up that wants to

3:15

3 minutes, 15 seconds

come up today I want to know If this voice sounds

3:23

3 minutes, 23 seconds

familiar to you guys, we going to let some more people get on in here.

3:32

3 minutes, 32 seconds

We going to let some people get on in here. Put a one in the chat if you're familiar. I'm not saying that is her,

3:41

3 minutes, 41 seconds

but put a one in the chat if you guys are familiar with Monica the Avatar's voice.

3:54

3 minutes, 54 seconds

If you're not, then we got to let some more people get up in here.

4:02

4 minutes, 2 seconds

Okay, this orange juice is hitting. Okay, so

4:09

4 minutes, 9 seconds

we got one. We have one person. I need some more people to get up in here then.

4:21

4 minutes, 21 seconds

because I think that I mean, okay, so this is what I'm gonna say.

4:28

4 minutes, 28 seconds

Danny is saying that she's not the soul cyclist. So, we going, you know, we gonna go with that.

**4:40**

**4 minutes, 40 seconds**

**Okay.**

**4:42**

**4 minutes, 42 seconds**

**She's saying that that's not her. So, we're going to go with that.**

**4:48**

**4 minutes, 48 seconds**

**Okay, but I'm going to need this to be explained.**

**4:56**

**4 minutes, 56 seconds**

**So, we got two ones in the chat. We got that person and we have that person.**

**5:13**

**5 minutes, 13 seconds**

**Remember, it has to be undeniable. Okay. Yeah, we got 53 people in here.**

**5:22**

**5 minutes, 22 seconds**

**Y'all get on in here. We've been live for 5 minutes, 25 seconds. So, we need**

**5:29**

**5 minutes, 29 seconds**

**to, you know, again, this is not going to be a long live.**

**5:34**

**5 minutes, 34 seconds**

**And remember, everything in here is alleged.**

**5:39**

**5 minutes, 39 seconds**

**Everything in here is alleged. So, we need to I need people in here. Hey,**

21

**5:46**

**5 minutes, 46 seconds**

**Tanya, how you doing? Don't forget to hit that like.**

**5:53**

**5 minutes, 53 seconds**

**That's what I need y'all to do. I need y'all to hit that like coming in cuz again, I don't feel my best. So, you**

**6:02**

**6 minutes, 2 seconds**

**know, and I'm not going to play y'all like I need cash apps before I play this, you**

**6:11**

**6 minutes, 11 seconds**

**know, but if you want to donate to the channel, you can.**

**6:21**

**6 minutes, 21 seconds**

**And remember, everything in here is alleged. So, you're going to have to go, you know,**

**6:29**

**6 minutes, 29 seconds**

**with you whatever you you know, I'm not saying 100%. I'm not allowed to say that on here.**

**6:37**

**6 minutes, 37 seconds**

**Everything is alleged and we shall see.**

**6:44**

**6 minutes, 44 seconds**

**Okay,**

**6:57**

**6 minutes, 57 seconds**

22

before I release this, you say my voice is breaking. I don't know why

7:06

7 minutes, 6 seconds

my laptop is plugged up. It's plugged in. So, we shall see. I need more than two people to tell me that they recognize the voice.

7:18

7 minutes, 18 seconds

Okay. And then we're going to see the connection.

7:24

7 minutes, 24 seconds

Okay. We're going to see the connection. Is my voice still breaking bushes?

7:36

7 minutes, 36 seconds

I need to know. and we will see the connection.

7:45

7 minutes, 45 seconds

It is I don't know is anybody else getting breaking of my voice because I see my avatar is blinking

7:54

7 minutes, 54 seconds

every time I talk. Your audio sounds fine. Okay.

8:00

8 minutes

On your end. Okay. Okay. So, it's not breaking. Hey, Brick City.

8:06

8 minutes, 6 seconds

Welcome, baby. Sounds good. Okay. So again, the question that I'm asking you guys

8:14

**8 minutes, 14 seconds**

**is Okay, great. Great. Um, are you guys familiar with Monica the Avatar's voice?**

**8:30**

**8 minutes, 30 seconds**

**If you are, again, put a one in the chat.**

**8:43**

**8 minutes, 43 seconds**

**and then you can let me know because again**

**8:51**

**8 minutes, 51 seconds**

**um Danny is saying that she's happy Wednesday to you Ariel Summers. Happy Wednesday to you my love.**

**9:02**

**9 minutes, 2 seconds**

**Again, Danny is saying that she's not the soul cyclist, and you have to respect that until we have 100%**

**9:12**

**9 minutes, 12 seconds**

**proof that that is not who she is, then we'll, you know, she, you know,**

**9:21**

**9 minutes, 21 seconds**

**when you deny that you're not a person, then you open yourself up. Thank you, baby. Let me play it. Let me play it.**

**9:29**

**9 minutes, 29 seconds**

**Let me play it. Let me play it.**

**9:40**

**9 minutes, 40 seconds**

24

Thank you, baby. I appreciate that cash app.

9:44

9 minutes, 44 seconds

Okay, so maybe if we get five people, we going to need five people. Hey, Dropping the Tea, baby.

9:54

9 minutes, 54 seconds

How you doing? Welcome. Y'all get over there and subscribe to Dropping the Tea.

10:01

10 minutes, 1 second

What what I've noticed is that she and Monica have the same vocal fry. Oh, nah, I don't think so.

10:12

10 minutes, 12 seconds

I don't think that they're the same person. I don't.

10:21

10 minutes, 21 seconds

And you know, you guys can come to your own conclusion.

10:26

10 minutes, 26 seconds

Okay, we have more people coming in and if we get five people that recognize dropping a T. Do you recognize Monica's voice when you hear it?

10:38

10 minutes, 38 seconds

That's what I need to know.

10:43

10 minutes, 43 seconds

Ah, baby, I am good. I am. I mean, I'm not feeling my best, but hey, it is what it is.

25

**10:53**

**10 minutes, 53 seconds**

**It is what it is. And I'm going to drop the link.**

**10:59**

**10 minutes, 59 seconds**

**And I need five people to tell me that they recognize the voice.**

**11:06**

**11 minutes, 6 seconds**

**And maybe this will clear a lot of stuff up, you know.**

**11:16**

**11 minutes, 16 seconds**

**Yeah. Hey, just Valencia. Welcome, baby.**

**11:22**

**11 minutes, 22 seconds**

**I had a rough morning. just want to check. Man, yesterday was pretty rough for me. I had to still, even though I didn't feel**

**11:31**

**11 minutes, 31 seconds**

**good, I had to still handle some business. You know, I need five people**

**11:38**

**11 minutes, 38 seconds**

**to tell me to let me know if they recognize Monica, the Avatar's voice.**

**11:46**

**11 minutes, 46 seconds**

**I had two, but I need more than that.**

**11:53**

**11 minutes, 53 seconds**

26

Okay, we going to let some more people get in here.

12:07

12 minutes, 7 seconds

Just Valencia, do you recognize the voice? Hey Secret, how you doing baby? Welcome.

12:17

12 minutes, 17 seconds

Welcome again. Not feeling my best, but hey, I am here.

12:24

12 minutes, 24 seconds

Okay. But you couldn't say, "Oh, see that's what's up, baby. That's what's up." That's right. I need people to be honest.

12:32

12 minutes, 32 seconds

I need people to be honest because, you know, I'm sorry, but I

12:39

12 minutes, 39 seconds

don't watch her, but when I heard this, I mean, not saying I mean, she's well

12:45

12 minutes, 45 seconds

known. She is very much so known.

12:54

12 minutes, 54 seconds

Okay, we going to let some more people get in here and thank you, baby.

13:05

13 minutes, 5 seconds

Thank you. You say I'm familiar with her voice, but I wouldn't swear on anything because people can sound alike. Facts.

13:14

13 minutes, 14 seconds

Facts.

13:16

13 minutes, 16 seconds

I get it. See, that's real [ __ ] right there. And I need people to be 100% honest.

13:27

13 minutes, 27 seconds

100% honest.

13:31

13 minutes, 31 seconds

And again, nothing is 100% and everything in here is alleged.

13:40

13 minutes, 40 seconds

Everything in on here is alleged. It's not 100% facts.

13:48

13 minutes, 48 seconds

I'm a person who picks up on things others may not. Yeah. See, I am too. I look at cadence.

13:56

13 minutes, 56 seconds

I look at a lot of stuff.

14:00

14 minutes

You know, it's up to you.

14:06

14 minutes, 6 seconds

Again, people on here think that it's a connection to uh Monica and Danny.

14:18

28

**14 minutes, 18 seconds**

**A lot of people alleged that, you know, but I'm not one, you know, I don't know**

**14:27**

**14 minutes, 27 seconds**

**because during that time I wasn't following that situation. I wasn't. And that's honest.**

**14:37**

**14 minutes, 37 seconds**

**I wasn't following the situation, but listening to other people's lives.**

**14:45**

**14 minutes, 45 seconds**

**Yeah, anything is possible. Y'all make sure y'all get them likes up and I will be**

**14:54**

**14 minutes, 54 seconds**

**showing my undeniable proof. I mean, I don't know. It can, you know, it's room in there for,**

**15:02**

**15 minutes, 2 seconds**

**you know, and again, everything on here is alleged. I'm not saying that it's a**

**15:09**

**15 minutes, 9 seconds**

**connection, but I mean, it's not. I don't know.**

**15:16**

**15 minutes, 16 seconds**

**So, in order to cover my butt, you know, this is what I have to say because everything on here is alleged.**

**15:28**

**15 minutes, 28 seconds**

**Y'all make sure where we at on the likes, mods, where are we on those likes?**

29

**15:37**

**15 minutes, 37 seconds**

**Cuz y'all know how people keep y'all going and then it don't be that.**

**15:43**

**15 minutes, 43 seconds**

**I'm not gonna say some stuff that don't sound familiar to me, you know? I I just I don't know.**

**15:53**

**15 minutes, 53 seconds**

**I need an energy boost.**

**15:57**

**15 minutes, 57 seconds**

**Hey, Tequia War. Oh, we only got 43 likes. Okay. We gonna have to get those likes up.**

**16:06**

**16 minutes, 6 seconds**

**Good morning. Well, here is afternoon.**

**16:14**

**16 minutes, 14 seconds**

**Tequia Warren, are you familiar with Monica the Avatar's voice? Because I need you to let me know something.**

**16:24**

**16 minutes, 24 seconds**

**That's what I need.**

**16:27**

**16 minutes, 27 seconds**

**Let me drop the link again cuz every few minutes I'm going to drop the link.**

**16:33**

**16 minutes, 33 seconds**

Are you Tequia again? I need five people. Oh, you are.

16:40

16 minutes, 40 seconds

Okay.

16:43

16 minutes, 43 seconds

So, let me see. I think you know, let me let me try it again. I need the people that are familiar with her voice. I need you guys to put a one in the chat.

16:57

16 minutes, 57 seconds

That's what I need. I should have switched this over to members only and played it for my members, but it is what it is.

17:08

17 minutes, 8 seconds

Don't forget to support the channel and get those likes up.

17:14

17 minutes, 14 seconds

I'm not really worried about the views because I'm sure after this people going they going to rush in here.

17:23

17 minutes, 23 seconds

Okay.

17:26

17 minutes, 26 seconds

Again, I'm not saying that it's a connection. Let's make that quite clear.

17:32

17 minutes, 32 seconds

I'm not saying that they know each other. And again, I'm not saying

31

17:39

17 minutes, 39 seconds

that she's the soul cyclist because hey, if she say it's not her, who am I to say

17:46

17 minutes, 46 seconds

that it is without 100% undeniable proof?

17:56

17 minutes, 56 seconds

Put a one in the chat if you're familiar with Monica the Avatar's voice cuz I need five people.

18:07

18 minutes, 7 seconds

And if you are, then I'll play the video.

18:16

18 minutes, 16 seconds

I need five people. And just don't just say yes and you're not.

18:24

18 minutes, 24 seconds

Okay? Don't just say yeah I am. Okay. So that's one person.

18:31

18 minutes, 31 seconds

We starting over. That's one person.

18:38

18 minutes, 38 seconds

And then I'll play it and then I'll be out of here cuz I'm not feeling my best.

18:50

18 minutes, 50 seconds

That's two. We got Peter Cottonail. We got Tequia War. We got Rossy.

18:59

18 minutes, 59 seconds

That's three. That's three people.

19:13

19 minutes, 13 seconds

That's three. I need five.

19:18

19 minutes, 18 seconds

And then I'm going to play it and then I'm going to get up out of here because how long have people been trying

19:26

19 minutes, 26 seconds

to unmask Monica the Avatar? Remember, all of this is alleged.

19:34

19 minutes, 34 seconds

It's been a lot of people on here trying to unmask. I mean, you know, we have new people and we have old people. I only

19:42

19 minutes, 42 seconds

see three. One, two, three.

19:53

19 minutes, 53 seconds

We need two more. That's right, Sarah. And that way I'll play it.

20:06

20 minutes, 6 seconds

And I need you guys to let me know if it sounds familiar.

20:13

**20 minutes, 13 seconds**

**And this is good, y'all. I'm not just saying it. I mean, you know, this is good.**

**20:20**

**20 minutes, 20 seconds**

**I'm not going to lead you guys on. Remember, this is Kimmy love. It's good.**

**20:32**

**20 minutes, 32 seconds**

**Y'all know people be searching forever and sometimes stuff be right in your face.**

**20:42**

**20 minutes, 42 seconds**

**Mhm. It be right in your face, especially after a lot of research,**

**20:51**

**20 minutes, 51 seconds**

**you know, because I do a lot of research. It's just me. Again, I told you guys I do puzzles. So, I like to**

**20:58**

**20 minutes, 58 seconds**

**unscramble things and, you know, keep my mind sharp. That's just me.**

**21:07**

**21 minutes, 7 seconds**

**And we're going to see. I need you guys to let me know.**

**21:13**

**21 minutes, 13 seconds**

**Okay. Yeah, you have to do crosswords, do jumbles, and stuff like that. Jumbles**

**21:20**

**21 minutes, 20 seconds**

**is unscramble and stuff. You say your break is almost over. Hold on, baby.**

34

**21:26**

**21 minutes, 26 seconds**

**Hold your horses. I need two more people.**

**21:30**

**21 minutes, 30 seconds**

**Two more people. Peter Cottontail. I need two more people. If we get two more people that say that they recognize**

**21:38**

**21 minutes, 38 seconds**

**Monica the Avatar's voice and remember everything on here is alleged.**

**21:48**

**21 minutes, 48 seconds**

**We waiting on That's right. Say it Sarah. We waiting on two more people and then I'll play what I have. It's not like I'm saying cash at me.**

**22:01**

**22 minutes, 1 second**

**Maybe you need some headphones, Peter Cottontail.**

**22:06**

**22 minutes, 6 seconds**

**Yeah, they are. But y'all know I ain't going to lie to kick it. I mean, hey, one, she just came back to YouTube with trees as a panelist.**

**22:19**

**22 minutes, 19 seconds**

**Wow. Wow. Don't she have a big a bigger plat?**

**22:26**

**22 minutes, 26 seconds**

**She has a big platform. Let me exit the out of that.**

**22:32**

**22 minutes, 32 seconds**

**Let me click that the voicemail. That's I mean that's interesting.**

**22:40**

**22 minutes, 40 seconds**

**That's quite interesting.**

**22:44**

**22 minutes, 44 seconds**

**Shout out to trees. You know,**

**22:51**

**22 minutes, 51 seconds**

**M that's what a lot of people are saying like why now**

**23:00**

**23 minutes**

**very interesting. Yes, it is.**

**23:06**

**23 minutes, 6 seconds**

**Okay. So, Empress Queen said that she's familiar with the voice. We need one more person. So, with that being said,**

**23:13**

**23 minutes, 13 seconds**

**we have Empress Queen We have Rosie Sneaks. We have Tequila War. And we have**

**23:22**

**23 minutes, 22 seconds**

**Peter Cottontail. We need one more person that knows the truth. I mean, you can't just So, we have four now. Yeah,**

**23:30**

**23 minutes, 30 seconds**

36

we have four now. We need one more person that's familiar with Monica, the Avatar's voice. And then I'll play it. I

23:39

23 minutes, 39 seconds

sure will because I need you guys.

23:47

23 minutes, 47 seconds

Yeah. You say she been off for four years and then all of a sudden appeared.

23:52

23 minutes, 52 seconds

I wonder why. I mean, maybe that's her choice.

23:57

23 minutes, 57 seconds

Maybe that's her choice, baby. You know, sometimes us as content creators, we have to take

24:03

24 minutes, 3 seconds

a a break for our own sanity, you know.

24:09

24 minutes, 9 seconds

We do. We have to take a break for our own sanity because sometimes YouTube can be toxic. You see people with rel that

24:18

24 minutes, 18 seconds

had relationships for years on YouTube, you know, they're falling out and I hate

24:27

24 minutes, 27 seconds

that. Even though I don't get along with certain content creators. I mean, they say that it's no beef. It's no beef.

37

**24:38**

**24 minutes, 38 seconds**

**We need one more person to put that one in the chat. If you're familiar with Monica's voice, then I need you guys to put a one in the chat.**

**24:49**

**24 minutes, 49 seconds**

**Yeah, we have 121 up in here. Y'all make sure y'all get those likes up. One more person put a one in the chat that is**

**24:57**

**24 minutes, 57 seconds**

**familiar with the voice, then I'll play the video.**

**25:05**

**25 minutes, 5 seconds**

**I will. And then I'm going to get up out of here. We only got 51 likes. Come on y'all. We can do better than that.**

**25:14**

**25 minutes, 14 seconds**

**We can do better than that.**

**25:21**

**25 minutes, 21 seconds**

**You know, we'll do better. We got to do better on my end. Now it went down to 117.**

**25:32**

**25 minutes, 32 seconds**

**I don't want to, you know, I guess the people who come in after this video is over, they can fast forward to the point of the video that I'm going to play.**

**25:46**

**25 minutes, 46 seconds**

**I doubt it.**

25:49

25 minutes, 49 seconds

Thank you to those four people. That's right.

25:56

25 minutes, 56 seconds

It's 121 from what I see. We going to give it a second.

26:04

26 minutes, 4 seconds

We going to give it a second and we shall see. It's 124.

26:11

26 minutes, 11 seconds

The question that I'm asking you and remember everything is alleged from my end.

26:18

26 minutes, 18 seconds

I need one more person to, you know, to answer the question if they're familiar with Monica's voice.

26:30

26 minutes, 30 seconds

And I appreciate you guys honesty. I do.

26:36

26 minutes, 36 seconds

If you're not familiar with the voice, then hey. And again, this is alleged.

26:48

26 minutes, 48 seconds

Everything is alleged over here. This is not going to be a long live.

26:55

26 minutes, 55 seconds

39

I know they thinking, "Come on, one more person." Oh [ __ ] I need y'all are funny.

27:10

27 minutes, 10 seconds

Get those likes up.

27:13

27 minutes, 13 seconds

We out of 128 people. I mean, I guess maybe because she's been gone for so long. Hey, Michelle.

27:24

27 minutes, 24 seconds

I've heard Monica's voice. Yeah. But are you familiar with it? Will you know it if you heard it?

27:34

27 minutes, 34 seconds

Will you know it? You say, "Let's go." Hey, Juju. How you doing?

27:41

27 minutes, 41 seconds

Okay, y'all. Are you familiar with Monica the Avatar's voice? Baby, you say as Maggie's head my I vote one.

27:53

27 minutes, 53 seconds

Okay. Okay. So, there it is. We have five people. Here we go. Y'all tell me.

28:00

28 minutes

Now, let me put some context to this.

28:03

28 minutes, 3 seconds

It's not the person that's in a yellow blouse. Hey, period. Hey, Tara.

40

**28:11**

**28 minutes, 11 seconds**

**Yeah. Yeah. Let me play this. Uh, which one is it? Is it this?**

**28:24**

**28 minutes, 24 seconds**

**Thank you, darling. I appreciate that, baby. Okay, y'all. So, here it is.**

**28:32**

**28 minutes, 32 seconds**

**Remember, oh, let me put some context.**

**28:34**

**28 minutes, 34 seconds**

**It's not the person that's in the yellow blouse. It's the person that's asking the questions. Okay,**

**28:42**

**28 minutes, 42 seconds**

**y'all. I hope y'all got me. It's not the per It's the person that's asking this person questions.**

**28:51**

**28 minutes, 51 seconds**

**Oh, look the tears of joy. Thank you. Say, I'm a grandma. I'm a grandma. When's the baby coming?**

**28:58**

**28 minutes, 58 seconds**

**November around my birthday. I hope.**

**29:00**

**29 minutes**

**November 7th. Hope you don't want to share. I do. I really don't. November 8th. Baby's coming November 8th.**

**29:07**

41

**29 minutes, 7 seconds**

**Say, "I'm a Grammy." I'm a Grammy. Oh, look the tears of joy. Thank you.**

**29:14**

**29 minutes, 14 seconds**

**Say, "I'm a grandma." I'm a grandma. When's the baby coming? November. Around my birthday. I hope. November 7th. Hope.**

**29:21**

**29 minutes, 21 seconds**

**You don't want to share. I do. I really don't. November 8th. Baby's coming November 8th. Say, "I'm a grandma." Do that sound like her?**

**29:34**

**29 minutes, 34 seconds**

**Because I'm going to put some context to this. The person that's in a yellow blouse.**

**29:42**

**29 minutes, 42 seconds**

**That's Nope. That's not her. It's not. Okay. That's not her. How many think that it is her?**

**29:52**

**29 minutes, 52 seconds**

**Nope. It's not. Okay.**

**29:58**

**29 minutes, 58 seconds**

**Not to you. Okay. We going to play it again. Oh, look. The tears of joy.**

**30:07**

**30 minutes, 7 seconds**

**Thank you.**

**30:08**

**30 minutes, 8 seconds**

Say, "I'm a grandma." I'm a grandma. When's the baby coming? November. Around my birthday, I hope. November 7th. Hope.

30:15

30 minutes, 15 seconds

You don't want to share. I do. I really don't. November 8th. Baby's coming November 8th.

30:21

30 minutes, 21 seconds

Say, "I'm a grandma." I'm a Grammy. Oh, look. The tears of joy.

30:27

30 minutes, 27 seconds

Yep. The person that is asking the questions.

30:34

30 minutes, 34 seconds

the person that's asking the questions.

30:45

30 minutes, 45 seconds

You said, "Nope." Let's see. The laugh sounds familiar.

30:49

30 minutes, 49 seconds

And you said, "Nope. The bot has a heavier." Nope. Nope. Nope. You can't think of it as the bot now. You can't think of it as the bot.

31:02

31 minutes, 2 seconds

You can't think of it as it being uh Danny on YouTube.

31:11

31 minutes, 11 seconds

You say no, it doesn't sound like Monica. Okay.

31:20

43

**31 minutes, 20 seconds**

**You say this is as Monica. Okay. We have some that says yes and we have some that says no.**

**31:28**

**31 minutes, 28 seconds**

**Remember everything on here is alleged.**

**31:39**

**31 minutes, 39 seconds**

**You said you think she uses a voice over the voice thingy.**

**31:47**

**31 minutes, 47 seconds**

**Mhm. That laugh of the interviews. The person that's asking the questions.**

**31:56**

**31 minutes, 56 seconds**

**Okay. So, let me put some context to this.**

**32:00**

**32 minutes**

**The person that's in a yellow blouse, that's the soul cycle mother.**

**32:07**

**32 minutes, 7 seconds**

**That's the soul cycle mother. Remember, I'm not saying that it's a connection.**

**32:16**

**32 minutes, 16 seconds**

**That's the soul cyclist mother. Thank you.**

**32:24**

**32 minutes, 24 seconds**

**Say, I'm a grandma. I'm a grandma. When's the baby coming? November. Around my birthday. I hope. November 7th. Hope. You don't want to share.**

44

**32:32**

**32 minutes, 32 seconds**

**I do. I really don't.**

**32:34**

**32 minutes, 34 seconds**

**November 8th. Baby's coming November 8th.**

**32:37**

**32 minutes, 37 seconds**

**Say, "I'm a grandma." Hey,**

**32:47**

**32 minutes, 47 seconds**

**that's the soul cyclist mother. Remember Danny said that she's not the soul cyclist, but that is the soul cyclist mom.**

**33:00**

**33 minutes**

**I think so, baby. Yep. It's her. She has a voice over that laugh is telling to me.**

**33:08**

**33 minutes, 8 seconds**

**The few people that I played it for said that. I mean, you know,**

**33:17**

**33 minutes, 17 seconds**

**remember it's not a connection between Danny and a soul cyclist,**

**33:24**

**33 minutes, 24 seconds**

**right? Danny said that it wasn't her, so we're not going to say that it's her,**

**33:31**

**33 minutes, 31 seconds**

45

but again, oh, look, the tears of joy. Thank you. Say, I'm a grandma.

33:39

33 minutes, 39 seconds

I'm a grandma.

33:40

33 minutes, 40 seconds

When's the baby coming? November around my birthday. I hope. November 7th. You don't want to share. I do. I really don't. November 8th.

33:48

33 minutes, 48 seconds

Baby's coming November 8th.

33:50

33 minutes, 50 seconds

Say, "I'm a grandma." I'm a Grammy. Oh, look. The tears of joy. Thank you.

33:57

33 minutes, 57 seconds

Say, "I'm a grandma." I'm a grandma. When's the baby coming? November. Around my birthday. I hope.

34:03

34 minutes, 3 seconds

November 7th. Hope you don't want to share. I do. I really don't. November 8th.

34:08

34 minutes, 8 seconds

Baby's coming November 8th. say, "I'm a grandma." Okay.

34:18

34 minutes, 18 seconds

I don't know. I need you guys to let me know. If it sounds familiar to you. If it don't, then hey, if it don't apply, let it fly.

46

**34:29**

**34 minutes, 29 seconds**

**Give me a second, you guys. Give me a second.**

**35:19**

**35 minutes, 19 seconds**

**Okay, here we go. You say yes, it's the laugh. Terra, the voice over is very well could be though.**

**35:29**

**35 minutes, 29 seconds**

**Wow. Yeah. I don't know. I just need some old school YouTubers.**

**35:36**

**35 minutes, 36 seconds**

**You got people who been I mean, you know, you have new people and then you got people that been here for years.**

**35:45**

**35 minutes, 45 seconds**

**If it's her, then it's her. If it's not, I mean, remember, everything is alleged.**

**35:51**

**35 minutes, 51 seconds**

**I'm not saying definitive. That is her.**

**35:55**

**35 minutes, 55 seconds**

**Danny said that she's not the soul cyclist.**

**36:00**

**36 minutes**

**So, Oh my god, she looks like it is. So, let's play again.**

**36:13**

**36 minutes, 13 seconds**

47

Oh, look the tears of joy. Thank you. Say, I'm a grandma. I'm a grandma. When's the baby coming?

36:20

36 minutes, 20 seconds

November around my birthday. I hope.

36:22

36 minutes, 22 seconds

November 7th. Hope you don't want to share. I do. I really don't. November 8th. Baby's coming November 8th. Say I'm a Grammy.

36:30

36 minutes, 30 seconds

I'm a Grammy. Oh, look the tears of joy. Thank you. Say, I'm a grandma.

36:37

36 minutes, 37 seconds

I'm a grandma. When's the baby coming? November around my birthday. I hope. November 7th.

36:43

36 minutes, 43 seconds

You don't want to share. I do. I really don't. November 8th. Baby's coming November 8th.

36:49

36 minutes, 49 seconds

Say, "I'm a grandma." Hey, you say that's what Hey, I just want you guys to see.

37:00

37 minutes

And if it's not a connection to I mean you know maybe the soul cyclist let's see you said it is the laugh that makes

37:08

37 minutes, 8 seconds

48

it possible but the voice is what's throwing me off. Okay.

37:13

37 minutes, 13 seconds

Her laugh is what I hear voice over. Her laugh is unique.

37:21

37 minutes, 21 seconds

Okay.

37:23

37 minutes, 23 seconds

My thing is this. Why would the soul cyclist mom

37:30

37 minutes, 30 seconds

and that person have a connection?

37:43

37 minutes, 43 seconds

I know I saw the person whose voice that is behind. It's the same complexion.

37:56

37 minutes, 56 seconds

Did he?

38:05

38 minutes, 5 seconds

Oh, yeah. Yeah. Yeah. Of course, I remember that. But, um,

38:11

38 minutes, 11 seconds

she's denying being that person. But um again,

38:19

38 minutes, 19 seconds

49

what I mean you guys, y'all been here for a long time. I mean, a lot of you guys been here for a long time.

38:29

38 minutes, 29 seconds

And um I had people in the back that said undeniably

38:37

38 minutes, 37 seconds

it's her voice but and um you you know but everything is alleged and you have to use your own.

38:46

38 minutes, 46 seconds

Hey period gifted five Kimmy love memberships. Okay. That's what I'm talking about.

38:53

38 minutes, 53 seconds

Thank you Tara. And if you were gifted a membership you know what to do.

39:05

39 minutes, 5 seconds

You know what to do. Yeah, he probably was.

39:14

39 minutes, 14 seconds

Thank you, Terra. Exactly. I appreciate that, Tara, for looking out. Okay,

39:22

39 minutes, 22 seconds

now this is a open panel. Anybody can And then I had people reaching out to me

39:32

39 minutes, 32 seconds

in the back and they were asking me. Yeah, they were asking. Let's see. Michelle, yes, he was

**39:39**

**39 minutes, 39 seconds**

**okay. I had uh people in the back asking me about the list. I feel like people on**

**39:48**

**39 minutes, 48 seconds**

**here I mean by Teddy being off the list that you know I I don't know. I don't**

**39:55**

**39 minutes, 55 seconds**

**know. I just think that everybody out here that creates content, do your**

**40:01**

**40 minutes, 1 second**

**thing. You don't need a list to solidify, you know, what you do on here.**

**40:13**

**40 minutes, 13 seconds**

**Is it I don't know.**

**40:23**

**40 minutes, 23 seconds**

**Remember, I can't say that it's her definitively.**

**40:28**

**40 minutes, 28 seconds**

**I'm just saying, y'all. I'm going to play it throughout her. Look. Oh, look. The tears of joy.**

**40:36**

**40 minutes, 36 seconds**

**Thank you.**

**40:36**

**40 minutes, 36 seconds**

51

Say, "I'm a grandma." I'm a grandma. When's the baby coming? November. Around my birthday, I hope.

**40:43**

**40 minutes, 43 seconds**

November 7th. Hope you don't want to share. I do. I really don't. November 8th. Baby's coming November 8th.

**40:49**

**40 minutes, 49 seconds**

Say, "I'm a Grammy." I'm a Grammy. Oh, look the tears of joy. Thank you. Say, I'm a grandma.

**40:58**

**40 minutes, 58 seconds**

I'm a grandma. When's the baby coming? November around my birthday. I hope.

**41:02**

**41 minutes, 2 seconds**

November 7th. Hope you don't want to share. I do. I really don't. November 8th. Baby's coming November 8th.

**41:09**

**41 minutes, 9 seconds**

Say I'm a grandma. It's a old video.

**41:24**

**41 minutes, 24 seconds**

Yeah, I talked to uh Cubs. Where's Cups at you guys?

**41:35**

**41 minutes, 35 seconds**

Just like I mean it's up to people who been here for a long time.

**41:44**

**41 minutes, 44 seconds**

H it people have people that has been here for years that come back to the sector and they visit the sector

41:54

41 minutes, 54 seconds

maybe they can make you know maybe they can make a connection. I mean I'm not saying that it's her 100%.

42:01

42 minutes, 1 second

But uh this person that's doing the the interview remember look I'm not saying

42:09

42 minutes, 9 seconds

that it's her 100%. But this is the soul cyclist mom. Hey spellcaster.

42:19

42 minutes, 19 seconds

How you doing baby? Let me see.

42:29

42 minutes, 29 seconds

No. Let me see.

42:41

42 minutes, 41 seconds

Okay, let me see.

42:44

42 minutes, 44 seconds

I got some stuff I got to Hey, makeup diva curls. Let me see.

42:54

42 minutes, 54 seconds

I know. I know you have.

43:03

**43 minutes, 3 seconds**

**I know you have. Let me read this.**

**43:09**

**43 minutes, 9 seconds**

**Oh no, I got to switch accounts. Wait, wait, wait, wait, wait. Let me check because**

**43:18**

**43 minutes, 18 seconds**

**I got to scroll down. Give me a second cuz I got inbox. Look y'all, I got a lot going on.**

**43:26**

**43 minutes, 26 seconds**

**Maybe the people on, you know, don't forget to let me know.**

**43:33**

**43 minutes, 33 seconds**

**She would know, wouldn't she? That's who would know. Let me see.**

**43:44**

**43 minutes, 44 seconds**

**Switch accounts. I got to scroll all the way down.**

**43:51**

**43 minutes, 51 seconds**

**Wait, where's it at? Where's it at? Up here.**

**44:02**

**44 minutes, 2 seconds**

**Oh, let me go back over here. I think I pressed the wrong thing. The wrong thingy.**

**44:09**

**44 minutes, 9 seconds**

**Oh, here we go. Okay, I had two people to inbox me here.**

**44:23**

**44 minutes, 23 seconds**

**Yeah, idiot. Let me see. I know. Hey, period. Hey, Kia.**

**44:32**

**44 minutes, 32 seconds**

**Okay, you got to subscribe to this one, baby.**

**44:40**

**44 minutes, 40 seconds**

**You got to subscribe to this one. Let me play it.**

**44:45**

**44 minutes, 45 seconds**

**Here we go. I think Yeah, thank you. Hey, Kia and welcome.**

**44:58**

**44 minutes, 58 seconds**

**Yeah, I'm glad you here.**

**45:01**

**45 minutes, 1 second**

**I'm glad that you're here. How long you been around, Kia? You say the lady in the yellow shirt looks like the woman we**

**45:09**

**45 minutes, 9 seconds**

**initially thought was Monica, the Bojangles lady. Oh, don't forget to get them likes up. Hey,**

**45:18**

**45 minutes, 18 seconds**

**maybe somebody who, you know, they'll know who go back who come back and watch the video.**

**45:36**

**45 minutes, 36 seconds**

55

Don't be mean. Don't be mean just because it's somebody's mom, you know. Don't Don't be mean because she has nothing to do with it.

45:49

45 minutes, 49 seconds

Y'all look, I'mma be playing this mug like a commercial, break, y'all. the interviewer. Is it Monica the Avatar?

46:00

46 minutes

Oh, look the tears of joy. Thank you. Say, I'm a grandma. I'm a grandma. When's the baby coming?

46:07

46 minutes, 7 seconds

November around my birthday. I hope. November 7th. You don't want to share? I do. I I really don't. November 8th. Baby's coming November 8th.

46:16

46 minutes, 16 seconds

Say, "I'm a grandma." I'm a Grammy. Oh, look. The tears of joy. Thank you.

46:23

46 minutes, 23 seconds

Say, "I'm a grandma." I'm a grandma. When's the baby coming? November. Around my birthday, I hope.

46:29

46 minutes, 29 seconds

November 7th. Hope you don't want to share. I do. I really don't. November 8th. Baby's coming November 8th.

46:36

46 minutes, 36 seconds

Say, okay.

46:48

**46 minutes, 48 seconds**

**Yeah. Thank you. Hey, Kia.**

**46:52**

**46 minutes, 52 seconds**

**And it says, "I subscribe, but I have to wait 20 minutes to chat." Okay, baby.**

**46:59**

**46 minutes, 59 seconds**

**You said the one questioning has my That's who I asked. I said, "It's the one that's questioning." The one that's doing the questioning, not the one that's in a yellow blouse.**

**47:21**

**47 minutes, 21 seconds**

**Yeah, that's who I mean. I don't know how to contact her, guys. I don't**

**47:31**

**47 minutes, 31 seconds**

**I don't Yeah, for real. For real.**

**47:38**

**47 minutes, 38 seconds**

**Rosie, Monica has a camera slip on. Yeah, we know about the camera slip.**

**47:45**

**47 minutes, 45 seconds**

**Yeah. And this person because I did my research, they're dark skinned. They, you know, my daughter is**

**47:53**

**47 minutes, 53 seconds**

**dark skinned. So, you know, but the person that's doing the questioning, she also has dark skin. Yes.**

**48:01**

**48 minutes, 1 second**

**Very. Look, I did research before I, you know, keep denying anything. Just ignored the accusation. Same with the mom. Sosa.**

**48:13**

**48 minutes, 13 seconds**

**Look, I'm not saying it's a connection. Hey, baby.**

**48:20**

**48 minutes, 20 seconds**

**I'm not saying everything is alleged.**

**48:28**

**48 minutes, 28 seconds**

**Yes, she does. She does. This This person does.**

**48:40**

**48 minutes, 40 seconds**

**No. Yeah, this person does.**

**48:54**

**48 minutes, 54 seconds**

**I wouldn't say that, but kind of shaped like a arm.**

**49:02**

**49 minutes, 2 seconds**

**Let me see.**

**49:06**

**49 minutes, 6 seconds**

**I know damn right. I was accused of being internet troll. My family called me pressing charges.**

**49:16**

**49 minutes, 16 seconds**

**Let me see. Hey, period. Hey, Magic. How you doing, sweetie?**

**49:24**

**49 minutes, 24 seconds**

**I am aware. But the initial person was cool.**

**49:29**

**49 minutes, 29 seconds**

**I didn't really see the camera slip, but that person does have dark skin and almond shaped eyes.**

**49:37**

**49 minutes, 37 seconds**

**I've seen this person when I did research. Hey baby, I love you. I love you, too.**

**49:48**

**49 minutes, 48 seconds**

**We the people is in the chat. Y'all make sure y'all get over there and like and subscribe to her channel.**

**49:54**

**49 minutes, 54 seconds**

**Hey, cuz I know that person's the person that**

**50:02**

**50 minutes, 2 seconds**

**who's behind who's doing the questioning. I did my research, but I won't divulge that information.**

**50:09**

**50 minutes, 9 seconds**

**I won't do it and I won't let you guys know the real name. But I have done research.**

**50:17**

**50 minutes, 17 seconds**

**I have right. I hear you.**

**50:26**

**50 minutes, 26 seconds**

59

Yeah, that person has the dark skin. Hey, period. Cousin, we the people.

50:32

50 minutes, 32 seconds

Yeah, y'all. We got we the people in the chat. Okay.

50:38

50 minutes, 38 seconds

You said that's Monica the avatar. A I can't I'm not going to reveal no names.

50:45

50 minutes, 45 seconds

I'm not because I won't you know remember everything is alleging

50:56

50 minutes, 56 seconds

is alleg to see you. We the people.

51:05

51 minutes, 5 seconds

Can we interview Lenny? I don't even know who Lenny is, baby.

51:11

51 minutes, 11 seconds

Hey, Mimi twin. How you doing, sweetie? I'm so proud of you, Auntie Kimmy.

51:17

51 minutes, 17 seconds

You're doing what others are scared to do. You're Thank you, baby. I appreciate that. I ain't Look, I ain't scared of nothing.

51:28

51 minutes, 28 seconds

You talking about like a legend Melissa?

51:34

**51 minutes, 34 seconds**

**Oh, Monica's brother. I didn't do that much research. A That's what's up.**

**51:43**

**51 minutes, 43 seconds**

**You said Sora sisters. I'm just not, you know, I know exactly who it is.**

**51:56**

**51 minutes, 56 seconds**

**But I ain't gonna do all of that.**

**52:00**

**52 minutes**

**I'm not doing that because it don't feel good when you've been, you know, if you're hiding
your identity, you're doing it for a reason.**

**52:10**

**52 minutes, 10 seconds**

**But, you know, remember everything is alleged. The camera slip was definitely fake.**

**52:18**

**52 minutes, 18 seconds**

**Magie trust is not I know who. Oh, you say it's not.**

**52:30**

**52 minutes, 30 seconds**

**This person is too, sweetheart. Okay, Melissa.**

**52:38**

**52 minutes, 38 seconds**

**This lady is too. What might be?**

**52:46**

**52 minutes, 46 seconds**

**Look, remember everything is alleged.**

61

**52:50**

**52 minutes, 50 seconds**

**Okay, I don't give a damn. Attack the channel**

**53:00**

**53 minutes**

**if you want to, but I know how to fight.**

**53:05**

**53 minutes, 5 seconds**

**And you start attacking my channel for no reason, Dad. I'm sorry. I got to handle my business.**

**53:13**

**53 minutes, 13 seconds**

**Oh, you think they're related or the mothers just know each other or sisters do sorus? I I I don't know.**

**53:21**

**53 minutes, 21 seconds**

**Right. That part like the [ __ ] Yeah. Look, it is what it is.**

**53:33**

**53 minutes, 33 seconds**

**I can get I mean, look, I'mma handle it. Need applied.**

**53:40**

**53 minutes, 40 seconds**

**There we go. Let me play it again. There we go.**

**53:49**

**53 minutes, 49 seconds**

**Oh, did I take this? Thank you.**

**53:55**

**53 minutes, 55 seconds**

Oh, [ __ ] Around my birthday, I hope. Oh, look. The tears of joy.

54:02

54 minutes, 2 seconds

Thank you. Say, I'm a grandma. I'm a grandma. When's the baby coming? November. Around my birthday, I hope. November 7th. You don't want to share?

54:11

54 minutes, 11 seconds

I do. I really don't. November 8th. Baby's coming November 8th. Say I'm a Grammy. I'm a Grammy.

54:20

54 minutes, 20 seconds

Oh, look the tears of joy. Thank you. Say, I'm a grandma. I'm a grandma. When's the baby coming?

54:27

54 minutes, 27 seconds

November around my birthday. I hope. November 7th. You don't want to sh I really don't. November 8th.

54:34

54 minutes, 34 seconds

Baby's coming November 8th. Say I'm a grandma. Space.

54:41

54 minutes, 41 seconds

Okay, y'all. I have to check into this.

54:44

54 minutes, 44 seconds

get access to camera. Yes. Allow. I I need somebody to come up.

54:56

54 minutes, 56 seconds

63

64

**I need somebody to come up cuz I have a doctor's appointment video call that I can't miss.**

**EXHIBIT E**

**it was a white guy between age 20-30. He had a gun on his hip and initially refused to get off the porch.  he had a "paper check" and was trying to verify her address.**







LIKE, SUBSCRIBE, AND DONATE

# Live chat

👑 0 XP

Top messages  👤 108



@DroppingTheTeaa  right

@mannybtv2577 🛡  that could have been a scare tactic, by the bot, letting you know she knows where you live..

@Simplydj2554 🛡 ⭐ 👑#3  Kimmie why your avatar not up there

@DroppingTheTeaa  i see it

@mannybtv2577 🛡  I see it

@Simplydj2554 🛡 ⭐ 👑#3  OH ok it was my phone 😂😂

@mannybtv2577 🛡  Simply on that Obama phone.. 😂

@Simplydj2554 🛡 ⭐ 👑#3  my ❤️ 😂😂

67

**EXHIBIT F**

https://www.youtube.com/watch?v=_q62wTf3pX4&t=169s

**1:53**

**1 minute, 53 seconds**

**Let's see.**

**2:08**

**2 minutes, 8 seconds**

**See if that's what I want. I don't know.**

**2:11**

**2 minutes, 11 seconds**

**It's not what quite what I was going for. Let's change the background.**

**2:23**

**2 minutes, 23 seconds**

**How's everyone tonight?**

**2:27**

**2 minutes, 27 seconds**

**All right, let's let's just stay with this.**

**2:36**

**2 minutes, 36 seconds**

**There we go. All right, it is it's Friday, isn't it?**

**2:44**

**2 minutes, 44 seconds**

**Woo. I've been so busy today. I have.**

**2:49**

**2 minutes, 49 seconds**

**And it's um 10:02. It's u Friday, May 8th. I'm Teddy and you are listening to**

**2:57**

68

**2 minutes, 57 seconds**

**Night Talk. So bear with me. I'm just really coming on and getting set up because I didn't want to come on too late tonight. All right, so I am on.**

**3:11**

**3 minutes, 11 seconds**

**I am live. Even if I'm getting set up, I'm here for you. All right. Uh shout out to the mob, all my other bears. I call the grizzlies and the honeybears.**

**3:23**

**3 minutes, 23 seconds**

**Please hit the like on your way in and uh grab a snack, grab coffee, grab tea,**

**3:30**

**3 minutes, 30 seconds**

**grab I've got my Gatorade. I know it's Friday. Grab a glass of wine. Whatever**

**3:35**

**3 minutes, 35 seconds**

**you'd like to have. Mhm. Like, share, comment, and subscribe. Sound is good.**

**3:45**

**3 minutes, 45 seconds**

**You can also email me right now at unwinded@gmail.com.**

**3:52**

**3 minutes, 52 seconds**

**All right.**

**3:55**

**3 minutes, 55 seconds**

**Where do we begin today? I did listen to part of a video this afternoon. Let me**

**4:05**

**4 minutes, 5 seconds**

**just wait a minute. Let me just check my email. [snorts] I did.**

69

4:13

4 minutes, 13 seconds

And um it was was it on real talking tea or was it the

4:19

4 minutes, 19 seconds

other one? I think it was uh Kimmy's broadcast her her her

4:28

4 minutes, 28 seconds

channel that recently was monetized. I can't remember what it's called. Uh gee, let me get it correct.

4:43

4 minutes, 43 seconds

I know the the main channels real talk and tea with Kimmy love. So, let me just

4:52

4 minutes, 52 seconds

make sure because I wouldn't want someone to get my channel name correct.

5:00

5 minutes

[laughter]

5:09

5 minutes, 9 seconds

Kimmy loves celebrity news. All right.

5:18

5 minutes, 18 seconds

Thank you, Vicki. Yes. And I I caught part of it because I made a

5:26

5 minutes, 26 seconds

comment and I was planning to come back and listen, but that particular video is no longer available. Okay.

5:39

5 minutes, 39 seconds

What caught my attention and I'm I'm going to say this because

5:45

5 minutes, 45 seconds

I've experienced something at least I've mentioned it to my

5:53

5 minutes, 53 seconds

audience because I don't have her video because I didn't look at the full transcript.

6:01

6 minutes, 1 second

I can only try and recall um some of it. All right.

6:11

6 minutes, 11 seconds

I believe that she experienced

6:19

6 minutes, 19 seconds

um a situation if I can remember what she described

6:26

6 minutes, 26 seconds

that there was a man, a stranger man who

6:35

6 minutes, 35 seconds

either was approaching her house, came to her house. Mhm.

6:43

71

6 minutes, 43 seconds

And also was seen sitting I believe that would be in front of her

6:51

6 minutes, 51 seconds

house. I don't know because it shows you know the street it shows a picture of a

7:00

7 minutes

person sitting in it appeared to be a sedan. Okay.

7:08

7 minutes, 8 seconds

Um because it was a person sitting, you know,

7:16

7 minutes, 16 seconds

um from the side off to the side. The only thing I could really make out uh because there were some shadows

7:26

7 minutes, 26 seconds

um a part of of it. It appeared to be a sedan and

7:33

7 minutes, 33 seconds

it appeared to be u a silhouette of a man sitting. Um I didn't see anyone or

7:43

7 minutes, 43 seconds

couldn't make out anyone else uh sitting in the vehicle. She would know much more about that.

7:58

7 minutes, 58 seconds

But what

72

**8:04**

**8 minutes, 4 seconds**

**interests me one the way she told the story and after**

**8:11**

**8 minutes, 11 seconds**

**seeing the photo it's for me it's plausible. All right I believe it.**

**8:20**

**8 minutes, 20 seconds**

**I don't have any reason to doubt her story. All right? Because**

**8:30**

**8 minutes, 30 seconds**

**I have experienced at least on three occasions**

**8:38**

**8 minutes, 38 seconds**

**a man in a vehicle um**

**8:46**

**8 minutes, 46 seconds**

**you know observing me.**

**8:50**

**8 minutes, 50 seconds**

**um from a far off. Not actually when [snorts] I see a far off uh close enough**

**8:56**

**8 minutes, 56 seconds**

**that I could recognize his voice. Not his voice, his face. [laughter]**

**9:05**

**9 minutes, 5 seconds**

**I would be able to recognize his face if someone put a picture in front of me.**

**9:11**

**9 minutes, 11 seconds**

**That's how close and how well I could recognize the**

**9:19**

**9 minutes, 19 seconds**

**person. All right. And each time that I've seen this person persons, it's been [snorts] a Caucasian male.**

**9:33**

**9 minutes, 33 seconds**

**And he's always though had on a baseball cap.**

**9:38**

**9 minutes, 38 seconds**

**He's always worn sunglasses or shaded glasses.**

**9:46**

**9 minutes, 46 seconds**

**He's always had a beard.**

**9:50**

**9 minutes, 50 seconds**

**But the last time that I experienced this, [snorts] I was in a**

**9:58**

**9 minutes, 58 seconds**

**store. I told this to my audience.**

**10:04**

**10 minutes, 4 seconds**

**And just one part of it, he turned and I noticed when I looked up, he was staring**

**10:12**

**10 minutes, 12 seconds**

at me and he had the finger, middle finger, and he held it there and I I

10:20

10 minutes, 20 seconds

looked and it was Yeah, it's going to be shocking because I don't know who this person is. I don't know why he was

10:29

10 minutes, 29 seconds

directing what appeared to be um anger or some type of of emotion toward me because I didn't know this individual.

10:45

10 minutes, 45 seconds

And he was also wearing

10:51

10 minutes, 51 seconds

a what appeared to be a headset like

10:59

10 minutes, 59 seconds

and I mentioned this before a headset with a microphone.

11:05

11 minutes, 5 seconds

Um, so like you know clip and looks like a um like he could be speaking on a phone.

11:16

11 minutes, 16 seconds

All right.

11:18

11 minutes, 18 seconds

Didn't see the phone, but there was clearly a headset he was wearing. Okay.

11:35

**11 minutes, 35 seconds**

**And to say the least, it it it didn't make**

**11:42**

**11 minutes, 42 seconds**

**me feel comfortable at all.**

**11:49**

**11 minutes, 49 seconds**

**No. Now that's away from my home.**

**11:56**

**11 minutes, 56 seconds**

**I have also remember I said three times**

**12:01**

**12 minutes, 1 second**

**a man. Okay. I've also experienced**

**12:08**

**12 minutes, 8 seconds**

**at least on two other occasions**

**12:16**

**12 minutes, 16 seconds**

**someone in my driveway, someone parked in front of my house**

**12:22**

**12 minutes, 22 seconds**

**after midnight. just parked in front of my house. Um, I couldn't make out who was in the um vehicle.**

**12:33**

**12 minutes, 33 seconds**

**Um, I also recently experienced something that I**

**12:41**

**12 minutes, 41 seconds**

**haven't mentioned and I'm not going to go in to any great length about it. All right?**

**12:49**

**12 minutes, 49 seconds**

**So I know what I've experienced and I know if I've shared it and I have I**

**12:58**

**12 minutes, 58 seconds**

**would want someone to believe my story.**

**13:03**

**13 minutes, 3 seconds**

**So because of that I'm not going to dismiss her story. No.**

**13:14**

**13 minutes, 14 seconds**

**No.**

**13:17**

**13 minutes, 17 seconds**

**Because if someone, you know, [clears throat] showed up to my house**

**13:22**

**13 minutes, 22 seconds**

**and didn't want to leave it, it it I it seems like I remember that part.**

**13:31**

**13 minutes, 31 seconds**

**Didn't want to leave the my, you know, property.**

**13:37**

**13 minutes, 37 seconds**

**That would startle me. Um and**

77

**13:43**

**13 minutes, 43 seconds**

**also it seemed like um he there was talk of a check again**

**13:51**

**13 minutes, 51 seconds**

**because I didn't get a chance to um you know go back and listen to the video.**

**13:59**

**13 minutes, 59 seconds**

**I do remember that part. There was some check um that apparently**

**14:10**

**14 minutes, 10 seconds**

**he was bringing to her or said belonged to her.**

**14:19**

**14 minutes, 19 seconds**

**All right.**

**14:22**

**14 minutes, 22 seconds**

**First of all, [clears throat] and I would agree with this part that she said, if someone came to my house and**

**14:29**

**14 minutes, 29 seconds**

**they said they had a check for me, they had a folder and all of that, that's No, that's that's not that's I**

**14:39**

**14 minutes, 39 seconds**

**would automatically my guard is um I would be a little suspicious.**

**14:47**

**14 minutes, 47 seconds**

Yeah.

14:48

14 minutes, 48 seconds

Because if you have something that put it in the mail, no.

14:57

14 minutes, 57 seconds

No way. No way am I going to believe someone who comes to my house and says

15:06

15 minutes, 6 seconds

they have money for me. Okay. Is this uh uh Ed McMahon or someone like that? You

15:15

15 minutes, 15 seconds

know, you've just won and they come out and you know, you've seen those pictures and stand on your lawn and they have cameras. You just won $100,000.

15:26

15 minutes, 26 seconds

It wasn't anything like that. You know what I'm saying?

15:34

15 minutes, 34 seconds

So, no

15:43

15 minutes, 43 seconds

[laughter]

15:46

15 minutes, 46 seconds

If it has my name on it, [laughter] I'm not afraid if you walk away with the check and you lose it.

15:59

**15 minutes, 59 seconds**

**Whoa. I'm not afraid of that.**

**16:04**

**16 minutes, 4 seconds**

**I'm not. That is not going to [laughter] that is not going to distract me enough.**

**16:14**

**16 minutes, 14 seconds**

**Yes. Thank you, Guju. I couldn't think of it.**

**16:19**

**16 minutes, 19 seconds**

**[laughter]**

**16:21**

**16 minutes, 21 seconds**

**Publishers clearing house sweep stakes.**

**16:27**

**16 minutes, 27 seconds**

**It It was Ed McMahon, wasn't it? I know he's passed away, but wasn't that Ed Ed McMahon?**

**16:38**

**16 minutes, 38 seconds**

**Okay. I think so.**

**16:44**

**16 minutes, 44 seconds**

**[laughter]**

**16:47**

**16 minutes, 47 seconds**

**No. No man is going to come to your house.**

**16:56**

**16 minutes, 56 seconds**

**[laughter]**

**16:57**

**16 minutes, 57 seconds**

**Detroit.**

**17:03**

**17 minutes, 3 seconds**

**Not that it can't, you know, it could happen in Detroit, you know, maybe. But no, I'm serious.**

**17:13**

**17 minutes, 13 seconds**

**Detroititers, and I grew up in Detroit, we there's already going to be some**

**17:21**

**17 minutes, 21 seconds**

**suspicion. So, you mean to tell me there's going to be All right, I'm not trying to make But let's just be real.**

**17:30**

**17 minutes, 30 seconds**

**Stop. Stop.**

**17:34**

**17 minutes, 34 seconds**

**No. If you have something that belongs to you and it's real business, you're**

**17:41**

**17 minutes, 41 seconds**

**going to get some type of notification, phone call, a letter, a real one.**

**17:51**

**17 minutes, 51 seconds**

81

No.

17:54

17 minutes, 54 seconds

And then if it's true, someone who refuses, you know, at some point to to leave you know, get off your porch or whatever.

18:06

18 minutes, 6 seconds

I wouldn't open my door. I don't even know if I'd open my window.

18:16

18 minutes, 16 seconds

No, but um yes, I would be trying to get a photo.

18:23

18 minutes, 23 seconds

Yes.

18:24

18 minutes, 24 seconds

Uh what is this? When they send you um PCH, that's Publishers Clearing House in

18:31

18 minutes, 31 seconds

the mail, it makes you look like you've won until you read the fine print.

18:38

18 minutes, 38 seconds

I've always said, you know, these people call you've won, you've won, you've I've got money for No, you don't.

18:46

18 minutes, 46 seconds

I I have never fallen for that.

18:50

**18 minutes, 50 seconds**

**Maybe because my parents, you know, told me about it. Because there are a lot of scams out here. But if it's real and I**

**19:00**

**19 minutes**

**turn down this great opportunity, trust me, if it's real, you will be contacted.**

**19:15**

**19 minutes, 15 seconds**

**So I asked her when I in the chat I just put in the chat**

**19:23**

**19 minutes, 23 seconds**

**was he wearing glasses and she said no not that he couldn't be you know I don't**

**19:32**

**19 minutes, 32 seconds**

**think it's the same person I just wanted to know was this person wearing glasses**

**19:41**

**19 minutes, 41 seconds**

**you know, description. Yeah, because mine's always always**

**19:47**

**19 minutes, 47 seconds**

**Mhm. wearing, you know, shades and a baseball cap. I didn't ask her about the**

**19:54**

**19 minutes, 54 seconds**

**baseball cap. It was sunny today. I believe it was today.**

**20:02**

**20 minutes, 2 seconds**

**I wonder did she notice, you know, what he really looked like?**

**20:13**

**20 minutes, 13 seconds**

**Because from the picture that she showed, again, that was in a car. There could be shadows and the light and all**

**20:22**

**20 minutes, 22 seconds**

**of that. But if he was, you know, out of his car and on her porch, I'm certain I**

**20:30**

**20 minutes, 30 seconds**

**would think that she would um be able to maybe recognize him later.**

**20:40**

**20 minutes, 40 seconds**

**Yeah. If she saw him in public. I'm pretty good at that. If I've seen you once.**

**20:52**

**20 minutes, 52 seconds**

**Yeah. And it was, you know, intentional.**

**20:56**

**20 minutes, 56 seconds**

**If you come across me again, I there's going to be something about it that I'm going to recall. I'm going to remember that I saw you before.**

**21:08**

**21 minutes, 8 seconds**

**Yeah.**

**21:10**

**21 minutes, 10 seconds**

**But again, you can email me atonwithtedgmail.com.**

**21:22**

**21 minutes, 22 seconds**

84

**For some reason, how do I say this?**

**21:31**

**21 minutes, 31 seconds**

**People can make a lot of um accusations**

**21:41**

**21 minutes, 41 seconds**

**and they can say a lot of things. It doesn't mean it's true. meaning that someone can say**

**21:52**

**21 minutes, 52 seconds**

**that I said that they sent someone to my house**

**22:00**

**22 minutes**

**when if you listen carefully and I have my videos. I know what I've said.**

**22:10**

**22 minutes, 10 seconds**

**I do. And it's a good thing to have um videos because**

**22:18**

**22 minutes, 18 seconds**

**there there's some interesting things happening on this platform and things**

**22:27**

**22 minutes, 27 seconds**

**don't always appear as they seem. All right.**

**22:32**

**22 minutes, 32 seconds**

**Oh, Secret says she has cameras on her porch. Well, that's good. then she would be able to Yeah.**

**22:44**

**22 minutes, 44 seconds**

**But it's um again because I didn't hear all of the um story as far as being able to go back**

**22:54**

**22 minutes, 54 seconds**

**and listen, you know, carefully. Yeah. I mean, really listen to um what was said**

**23:05**

**23 minutes, 5 seconds**

**between them. I believe there was some type of uh um communication.**

**23:12**

**23 minutes, 12 seconds**

**Yeah. I don't know.**

**23:23**

**23 minutes, 23 seconds**

**But again, if a man showed up at my house, I'm not expecting anyone. No appointments, nothing like that.**

**23:31**

**23 minutes, 31 seconds**

**And even if I were um at this point you're going to have to show some ID badge, you know, like the gas company coming out or something like that. Yeah.**

**23:45**

**23 minutes, 45 seconds**

**Because things can happen. Things can happen even in daylight.**

**23:53**

**23 minutes, 53 seconds**

**Yeah.**

**23:55**

**23 minutes, 55 seconds**

**Yeah. So we have to what? Watch and pray.**

**24:01**

**24 minutes, 1 second**

**Yeah, watch and pray. Let me read some of your comments. Um,**

**24:08**

**24 minutes, 8 seconds**

**I'm kind of um reserving some of some of my commentary, but**

**24:17**

**24 minutes, 17 seconds**

**it would be I believe she called it strange strange what did she call her video?**

**24:26**

**24 minutes, 26 seconds**

**Strange visit. Strange visitor. I'm not sure. I know the word strange was in**

**24:33**

**24 minutes, 33 seconds**

**there. Okay. Yeah. So, at least she's okay. And um yeah, Ju Guu says the video I missed it.**

**24:45**

**24 minutes, 45 seconds**

**Well, I missed a good portion of it, I think. And**

**24:53**

**24 minutes, 53 seconds**

**um there was another video that I have to go back and look at.**

**24:59**

**24 minutes, 59 seconds**

**I think she did a couple of videos today. So, I'll go back and, you know, take a look at the one that's there.**

**25:09**

**25 minutes, 9 seconds**

[music] Yeah. But I'm always, you know, interested especially

25:16

25 minutes, 16 seconds

um right now because there have been um

25:22

25 minutes, 22 seconds

the notion of people watching others homes on this platform

25:31

25 minutes, 31 seconds

um following or having people followed on this platform.

25:39

25 minutes, 39 seconds

We have seen people post pictures of others out in public and the person that

25:48

25 minutes, 48 seconds

they posted was unaware that they were being either followed or photographed.

25:57

25 minutes, 57 seconds

Mhm. Well, you would certainly have to say they were being followed because how do you get a picture of someone unless

26:05

26 minutes, 5 seconds

someone is following you? All right. So following can have a number of um

26:13

26 minutes, 13 seconds

interpretations, but I'll just say at least for a short period of time, long enough to take a photo.

26:24

26 minutes, 24 seconds

Yeah.

26:26

26 minutes, 26 seconds

Um people have been followed in vehicles. We've seen footage of that.

26:38

26 minutes, 38 seconds

Um, we've seen post of that. We've seen pictures.

26:44

26 minutes, 44 seconds

We have Yeah. All of that is there.

26:53

26 minutes, 53 seconds

Mhm. We've heard phone calls.

27:00

27 minutes

We've heard videos. Yeah.

27:07

27 minutes, 7 seconds

So it would cause anyone to at least have their, you know, antennas up.

27:17

27 minutes, 17 seconds

Yeah. Love says, love 777 [gasps] or I could say trip 7 says, "I

27:25

27 minutes, 25 seconds

won't open my door if I don't know you." Yeah. No way.

27:32

27 minutes, 32 seconds

Yes.

27:36

27 minutes, 36 seconds

Now when the police came to my house the first time I opened my door

27:44

27 minutes, 44 seconds

but the second and the third time even the police that's right even when the police came

27:53

27 minutes, 53 seconds

to my house the second and third time I explained nope

28:01

28 minutes, 1 second

I'm going to come around to the kitchen window and I can talk to you through my window. And I explained to them why. And

28:10

28 minutes, 10 seconds

I gave them names. You didn't see it in the police report.

28:14

28 minutes, 14 seconds

No. And I told them exactly why I wasn't opening my door because I wasn't going

28:21

28 minutes, 21 seconds

to be the subject of someone's um cam footage and for that cam footage to then

28:28

28 minutes, 28 seconds

be used in a way um that it was used before.

**28:36**

**28 minutes, 36 seconds**

**No. And they actually called I think they I told them call.**

**28:42**

**28 minutes, 42 seconds**

**Yeah. It's It's on files in the case.**

**28:47**

**28 minutes, 47 seconds**

**Yes, I did. Mhm.**

**28:54**

**28 minutes, 54 seconds**

**Now, if they would have demanded, if they wouldn't have been satisfied,**

**29:03**

**29 minutes, 3 seconds**

**well, sure, I don't want the police, you know, to have to use force to enter my**

**29:11**

**29 minutes, 11 seconds**

**home, but at the same time, the situation**

**29:18**

**29 minutes, 18 seconds**

**um was, you know, what it was at during that period.**

**29:32**

**29 minutes, 32 seconds**

**Yeah, Ju Guu said Teddy said no. No, no, no. Not this time. Nope.**

**29:41**

**29 minutes, 41 seconds**

**No. Fool me once. Shame on me. Or is it shame on you?**

**29:51**

**29 minutes, 51 seconds**

However the saying goes, poo me twice. No, I think it's shame on me.

**29:58**

**29 minutes, 58 seconds**

No.

**30:03**

**30 minutes, 3 seconds**

And the second time and [clears throat] the third time I made sure I said the name I

**30:12**

**30 minutes, 12 seconds**

did. I wanted to be heard on the cam footage. And interestingly enough, that one wasn't played.

**30:25**

**30 minutes, 25 seconds**

I said, "Oh, okay. Next time I'm going to call the name."

**30:35**

**30 minutes, 35 seconds**

So, you best believe if it ever happens again, I'm going to be saying the name over and over and over. They're going to have to stop me.

**30:47**

**30 minutes, 47 seconds**

Yep. because I'm going to want to make sure that part is recorded by the police.

**31:00**

**31 minutes**

I think that um took care of it.

**31:08**

**31 minutes, 8 seconds**

Yeah.

31:12

31 minutes, 12 seconds

But again would have been a kind of a scary situation I guess I could say or

31:19

31 minutes, 19 seconds

definitely concerning. Mhm. So the moral be aware

31:28

31 minutes, 28 seconds

um be aware that

31:37

31 minutes, 37 seconds

nobody's going to fall for you know you you've got some money or you've got you

31:44

31 minutes, 44 seconds

no not mem no

31:52

31 minutes, 52 seconds

strangers No, stay vigilant. That's right.

32:01

32 minutes, 1 second

Stay vigilant.

32:07

32 minutes, 7 seconds

I'm doing my best to do that.

32:15

32 minutes, 15 seconds

93

I am.

32:18

32 minutes, 18 seconds

It doesn't mean I'm going to stay in my house and not leave my house.

32:24

32 minutes, 24 seconds

Somebody said that I don't leave my house and said that I'm afraid to go out.

32:33

32 minutes, 33 seconds

Well, maybe they forgot that they said that

32:40

32 minutes, 40 seconds

in that recording I kept

32:54

32 minutes, 54 seconds

Yeah, it's always interesting how people try to flip things, you know.

33:05

33 minutes, 5 seconds

Yeah.

33:07

33 minutes, 7 seconds

But well,

33:11

33 minutes, 11 seconds

[laughter]

33:12

33 minutes, 12 seconds

yeah, I'm every day. Almost every day.

33:16

33 minutes, 16 seconds

Yeah. I not every day pretty much. I mean, we're not living in co time. Yeah.

33:25

33 minutes, 25 seconds

Every day I'm I leave my house at some point. I do

33:33

33 minutes, 33 seconds

multiple times, you know, depending on the day of the weight. Mhm. Yeah.

33:43

33 minutes, 43 seconds

Mhm.

33:46

33 minutes, 46 seconds

And I can't Well, I I think I've said enough on that one.

33:56

33 minutes, 56 seconds

Yes, I do. I stayed busy. I was I've been busy all day today. Got some things done, too.

34:05

34 minutes, 5 seconds

Yeah.

34:07

34 minutes, 7 seconds

So, what does it mean?

34:14

34 minutes, 14 seconds

Oh, okay.

34:20

34 minutes, 20 seconds

So, I'm just checking my email and there's something in the mail.

34:31

34 minutes, 31 seconds

Let's see.

34:44

34 minutes, 44 seconds

Oh, let me just hang on. Hang on, guys.

35:09

35 minutes, 9 seconds

[music]

35:17

35 minutes, 17 seconds

[music]

35:24

35 minutes, 24 seconds

[music]

35:24

35 minutes, 24 seconds

Hey

35:30

35 minutes, 30 seconds

[music]

35:38

35 minutes, 38 seconds

96

[music]

35:39

35 minutes, 39 seconds

honey.

35:46

35 minutes, 46 seconds

[music]

36:10

36 minutes, 10 seconds

[music]

36:15

36 minutes, 15 seconds

[music]

36:36

36 minutes, 36 seconds

[music]

36:36

36 minutes, 36 seconds

Hey, hey, hey.

36:57

36 minutes, 57 seconds

[music]

37:00

37 minutes

Come on.

37:03

37 minutes, 3 seconds

Come on. [music]

37:10

37 minutes, 10 seconds

[music]

37:18

37 minutes, 18 seconds

[music]

37:23

37 minutes, 23 seconds

Hey,

37:26

37 minutes, 26 seconds

[music]

37:27

37 minutes, 27 seconds

hey, hey.

37:31

37 minutes, 31 seconds

[music]

37:46

37 minutes, 46 seconds

[music]

37:52

37 minutes, 52 seconds

[music]

37:55

37 minutes, 55 seconds

**Hey, hey, hey.**

**38:05**

**38 minutes, 5 seconds**

**[music]**

**38:17**

**38 minutes, 17 seconds**

**[music]**

**38:32**

**38 minutes, 32 seconds**

**[music]**

**38:40**

**38 minutes, 40 seconds**

**[music]**

**38:47**

**38 minutes, 47 seconds**

**[music]**

**38:53**

**38 minutes, 53 seconds**

**[music]**

**38:59**

**38 minutes, 59 seconds**

**[music]**

**39:05**

**39 minutes, 5 seconds**

**[music]**

**39:16**

**39 minutes, 16 seconds**

[music]

39:16

39 minutes, 16 seconds

Heat. Heat.

39:23

39 minutes, 23 seconds

[music]

39:30

39 minutes, 30 seconds

You are

39:46

39 minutes, 46 seconds

la. [music] Heat.

39:54

39 minutes, 54 seconds

[music]

40:00

40 minutes

[music]

40:09

40 minutes, 9 seconds

[music]

40:10

40 minutes, 10 seconds

Heat.

40:18

40 minutes, 18 seconds

[music]

40:26

40 minutes, 26 seconds

[music]

40:33

40 minutes, 33 seconds

[music]

40:34

40 minutes, 34 seconds

Okay, let's go.

40:39

40 minutes, 39 seconds

[music]

40:47

40 minutes, 47 seconds

[music]

40:54

40 minutes, 54 seconds

So, I'm back. [clears throat] Let's see.

41:04

41 minutes, 4 seconds

I'm waiting for Let's see a little response. Wait a minute.

41:14

41 minutes, 14 seconds

Yes.

41:26

41 minutes, 26 seconds

[laughter]

42:00

42 minutes

Okay. as soon as I get a response from my email.

42:20

42 minutes, 20 seconds

Let me take a look at your comments while I'm waiting for that.

42:26

42 minutes, 26 seconds

Yeah. Wasn't that smooth jazz nice?

42:41

42 minutes, 41 seconds

[music]

42:44

42 minutes, 44 seconds

Still there.

42:47

42 minutes, 47 seconds

Oh,

42:49

42 minutes, 49 seconds

[music]

42:58

42 minutes, 58 seconds

[music]

43:06

43 minutes, 6 seconds

hey. [music]

43:15

43 minutes, 15 seconds

[music]

43:19

43 minutes, 19 seconds

All right. You don't want to hear me hum.

43:23

43 minutes, 23 seconds

So, [clears throat] what I was just um looking at while you

43:31

43 minutes, 31 seconds

were listening to the music, I um saw a short

43:39

43 minutes, 39 seconds

um video footage of this individual that was pulling away. said allegedly pulling

43:48

43 minutes, 48 seconds

away [snorts] from in front of um Miss Smith's house. Mhm. And he pulled

43:58

43 minutes, 58 seconds

away rather quickly when she opened the door. Someone opened

44:06

44 minutes, 6 seconds

the door. I'll just say from the footage that I could see and it was pretty clear.

44:13

44 minutes, 13 seconds

Mhm.

44:15

44 minutes, 15 seconds

And um yeah, he he pulled away. Uh he he got on away from there.

44:27

44 minutes, 27 seconds

I'll just say it like that. You know, kind of like um well,

44:35

44 minutes, 35 seconds

he didn't he No, he he he wanted to go ahead and leave.

44:43

44 minutes, 43 seconds

Yeah.

44:45

44 minutes, 45 seconds

And um apparently he was he was being rude

44:54

44 minutes, 54 seconds

um in the video. The sound that I didn't hear, but I understand he was being rude.

45:04

45 minutes, 4 seconds

I'll put it like that. Let's see. Let me go back to my email.

45:13

45 minutes, 13 seconds

So, I don't want to Yeah. So, he was on he was on her porch.

45:30

45 minutes, 30 seconds

104

This is what she's saying. And talking to her very rudely.

45:42

45 minutes, 42 seconds

Yeah.

45:46

45 minutes, 46 seconds

No, that was not someone who, in my opinion, if they were

45:53

45 minutes, 53 seconds

bringing you something and, you know, had some great news, you know, you've got money, you've got, they wouldn't be rude to you if that's what happened.

46:06

46 minutes, 6 seconds

According to her, as far as being rude, no.

46:13

46 minutes, 13 seconds

No.

46:15

46 minutes, 15 seconds

No one's going to give you money or bring you something that's supposed to Yeah. And be rude about it.

46:25

46 minutes, 25 seconds

I don't think so.

46:28

46 minutes, 28 seconds

So, at least that part that didn't that didn't add up. But there is a video.

46:38

46 minutes, 38 seconds

Yeah.

46:40

46 minutes, 40 seconds

So she was able to capture um at least um

46:49

46 minutes, 49 seconds

a video of an individual in a car and they Yeah. They they they pulled away pretty fast.

47:02

47 minutes, 2 seconds

Yeah. Yeah. Mhm.

47:07

47 minutes, 7 seconds

Kind of like, you know, it's not like you, you know, on on a um residential

47:14

47 minutes, 14 seconds

street on a residential street pull out and yeah,

47:23

47 minutes, 23 seconds

they they weren't trying to linger at that point.

47:41

47 minutes, 41 seconds

Yeah, I'm sure that must have been upsetting. Yeah.

47:50

47 minutes, 50 seconds

Don't know what happened exactly. Only what I saw.

47:56

106

**47 minutes, 56 seconds**

**Yeah. And only what she said in her video happened.**

**48:01**

**48 minutes, 1 second**

**Yeah, I I know [laughter]**

**48:07**

**48 minutes, 7 seconds**

**I know the vehicles that um once once the individual**

**48:16**

**48 minutes, 16 seconds**

**um could recognize that I rec that I recognize that they were looking at me.**

**48:23**

**48 minutes, 23 seconds**

**They pulled away pretty fast, too. They really did. Uh-huh.**

**48:33**

**48 minutes, 33 seconds**

**Yeah.**

**48:35**

**48 minutes, 35 seconds**

**And the guy who was in the store, he left the store pretty fast, too.**

**48:41**

**48 minutes, 41 seconds**

**Mhm. And he left in a white car. I just didn't get the license number.**

**48:50**

**48 minutes, 50 seconds**

**Yeah. Yeah.**

**48:58**

**48 minutes, 58 seconds**

**Mhm.**

**49:02**

**49 minutes, 2 seconds**

**But you know what? The store might have that license number. You know, they have cameras everywhere if it needed to be.**

**49:16**

**49 minutes, 16 seconds**

**But I definitely have a really good description.**

**49:28**

**49 minutes, 28 seconds**

**So, I guess could have been coincidence, you know, a person in the store angry, you know, sees a sees a woman, you know,**

**49:37**

**49 minutes, 37 seconds**

**with a shopping cart and stands across the store and turns around and pauses**

**49:45**

**49 minutes, 45 seconds**

**and stares, you know, and gives you the finger. That's the first time that has ever happened to me in a public store.**

**49:57**

**49 minutes, 57 seconds**

**Like he was mad about something. Yeah.**

**50:11**

**50 minutes, 11 seconds**

**Yeah. It's pretty bold. And he didn't leave the store with any packages. No, he he wasn't he didn't have a shopping**

**50:19**

108

50 minutes, 19 seconds

cart. He just had a headset on. That's it. Well, you know, he was,

50:26

50 minutes, 26 seconds

but he he didn't stop by the counter. He didn't do any of that. He He left.

50:35

50 minutes, 35 seconds

Yeah. He heard it. He heard it and got out of the store, too.

50:44

50 minutes, 44 seconds

And the person in the the car, he I showed you I I showed you guys that.

50:53

50 minutes, 53 seconds

Yeah.

50:56

50 minutes, 56 seconds

Um a white guy. Joanne wants to know black or white? Caucasian.

51:05

51 minutes, 5 seconds

Every time for me. Yeah. And this it appeared that this individual um

51:13

51 minutes, 13 seconds

that I saw just now appears he was white. Mhm.

51:21

51 minutes, 21 seconds

Yeah.

51:24

109

51 minutes, 24 seconds

And that was a better picture at least a clearer picture. I didn't see anyone

51:33

51 minutes, 33 seconds

else you know seated in the car. He seemed like he was by himself.

51:44

51 minutes, 44 seconds

And he was driving a pretty nice car. Mhm.

51:51

51 minutes, 51 seconds

Yeah. Yeah. A black sedan.

52:01

52 minutes, 1 second

Yeah.

52:11

52 minutes, 11 seconds

couldn't tell, but the maybe the windows. I don't know if they were tinted or not.

52:25

52 minutes, 25 seconds

was not as easy, you know, to make out any like real distinguishing

52:35

52 minutes, 35 seconds

features other than, you know, I could see his hands on the steering wheel.

52:51

52 minutes, 51 seconds

Yeah, that would be very interesting for sure.

52:56

**52 minutes, 56 seconds**

**I mean, given, you know, given her situation, given what's going on.**

**53:03**

**53 minutes, 3 seconds**

**Yeah, you just never know.**

**53:08**

**53 minutes, 8 seconds**

**Yeah. So uh keep your eyes peeled, myself included, your ears to the ground**

**53:15**

**53 minutes, 15 seconds**

**and you know noticing looking. Yeah, I am.**

**53:25**

**53 minutes, 25 seconds**

**No, I go about my day, you know, if I I couldn't. Yeah, but if**

**53:32**

**53 minutes, 32 seconds**

**something if something feels strange, if something feels strange, looks**

**53:40**

**53 minutes, 40 seconds**

**strange, then it probably is or at least, you know, it's like your gut check. Don't ignore your gut. Even**

**53:50**

**53 minutes, 50 seconds**

**it would be better to error, you know, on the side of caution.**

**53:57**

**53 minutes, 57 seconds**

**Yeah. Blade said your ears to the cave wall, right? Mhm.**

111

**54:03**

**54 minutes, 3 seconds**

**No covering of the face. No.**

**54:13**

**54 minutes, 13 seconds**

**Yeah.**

**54:22**

**54 minutes, 22 seconds**

**So again, I can only, you know, I'm only saying just what I see, nothing more. Really,**

**54:31**

**54 minutes, 31 seconds**

**nothing more. And then I told you about my own story. Yeah.**

**54:37**

**54 minutes, 37 seconds**

**Yeah. Because I take I take things like this, you know, serious. I do.**

**54:47**

**54 minutes, 47 seconds**

**Yeah, let me go back to my email and see if there's anything.**

**55:04**

**55 minutes, 4 seconds**

**Any other comments? It's just about 11 o'clock. Rule number one, Joanne, I agree.**

**55:13**

**55 minutes, 13 seconds**

**Always follow your intuition. Mhm. Always.**

**55:25**

**55 minutes, 25 seconds**

**Always. Yeah.**

112

55:36

55 minutes, 36 seconds

Did the description match in what you both saw? You mean between us?

55:45

55 minutes, 45 seconds

Um, again, it was hard for me to um the the only thing I could say was,

55:55

55 minutes, 55 seconds

you know, it was a Caucasian man that I didn't ask her if he was wearing

56:02

56 minutes, 2 seconds

a baseball cap. from the again it the the first picture, you know, the steel picture that she showed.

56:14

56 minutes, 14 seconds

It was like I had to look at it, but it was kind of grainy for me. So, at

56:24

56 minutes, 24 seconds

one point it was hard to tell if he was facing

56:31

56 minutes, 31 seconds

the side or if he was facing, you know, had turned his head toward like the

56:38

56 minutes, 38 seconds

camera at least. You know, if she whatever that shot was, if it was a

56:46

56 minutes, 46 seconds

facial shot from the front or if it was the side profile

56:52

56 minutes, 52 seconds

because of of the shadow depends on who looks at it. It it could appear that it's a profile. All right?

57:06

57 minutes, 6 seconds

But then you can look at it if you think you're looking at the front of it, the profile at the top. That that could be

57:15

57 minutes, 15 seconds

like the edge of a cap. So, I don't know.

57:20

57 minutes, 20 seconds

I couldn't I couldn't make that part out. Only she knows.

57:29

57 minutes, 29 seconds

Good evening, Buzzball. Good evening.

57:36

57 minutes, 36 seconds

Yeah. Anything else? Facts.

57:59

57 minutes, 59 seconds

I think that might be it. I've been on for an hour

58:11

58 minutes, 11 seconds

again. What to make of it?

58:15

114

**58 minutes, 15 seconds**

**It's her story. It's her pictures, you know.**

**58:24**

**58 minutes, 24 seconds**

**I definitely um I believe someone, you know, I believe her when she said someone was at her house. I haven't**

**58:34**

**58 minutes, 34 seconds**

**heard the video. Um I could see a picture the video. I saw it. Yeah. And**

**58:43**

**58 minutes, 43 seconds**

**he was driving pretty. He got on out of there. I'll just say like that. Okay.**

**58:52**

**58 minutes, 52 seconds**

**All right. Maybe I'll just leave it at that.**

**58:56**

**58 minutes, 56 seconds**

**Yeah, maybe. Um H Let's see. Let's see one more thing.**

**59:10**

**59 minutes, 10 seconds**

**Um music**

**59:21**

**59 minutes, 21 seconds**

**[music]**

**59:29**

**59 minutes, 29 seconds**

**[music]**

115

**59:29**

**59 minutes, 29 seconds**

**Lights out in my favorite. Too many ways been in your place. The layers add it up plus signals [music] on a table driving**

**59:38**

**59 minutes, 38 seconds**

**and vibing. [singing] Want to make it bigger. Just a little bit of labor showing up too much. I'm a**

**59:45**

**59 minutes, 45 seconds**

**fashion killer. I'm your biggest. Meet me in the middle. I just don't want to set under [music] this dream.**

**59:55**

**59 minutes, 55 seconds**

**I'm not just a visionary. [music] It's all making sense to me. Not a basic**

**1:00:02**

**1 hour, 2 seconds**

**orinary. [music] Stay blue. We going to get higher. You're the I could be your buyer under these lucid dreams. [music]**

**1:00:12**

**1 hour, 12 seconds**

**I'm not taking off my head yet.**

**1:00:17**

**1 hour, 17 seconds**

**Just being honest, [music] we still be different.**

**1:00:23**

**1 hour, 23 seconds**

**And I've been feeling my own inertia.**

**1:00:29**

**1 hour, 29 seconds**

**Just being honest. [singing]**

**1:00:31**

**1 hour, 31 seconds**

**[music]**

**1:00:32**

**1 hour, 32 seconds**

**There's no difference.**

**1:00:35**

**1 hour, 35 seconds**

**I know it's okay. I don't want to just be living dreams.**

**1:00:42**

**1 hour, 42 seconds**

**I'm not just a visionary. It's all making sense to me. Not a basic ain't no**

**1:00:49**

**1 hour, 49 seconds**

**name. [music] Stay put. We going to get higher. You're the product. I could be your buyer. [music] Under these lucid dreams. I'm not thinking off my head.**

**1:01:01**

**1 hour, 1 minute, 1 second**

**Yeah. [music] I'm just feeling lazy. Just be honest, baby. We got different phases. Give it all. Take it all. I'm just feeling lazy.**

**1:01:09**

**1 hour, 1 minute, 9 seconds**

**Just be honest, baby. We got different phases. Give it all. Take it all.**

**1:01:14**

**1 hour, 1 minute, 14 seconds**

117

[music]

1:01:19

1 hour, 1 minute, 19 seconds

[music]

1:01:23

1 hour, 1 minute, 23 seconds

Johnny dreams I'm not just a vision [music]

1:01:31

1 hour, 1 minute, 31 seconds

making sense [singing] to me not a basic ain't no [music] stay we going to get higher you're the I

1:01:41

1 hour, 1 minute, 41 seconds

could be your buyer under [music] So dream I'm not thinking off my head.

1:01:52

1 hour, 1 minute, 52 seconds

[music]

1:02:02

1 hour, 2 minutes, 2 seconds

All right. So I think that's going to do it for me. I was just looking at something else.

1:02:11

1 hour, 2 minutes, 11 seconds

Yeah. can't get it all in in one, you know, one setting. All right, that's going to uh do it.

1:02:20

1 hour, 2 minutes, 20 seconds

Biggest bear hugs go out to the grizzlies and the honeybees. Please hit the like on your way out. It's 11:02. I appreciate all of you who have joined me

1:02:27

**1 hour, 2 minutes, 27 seconds**

**tonight. Yeah, it's night talk. You never know what you're going to get here on Unwind with Teddy. Thanks for watching. Until next time.**

**1:02:37**

**1 hour, 2 minutes, 37 seconds**

**Yeah, I'm Teddy. Good night.**

**1:02:46**

**1 hour, 2 minutes, 46 seconds**

**[music]**

**1:02:52**

**1 hour, 2 minutes, 52 seconds**

**Heat. Heat.**

**1:02:56**

**1 hour, 2 minutes, 56 seconds**

**[music]**

**1:03:02**

**1 hour, 3 minutes, 2 seconds**

**Tell you [music]**

**1:03:13**

**1 hour, 3 minutes, 13 seconds**

**[music]**

**1:03:21**

**1 hour, 3 minutes, 21 seconds**

**[music]**

**1:03:24**

**1 hour, 3 minutes, 24 seconds**

**time.**

1:03:29

1 hour, 3 minutes, 29 seconds

Oh,

1:03:34

1 hour, 3 minutes, 34 seconds

[music]

1:03:46

1 hour, 3 minutes, 46 seconds

[music]

1:03:51

1 hour, 3 minutes, 51 seconds

down. [music] Heat. Heat. N.

1:04:02

1 hour, 4 minutes, 2 seconds

[music]

1:04:09

1 hour, 4 minutes, 9 seconds

[music]

1:04:16

1 hour, 4 minutes, 16 seconds

[music]

1:04:24

1 hour, 4 minutes, 24 seconds

la. [music]

1:04:34

1 hour, 4 minutes, 34 seconds

[music]

120

1:04:42

1 hour, 4 minutes, 42 seconds

La. [music]

1:05:13

1 hour, 5 minutes, 13 seconds

[music]

1:05:19

1 hour, 5 minutes, 19 seconds

[music]

1:05:27

1 hour, 5 minutes, 27 seconds

[music]

1:05:29

1 hour, 5 minutes, 29 seconds

feel.

1:05:47

1 hour, 5 minutes, 47 seconds

[music]

1:05:58

1 hour, 5 minutes, 58 seconds

La. [music]

1:06:16

1 hour, 6 minutes, 16 seconds

[music]

1:06:23

1 hour, 6 minutes, 23 seconds

[music]

**1:06:29**

**1 hour, 6 minutes, 29 seconds**

**I am. [music]**

**Sync to video time**