No. 26-1380

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED

Jun 5, 2026

KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| KIMBERLY SMITH, | ) | |
| | ) | |
| Plaintiff - Appellee, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DANIELLE ROBERTSON, | ) | |
| | ) | |
| Defendant - Appellant. | ) | |

Proceeding without counsel, the defendant appeals the district court's default judgment for the plaintiff and the damages award of $10,000.  The defendant moves to hold briefing in abeyance or, alternatively, for a 30-day abeyance to file her opening brief.

The record reflects that the defendant filed time-tolling motions under Federal Rule of Civil Procedure 60 and to alter or amend under Rule 59(e).  After the district court denied both motions on May 1, the defendant filed a second motion under Rule 60.  Because successive post-judgment motions are not time-tolling, *Peabody Coal Co. v. Abner*, 118 F.3d 1106, 1108 (6th Cir. 1997), the motion for a briefing abeyance is DENIED.  The defendant's alternative request for a briefing extension is GRANTED, and briefing will be reset by separate letter.

The defendant is advised that an appeal from an adverse ruling on the pending Rule 60(b) motion will require a new notice of appeal, not an amended notice of appeal.

ENTERED PURSUANT TO RULE 45(a)
RULES OF THE SIXTH CIRCUIT

*Kelly L. Stephens*

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 06/05/2026.

**Case Name:**   Kimberly Smith v. Danielle Robertson
**Case Number:**   26-1380

**Docket Text:**
ORDER filed - After the district court denied both motions on May 1, the defendant filed a second motion under Rule 60. Because successive post-judgment motions are not time-tolling, Peabody Coal Co. v. Abner, 118 F.3d 1106, 1108 (6th Cir. 1997), the motion for a briefing abeyance is DENIED. The defendant's alternative request for a briefing extension is GRANTED, and briefing will be reset by separate letter. [7533566-2] .The defendant is advised that an appeal from an adverse ruling on the pending Rule 60(b) motion will require a new notice of appeal, not an amended notice of appeal.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Ms. Danielle Robertson
4539 N. 22nd Street
Phoenix, AZ 85016

Ms. Kimberly Smith
13745 Thornton Street
Detroit, MI 48227

**A copy of this notice will be issued to:**

Ms. Kinikia D. Essix