UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH,

    Plaintiff,

v.

DANIELLE ROBERTSON,

    Defendant.

Case No. 24-12213
Honorable Laurie J. Michelson

_____

**ORDER ON STAY OF EXECUTION OF JUDGMENT**

_____

On June 3, 2026, Defendant Danielle Robertson deposited $10,000 with the Court to secure the judgment entered against her (ECF No. 63) pending post-judgment proceedings. Thus, pursuant to ECF Nos. 70 and 93 and Federal Rules of Civil Procedure 62 and 67, execution on the judgment or proceedings to enforce it are hereby stayed pending the resolution of the post-judgment proceedings.

SO ORDERED.

Dated: June 5, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE