UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH.,

        Plaintiff,

vs.

DANIELLE ROBERTSON.,

        Defendant,

Case No.24-cv-12213
Honorable Laurie J. Michelson
Magistrate Kimberly G. Altman

NOTICE OF CORRECTED FILING

NOTICE OF CORRECTED FILING

Defendant Danielle Robertson, appearing pro se, gives notice that the Emergency Motion for Temporary Restraining Order and Preliminary Injunction previously submitted on July 13, 2026, contained an inadvertent heading error on the first page.

The incorrect heading stated:

"DEFENDANT'S NOTICE REGARDING PENDING ECF NO. 82 AND REQUEST FOR INDICATIVE RULING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1."

That heading was included inadvertently and does not describe the motion.

1

The correct heading is:

"CORRECTED DEFENDANT'S EMERGENCY MOTION FOR

TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

LIMITED TO NONPUBLIC GOOGLE SUBPOENA MATERIAL."

Defendant is contemporaneously submitting the corrected motion. The correction

is limited to the document heading. No substantive argument, factual assertion,

requested relief, exhibit, or citation has been changed.

Respectfully submitted,

/s/ Danielle Robertson
Danielle Robertson, Pro Se
4539 N. 22nd Street
Phoenix, Arizona 85016-4639
DaniRobertson@proton.me

Dated: July 13, 2026

CERTIFICATE OF SERVICE

I certify that on July 13, 2026, I served this Notice of Corrected Filing and the
corrected motion on Plaintiff Kimberly Smith by the same method used for service
of the original motion.

/s/ Danielle Robertson

Danielle Robertson