**Notice Regarding Purpose of Transcript**
**This transcript is submitted solely to establish republication, amplification, threats, monetization, audience response, and Defendant's resulting preservation and mitigation burdens. The accusations and characterizations made by third-party speakers are disputed and are not offered for their truth. Defendant expressly denies the identity-theft, fraud, felony, money-laundering, and other criminal allegations contained in the recording.**

**EXHIBIT A** https://www.youtube.com/watch?v=2CZbXhHix3s



THUG-NOT ON DANI ROBERTSON REAL IDENTITY EXPOSED BY GOOGLE, LLC.

[0:03] They not going in on me.

[0:06] No, [ __ ] They going in [music] on they phones. Touch my [ __ ] emotions and they damn sure ain't going to touch my [music] finances.

[0:15] What's good, [ __ ] Y'all hoes had a lot to say. [music] They will not have that same energy. Cuz

[0:24] if a [ __ ] was [music] in a room with me, they would not have that same energy. [music] No, [ __ ] They going in

[0:31] on they not going in on me.

[0:36] Oh, [ __ ] [music] They going in on they not going in on me.

[0:41] [music]

[0:43] It's going to be up in the sense. Y'all couldn't think about my back. [music] But no, it's not because a crazy

[0:51] [ __ ] and decided to take a flight because he was being bullied on his

[0:55] [music]

[0:57] conversation.

[1:02] We need you to pay for security cuz uh we got it. But Ion didn't do nothing wrong.

[1:12] [music] [ __ ] they going in on me.

[1:19] [ __ ] [music] they going in on they not going in on me. [music]

[1:25] [ __ ] they going in on they not going in on me. [music]

[1:30] Old [ __ ] they going in on they not going in on me.

[1:37] He can't save you. He can't save you. He can't [ __ ] save you. I got to [ __ ]

[1:44] Yo, you're fake. You're fake. You're fake. You're fake. This [ __ ] just choked me the [ __ ] out and now he's

[1:52] trying to save fake. He's got all these [ __ ] on his dick trying to save him like he didn't just do what the [ __ ] he

[1:59] just did. I don't give a [ __ ] [ __ ] are you talking about? [music] The revolution will not be televised.

[2:10] The revolution is not going to be the [music] revolution. The revolution will not be televised.

[2:17] What [music] is in your life's blueprint?

[2:24] [music]

[2:31] What up? It's your boy D. How y'all doing, man? Listen, Christian Blueface has not gone live. I've been doing research on trending topics and stuff.

[2:40] Also, I was over on another panel and we have breaking news, okay? And I feel like I cannot continue this weekend

[2:48] without giving you guys the breaking news. I don't know how it's going to develop, okay? But I do know that Messi Monday is going to be off the chain.

[2:57] Okay. The hot topic of the weekend is Danny Robinson. her real identification

[3:04] or at least pertaining to multiple YouTube accounts which you have to verify your identification with a

[3:12] driver's license and or both. You have to like show your face. [music] So

[3:18] Danny's identification has been given to Kimmy Love by Google LLC doing business

[3:26] as [music] YouTube. And you know I'm going to put that into perspective. I also go into my personal history [music]

[3:34] with this particular individual and what all of this actually means to me in the ecosystem of the black te sector or just YouTube period.

[3:44] Danny Robinson has been a terrorist. She has taken the fund out of YouTube for me and so many other people caused so many

[3:52] people PTSD, social anxiety and everything. She traumatized people traumatized monetized. Um, I even had

[4:00] this theory that she was not even black American. At the very least, a Somalian troll because she just do things and go

[4:09] too far and live with the security of remaining anonymous and still want to gaslight the public into thinking she

[4:16] didn't lose a case. She already paid a [ __ ] 10 stacks, though the court is holding on to it. And she has been

[4:24] filing motions after motions. We're going to get into her latest filing.

[4:27] Now, you know this whole big three in the black tea sector, right? Like usually they talk about and cover

[4:34] everything, but they have not covered the court case. They're not going to cover or uncover the identity of said

[4:42] individual until everybody else do it and then they're going to run out here scared like little chicks. Like the video, subscribe to the channel. What's

[4:49] up, Pixie Dust? Um, wow. I stopped following Dr. a while back and I don't know where you came from, Pixie Dust,

[4:55] but Dr. her whole motive [music] is to steal people's audience. So, chances are you was watching a creator who was

[5:04] gaining traction and she attacked them and stole you as somebody in her mix and co of women who all support each other,

[5:13] but you know, at the end of the day, it's like a cult comic enemies. She's talking about Nosho. people still mad at

[5:20] No, send her money just to drag Nosio, but also build a community with other people from other chats and other creators that she's attacked and stole

[5:29] the audience. [music] And the way she was able to do that is by living fearfully and anonymously because it's

[5:37] like if somebody's dragging you talking about your family, talking about who you're connected to, calling government authority agencies and doing some of the

[5:44] most egregious [ __ ] online that is actually criminal behavior and calling it content and laughing about it while

[5:52] you're anonymous. No, you need to be found out so that the local law enforcement can handle who you are or

[5:59] the people who allowed you to take their identification and sign up a YouTube account um should be held accountable. And then

[6:07] that's a bigger story. If [music] you know, for instance, Kimmy Love figure out who's in charge or whose name connected to the YouTube account, who

[6:14] verified the account. If she say she don't know those people, that means that she would have committed identity theft in order to verify YouTube account. And

[6:22] this behavior she's according to her card from the commencement of her first channel. It is juicy. A lot of people want to know the tea. And so let me just

[6:31] go ahead and get into some things to put things into perspective. Like the video, subscribe to the channel that they sent to me today.

[6:40] Can I read it aloud? Of course you can.

[6:44] Kimberly Smith versus Daniel Robinson, United States Court for the Eastern District of Michigan. Dear Kimberly

[6:51] Smith, pursuant to the subpoena issue in the above reference matter, we have conducted a diligent search for documentation and information accessible

[6:59] on Google system that are respons that are uh responsive to your request without waving and subjection it

[7:06] objection. Google hereby agrees to produce documents via a secure file transfer porter. You should receive

[7:14] instructions on how to access the porter via email. Please let please let us know if you do receive the instruct instructions. Our responses is made in

[7:23] accordance with state and federal law including electronic communications privacy act [music] uh 18 US section code uh 2701

[7:33] sequence by this response. Google does not wave any objection to further proceedings in this matter. We understand that you have requested uh

[7:42] customer information regarding the user's account specific in the subpoena which includes the following information subscriber.

[7:49] Hey, we the people. Uh I definitely want to have a conversation with you. Um will you come up if I drop the link for uh

[7:56] the Google accounts unhinged donut? Oh, thank you. Please send that to me at

[8:04] Tella Danny at Aftershow Cafe at YouTube. nothing without me at Danny Robinson. Accompanying in this letter is

[8:12] responsive information to the [music] ex uh extent reasonably accessessible from our system a list of hash values

[8:20] corresponding to each file and assigned certificate of authenticity. Google may not retain a copy of this production but

[8:28] not buzz does endeavor to keep a list of the files in their respective. So in a nutshell, you know, to summarize things,

[8:37] what happened was Danny Robinson attacks people. She contact their family. She go real life to many, many different people

[8:45] such as The Knot, uh Tales from the Code, um Nosy Ho, Kimmy Love, Unwind with Teddy. So many people have been

[8:54] victimized by her. Here her TV was the first one that I witnessed when I came onto the scene.

[9:00] Kimmy Love took her to court because she was being a copyright troll and put fake copyright strikes on her channel. Not

[9:08] only did she take her to court for the fake copyright strikes, but also for severe harassment by utilizing federal law as well as diverse jurisdiction.

[9:17] Kenny Robinson likewise, you know, wanted to jump the gun acting like she was the smartest person in the room [music] and answered the complaint and

[9:25] begin to file motions and [ __ ] in the case to use it as content on YouTube like she know what she's doing. And so

[9:33] she's always maintained that she should remain anonymous and nobody should look for her information and etc. Long story

[9:40] short, Kimmy Love won the lawsuit. Danny was ordered to pay $10,000 to her and uh she refused to give up her

[9:49] identification. So Kimmy Love sent Google a subpoena to get the information

[9:57] as far as who's the legal holder of all of Danny's channels at Danny Robinson at True Tella Danny at Danny Montana at the

[10:06] after show cafe and Kimmy Love has all of that information and again Danny has posted on her

[10:14] community wall that those channels don't belong to her. They're in somebody else's name. So if they are the people

[10:22] who's in charge of these so-called channels or multiple people the person knows Danny directly or she would be

[10:30] admitting that she stole somebody's identity to pretty [music] much you know um get a YouTube channel. So she's at

[10:38] risk of being exposed in the way in which she has built her own hateful campaign against so many identifiable

[10:46] people with her own essence followers, subscribers and so forth. So while Kimmy sent that subpoena to Google on April

[10:55] the 15th, uh the a stay was issued in the case where Danny deposited $10,000 and filed

[11:04] an appeal. a state of discovery of figuring out who she was. All of that stuff was um was uh paused was stayed in federal

[11:14] court. However, Kimmy Love, and this is what I be trying to tell people who think that they know the law or think that they won in the trial court or

[11:20] whatever, you have to keep on filing stuff in order to make your case move along.

[11:29] And because I'm filing stuff and it calls for an answer, a response from the other person, it is their duty and their

[11:36] responsibility to know the law and to pay attention to who you have to oppose and who you have to send this

[11:43] communication to and so forth. So while Kim sent out a subpoena on April 15, 2026,

[11:52] Danny filed to stay in the court. The court didn't even acknowledge the subpoena because it went to Google.

[11:59] Danny did not file or did not send Google LLC any correspondence saying that the case was stayed. So what Google

[12:08] did was they seen the subpoena and they said you know what I'm going to give this information up on this day today

[12:15] yesterday. But Danny it was her responsibility to send to Google

[12:24] the state in it or was it? Because I remember when I had this new Jaguar Sean and King Payne and I caught some [ __ ]

[12:31] money and [ __ ] Yeah, I sent Google a subpoena because she was a dope in my complaint and I was going to identify her through that.

[12:40] Google responded that they're not going to give me the information and then they pointed to a

[12:46] document in my case. So for Google to give up the information about Danny to Kimberly even though a

[12:56] state was filed in the case like a week ago.

[13:03] That means that the judge probably contacted a corporation and going to teach her a lesson and and they want you

[13:11] exposed. The the officials want you exposed. Okay.

[13:16] So if Kimmy love was filing documentation to get the legal authority to inquire about you who you are and you missed the opportunity to file

[13:26] or to respond to that subpoena or Google just didn't give a [ __ ]

[13:32] [snorts]

[13:33] your pop.

[13:35] Kimmy has not released the actual information but it's known that she got it. She got it in paperwork printed out.

[13:45] Okay. She got every name change, the data creation, she got everything affiliated with these

[13:52] YouTube account that is connected to Danny. And again, I think Danny want to manipulate the people to say that.

[14:02] It's not who she is. And this is a lie. It's a black and white, man. voice.

[14:11] So yeah, you're pop.

[14:17] What are you going to go on your platform and say that you use somebody else's like then like that exposes you to certain different things that Kimmy

[14:26] and other people can expose? So Danny has been filing three or four motions while listening to Kimmy's Love's live

[14:34] stream. Crashing the out. I mean a big crash out.

[14:40] fouling after fouling, trying to manipulate the people and brainwash them. Oh, that's not me. They don't know

[14:46] who I am. Like, [cough] your power don't rely on anything other than being anonymous. And so, the second

[14:55] she's no longer anonymous is the second her channel die. Cuz there's nothing special about her other than you attacking real people and dragging them and don't nobody know nothing about you.

[15:06] And you've done it to so many different people. and have been docs proof or exposed proof

[15:13] and all these people whose identity that you claim to have used to verify on their channel. I mean, these got to be

[15:20] people that are supporters of yours that work and operate behind the scene, cousins, family members, somebody that trusted you with their ID.

[15:32] Are you gonna jump out the and and support and go to bat for these people if they was people from YouTube? And

[15:39] then on top of that, you did True Teller Danny when you got on this [ __ ] from the jump.

[15:46] And if that information says one thing and the other channel says something else, I'm inclined to believe the truth teller Danny in the Danny Robinson your first two channel.

[15:56] So, me personally, you know, I'll get into my trauma in a little bit about what she did to me. What's up, Taylor?

[16:04] What's up, Jessica Bush? Thank you so much for the support.

[16:08] I Robot is finally being exposed and she need to be. She need to be because she

[16:15] has done to people what she don't want to be done to her.

[16:19] like she recording right now to tell the court they're not Rick is threatening to unal alive me and this why girl I

[16:27] forgive you I've been taking anger management classes I ain't going to do a [ __ ] thing to you but drag you

[16:34] like to hound you down and to unal alive you would be to be upset about the [ __ ] up [ __ ] that you did to me and the average person would still be upset

[16:42] about it but you thinking that you're invincible thinking that you're God aka the only Avenger.

[16:55] We're going to drag you by your ponytail, by your teeth.

[16:59] Yeah, we're going to drag you. And and and and the fact that Kimmy got that information and got it for every channel. You sit up there and brainwash

[17:07] them people as much as you want. You have to explain each and every person or you going to put that information out yourself

[17:16] before somebody else can do it. Oh, that's why you filed a motion for sanctions for Kimly for Google giving

[17:23] her that information that she asked for a long time ago. Okay. Them white folks at the court, they already know it.

[17:30] Google see the state order and they said, "Fuck that. We're going to give it to her." If anything, they watching Kim L channel right now laughing at your glass. They don't give a [ __ ] about you.

[17:41] And so all summer, people are going to have a ball with you. Huh?

[17:50] We're going to have a ball. And this time it ain't no little teddy [ __ ] It's like black and white.

[17:57] You got five, six, 11 channels. We got to go through every channel, every name on every channel.

[18:05] Who are these people? Oh, you do background checks, criminal checks. You you you pull up people information in

[18:12] court [ __ ] and then you spin a fake narrative on it. That's what you did to me.

[18:18] That's what you did to me. You took something I did when I was just turned 18 and used it against me to say that I'm this person. When [ __ ] like you,

[18:27] I I have to forgive and I have to walk away before I really be in prison for the rest of my life. That's what a real man would do is just walk away. That's

[18:34] why I'm walking away from what you did to me. I think I win. The fact that I can actually stand up and walk away. You hate men so bad.

[18:43] And I'm gonna be that man to forgive you and bring fun back to you too while everybody else eat you alive,

[18:50] [ __ ]

[18:52] You got Mr. 82, she paints Lady to. You got these [ __ ] want my essence because my stick is in their phone all because of you.

[19:02] You got [ __ ] hiding in the bushes hiding out. I can't get a genuine supporter that just want to pour into me. They want to sleep with me because of you.

[19:11] I can't get a genuine relationship with a content creator, especially LGBTQ one

[19:19] without them sexualizing me because of you.

[19:24] [music]

[19:25] That's hurtful. That hurt my brand.

[19:28] That's why when I talk about Carmelo Anthony, nobody want to take me serious.

[19:32] And they want me to be up here acting all feminine, roasting, dragging, being all ghetto and low vibrational and [ __ ] because they got my stick in their phone.

[19:43] And a [ __ ] who you seen stick, if he ain't sticking it up and giving you a stick up, you don't give a [ __ ]

[19:50] about nothing he say, nothing he do. And I had to learn that and identify that it's all because of you that I've been

[19:58] so overly sexualized and it's disgusting. And mind you, when I finally learned how to report all of them videos, you took them down or privated them.

[20:09] But you did it to rap. You do it to other people. And if they were smart, they'll report you, too.

[20:14] See, I let all of that go. I was thinking about stalking her and reporting her endlessly and effortlessly like she do everybody else. Even if I

[20:22] ain't have a [ __ ] thing to do with me, have time for you at all.

[20:29] I feel like with Kimmy having this information, these gatekeepers,

[20:36] the big three, you know, the big three, I feel like they'd be more inclined to

[20:45] talking about this. This is the hottest news in the sector.

[20:50] I've never seen Kimmy love with 350 400 people in her chat without even a name in the title and

[20:58] everybody there know who they talking about. Everybody in all y'all discords is scrambling and everything trying to

[21:05] figure it out. [music] That's the hottest content. Who else is doing them type of numbers?

[21:12] Even when Benjamin was borrowing the Black T and Phantom, they can't even do these numbers. Like, this is not a

[21:19] revisionist course that's happening with the robot. This is an actual new day and a new [ __ ] done. Do you not hear me? That's what this is.

[21:30] An animosity. Let me answer C. Kimmy, go ahead. Let me Can I answer cups?

[21:37] I'mma answer cups first. Okay. First of all, um I'm not going to talk about what was said in the background or conversations had in the background, but

[21:46] I will say this, uh incoming opinion, um had a lot of opinions. She was not as

[21:53] cool as she tried to act like she was with me. Um and she, you know, I ain't going to talk about it. I'm just going to say there was

[22:02] never click on because that was how I found out about Sammy and the conversation about the

[22:10] five-year-old being I don't want to say the sex well you know the whole

[22:17] so the off subject okay um [music] you know and and it's actually live I just wanted to do this real quick and

[22:25] then probably make a um Yeah, that girl traumatized me. Like,

[22:32] and I'mma tell y'all the story. I'mma take this song out. [snorts] So, when I came on the internet, when I came on YouTube, I came from Clubhouse.

[22:42] It was a fresh start. I let the past go.

[22:44] I let all trauma go. I learned from my mistakes. I was happy. I was free.

[22:52] And it resonated in my content. It's like the same, but there's a different energy now. It's like a

[23:01] scorn energy that I carry now because of what this person did to me when I came on here. I was look it was I was me and

[23:11] King Roy got into beef. I was dragging um King Payne. I was dragging Sean and then

[23:18] Mr. 82. He tried to click my link and then run back to his platform and do videos about me and [ __ ] like which is

[23:25] what he's still doing to this day. But my whole point is I was in beefs or in social media feuds with these men. And

[23:34] so Sean and King Payne, they're [ __ ] Them [ __ ] can't roast. They have no [ __ ] talent. They started fake

[23:41] punk doxing information. Oh, he was arrested for beating a white woman. No.

[23:47] Did you Did you know that she lied because a judge dismissed it with prejudice? Meaning that I'm a black man who was falsely accused of a crime. And

[23:54] then on top of that, other things that had nothing to do with the fact that y'all was getting [ __ ] roasted and packed up. This was the doxing

[24:02] that they did behind pay walls. And then Danny, I remember like yesterday, okay, I'm live. I'm putting in my hard work

[24:11] and you know, I'm doing my thing and this girl is playing my content and

[24:19] people are just supporting her. Okay, cool. You can be supported, but

[24:26] this is not fair use. You are not showing your face at all.

[24:32] You're a troll. You talking [ __ ] over my content. You trying to take my content and use it to get fan funding and enrich

[24:39] yourself. And they try to make it look like I was worried about her money. No, [ __ ] You can make all that money plus

[24:46] more without using my [ __ ] [ __ ] I don't give a [ __ ] Don't be using my

[24:50] [ __ ]

[24:52] [ __ ] and and didn't make it so bad. So, let me tell you how she started with me.

[24:58] So, because I seen that, I'm like, who is she? Like, I don't even know who she is. Why is she playing my content?

[25:04] You're like, damn, [ __ ] I I don't I never seen you. People are sending you money while playing my content. I'm like, girl, make your own [ __ ] money or show your face at least.

[25:17] Like, what the [ __ ] And at the time, I didn't know that's how she gave it up and make her money. I still don't respect that. Okay, [ __ ] You need to

[25:26] be identifiable so we can drag you by every [ __ ] nappy follicle in your head if that whatever it is.

[25:34] Even playing field. That's all we asked for. And now we got it. [snorts] Okay. All summer. You're the content.

[25:47] You're gonna explain away, but ARD2, you're gonna me faction. You're gonna explain away as much as you want,

[25:55] you know. Um, and so this girl was playing my content.

[26:00] I'm like, and then I started and then I started trolling her the same way that I was like trolling and dragging just like not really like these [ __ ]

[26:09] don't be trolling. They have malicious intent. Their intent is to kill, steal, destroy, and conquer. I never came on

[26:17] here with that mentality. Even now when people are [ __ ] with me and playing a game with me, it's not in my heart to kill steal and and want to conquer

[26:25] somebody. Like I don't operate like that. I feel like that's very low and that has been used against me because they operate like that. And y'all the

[26:33] people are brainwashed by that. And so she ran one of these campaigns against me by taking public court records and putting

[26:42] out misinformation on top of it that called for a response. And when I realized I was like, "This [ __ ] is doing all of this and this is not true.

[26:51] I'm going to let her finish and then I'm going to tell my own truth because if I get into it with her now, it looks like I'm in a back and forth. So let me talk

[27:00] about politics." And I just randomly started talking about Donald Trump.

[27:04] And then my mod my moderators, the moderators I had at the time, they they feeding me information and [ __ ] about

[27:10] her. It traumatized me. I had to let them go. If that's what you're interested, you don't like I would tell

[27:17] my own [ __ ] story. That was a mistake because see on YouTube, somebody like her, that's what she do. She's a pro at going in dividing and conquering.

[27:27] And you got to address that [ __ ] like in real time.

[27:30] So one day, and I'm the reason why she's a she's like a devout copyright troll like the

[27:39] way she is. One day she was playing my content and I had Baby Dookie voice playing on top of it.

[27:47] And I'm like, "Bitch, you're not going to make all this money talking [ __ ] about me and with not showing your face.

[27:53] It'll be different if you was showing your face. Like, it'll be different if we knew who the [ __ ] you was. [ __ ] that's not an even like, [ __ ] don't

[28:00] play my [ __ ] And so I put a copyright strike on her for Baby Dookie voice.

[28:05] Okay, and mind you, Baby Dookie Voice was created in 2022.

[28:09] And so, uh, then she became a copyright troll. She started adding music. She took the Nightbot, took the surveys. Did

[28:17] you thumb up this video? Yes or no? like stole a lot of my, you know, creativity and stuff

[28:23] [clears throat]

[28:25] and started taking all this doc information and putting it into a misinformation campaign. Me, I didn't give a [ __ ] And I still don't give a

[28:32] [ __ ] about what she said. Not even the revenge corn, but it does something to the people that's actually consuming it.

[28:40] It creates a drench hypothesis. It convinces them to support you, to stop supporting you, why they're supporting you, etc. and she just did some of the

[28:49] most egregious [ __ ] just all because her tactic is to divide, to conquer, and to destroy.

[28:57] Like, people have been saying it for a long time. And I'm like, "Okay, other people are saying it. Other people see it. Why do I need to make a video saying

[29:06] this?" Because she was benefiting off of me responding. We can go back to when all of this happened on like socialblade.com and you will see when

[29:15] she got me to respond to her, she benefited tremendously.

[29:20] She went from about 8,000 subscribers to 13,000 subscribers in about 6 weeks.

[29:26] That's how much clout I came on this [ __ ] with. That's how much impact, influence, and she stole it all by

[29:33] minimizing who I am, by making people believe that I'm this bad person. And it made me so [ __ ] angry. And that was

[29:40] her actual purpose. I'm gonna make him angry and get him out of body to substantiate and justify everything that

[29:49] I have already said and then I'm going to repeat it and then add that to it. It was the most psychotic, brainwashing, manipulative campaign that

[29:58] I ever seen. And I've been somewhat living in a bubble of that. Like I shouldn't be up here saying, "Oh, I need

[30:05] to do this to get back at somebody or I need to prove this to this person or that person." No, I just need to stand on my square and be my own [ __ ] self.

[30:15] This is why I'm so offended by by by the chat or by another CC promoting and repeating this [ __ ] that has

[30:23] traumatized me. Like, we need to make this [ __ ] fun again. And this one person because they was able to remain

[30:30] anonymous has and you can't call me weak because she's done this to multiple people. Men, women. Matter of fact,

[30:39] she's done this to multiple people. men, women, their children old and no old for the most just because

[30:48] they are popping and just because they have an algorithm and something

[30:55] relevant about them and she feels like if she cannot have that, she cannot be that. The only way is to absorb that.

[31:05] And it's disgusting behavior.

[31:11] I'm sorry. Um, some Yo, case is still moving. No, no, no. Um, Sean spent about uh [ __ ] um

[31:21] Sean spent about $15,000 and I was satisfied with that. Jaguar can't get right was broke. They hurry up and bailed that [ __ ] out of court. So, I

[31:28] couldn't um serve her. Couldn't have her served in jail. The [ __ ] subpoena, I mean the the the summons and complaint.

[31:37] Jack went to jail over in Texas and I paid a process server to serve her in jail

[31:44] and um they hurry up and bailed her out so that I couldn't serve her. Um

[31:52] Michael Braggs wrote a [ __ ] motion and Sean got a lawyer and so when he got when he got when he had to pay money out of pocket I was satisfied and so I

[32:01] didn't push the issue or anything. He claimed that he won. You don't win a case if it's dismissed on jurisdictional grounds. That can be appealed and that

[32:09] can be reaffiled. I let it go because you already paid me money. And you know with the presidents that Kimmy saw,

[32:18] Kimmy has done what people have tried to do in a long time. The Perry's and the Charles, they they wanted to identify

[32:25] and expose this person. the nosy hole, the people that claim to be cool with this person and only playing cool simply

[32:32] because they're afraid of being doxed and exposed by this anonymous person who who's a brainwasher and a master manipulator.

[32:42] And then on top of that, I feel like she knew this day was coming. That's why she's creating a lot of AI music and got

[32:49] people like Lady Leticia playing it repetitively behind her videos because

[32:56] if Lady Leticia all of a sudden decides that she don't want to support Danny anymore, either you're going to have to delete all of your videos with that it's

[33:05] Lady Leticia in that [ __ ] or you know you're going to be copyright strike. It ain't no need to private them because she already got the links to all of them. She's a stalker.

[33:15] Okay, this this person prided themselves on remaining anonymous while tearing down legitimate and traumatizing legitimate people, dividing and

[33:24] conquering literally [ __ ] with people and each and every

[33:33] person has their day coming. Me personally, I'm not even mad. Who need to be mad at

[33:40] you is Mr. 82. why he's still obsessed, impressed, and claim to hate me and that's going to be up and stuck because

[33:47] he needs some type of connection with me cuz he got he been had my stick in his phone way before Lady T came around. He

[33:54] had it in his phone and and try to dupe her to believe otherwise with us low ass. the Lady T's, the sheep paints,

[34:05] the Koreans, the women that and the men that came around and supported me because they

[34:14] thought they can get closer to me and put me in a actually compromised position and wanted the public and me to believe that it was genuine support. I

[34:22] don't I don't want that. You brought the wrong type of attention. You refocused the big

[34:30] element about me which is surprise how was stern content that people should be paying for and they started paying to

[34:39] play and so every time I get these people around that's supporting me like you

[34:49] know more than average that I'm thinking and I feel like they should be supporting my content but then

[34:57] I got this disdainment going on and then I got this sexually perverted situation going on online.

[35:05] So, I've had to live with that and it's unfair. It is totally unfair.

[35:16] But everybody get exposed and [ __ ] like that.

[35:22] Your time is here. [snorts] I mean, it's like a phenomenon because people have been trying to get this information for

[35:30] years and Kimmy Love did it now. What they do with it, I don't know. Kimmy said she's

[35:37] not releasing it. She's not releasing it to the public, but since she filed motions that she's going to have to

[35:44] respond to, she has to attach it to her response.

[35:52] Hey, in real time, you going to amend complaints and stuff that she's not going to go to jail. She's not going to be charged any money because

[36:01] she requested that information before the state was issued.

[36:07] Okay. The court had to put a stamp on that in the clerk's office. And when the clerk put a stamp on those, they write

[36:14] it down in the book and the judge know that you was that a subpoena was issued by the clerk office. The judge already knew.

[36:25] And so the judge already knew and Google also had a reasonable opportunity to know that a state was issue and they still gave it. That means that the joke is on you.

[36:35] You're played systemically.

[36:38] Just imagine being a black man having to navigate a system that play games like that. And people like Danny want to sit

[36:45] up there and laugh and think it's funny that I've been traumatized by systemic harassment, racism in the court, and I

[36:52] had to go and beat cases myself and make that look like anything other than a black man conquering and overcoming

[36:58] travesty. Use all of that to make me look like I was a bad person. To make

[37:05] people look at my sexuality opposed to my actual talent and everything that I have to offer. You deserve to be exposed.

[37:14] Mhm.

[37:16] And I'm such a man. I can go in peace while everybody else is dragging you all summer. I can go in peace cuz I sent her

[37:22] email. Not today. You know, it's funny how things come back around, right? She tried to put a strike on my channel

[37:30] talking about her music and I was just showing you that I can put a strike on you. Why? so that I can So I literally had the idea of playing that [ __ ]

[37:39] wanting you to put a strike so that I can go after you cuz see I don't have to request permission to sue in federal court and do the same thing that Kimmy L

[37:48] did to you. But why? It took her the longest and she finally came through and persevered and slipped through the cracks exposing you through Google, the

[37:56] same company and the same platform you did all your hell to and monetized off of people's pain trauma, calling housing

[38:05] authority, putting mug shots up, calling people's family, writing my sister, writing people from clubhouse,

[38:13] calling acting coaches, calling people my real [ __ ] life that I never even exposed. because I didn't want to give you that validation.

[38:23] Everything that you done to everybody, you've done it to me. You got so many people. So, I'm I'm not what you need to be worried about.

[38:35] I mean, I got the team, but I was I promised that I would just let the chips fall how they need to

[38:43] fall. Okay? I know about [ __ ] [ __ ] like you. You just can't stick that. You can't stick it all the way in. You gotta go real slow.

[38:53] Can't be doing a thing. Make money all summer off of you.

[38:59] Don't you got everybody's supporters over there paying you money to harass them? What about the creators that you harass and the people that love them?

[39:12] Is it going to make you feel away if Kimmy love makes more money off of you just slowly dripping the information that we all want?

[39:21] I mean, it feels good to compensate somebody just to get under your skin. Isn't that the same game that you play?

[39:28] Isn't that what She paints did at your channel at AT2 channel, other people channel? Isn't that the game that y'all play? See, you feel like you can do

[39:36] things to people, but when it's done to you, then it's wrong and you're the victim. You can't take it. Don't dish it out.

[39:44] And as hard as you go against black people in a certain demographic, I don't believe you're black at all. And being

[39:51] Somali is not black. For the record, them longhheaded Asian people. They got a lot of saying [ __ ] skin.

[40:00] Harassing black YouTubers is evil. It's is per evil.

[40:06] It's per [ __ ] evil, man. Y'all don't even know. I had a I had a good set of moderators.

[40:15] I never forget it was Mother's Day 2023.

[40:18] I just wish them happy Mother's Day and told them how much I loved them and appreciated them because I was kind of closed off and had my own life and

[40:25] stuff. And then Lola, they going to tell me some [ __ ] that Danny saying.

[40:31] I cussed her out and I I removed every [ __ ] wrench and and they don't understand that it's because this person was traumatizing me.

[40:40] Like you ain't going to have my back.

[40:42] You participating in it. Don't tell me this stuff. Why would you tell me this if I'm fun, if I'm nice? Like it feels like you're an op.

[40:52] So, am I supposed to apologize to these people? Or were they really ops then and there? All my old moderators,

[41:01] they didn't they didn't got out of dodge and want me to believe that they just suddenly stopped watching YouTube and stopped engaging. Whole time they was

[41:08] sent to my channel from her to do exactly what she did and wonder why I got trust issues.

[41:17] I don't want to live like that. I don't want to be a creator like that. I really don't. I don't.

[41:25] But it's what made me have to survive.

[41:29] why I don't engage or interact as much is I'm scared to cuz I'm scared to be attacked. I'm scared that y'all coming over here to repeat whatever she done

[41:37] did to harass and assault me online to tell you to believe this one and this one. And I'm not the only person. I'm

[41:46] just I'm telling you, she traumatizes people. She traumatized the [ __ ] out of me.

[41:52] If she would have did that, Mr. 82 wouldn't be stuck on me.

[41:58] If she didn't do that, like people would have been free to judge me based on talent alone.

[42:04] They gave up that little mis a certain mistress aspect about me in all y'all [ __ ] phones. And so y'all lurk

[42:12] in in in the dark playing with yourself thinking about me instead of just pulling up building a

[42:20] community in my chat. [ __ ] want to come. Excuse me. Excuse me. I'm gonna get to deny because I got a stick in my phone. She paints. Lady, Mr. 82.

[42:31] Like, it's so invasive.

[42:36] Um, hey, what's up? Uh, what's her name? Her name is, you know what?

[42:48] Impulsively, I want to cuss you out and I want to drag you because I think it's funny and it make me feel better.

[42:54] But I'm not going to do that. I'm going to show you that people can change. Even you.

[43:00] Um, and you you notice I unblocked you, right? Ain't nobody blocked over here because I want to make a change. I want

[43:08] you to feel validated. I want you to get your voice across. And I can drop the link for you.

[43:14] Okay? You're not going to go ape [ __ ] on me in my own chat if you just dead set on hating me. If I owe you an apology,

[43:22] then you can click the link and I will give you an apology. That go to anybody cuz how I'm feeling after this.

[43:30] That's the internet [ __ ] [ __ ] This is like I stand on principle, but when there are certain things that happen like Kimmy love got Danny's

[43:39] information from Google, that shifts you. So certain things like blocking somebody for life and not listening to

[43:46] them, it makes you warm up a little bit, you know. So you can click the link, man. But let me see what you said.

[43:53] [snorts]

[43:54] We don't feel sorry for you. You've shown your true character over and over.

[43:59] I've been the same person character-wise as when I first got on here because you listen to so much fallacy

[44:08] about me. You don't know how to take and interpret certain things and my dark sense of humor for what it is. Your mind

[44:17] is cluttered with a lot of [ __ ] [ __ ] lies, and misrepresentation that people like Danny has said about

[44:24] me. So, I'm sorry. Like, when you wrote that, if I would have cussed you out and drugged you and made you feel a type of

[44:31] way, my real supporters, they would have been laughing because they know me. So, you can come and get to know me. Yeah, I don't bite. Yeah, I don't bite.

[44:42] Um, Pixie does say, "Stay on your path to not. You have good content with different topics." Thank you.

[44:49] Yes, indeed.

[44:54] Uh, yeah, click the link and shout out to Kamaya Music. I don't know if I told you, but I'mma tell you again. You know, I was trying to fake be nice.

[45:06] I was trying to fake be nice to uh conscious TV that one time knowing that he's a [ __ ] predator. Dead ass.

[45:14] Let me see if I can pull this up real quick. Knowing he's a predator.

[45:23] Yep. Knowing he's a predator. And you stood up for me. And at that time I kind

[45:29] of did prioritize, well, he's a content creator. He's always talking [ __ ] about me. hopefully or maybe if I could like

[45:37] you know act like he doesn't exist or act like oh everything is cool then he'll leave me alone Kamaya. So when I

[45:46] seen that I kind of like didn't stand up for you like how I should have stood up for you cuz you you had my back and I'm so sorry. I think I told you that before

[45:53] but I wanted to remind you again in this video. So we have in Dior on the platform. You have left a lot of egregious comments about me and I ain't

[46:02] even gonna lie to you. Sometime they did hurt my feelings and I just want to know why.

[46:09] Donut, I love you. I used to love you. And stop saying I'm a content creator.

[46:14] I'm not. I'm a nurse though. Even the [ __ ] you say about a Haitian, I still love you cuz I'm Haitian, too.

[46:21] [laughter]

[46:22] Do you not understand the [ __ ] that you say? Why do you say such egregious stuff? You on my videos. But how can you love me and you say stuff like that?

[46:31] I used to love you.

[46:33] I used to cuz you are such a great content creator. You are so funny, very educated.

[46:39] You love me no more. [laughter]

[46:43] [snorts]

[46:45] You know what I that's what I'm saying.

[46:47] I feel like the people that do the most like harass me they love me the most and I've like turned them away for whatever reason or turned them off. Where did I go wrong? Please tell me.

[46:59] Because of the thing you said about black women and and Dior here's the thing and I I'm

[47:06] going say first of all I apologize. I don't want to generalize or ever speak generalization. I think what happens is

[47:13] it's hard for a black man like me. I don't like arguing with women because the moment you say something, other

[47:21] women are going to be reminded of their own traumas or triggers dealing with men and take that so personal. So, I've

[47:28] never intentionally said something about a conglomerate of women based on no race or or gender at all. I try to avoid that because I don't want to be a stereotype.

[47:39] And so like I remember when I when I when I did the white face and I called Danny a she went and said he called me

[47:47] he he called us and she made it a community issue. It's like it's a you thing. This is what you're doing to me and I feel like you're masculine

[47:56] pretending to be a [ __ ] and then you're a [ __ ] at the same time. I don't correlate that to slavery.

[48:02] I correlate that to the individuality and the masculinity of a woman who's [ __ ] with me. What else am I going to

[48:08] do? I can't beat her. So, because women cannot physically dominate a man, they go after his representation. They they

[48:16] spin narratives and want people to believe [ __ ] Look at Big Tiger's wife.

[48:20] She did the same thing. And so, when Danny is [ __ ] with me and trying to literally destroy me in the metaverse,

[48:27] what more can I do? This person is unidentifiable.

[48:31] That I don't know what to do. I don't know who I'm attacking. This This is a ghost. So, that's why I put on white face. I [ __ ] [clears throat] I'm fighting a ghost so let me turn to one

[48:40] myself and see see how I said be but I wasn't talking to you and sometimes some people

[48:47] could have misconlated that hey can you hear me hello

[49:00] you hear me can you guys hear me in the chat okay hold Let me see. I I kicked her

[49:08] out, but um I kicked out, but she can come back. She can come back. Um Austin and Hunter

[49:18] Hunter captured by the game. Huh?

[49:27] Hold on. Y'all talking about Hunter M? Yeah. Like Mhm.

[49:42] Yeah. Um, okay. Thank you. Thank you, Vampir. Thank you. But I want y'all to know, man, I I I really want to go back

[49:49] to just not being such a [ __ ] [ __ ] not being so [ __ ] paranoid and [ __ ] And I think with releasing this information, especially in the

[49:57] summertime, it gives people

[50:05] the right to reclaim their identity because somebody who had no identity wanted to control the public perception

[50:13] of other people. And that's why I went so hard at the other dude that went and got a fake restrainer order. like you don't you don't have a right to try to

[50:21] overshadow my influence and what I have to offer and bring. We just had somebody up here uh and I'm going to redrop the link that said that they used to love me

[50:30] because I'm a great content creator and I'm smart and I'm intelligent, but I said something to offend her and the I guess the entirety of the community.

[50:40] I'm not perfect at all. Okay, I'm not perfect at all. I have made a lot of mistakes. But one thing that I can say

[50:48] since you guys have known me on YouTube is the women in my life, dead or alive, I stand and y'all go to bat for them.

[50:56] And I feel like everybody, if it's a woman online, if it's a woman, y'all need to hold on and hold tight to the men in y'all life that's going to go to

[51:04] bat for you. I know that it might seem like I'm softspoken. It might seem like I'm sweet and all this other [ __ ] but

[51:12] people that know me know I'm nobody to be played up with. and and and and don't take it there with me. I'm not responsible

[51:20] for the emotional capacity as well as other things pertaining to the needs and

[51:27] the desires of any demographic other than that to be entertained. That's what

[51:34] I'm here for. I'm not here to cause beef with women, men, black, Asian, white.

[51:40] I'm here to do commentary on trending topics, to do commentary on things that I deem to be important. I am so I'm more

[51:48] sorry to myself that I even got out of body and got impulsive and did not take anger management class. Like just imagine if the not would have took anger

[51:56] management classes before I came onto YouTube. I never would have got caught slipping like that. I would have knew how to manage my relationships and put

[52:05] things into perspective so y'all can see clear as day. I would knew how to maneuver better, [ __ ] As a grown ass

[52:12] man, I'm here to tell you when I came on this [ __ ] I was like a chicken with my head cut off. And it's not just because I didn't know the rules of the

[52:20] game, but because I was too impulsive, I don't want to be that way anymore. I don't I want to have fun. I want y'all

[52:27] to have fun. I want to be that person that when I first came on, and some people won't allow that to happen because they demand access and demand to be a part of your essence.

[52:38] I don't hate nobody at all. And I do want to say this to uh certain people. I do want to say this to

[52:47] certain people. Had people not normalized people going into my life and

[52:54] reaching out to my family and [ __ ] Like when people like Danny do that, you feel like, damn, the only way to get my lick

[53:01] back, especially against an avatar, is if I do this and I'm frustrated because of this and I really can't get this person back. I want then somebody else

[53:10] come along. It's easy to take your frustrations out on that person.

[53:13] Especially if you can have a even playing field. So I never once wanted to do anything outside of make jokes.

[53:21] I never once intentionally met up with somebody to dox them, to to stalk them.

[53:26] [ __ ] I was just having fun. Aka trolling. And y'all really need to stop demonizing that word troll.

[53:34] Okay, a troll is um having fun. Like a Kaat and them these [ __ ] playing their trolls against each other. You think

[53:41] this [ __ ] Ray smashed ice cream and Ken face like he didn't know that was going to happen? They playing that [ __ ] out and they go along with the punches

[53:50] and they troll the audience while they're in on the bigger joke, you know. Um,

[53:58] uh, thank you so much. Oh, what's up, man? How you been? You haven't been over here in a long time. [laughter] I've been interacting with your

[54:05] community post and shout out to your pop's birthday. Uhhuh.

[54:11] Somebody say he's seen the potential in you. That's why he felt threatened. I know you are a star cuz you know you are and move accordingly. Of course, I know I'm a star. What? Where is kid?

[54:24] Now you need to come back up here. See what I'm saying? Guess what y'all? The last conversation I had with Whiz Kids

[54:33] was about the [ __ ] Danny did and other people and like [ __ ] that. I'm out of here. And I just

[54:41] I don't want to be that person. These kids, you still around. It's I haven't talked to you in three years.

[54:50] Literally three years. Damn, that's crazy.

[54:58] And shout out to you for pulling on. So, we going to stay on the healthy course because here's a bigger secret. Okay, y'all know I'm a cancer.

[55:09] [laughter]

[55:11] I might act like I don't give a [ __ ] and stuff, but everybody need a community.

[55:15] Okay, everybody need a community. But that does not give people like she paints the right to try to abuse me, though.

[55:22] Everybody need a community, okay? And the Avengers and old people who oped up and went over there to that chat and got

[55:31] scared and don't know what to do. Y'all are welcome back, okay? Because they have been prisoners

[55:39] themselves. I'll never forget when Deanna first started to support me. She was an Avenger and she said that she didn't believe all that [ __ ] and and it

[55:47] was a lot of brainwashing and so she came over and supported me. And when she came over and supported me,

[55:53] and I never brag about money, but Deiana felt so bad about supporting Danny when she was attacking me. That lady came

[56:02] over here and dropped me off a quick $5,000.

[56:06] A quick $5,000 because she said she owed it to me for egging on the harassment,

[56:14] giving me the name Noon Nuts, all of this other stuff that came from Deanna.

[56:18] That white lady came over here and paid me my reparations. Okay, Snoopy ain't paid no reparations.

[56:26] Stephanie ain't paid no reparations.

[56:28] They need to get the [ __ ] up out of here. Okay, but that lady came over here and paid me my reparations. And guess what? It wasn't even really about the

[56:36] money. It was just about the acknowledgement and and and I really had somebody like, "Yeah, you understand what I'm going through." But I can't

[56:44] come out here and and communicate this cuz they going to look at me like I'm a [ __ ] ass [ __ ] ass [ __ ] I can't take somebody that's an avatar lying on me,

[56:53] playing with my family, playing with my real life, playing with my representation, traumatizing me.

[57:00] So yeah, when Diana came over, that lady had to give me a [ __ ] dollar, but she paid me my reparations.

[57:11] And somebody said, "Why you let Mel Moose disrespect you on her uh panel?" First of all,

[57:19] I don't even think I need to address that. I just need the people that's here to know that that's Melanie in that picture that you got. That's the same

[57:27] picture. When she came on my channel to harass me and attack me for AT2 and his

[57:36] obsession over me, she had a camera slip and that's what she looked like right there. Okay.

[57:44] She disrespected herself is what she did. So, I don't need to go at that.

[57:50] sister what I said and and I don't know if you stayed there the whole time but [ __ ] I got into her ass and and I did

[57:58] as much as I could on her channel and guess what I was so nice and unbothered she knew that if she would have dropped

[58:05] me that mean that she lost on her own channel so I drugg her and we just hug it out after that she had no choice so

[58:13] you need to go back and listen she got drugged on her own channel somebody said who that that's mailman man.

[58:24] Mhm. Like I'm supposed to like what can I do? Like what can I do? It's her channel.

[58:30] She can drop me. She can block me out the studio and talk about me for 30 minutes to a whole hour after having me on her stage and I can't even respond.

[58:39] That's not smart to just hit her with the okie do. Right. But the fact that you over here and you got that picture

[58:47] that I had exposed of her on my channel and she tried to file a fake copyright or privacy complaint just because you

[58:55] showed your face over in this [ __ ] See, mailman is the reason why the robot

[59:03] uh don't want to be exposed cuz you got that picture in your Didn't I expose that? Wasn't it three years ago

[59:10] and you still got that picture in your profile?

[59:14] Okay, that's what you call true influence.

[59:18] And just looking at that, that's already a packup. I ain't even got a gagger.

[59:25] That picture did it itself.

[59:32] Yes. Uh, do you plan on doing anything special for streaming you so we can watch together or go over viral clips?

[59:40] Yes. So, I'm actually going to be uh doing uh uh like a we're going to be watching it nonstop.

[59:50] Okay.

[59:53] I'm supposed to like I'm going to take my whole computer setup down to my homies place and we're going to be in a

[1:00:00] garage with themes and games and [ __ ] watching it for six days straight out this [ __ ] Okay.

[1:00:08] Six days straight on Twitch and kick.

[1:00:13] Six [ __ ] days straight, [ __ ] Um, that's what we're going to be doing.

[1:00:19] See some bad [ __ ] pull up in and out, all this other [ __ ] Yep.

[1:00:26] So, yeah. I I just wanted to say like this whole game about remaining anonymous and all this other like you lost.

[1:00:39] If Kimmy drip feed it, you're going to be content this whole summer.

[1:00:45] If Kimmy have to attach it to a motion in court, everybody's going to know because guess why? That's going to be her last opportunity to get it out there

[1:00:53] in public before the courts tell her she can't do it. So why wouldn't she attach it to the papers?

[1:01:01] So, you just want everybody to make money off of it and not just Kimmy or you just want Kimmy to make the money?

[1:01:09] See, I I choose the ladder. So, I thank you for filing a motion so that she can respond to it and show that Google sent

[1:01:19] her all of that [ __ ] Okay. Mhm.

[1:01:28] So, your days of terror is over.

[1:01:34] It's over. Okay. And guess what, Danny?

[1:01:38] You're not even really a player because

[1:01:46] they just going to move on and talk about something else.

[1:01:50] That's it. That's it. Danny, you're you're not big.

[1:01:55] You're not bad. You're not intimidating anymore. Well, as far as to them, you was never intimidating to me because see, I could stand on my own [ __ ] You never wanted to drop a link and let

[1:02:04] people tell their own story. You just pride yourself on being anonymous. Okay.

[1:02:12] I wish I had what Kimmy had.

[1:02:16] Okay. We'll be live in this [ __ ] have it thumping like it's already streaming you time [ __ ] with me and that information.

[1:02:26] And it's not that people want to harm you. It's just fair is fair.

[1:02:31] You have attacked people. Nobody's been on an even playing field with you. At the very least be on an even playing

[1:02:37] field. get then people can decide and discernment if I want to engage if I want to attack this person or damn I

[1:02:46] have to defend myself because this person how does he her TV feel how does a nosy hoe feel how does a John Yates

[1:02:54] feel how does a denot feel how does an unwind with Teddy Kimmy love Sean David way king Payne who's scared

[1:03:02] of you and bend and folded the knee because you know they don't like you and you don't like Huh? Y'all remember y'all got

[1:03:10] together? It was all three of y'all that went to Clubhouse to in a row in a row. Went to Clubhouse to stalk me

[1:03:17] and to collect information and try to go after me. Y'all trauma bonded uh y'all bonded at my expense.

[1:03:30] That's true.

[1:03:32] And ever since they said the big three with the Avenger, the fake Avenger, [ __ ] been going down south. Ever since I sent

[1:03:41] Lady T over there to break up that [ __ ] Even her, she so well, she's smart enough to delete and hide [ __ ] sometimes. She don't give a [ __ ] about

[1:03:49] that. But Lady Leticia, your whole channel got her AI music. Girl, you already monetized. You might go

[1:03:58] ahead and delete all that [ __ ] and start over. Cuz the second it look like you not down with Danny 150%.

[1:04:07] Is the second she going to get you, girl. Wash, rinse, repeat. You're not above the program. This is content. How

[1:04:14] could y'all not talk about this content all weekend, all channels?

[1:04:22] You can't participate, Lady Leticia, or she's going to report your channel. Take it.

[1:04:31] You can't participate just yet, Sean and King Payne, because she lying and saying she's still invincible.

[1:04:41] When When y'all going to do this

[1:04:46] [sighs]

[1:04:50] again? I feel light-hearted.

[1:04:52] I want everybody to forgive me for the things that I've said and the things that I've done in response and retaliation to y'all because somebody who's unidentified played with me.

[1:05:06] Okay?

[1:05:08] And that's just it. And now throughout my experience, there's been things that I have done that are irreconcilable and

[1:05:15] things done to me that are irreconcilable.

[1:05:18] That does not mean that I cannot forgive and move on without either of us ever forgetting.

[1:05:28] So certain people, there's no beef. Has never been any beef. It never will be any beef. And

[1:05:37] that's the problem. You want my beef stick, Mr. 82. It's never going to happen.

[1:05:46] Somebody said, "Do you have a name?" We all waiting. We know that the paperwork is real.

[1:05:56] Uh, do you need me to play it again where Google and and the lady went live fanning up the paperwork and everything?

[1:06:02] Matter of fact, let me get back to that part because they over there arguing about other [ __ ] that's totally irrelevant.

[1:06:14] at teller Danny at after at the show cafe at YouTube nothing without me at Danny Robinson accompanying in this

[1:06:22] letter is responsive information to the ex uh extent but they will get rid of your account so I think YouTube need to

[1:06:30] jump on that bandwagon you have to show identification for certain things like uh like when they're take when they take a channel

[1:06:38] uh someone then you have to show your ID. Exactly. Perfect.

[1:06:44] Also, perfect. You have Google AdSense.

[1:06:48] But Kimmy, you have to show ID for that, too.

[1:06:51] But Kim, this is what I'm gonna just And I'm so sorry that I'm so sorry that I cut her off. So

[1:06:59] Danny said, you know, that these channels are not her. He but

[1:07:07] Kimmy just said and I caught that nugget said you also you also have Google AdSense which is the account that

[1:07:14] collects the money. So these channels in the account that collect the money whoever name it is with Danny they are

[1:07:24] in correlation with her if it's not exactly her.

[1:07:29] So you've doxed people family tree and [ __ ] and people close to whoever and now those people are at risk.

[1:07:37] Your girl go ahead and release this

[1:07:41] [screaming]

[1:07:44] do

[1:07:45] [laughter]

[1:07:47] I can't do that. I wish I could do that but uh I got too much court stuff going

[1:07:53] on. Stop. Listen, she fa the court f them 10 bands that already belong to you

[1:08:00] and you know I'm pretty sure people So listen somebody sent me somebody who I haven't talked to in a long time sent me

[1:08:09] a cash read a couple of these things even though everything is just so

[1:08:16] Kimmy you know I know how to re listen I'll sign a deal with you and I won't expose it. I will I will help I will help you comprehend

[1:08:24] and I promise you I will not behind the scene donut behind the scene girl. I want you to know how to drag like a [laughter]

[1:08:32] Oh my god. You know how I knew how to break the law down and just drag it. But I fought I fought somebody in court one.

[1:08:43] You don't think I know that I want them to learn how to legally drag these [ __ ] on YouTube.

[1:08:51] Yeah, it's just the way that I mean I'm talking about down to y'all look I down to like the log information.

[1:08:59] Oh, this is so sexy. This is beautiful.

[1:09:03] And this just from one I'm you know it's I have to uh I print Oh my god. This is gonna be I have to print out like five pages.

[1:09:17] Oh Jesus Christ. I mean, I'm talking about five other YouTube channels.

[1:09:24] Yeah. This just from one channel. From one channel.

[1:09:27] This all this information is from one [ __ ] channel.

[1:09:34] So, you have her power in your hand, right?

[1:09:38] Why do we think she's reacting right now? You think she's crying? You think she's like [ __ ] herself? She ain't crying.

[1:09:45] Listen, Kimmy. That's a Kimmy got a whole Kimmy [ __ ] some Kimmy summer 2026.

[1:09:55] [laughter]

[1:09:58] I can't even hate like this is like this is some [ __ ] that you know when when I when I sued Jag and him I was I didn't

[1:10:06] name her as a defendant but I issued a subpoena to Google to get her [ __ ] to add as a defendant. So you have done what uh Teddy like you have done it.

[1:10:15] Nosy ho all of them can come out of hid in there. Yeah. Finally. Finally.

[1:10:21] Yeah. You definitely the power TV can come on out of burn. Amen. [clears throat] Amen. That's what I prayed to God last night.

[1:10:28] I was like, God, thank you for all that you have done, all that you're gonna do, and all that you're doing. [clears throat] And then

[1:10:36] I'm like, "Oh, did you just send me something, Danny? Motion to enforce pay for protective order to show cause

[1:10:46] syable contempt and sanction. [laughter] I know my dick." I was like, "When is she sending a [ __ ] When is she sending it?

[1:10:54] I know my bitch." How about this? How about this? You do whatever it is that you have to do. I

[1:11:02] did everything within the law. She Yes, I did. I did everything within the law. I I found everything and I abided by everything that the judge said.

[1:11:14] Okay. Know my [ __ ] You're so predictable.

[1:11:19] Danny, you're so predictable, [ __ ] Kimmy, pull it up so I can read it. How long is it? 40 pages.

[1:11:28] See, I'm not gonna publicly say what she Oh, no, no, no. Let that to messy people

[1:11:38] small window to answer and to get in and file stuff.

[1:11:45] Once the stay was executed, I didn't go looking for anything at all.

[1:11:52] Window allowed Google to give me what I get. I didn't pursue anything after that.

[1:11:59] That is your [ __ ] is gonna fall on move. because anything.

[1:12:05] So, good luck with that you [ __ ] That shows that you're watching.

[1:12:10] [clears throat]

[1:12:12] All of us sudden. Wait, first let me respond to this. [laughter] She did cops.

[1:12:21] Okay. So, let me respond to this. And guess what's going to go on now? Now all of this stuff you going and you file

[1:12:29] that it will Google's subpoena will be

[1:12:35] attached to the paperwork [laughter] here with [ __ ] Go ahead and file it so I can attach it.

[1:12:50] [laughter]

[1:12:54] What? You knew everything.

[1:12:56] This how I'mma take old boy down too. He don't even know it. [clears throat] Yeah, sir. Head on and

[1:13:04] sir. Ter 22. Chess. Are we playing chess again?

[1:13:10] You lost every round.

[1:13:13] [laughter]

[1:13:14] Oh my god. Kimmy, I am in love with you. Is it okay?

[1:13:19] [ __ ] Okay. Finally. And [laughter] let's see.

[1:13:25] You put it on pacer and watch what comes next.

[1:13:30] Oh, I'm looking for it. I'm look like is that she's gonna do it to me and then you're gonna do it because she's that stupid. I promise you.

[1:13:39] I know my [ __ ] So, she just sent it. She just sent it. Now, I'm not gonna show the contents of the email, but she just sent it.

[1:13:52] Jesus Christ. I know my [ __ ] Look at this [ __ ] Period. File it. File it.

[1:14:04] [ __ ] So So I promise you it will be attached every

[1:14:09] [ __ ]

[1:14:11] page.

[1:14:13] [laughter and gasps]

[1:14:14] Kimmy, listen. Before you file, please give me the exclusive. Give me the exclusive attachments and I'll break it down.

[1:14:22] I ain't gonna Look, I'm not gonna get in tr again.

[1:14:26] You're not giving anything to anyone, Kimmy.

[1:14:29] That's right. I haven't exactly information. I haven't done any of that.

[1:14:35] But you file your paperwork and I'm going to attach it to be because I have to answer it, right? Yeah.

[1:14:43] Exactly.

[1:14:45] So, are you gonna let Kimmy make her money off of you for the whole summer, or you just gonna let everybody I already made it known that I wasn't

[1:14:54] going to release her [ __ ] information? I [laughter] was known.

[1:14:59] Damn, got me questions and I said, "No,

[1:15:08] you papa bitch." Like, that that is like not even dox.

[1:15:13] That's not even doxing. That's That's black and white, [ __ ] God, does she know how many people is waiting

[1:15:21] on that page? Like, daddy, she already stop being stupid.

[1:15:27] She already filed it because Kimmy showed Kimmy showed the email. That was a court email where they alert you that there's

[1:15:34] from the court. That was, you know, anytime you about to after a case, you have to let the next party know. You have to let the next party know that

[1:15:42] you're gonna uh file something and you can either concur or you don't.

[1:15:50] Oh my god, this is awesome. This is awesome.

[1:15:54] Yeah. See, that's how court that's how court works after. Awesome.

[1:15:58] But you go right on ahead. And because I'm before I even went live, I knew what time it was. [laughter] Okay.

[1:16:05] Yes. We got one. We had 303 people in here.

[1:16:11] Now it's 299. What's up? I'mma need y'all to to hit that like for your girl. Stop watching.

[1:16:18] Adios amigos. [ __ ] [ __ ] ass.

[1:16:23] I mean, adios, amigos. It's now it's time for you to get done to you. I mean, Kimmy is standing on principle. She's

[1:16:32] following the law and she's refusing to release the information. But Danny has filed a motion that Kimmy says she has

[1:16:39] to respond to to show her that it is uh goddamn YouTube giving her the information.

[1:16:49] [music and singing]

[1:16:56] every dollar. I'm I'm not even gonna lie to you.

[1:16:59] Guess what? And Monday, I'm gonna take my time. You do your response and I don't need y'all running to Pacer right

[1:17:06] away because I'm gonna give it a couple of days and then I'm going to file mine. Okay?

[1:17:14] Y'all don't have to go right away looking at Pac because once she filed her paperwork,

[1:17:20] she moved her, you know, and then it's going to be check.

[1:17:47] Okay, you guys can hear me now. So, that's where we are now. Danny Robinson has

[1:17:55] filed a motion for protective order saying that Kimmy violated the terms and conditions of the court's notice to stay

[1:18:02] because she got Google to compel to subpoena that was issued to them prior

[1:18:10] to the court issuing the stay. Now, if Danny has an issue with anybody, that

[1:18:18] issue would be with Google because Google had a reasonable opportunity to look and see that a stay was issued

[1:18:28] even though the investigator gave up the information. I firmly believe Google seen that state and I

[1:18:36] firmly believe that the judge who knew about the subpoena contacted Google on the back end specifically the

[1:18:43] investigator who probably told her about Danny's behavior and and and that's why it's given up to Kimmy

[1:18:51] them people in robes and the police they're very messy they be at work sitting out watching YouTube and all this other [ __ ] and they want to see a

[1:19:00] fight this weekend So, um, that's why they gave Kim that information. They gave Kim that information cuz they want to be able to get on YouTube and have everybody to laugh.

[1:19:12] That's what I believe. But, you know, that's just ex part communication and [ __ ] like that. That does not

[1:19:20] should not happen but happens anyways because it's illegal. Um, but yeah, so Danny filed the motion to stay in a

[1:19:27] motion for sanctions against Kimberly Love. and how Kimberly Love has to present and provide the information that

[1:19:34] Google gave to her attached to her motion because that could be her only chance to actually

[1:19:43] show her and show the public what kind of information and the identity that Google

[1:19:50] asked for. So anyways, um what's up Big? Shout out to y'all for being here. Like the video.

[1:20:00] Like the video. Subscribe to the channel. And also, please remember that we do Messy Mondays. We definitely do Messy Mondays around here.

[1:20:09] Definitely. Definitely on messy Mondays.

[1:20:11] We going to see what it is. This is Friday. This whole weekend is pack. I'm trying to see. Oh,

[1:20:19] I got to do some other content. Much love. Got to get up out of here. Bye.

[1:20:30] The revolution [music] will not be televised.

[1:20:34] The revolution [music] The revolution The revolution will not be televised.

[1:20:41] [music]

[1:20:42] What is in your life's blueprint?

**EXHIBIT B** https://www.youtube.com/watch?v=Ud8AHt2cfA8

**DANI ROBERTSON YOU'RE A FELON and a LIAR!**

**THUG-NOT**
3.86K subscribers

Join   Subscribe   Remix

84   1   Share

592 views  Streamed live on Jul 12, 2026
New to streaming or looking to level up? Check out StreamYard and get $10 discount!
https://streamyard.com/pal/d/58526358...

**Transcript**

[0:01] The revolution [music] will not be televised.

[0:06] The revolution The revolution [music] The revolution will not be televised.

[0:13] What [music] is in your life's blueprint? [music]

[0:24] [bell]

[0:27] Oh, what up? What up to the beautiful people? We got a good one. Some [ __ ] thought they was going to drag me. We're going to drag you. We're going to check

[0:34] you. And also, we're just going to encourage people to do just what you do.

[0:39] You cannot sexualize people, violate people privacy, doc, cyber stock. You cannot do none of this. Okay? So, we're

[0:47] going to check you cuz you're not uncheckable, Miss Boo thing. Old school.

[0:52] Hey, you know you delayed [ __ ] The the number one way I can tell you probably not even America. You got Nene Leaks over there, girl. She ain't even

[1:00] popping no more at all. You behind. You like You like them people in Asia or some [ __ ] still watching the Fresh

[1:08] Prince while we watching the reboot. Get your dumb ass up out of here. Yeah, we're going to check you. We're going to

[1:14] have fun honestly. And you know, uh I first off want to say before I get into

[1:21] the chat. What's up everybody? Please, please be mindful that this video is created for entertainment. commentary and comedic purposes. Any statements,

[1:30] impressions, or opinions expressed are intended as humor, satire or personal perspective. I do not promote harassment, bullying, or harm toward any

[1:40] individual or group. All commentary is based on publicly available information and is not presented as factual claims.

[1:47] Viewer discretion is advised. The goal is to entertain, spark conversation, and provide commentary, not to attack or

[1:54] harm anybody. Okay? anybody doing that to me, uh, please believe you was already reported before I even went live. And we're we're going to continue

[2:02] to do just what you people do. And shout out to me, you know, shout out to me.

[2:08] Um, YouTube sent me a notification and I went ahead and verified that backup channel, a channel that I created a long

[2:15] time ago and forgot about. Verified it with my own identity and my own [ __ ] name. Let's be clear.

[2:23] Um, you're mad, Danny. You're mad.

[2:27] You're mad. [music] You're mad and you're going to stay mad and you're going to be continuously being mad cuz see, I got time for you. You ain't

[2:35] benefiting from nothing over here. I benefit more from talking about you simply because this platform ain't even indexed unlike the other one. Yeah, which is why we're only on this one.

[2:45] What's up, Nikia? Hi, Dai. I need to talk to you. Well, I can drop the link.

[2:50] Yes, I can drop the link. Please talk to me uh publicly. I'm I'm I'm nervous. I'm scared.

[2:58] Y'all done over sexualized me. I don't know what the [ __ ] I don't. So the link is dropped.

[3:04] Nobody voice.

[3:07] Okay. What's up prettiest Nikki? What is up? Blessing and deny in chat. What up Taylor Indra? What up? What up revolutions of human mankind? What's up?

[3:18] Absolutely. Thank you so much for tuning in. Much love, much appreciation. Y'all know it's my birthday month, so definitely hit your boy up with a cash

[3:26] app. Dollar sign did not 007. I also got an Amazon wish list. Couple of things I want to improve this space that I'm in.

[3:34] Um, which feels weird. It always feels weird whenever I change my space and environment. I have to get used to it. But anyways, shout out to Pixie does.

[3:42] What's up? What's up, Kiki Boss?

[3:45] Neta B. You know, every time I look at your name, Neta B, I think about Nita B.

[3:50] but a peak head. You know that book? And then I had somebody, a older lady in the community, her name was Nita B. And her kids would get mad when we say Nita

[3:59] Bhead, but I know it's Nela Na B. I'm sorry.

[4:06] What up? What up?

[4:09] What up, Titu? Yes. Shout out to uh Mi for that $5. Uh,

[4:17] super. Thank you. I'm back in the States. So now I can actually do the same thing. I could not in Brazil without giving up a CPF number.

[4:25] Um, yes, the truth will come out. The absolute truth is definitely going to be coming out. And my whole thing is like

[4:34] you shouldn't be afraid of the absolute truth if people just want an even playing field. That's it. Okay? You shouldn't be afraid of the absolute

[4:42] truth given the fact that you stole everybody else's angry, disgruntled supporters. you did it with the first time I realized that that's how your

[4:50] platform was moving and operating is uh Dr. Cynthia did it and she's nowhere around anymore. I heard she passed away,

[4:59] you know. So y'all got to be careful to the to the people that like once supported me and are mad at me like Karan got mad at me behind, you know,

[5:08] because I, you know, said some [ __ ] behind the scenes, then went to King Payne, sent it to him, he didn't do it, then went to over here and over there

[5:15] and ended up in Danny's chat. And so I don't give a [ __ ] about who supports who. But why does it have to be at my

[5:22] expense to to where she's supporting you just to harm my name and my brand and put out misinformation about me? You've

[5:30] done you and your chat has done that to so many different people. And that's very offensive. And the supporters, exorters like a Korean or sheepace, they know that's why they do it.

[5:41] And my whole thing is, okay, the chat is playing that game, but miss thing, we got to be on an even field. You can come up here and drag Sammy. Talk about how

[5:50] ugly she look like uh Whoopi Goldberg from The Color Purple. These are your insinuations

[5:57] based on what you said. And how you look light-skinned and pretty like Tissa Tails and you're that [ __ ] and how I

[6:04] got Bart Simpson skin tone and all this other stuff. All these black features that you take aim at. Like we want to be

[6:13] able to see and have an even playing field because even on an even playing field, you're just going to be nothing,

[6:21] [ __ ] Because there's no mystery about you and that's what you're afraid of. I don't know who you've offended so bad to

[6:28] where you think that you going to get unalived or something like they say you hacked into military files, military

[6:35] base with Storm Radio and got his [ __ ] Matter of fact, let me call him right now to figure out if he uh and I don't

[6:44] give a [ __ ] what you talking about because I don't know what's going on with him and his daughter. I'm calling him about this tea. I need him to know what's happening and what Kimmy got.

[6:55] Matter of fact, let me go ahead and pull that up real quick. But shout out to y'all. Please like the video. It's absolutely free. I feel a lot free by

[7:04] expressing myself, by feeling like a new done, a new age is coming. And most importantly, and I've said it so many times, taking anger management classes

[7:13] has been one of the most absolute things that I've ever done in my life. You know how like some people can do some stuff

[7:20] and just say that they're doing it just to grip y'all or to make people think otherwise like Danny like to sit up

[7:27] there and say she's in school. Girl, you was not in school at all.

[7:33] You're an alcoholic that like a chicken wing in a four for four. Girl, you was not in school for 6 years straight.

[7:39] You're lying to get these people to believe that you're something when you're an Avatar. You can say anything.

[7:46] Okay? You ain't crazy enough to say that you landed on the moon, but you feel like it when you get on this [ __ ] So, you can say and do anything. Stop griing

[7:54] to people. Stop lying. So, don't worry about me and what I need to do to improve my life when you're lying about your whole life, your whole identity, everything.

[8:05] Okay? So yeah, anger management classes has been the best thing that I've done in my and I can wholeheartedly tell y'all that. And you know how it's real

[8:13] is because y'all have been here. Ra Love, Kiki, Jessica Bush, she paints, y'all have been here for months. I told

[8:20] y'all, oh my gosh, anger management classes have been paying off. So I don't need no troll, no faceless troll to

[8:28] bring up my past and put mis misinformation on it on top of that. And we're going to get to that in a little bit here.

[8:35] But tell me what's good and what'sn't right for me. Like get up out of here.

[8:40] America and people love a comeback story, especially of a black man who has been through things. That's what you call a real [ __ ] man. Just cuz

[8:48] you not like us and you lack any empathy, sympathy, and you want to be hateful and evil. That don't mean that your chat need to do that. Them people

[8:56] see me changing in real time. Them people see me wanting the best. Them people seeing the vulnerability. That's why you ain't get as much support when you was dragging me as you thought you

[9:05] would. Korean didn't even support you because at the end of the day, nobody is God. You can You're not the judge, the

[9:14] jury, the executioner of my life of nobody's life that you talked about. And you don't want your life to be judged.

[9:21] You are an unfit, unhinged, deranged person that plenty of people have wanted to know exactly who you are for whatever

[9:29] reason you offended them before I even came around. So you talking about accountability in the fault of this.

[9:36] This is your fault. It's your fault that people want to harm you or for whatever reason are excited about the release of

[9:43] your identity. Girl, I filed police reports against at True Teller Danny and that Danny Robinson and that unhinged donut. So if any of your supporters

[9:52] allowed you to use their identification to verify those channels, then they're going to be held liable for those crimes. Multiple

[10:01] people for multiple sectors. People that don't people that I don't even know about. John Yates and them.

[10:08] Let them let them white folks figure out who you are.

[10:12] You know what's coming for you. You know how you started.

[10:15] So and let people figure out the rink of it. you the biggest lie that you told and you're mad. That's why you want to drag me and bring up [ __ ] that don't

[10:22] nobody care about is because I made sure I pointed out and we the people and Magic, they was all listening and they

[10:30] repeated it that you're lying about the fact that YouTube

[10:39] channels and Google AdSense channels must be verified with real names. So, that's going to be real information that's coming out. Now, you did say that

[10:47] that's fake. That means you stole somebody's identity. So, now you're going to be the identity theft person.

[10:53] Now, you're going to be And shout out to Deanna in the building who came to me.

[10:57] You Deanna Deanna was over there and doing. And then when Deanna came to me and said, "That's not right. You doxed and cyberstalk and harassed this woman.

[11:07] Got this woman information off of a change.org or petition like many other people and forced them and coerced them that if they leave you going you going

[11:16] to stalk them you're going to harass them and you going to have Paul that's that's

[11:23] stalking that's cultlike behavior and you know I'm not really trying to tell Deanna's story but if she want to tell her own story so the people can hear it

[11:31] then that's what it is and Danny even if Diana told her story and you disagree with this or you have an excuse you always have an excuse excuse for something but never take accountability.

[11:42] Like you tried to play in Stacy B face.

[11:45] You had an excuse for why you doxed her and why you felt like it was funny for her to be suffering uh uh some type of

[11:52] life-threatening reason and you explained how she was a part of this and how you do everything and it's not No,

[11:59] you don't. You don't. How come last night you telling these people talking about I did elder abuse when anybody can get arrested for anything? meaning that

[12:07] I didn't got arrested on some [ __ ] flatout lies. Why you tell the people that that was tha rejected and thrown out of court because it was a

[12:15] lie? You want everybody to believe that black men especially are just these big

[12:22] criminals and so dangerous when I'm one of the most nicest genuine people that you're going to come across.

[12:29] And I don't believe it's you or that other man and Mr. 82 reason for whatever what? Y'all are stalkers.

[12:39] Okay.

[12:42] When I was in boot camp for the first time, I was 14 years old, right? I didn't have no peer pressure. I had nothing but structure and discipline

[12:51] around me playing sports and boot camp. Even even on school work, it was either you was

[12:59] doing something bad or you was doing your time focus on what you need to focus on to get out like school, sports, education. Don't y'all know when I was

[13:08] 14 years old, I started college in boot camp and I skipped the class and I had I was I was a 4.0 student in boot camp for that whole year.

[13:20] 4.0 student cuz I stayed out the way. It was enough discipline and all that [ __ ] around me, right?

[13:27] And nobody was causing any distractions.

[13:30] So when I point out that like, you know, AT2 or Danny or Sean and the the rhetoric and [ __ ] that they're saying

[13:36] and doing, it causes the distraction. I have said it best. I don't need no cosign from nobody. I don't give a damn

[13:44] about why you think I should have uh stayed cool with this big creator or not. I'm best [music] when I'm left the

[13:51] [ __ ] alone and focus on what I need to focus on. Y'all call me crazy. Why would you f Why would you bother somebody crazy? Why would you try to distract them if you wasn't intimidated?

[14:01] If you wasn't threatened by their presence instead of up there, oh, did not been on YouTube for years and he still nobody. He don't get no views.

[14:09] Let's talk about how you bragged about striking channels. How Sean just recently bragged about y'all taking my channel during the Diddy trial after

[14:17] y'all had already doxed me and said some of the most egregious [ __ ] about me and thought it was going to stop me, but I kept going and kept growing organically.

[14:26] How y'all just couldn't believe I took over the Mahogany Jackson and Niah Harris and and then Neta and Chris.

[14:33] Y'all just could not believe because see, you were supposed to stop me at all costs and drag me down to the pits of hell.

[14:40] Remember when I ignored you, I benefited the most. So I never stopped or never not

[14:50] wanted to address you for any other reason other than stopping you from growing. Remember you want to pull up social blades, [ __ ] You grew the most

[14:59] and the biggest when you got my attention and had me to respond to you and I stopped responding to you and you stayed still, girl. you stay still and

[15:07] now I got to worry about the periodical she paints and and Lady T and Karen and whoever else that feels like, oh, I've

[15:16] been supporting you in the chat and I can't have my way with you, so I'm going to go and support this one. And it ain't like they just randomly came up on you.

[15:25] They've been watching you in the bushes talking [ __ ] grifting off of my name, and now on Mad, they want to go and send

[15:33] you some money to harass people. All because can't nobody get their lick back on you. [ __ ] get up out of here.

[15:40] Uh, Diana said, "If you close your eyes and just listen to her, you know you heard that person before. Someone in your family that we all roll eyes at,

[15:48] right?" Exactly. Somebody that that the [ __ ] sound like Coco from Fals's Home for America. Coco.

[15:57] Like, girl, you sound like you baldled up like a piece of paper. And that's no disrespect to nobody, but if I was in

[16:05] that situation, I wouldn't be [ __ ] with people. [ __ ] about you. You act like you folded up like Lord Voldemort and Harry Potter and the Goblet of Fire.

[16:14] You know how we rolled it up look like a a a Perdue chicken. And that's okay. We love turkeys, too.

[16:24] Like you sound slow as [ __ ] What superpower? Oh, I'm anonymous.

[16:29] How y'all feel if y'all finally find out that y'all been sending money via Cash App to somebody who now got your first name, your information through Cash App?

[16:40] If she hacked into a military database, [ __ ] she could have been responsible for sending Kim documents

[16:47] allegedly. Who knows? You know, um, girl, there's nothing to fear about you.

[16:52] You're mad because I'm the logical smart one that's going to put and make sure all this stuff stay in p uh in place.

[16:59] So, shout out to Kimmy Love, [ __ ] And you can call her frag rock. You can call her ugly and pick at this black woman because you antilack and that's all you

[17:08] do is pick at features and [ __ ] Got me scared to come off camera. Is it that or how dare I use my expensive equipment

[17:15] and studio to talk about you, [ __ ] Get your dumb ass up out of here. Baby dookie voice. Baby voice.

[17:22] It's Google. And y'all know what Google did? It was about the Google subpoena.

[17:29] Baby voice.

[17:32] It was the Google subpoena that told me everything. It sent me everything about every channel that that over there runs.

[17:41] Okay. I g I gave up on it. I gave up on it.

[17:49] But it released the whole file that I printed out on every channel

[17:58] on unhanced uh dol nut truth teller Danny show cafe you're nothing without

[18:04] me Danny everything that is ran by her

[18:12] yes today in my email I thought it was a joke cuz I gave up

[18:20] I I was like, "Okay, she filed the paperwork." But see, as soon as that day I had that day, I did everything that I was supposed to

[18:29] do. But once the judge say I had to we had to stop uh you y'all y'all the judge was like, "Nuhuh. The state was in." But I remember I submitted everything as soon as she was a day.

[18:39] And I have everything. Everything.

[18:43] [music]

[18:45] [laughter]

[18:46] Right. Lucky. That's what I'm saying. Like that's what you call obsession.

[18:51] She even brought up that boy name talking about I'm obsessed with him. No, [ __ ] It's in court documents in court records whether you or him realize it or

[19:00] not that he pursued me. Even Queen Tussle said that. [ __ ] I didn't pursue none of these people. How the [ __ ] am I

[19:08] stalking somebody when the black and white court record only show that we encountered each other specifically had

[19:16] issues in encountering each other at public events? You want to eliminate the competition? I'm going to need y'all to y'all CC's like Danny and [ __ ] Y'all

[19:25] [ __ ] sitt up there. These people are not dumb. They y'all just need to be called out on spinning the fake narratives. Okay, [ __ ] know that that

[19:34] man is jealous. that that man is going to get [ __ ] dealt with after the appeal. And I don't mean that physically or anything

[19:43] illegally. Let me make that very [ __ ] clear. See, daddy, you need to be worried about filing your appeal, that frivolous appeal in that opening brief

[19:51] that's due coming up here before them crackers throw that [ __ ] out of court and Kimmy get her [ __ ] money from the court. And when that case is closed, these documents could a boo.

[20:02] [ __ ] take that [ __ ] L.

[20:05] And instead of you taking an L, you double downing on your egregious [ __ ] [ __ ] you need to start repairing and start showing changed behavior if you

[20:13] were smart. But you you you big and you bad, [ __ ] Uh like you're disgusting.

[20:24] Disgusting.

[20:26] You collect people's followers that are mad at them to send you money and that's offensive. We don't give a

[20:34] [ __ ] if you made more money than you make right now from our supporters if it wasn't at our [ __ ] expense.

[20:42] That's stalking behavior. You made a whole channel about me. That's stalking behavior, [ __ ] Give a [ __ ] about what

[20:50] nobody say on the [ __ ] internet. We're talking about logics here. I ain't talking about playing with black people brain playing m playing

[20:59] music and [ __ ] like that. First you can hear the music, then you hear a lie and can't differentiate and [ __ ] strike you even if you take the music out of her lie.

[21:10] That's crazy.

[21:13] Like you're a big [ __ ] liar and you're going to be exposed and this is what you're mad at. Okay?

[21:22] Don't sit up here and use me, use my name, bring up some [ __ ] from years ago that you already got reported and struck

[21:28] for. [ __ ] I reported you. I told you I'mma play the same game that you're playing. This is what you need to focus on, hun. Don't be pulling up Jaguar,

[21:37] right? [ __ ] ass list. [ __ ] Jag did that [ __ ] video three weeks ago. Why is you pulling up a video about

[21:44] Jag in a fake ass list three weeks ago and then talking about the not some [ __ ] that from years ago and lying. [ __ ]

[21:53] you ain't got no receipts from nobody in my real life. But I got receipts to show my sister duping your ass.

[22:00] Finn to get some [ __ ] money out of your [ __ ] ass and come on your channel to cuss you the [ __ ] out by [ __ ] with her brother. [ __ ] I got them receipts. Where y'all receipts at?

[22:09] Oh, let me let me let me stop. [ __ ] your receipts ain't nothing, [ __ ] Compared to Google LLC. Jesus Christ.

[22:16] Start up date, Google subscriber information,

[22:24] [music]

[22:25] the date of the start created on at the time it was created. I have everything.

[22:36] Pursuant to the subpoena issued in an above reference matter, we have conducted a diligent search for documents and information accessible on Google's system that we I mean that are

[22:44] now responsive to your request. Without waving and subject to its objections, Google hereby agrees to produce documents via a secure file transfer portal. Look, I hurried up and clicked.

[22:55] Okay. Um, you should receive instructions on how to access the portal via email. Please let us know if you do not receive the instructions. Our response is made in accordance with the

[23:03] state and federal law, including the Electronic Communications Privacy Act.

[23:06] By this response, Google does not wave any objections to further proceedings in this matter. We understand that you have requested customer information regarding the users account specified in the

[23:14] subpoena, which includes the following information. One, subscriber information for the Google accounts unhinged uh donut uh at truthteller Danny at Aftershelf Cafe at you're nothing

[23:22] without uh me at Danny Robertson. And accompanying this letter is a responsive information to the extent reasonable accessessible from [music] our system. a

[23:29] list of hash values hash values correspondent to each file and a a signed certificate of authenticity.

[23:36] Google may not retain a copy of this production but does endeavor to keep a list of the files in their respective [music] hash value.

[23:44] Yeah. Yeah. Pretty much Google just released everything to me. Everything.

[23:52] And that's facts, y'all. Oh my goodness. [laughter] Oh my goodness.

[24:01] Start dates everything. Yeah. Yeah.

[24:11] Look. And I don't ever came up looking like this. Yeah. Everything. Everything.

[24:16] Everything. [laughter] Everything. Everything. Everything.

[24:22] Everything. Everything. [laughter] Everything. I could go on and on and on. Everything.

[24:28] Yeah. Everything. [gasps] That's why you got to be careful out here in these streets.

[24:35] Okay. Don't never give up cuz you will find the information that you're looking for. I'm [laughter] talking about y'all. That's just some of it.

[24:41] I'm talking about this is information on all the text that I requested. Yeah. Pretty much.

[24:48] Pretty much.

[24:51] So, so now you mad at DNA because and you want to attack DNA and we're going to

[24:59] get to that and you want to put misinformation about the not but you don't want to address and you said that

[25:06] Kimmy has misinformation from Google on Google.

[25:12] What kind of [ __ ] is that? Nobody believes you.

[25:16] Nobody. And let me tell you something about your supporters and stuff. They they f to run ship too cuz you don't own the internet. You don't own them no more

[25:24] or less than I own anybody in this [ __ ] chat. You led with fear.

[25:29] They don't care. Some of them was only there to witness the downfall. Even sending your money to witness it. I got receipts to prove that.

[25:40] They don't care about you. They don't.

[25:42] What they care about is the community aspect that you have. And the best way to defeat you is to tighten it up on our

[25:50] own communities. That's it. So that you don't so that you don't steal nobody else. Be wary of the she paints and of

[25:58] the lady T's and the ones that cause havoc and confusion and empower people like you. Don't let them in your community. Don't even give them a

[26:06] chance. And if you got to let somebody go, make sure you're not the villain in the situation.

[26:13] I told y'all y'all wanted to play this game. Let's play it.

[26:16] Okay. And you're worried about my channel? You're worried about my channel, Danny? Like, why you worried about my channel?

[26:24] And what's going on with me? Huh? This channel is not even indexed.

[26:32] And it's because every time I do a video like this and it gets numbers, I put it on members only or just delete it cuz I don't want to share no algorithm with you.

[26:41] So when YouTube is figuring out, oh, we're going to put him over here in this algorithm [music] is is not happening.

[26:49] Let me see. [ __ ] So I can show you my channel. You said that I buy views and all this other stuff and I'm nobody.

[26:56] Like come on. Like you're dealing with real people. You're talking to the same audience, 5,000 of which came from me

[27:04] that you stole from me, mind you. And you're telling those 5,000 people that I'm nothing. They they seen the growth.

[27:14] They they know that I can go out. I know where Brad Pit is going to be tonight.

[27:18] And it's not too far from me. If I wanted to go viral and tap into the white people, guess what I would do? I

[27:26] would go over there with Brad Pitt and dress accordingly and act accordingly to get what I need to get.

[27:35] Okay, I know where these people are. dookie voice.

[27:39] So if I wanted to chase clout like Cardi throwing a pin at me, these moments can happen when I'm in this city

[27:49] and it goes viral. It It feeds the propaganda machine, [ __ ] I know how to do that

[27:57] online and offline, [ __ ] [ __ ] you, man. You think these people forgot about all the work and all the content that I gave?

[28:07] I mean, because you want that to be the narrative does not mean that them people that know me and know you're lying. I mean, I you you said to Stacy B that you

[28:15] tell the full truth. That's why you didn't protect her. So, why you don't tell the full truth when it comes to damaging somebody? You can't pick and

[28:22] choose, ma'am. So, you're telling these people that I'm nothing and nobody when they know my actual resume. And my

[28:31] whole thing is these people came online, some of y'all faves, to be celebrities. [ __ ] you got all these followers.

[28:38] Where you going with the followers?

[28:41] Where are you going? What about the money? And the fact of the matter is, while you was watching my channel and watching my [ __ ] numbers,

[28:49] I bet I still probably made more money than you during that time while I was chilling, living my best

[28:57] life. [ __ ] you said that I was in Brazil prostitute. Is you crazy? You got reported for sexualizing me. Every time

[29:05] you said no nuts, we got the time codes and you're reported for harassment, bullying, sexualizing, and you got a privacy report.

[29:15] That's how you play. I mean, nobody needs to be scared of that. You just need to learn the policies yourself

[29:22] and stay within them and know that you are enough without violating somebody's personal rights. That's how I came up on

[29:29] this [ __ ] I came on here roasting and that's it. You a stalker. You a doxer.

[29:36] You're a cyberstalker. You're a social climber.

[29:40] You're a disgusting individual is what the [ __ ] you are. Okay. So, let's let's go ahead and debunk this

[29:47] other lie that their way they saying that I'm talking about I was arrested or getting arrested for violation of a restraining order.

[30:00] If someone has a restraining order against you, will border patrol stops

[30:09] you and why? Okay. So, when I came into the country and I cleared this up with Maggie since you want to say that I want

[30:16] to attach my name to somebody. Listen, you know why I never sued Lady T is because I did not want that [ __ ] name attached to mine at all.

[30:27] At [ __ ] all. I'm not going to go to the court and put myself in a position for temporary relief to indefinitely

[30:36] attach somebody to me unless I was a psychopath or a sociopath like you [ __ ] I don't want nobody like

[30:43] you think I'm what what are you talking about? Anybody want to play with me in the court? Guess what? You're going to get taken through there. Okay. And Danny

[30:52] for you to have a chat that even acknowledge Matter of fact, let me go ahead and um

[30:59] show this real quick cuz I I I was like, "Oh, okay. I get it.

[31:04] I get it." When they was talking about me in the chat, right, y'all? This is what was going on.

[31:12] Let me uh this is what was going on. So, in her chat, people were saying things like

[31:21] about me specifically. Um, people were saying things like at nina

[31:30] gz said when it came to my court case with that dude that that put a restraining order against me. He said he

[31:37] started a beef with someone who sees the judge on a regular basis. Shush. Thank you for admitting that. Still, I don't

[31:45] want y'all to sit here and say that I hate black women for dragging that judge and that attorney for having a personal relationship that they didn't disclose.

[31:56] So, that person has acknowledged it.

[31:58] That is illegal. That is something that will be argued on appeal, not here on YouTube. But see, your supporters in your chat has acknowledged that. So they

[32:06] don't want you to think and keep on lying saying that these women are innocent and didn't do nothing wrong when clearly your audience knows that

[32:15] they did something wrong. So you can't weaponize that. And then somebody else said at Alicia 6353.

[32:23] Thank you Danny. That was a lot of good info.

[32:28] Why does it make sense for you to have any info about me or anything at all?

[32:33] Why is it relevant for you? Do you get your rocks off to learn about what's going on with somebody else's business

[32:41] and somebody else's personal life that has nothing to do with you?

[32:45] Like, do you get are you that alone and miserable?

[32:49] Nobody personally offended you. Nobody said or did anything to you? Why do you need to know so much misinformation about me?

[32:59] Why does that make you feel good? I mean, I can see why Korean would do it because I'm like, "Okay, I offended this woman. She dipped out and now people

[33:08] like Polly and [ __ ] invading your memberships and coming over here start." Nobody gives a [ __ ] about that.

[33:14] And Karan probably would have sent her a lot more if I would have fed into it, but I did not cuz I know the game. So,

[33:23] I'm going to need y'all to get a [ __ ] life. Loser. Losers in the [ __ ] chat. I'm going to need you to get a life.

[33:30] I'm going to need you to get a [ __ ] life dookie voice. Baby dookie voice.

[33:35] Cuz what's going on with me ain't got [ __ ] to do with you. Why does that Why Why you so worried about that? Why you so [ __ ] pressed?

[33:44] What the hell? I need to sign into my Gmail because I got the receipts of Danny

[33:51] uh you know trying to talk to my sister literally.

[33:57] Oh, trying to manipulate my sister. Oh my gosh. Did you hear what he said? They literally send time codes to people in

[34:05] my real life and people they they like if I bring somebody on my channel, they've tried to

[34:12] follow my friend Nick and give him information and tell him things.

[34:18] They've done it to Brookshire. They've done it to every person. That's stalker behavior. That is stalker behavior.

[34:27] You understand? That is stalker behavior. That's what you do. And you got a whole bunch of people in your chat

[34:36] that feel like they need to absolutely know that about me when me and you here for the same thing. We here to make money and entertain the people.

[34:46] And you think it's entertainment to traumatize and pull up people's [ __ ] And y'all Avengers, y'all are on chopping board, too. I know y'all scared

[34:55] to leave. Like she doxed and exposed and harassed Deanna for almost a year because the lady just simply left. How

[35:03] she doxed and harassed Stacy B. Somebody that sent her thousands of dollars.

[35:07] Y'all are up for grabs, too. I know y'all in a coat and somebody and she'll send somebody to talk to you to lure you back into that coat.

[35:17] Like women, are y'all giving y'all power to somebody that y'all don't even know?

[35:23] and she call herself the Avenger and all the all the Jesuses in y'all black churches is white.

[35:31] Y'all literally praising and worshiping somebody who's deliberately harming other people at a at an impartial rate.

[35:48] Yeah, they they will they will stalk you. They will follow you. They will see you in different chats.

[35:53] It's all happened. It's like police patrol. You know how many of my old supporters, they really like me? They're here. Why do you think they're able to

[36:02] have a conversation in your chat about me? Because they're watching in their They're here.

[36:12] You literally are the definition of a clout chaser. You build your channel by eating other content creators and have

[36:19] no substance or nothing else of value to offer. And don't talk about Shankula Robinson, you ain't got no justice. You

[36:26] interview you you interview the the Cabo and had them to build fake narratives online on your channel.

[36:35] You got to change that or petition that didn't do nothing. voice.

[36:39] You intervene with a lawful process and and and made the people believe you were doing something good and the only thing

[36:46] that you left with is 40,000 plus of their first name, last names, and emails.

[36:55] Huh?

[36:57] What the hell, y'all? I'm trying to uh uh [ __ ] I don't know how I [ __ ] signed

[37:06] out of my email. I I did, but I didn't realize that it was going to be difficult to get back in. Give me one

[37:13] second. That's what you did. So, uh, to the people in the back and the dumb people, I know that Danny likes to play

[37:20] music and say some of the most craziest [ __ ] but please start using y'all head and y'all brain. Avengers,

[37:29] don't let her do no thinking for you cuz she definitely ain't going to do no thinking for me and talking about me. I recall the whole time while I was gone

[37:36] out of the country, everybody, Sean, David, everybody, they was all saying that I had a warn out for my arrest for

[37:44] violating a restraining order. I don't understand how you get to put out that type of information

[37:51] um put out that type of information about me and then when I clarify it or when I talk about it myself somehow I'm a clout chaser.

[38:01] So you mean to tell me that y'all feel like y'all get to control a narrative about me and how people think and feel about me?

[38:10] I mean that's what y'all have done.

[38:13] And then so when I get to the airport and I'm detained, the first thing they say, "Look, if someone has a restraining order against you, will border patrol

[38:21] stop you and why?" Okay. They may stop you if your restraining order is linked to an active arrest warrant or if the

[38:28] order is flagged in a database, check entry, federal act, federal agents have access to national crime databases, yada

[38:35] yada yada. Okay, they pulled me in for a secondary screening even if there is no active warrant. First of all, I thought

[38:42] it was an actual warrant because the people on the internet was saying it for violation of restraining order. That's what y'all said.

[38:50] Okay. I got flagged for a secondary screening. Even if there is no active warrant, permanent restraining order may

[38:57] trigger secondary screening. They may question you to evaluate your admissibility into the country, check for any federal firearm violations, or

[39:05] verify your compliance with travel restrictions. That's why I was flagged.

[39:10] And the man told me, "Hey, oh, do you got a restraining order or something?" I was like, "Yeah." And he said, "Oh, you got to go to the back." And while I'm

[39:18] sitting the back, I'm like, "Damn." So, they was telling the truth, I got a arrest warrant for violating restraining

[39:25] order. What the [ __ ] But see, I'm smart. So, even though that may have been the case, because see, y'all was

[39:33] running y'all mouth and y'all was saying it online because I'm actually smart. What I actually did was um take that restraining order.

[39:45] Uh excuse me. What I actually did was prepare my defense with evidence and exhibits of the other person continuously being exactly what they

[39:54] are. The agitator publicly stating and saying they don't care about the restraining order.

[39:59] They're going to make me uncomfortable and and cussing me out and doing all this other [ __ ] to antagonize me.

[40:07] I mean, that's what I prepared for myself as a defense and prepare all y'all

[40:15] talking about it, putting misinformation and me having to correct it. So, I had to prepare my defense.

[40:20] So, when somebody is entering the country, I never been through any of that. Okay? I've never been through

[40:28] that. And when they tell me that you can't pass and you got to do a secondary screening because there's a restraining order. We got to make sure that the other person ain't with you. Yada yada

[40:36] yada yada yada all that other stuff. So the whole time and then on top of that they do tell me that I got a warrant,

[40:45] but it was not for restraining order. I didn't I didn't I didn't I I found this out like two weeks ago because I mixed

[40:54] up court dates and when I was supposed to be to court for a followup on to see if I am doing my anger management

[41:03] classes and to see if I'm doing community service classes, right? And mind you, I want I want I want to make

[41:11] something very clear. I picked I told them exactly what I wanted my sentencing

[41:18] to be. How many of y'all remember that in in the 2023 case I got sentenced to 26 anger management classes and when I

[41:26] first started them classes court ordered in that case I said this is good. I'm going to take them all. I said that

[41:35] before I got arrested for this other [ __ ] with this with this DA attorney. So when I went into the court

[41:43] and and and these public defenders is telling me [ __ ] that is not and I'm like, "No, get out my face." And then

[41:50] the court got to spend extra money to hire a legitimate attorney.

[41:55] I think that's power cuz I know what the [ __ ] I'm doing and ain't nobody going to [ __ ] me over. And when they go get that legitimate attorney with power, I tell

[42:03] him, I'm already taking anger management classes and a course and and there's 26 more. It's a 52 course. I'm only

[42:11] supposed to take 26. Tell them that I would take the remainder of them and I'll do a little community service hours. Okay, deal. In there and out of

[42:20] that [ __ ] That's how much power I have. So when you're around here saying that I was arrested for elderly abuse

[42:28] when when when when Cherry Hide had me arrested talking about I broke her arm and [ __ ] white people lying on me and I

[42:35] got to go to court and go to jail for the [ __ ] to get DA rejected or for the judge to say this is dismissed with prejudice meaning that they was lying on

[42:44] me. Say you're so antilack and you are so disconnected from the black experience to where you don't realize that that was my trials and

[42:52] tribulations. I'm not perfect. Yeah, you're right. Maybe my attitude had a lot to do with people telling lies about me. Maybe my attitude had a lot to do

[43:00] with why people actually sitting there believing people with misinformation about me because how I address and how I handle things. So, yes, anger management

[43:08] is for me and and I stand on that and I would highly recommend everybody

[43:17] to take anger management classes cuz I'm not angry right now. I'm just loud and and being performative. You can

[43:24] never get me angry lying about me. Oh my goodness. Listen, I'm trying to I'm going to have to figure this out

[43:33] later with my email,

[43:35] [music]

[43:36] but let me see. Sent.

[43:42] I'mma show y'all the screenshots of her stalking me on Clubhouse.

[43:48] And then I'mma show y'all screenshots of her talking to somebody from Clubhouse who was mad at me at that time.

[43:58] And then I'mma show y'all screenshots of her and no mad trying to get my sister to do an interview with her and me and my sister

[44:06] laughing at you. [ __ ] you mean? See, you don't know anything about love. A lot of y'all don't. And I feel like that's why

[44:14] a lot of black people got a problem with me on this face cuz I know what I know how to give and receive genuine true

[44:21] love, [ __ ] Hiding your hatred and your evilness behind money don't move me at all.

[44:31] And this is the same person that got all these people sexualizing me. They got the sheep paints and them only coming

[44:38] over here pretending that they support me, but because they got my penis in their phone because of you. And you're going to be reported for that. And you have been reported to the police.

[44:49] So, you're going to jail. You or whoever named that channel, you're going to jail. And don't worry about me talking

[44:57] about I got an active warrant. Didn't your friend Sean David Wait, didn't he call the police and sent the police to stop Chris showing because she missed a court date and had an active warrant?

[45:06] Didn't the police come and just leave?

[45:09] [ __ ] this is California. Them crackers don't get you on misdemeanors. Why do you think that I know for a fact that Jasmine Mines contacted the prosecutor's

[45:18] office and told them to take a warrant that I had since before traveling to the

[45:25] on an airplane to the Megan Estallion trial and traveling back told them to go in there and bump it up to a felony so that them crackers can come and get me.

[45:34] They only come and get you for felonies.

[45:36] So why Chris Young was able to go to and from Baltimore in and out of the state of California multiple times while evading arrest with an active warrant is

[45:45] because it's [ __ ] petty [ __ ] It's petty. You dumb ass silly [ __ ] And I'mma start selling blue jackets.

[45:54] Dead ass [ __ ] I'mma sell blue jackets with your ugly ass face when them names come out, [ __ ] [ __ ] wrong with

[46:01] you? Thank you. Need B. He said, "Your knee injury stood should have deemed you disabled. Should have been waved." Hold on. Give me one second.

[46:09] Baby voice baby voice.

[46:22] And I'm glad you said that.

[46:25] And I'm so glad you said that cuz check this out.

[46:32] So, not only, and I don't owe [ __ ] an explanation on

[46:38] [ __ ] but it's cool. [music]

[46:40] Not only have I been doing my anger management classes, but I got a legitimate excuse. First of

[46:50] all, I was out of the country and couldn't sign up for a valid uh uh couldn't sign up for a valid vendor. And

[46:59] then I got Mr. images to show that my knee was [ __ ] up. Okay, [ __ ] I paid $400. $400 for this. [ __ ] wrong with you.

[47:11] $400.

[47:13] And so when I go to court lifted, summary probation reinstated. [ __ ] I

[47:23] have never been on probation where I had to call somebody piss in a cup. Why? I had travel restrictions. [ __ ] I ain't never did that and won't never do it.

[47:32] Let's be [ __ ] clear. You dumb ass

[47:34] [ __ ]

[47:37] Don't know what you're talking about.

[47:38] Focus on your own court case and the fact that Kimmy got them goddamn documents.

[47:48] [ __ ] wrong with you, [ __ ] Me and my attorney before I even came in the country, I already talked to him. I said, "Will I be arrested at the airport?" No, they

[47:57] ain't even going to come and get you for the misdemeanor. We're going to walk into court on such and such date. That's what the [ __ ] we're going to do.

[48:07] [ __ ] you're talking about. worry about your [ __ ] business instead of spreading misinformation about mine to try to get me to have to defend myself.

[48:17] Cuz I didn't come on this [ __ ] to exploit my personal life, to talk about my personal life, nor my [ __ ]

[48:25] personal relationships with no [ __ ] body.

[48:30] It's not your [ __ ] business, Alicia and all them in the [ __ ] chat.

[48:34] It ain't your [ __ ] business what I do and what the [ __ ] is going on in my real life. You bring your ass here to get you some [ __ ] news and some goddamn

[48:42] good energy. Why the [ __ ] do y'all support somebody that take away from the content that take away the fun?

[48:50] Why? Why would you do that? That shows how disgusting you are. Seriously.

[48:56] Uhuh. Hold on. Okay, [music] let me see. Let me go to the scent folder cuz I need I need to show y'all

[49:05] these uh Yeah, I'mma show y'all these [ __ ] receipts.

[49:10] Okay, first of all, here's when Danny decided to stock.

[49:17] Didn't know this person. She stalked me on Clubhouse.

[49:23] You see who? Matter of fact, it's the big three.

[49:29] The big three stalked me on Clubhouse.

[49:36] All right, let me show y'all. The big three right there back to back.

[49:44] There's Danny, there's Sean, and there's King Payne in a clubhouse room trying to figure out my business. So when I tell

[49:52] cults of conversations that hey from my recollection these people came together

[49:59] to do harm and try to take me down. The big three the big three is the biggest operation against the knot.

[50:09] It is evident right there.

[50:12] They're all bunding on the fact and the principle that they stalk me, cyberstalk me, they ruin my channels, they spread narratives about me. That's the big three right there.

[50:24] I mean, I understand the past and other things happened, but the big three, the lifeblood of it right now and has been

[50:31] since 2023 when I came and ramshack and shook the [ __ ] tables is an operation against the knot. You see that?

[50:41] And here is her. Uh, hold on. Give me one second. Uh cuz there was somebody name mentioned. Okay.

[50:51] Okay. So, here's her stalking me. Oh, here's her stalking me and talking to

[50:59] people from Clubhouse. Y'all know Dominique Goodman, the one that I do Messy Mondays with. This is her talking to him. And at that time, him and I had

[51:08] a issue with each other, but the receipts are the receipts. So, you're social climbing and building

[51:15] relationships with people around me for what is is that work? Is that the hard work you do is stalk people, collect information, misinformation?

[51:26] Because if Dominique is mad at me, of course he's going to feed into your misinformation campaign and he's publicly apologized for that.

[51:35] And you even had Kim cuts on that [ __ ] telling you I ain't [ __ ] I ain't never been [ __ ] and my clubhouse experience was bad and he don't rank.

[51:46] You had Kim Cuss over there, right? You remember this voice, [ __ ] What is 3, 4, 5, 10, 20, and 30? You [ __ ] going to the private to stream it?

[51:56] Yeah. Tell them to look up.

[51:59] Tell them to look up, child. And they're going to deny the real king of Clubhouse that outdone y'all.

[52:07] See how they go? So crazy.

[52:10] So you decided to say and tell your audience that I was nothing on Clubhouse because you stalked them and you got in

[52:17] touch with them and they came over here helping you spread misinformation about me and then one day when I just pop up they finally tell the truth that there's

[52:26] the not the real king of clubhouse. Just like Martin Luther King Jr., Malcolm X, black people, we kill our kings and we

[52:33] don't appreciate them until they're gone.

[52:37] I get so much love and respect on Clubhouse for what I did and the impact that I left on that app just like the

[52:45] impact I left on so many thousands of people here on YouTube too. You can take a platform but you can't get rid of me.

[52:53] So stop speaking misinformation about my history and places and things that you don't know about or because you helped

[53:00] take down a platform. [music] Like them people are not dumb.

[53:07] They've been watching you like they've been watching us and they know you're lying and they're all looking for a break to finally tell you that you're

[53:14] [ __ ] up and you're full of [ __ ] and your money is drying up too. It's drying up and it's obvious and you want to talk

[53:22] about my [ __ ] channel

[53:25] [ __ ]

[53:27] I talked about Carmelo Anthony every day and barely got any views on that. Want me to tell you why? Because I was passionate and locked in.

[53:35] Outside of talking [ __ ] about real people, trying to steal their followers and get their followers to send you money to say some hateful [ __ ] [ __ ] you over there be playing bingo.

[53:43] Sounding like Coco from Foster Homes of America. And you sound boring. Um B.

[53:49] Yeah. Like you don't even want to do the [ __ ] video cuz ain't cuz cuz cuz you can't talk [ __ ] about nobody else. And now you left

[53:58] to pulling up old ass videos behind Jag from three weeks ago of Jag Paywall

[54:05] hoping that you got enough content backlog to withstand the blow talking about my appeal and what the [ __ ] I got going on. Unlike you, [ __ ] I got a

[54:14] real appeal and I know how to really litigate.

[54:18] And I'm And since you want to talk about my [ __ ] [ __ ] I'm going to bust down and break down your goddamn appeal filing and show how you're lying using

[54:26] chat GBT to misquote cases, all this other [ __ ] and you can pull up mine and we'll see who the real true god of true

[54:35] crime, who know the [ __ ] they talking about. [ __ ] you don't. You're ignorant. You're slow.

[54:44] You're a copycat.

[54:46] From Nightbot to the music, all of it. You absorb people's talent.

[54:53] Absorbs people's following. That's why nobody pay attention to you. That's legit. And I didn't pay attention to you

[55:01] until this channel right here is not even indexed. and it's not indexed probably because I'm probably going to put this

[55:09] video behind members only or whatever or maybe I'mma just leave it up cuz you see all them keywords that I

[55:17] done put down in the hitting chat to rank for every single keyword with your name because I feel like you're great content right now. You're great content

[55:26] and Kimmy that that court going to get that [ __ ] that bag and she got them papers over you. You have no power. But

[55:34] that lady got all your [ __ ] powers, child. She got all your power. I called Kimmy. I said, "If it's somebody that I ain't want to support, it's you.

[55:42] Cuz now you can actually make a big difference over here. Your money drying up. Your content drying up. You're still putting out misinformation. You're

[55:50] sexualizing me. And you going to get reported every time you do it, Ralph.

[55:54] Whenever she sexualize you and say, "Report her. Report her. make sure she don't get no ad revenue off of that

[56:01] egregious stuff while that fan funding dry up. This girl went live and told her whole audience that even though she got

[56:09] these YouTube monetized accounts, it still ain't her like she stole somebody identity and y'all sending her y'all money on Cash App and PayPal.

[56:21] Can't say I'm capable of doing the same thing. A [ __ ] can't really count my pockets. Nuh-uh. People hit me up on cash app and I love y'all and I thank y'all and I appreciate y'all.

[56:31] But me calling y'all out, I I ended that. Want me to tell you why? Cuz there some people over in your chat that claim and act like they hate me be sending me money.

[56:41] They be sending me money. Every time you talk about me, they send me a cash app to tell me the time code to go look at. Multiple people.

[56:50] They playing in your face cuz I told you some people over there just over there to figure out who the

[56:58] [ __ ] you is like everybody else. And that's why [ __ ] Kimmy made over $3,000,

[57:05] [ __ ] And ain't no jealousy. Ain't no jealousy in my [ __ ] bones. I wish I could make $3,000 off of your ass. Two in one video.

[57:16] $3,000 one video. Ke going to make more.

[57:19] And then when the court boop, your frivolous ass appeal, they gonna give her that 10 stacks. You hurting. And it's okay to have some humility. Yes, I

[57:29] was angry. Yes, I put myself in situations to where the police [ __ ] with me. I don't ever want to do that again.

[57:34] I don't ever want to go through systemic racism. Anger management has been my best bet. So, no matter what the [ __ ] you say and what misinformation you put

[57:42] out about my past and me being an angry [ __ ] I've conceded to that in the court of law. I told them to give me

[57:51] anger management classes. It was not the other way around. Okay?

[57:58] And the only reason I didn't fight that case with the DA cuz I got out of jail on January the 26th and I left on February the 12th.

[58:08] You think I just randomly spent money to go to Brazil? Like that [ __ ] was already paid for and planned. So I didn't fight

[58:15] that case because it would have interfered with my trip that last for five and a half months. Do you not understand that you dummy?

[58:26] [music]

[58:27] She want to talk about my skin color and [ __ ] [ __ ] guess what? I don't give a

[58:30] [ __ ] Okay, I'm I'm a Caribbean [ __ ]

[58:33] What the [ __ ] you look like? You picking at me, a brownkinned boy. You picking at Sammy, a darkkinned black woman, calling

[58:41] her ugly and [ __ ] and then comparing yourself to Tisa Tails. somebody that people look at probably like she not even black. You really hate black people

[58:49] and you want black people to look so [ __ ] bad in the Greece. You really hate them. And it's a shame that these

[58:56] people over there can't see that until it's their turn.

[59:00] Maybe not now or whenever. Aren't you afraid that you two can turn into Stacy B, have a private back and forth and y'all in a community and now she's

[59:09] coming to regulate what's going on in her community and just do you dirty?

[59:14] and expose you and docks your personal private information.

[59:18] Yeah, that's the type of [ __ ] you're dealing with. But let's get back to these [ __ ] receipts.

[59:24] How she uh you know, I'm not really going to go through all of these. It's just I'm just proving a point that she's a stalker talking about he deactivated

[59:33] his channel today. [ __ ] what the [ __ ] me doing with my channel has anything to do with you? And this is something else that she likes to continue to say about

[59:41] me and everybody else. He's upset that people aren't sending him money. He's demanding to be paid and he feels entitled to a cut of my money. So, this

[59:49] has always been about money. It has not always been about money. [ __ ] you use everybody else's content without showing

[59:56] your face and talk [ __ ] and say some of the most egregious [ __ ] about them. Like, you you that's that's bullying.

[1:00:04] That's not right. And then you convince people that's supporting me to not support me and now they're supporting you. That's that's that's like destiny

[1:00:14] swapping. Like that's some real evil wicked [ __ ] Again, I don't give a [ __ ] who supports you, but why does it have to be at the expense of somebody else

[1:00:22] not being supported by that same person, even if it was or was not their choice? Like, you literally are cult leader.

[1:00:32] It's about your tactics and your character and your character is to is to get all the money

[1:00:39] and let nobody else eat off of this [ __ ] Oh, he I can't wait to I can't wait to this person get mad. Oh, this person sending him money. Let me stalk

[1:00:47] him. Let me pay. I ain't never going to come out of his bushes. But I know who she pace is. And I know she was sending him money. I I That's why they was

[1:00:55] talking about her on messy money. I know who Karan is. I see who sending him money publicly.

[1:01:01] And I get love privately. Half the time when people be over here doing that [ __ ] publicly, I look at them sideways because here you go. Here you come.

[1:01:10] Ready for them to be mad so that they can go over there and send you money too. That's why Gatekeep and Lady T so much. The [ __ ] had money. She Pays did

[1:01:19] it. Like y'all playing this game even on my birthday. I don't care about that.

[1:01:24] But why does it have to be at my expense? Like I don't give a [ __ ] what you do.

[1:01:30] give a [ __ ] what you made. [ __ ] Kimmy made more money than you in two weeks off of just exposing that Google sent

[1:01:38] her the information about you. And then uh yeah, she started this narrative

[1:01:45] talking about uh I have house in Virginia and then said I only see that he says he doesn't have it but was

[1:01:52] approved due to low income. I have to go over the documents again. I skimmed and might have missed the opposing response.

[1:01:57] Like what are you talking about? coming up around here with that.

[1:02:01] Look at her. All in court documents. He moved in as a bad tenant and was complaining about the appliances. Now, the place was gross to be honest. He

[1:02:09] would hell with rent. So, you knew that, but you went over there and still told your audience that I have house in

[1:02:16] Virginia and that I had no legitimate claim and all this.

[1:02:21] Like, what are you talking about? You are misinformation specialist. But at the end of the day, why what I went

[1:02:28] through and overcame has anything to do with you. Like it's relevant to my life today. Like it's

[1:02:36] relevant to anybody other than me who's still here and strongest standing and better situation.

[1:02:44] It'll be different if my life went on a downward spiral. But all that [ __ ] that you're talking about me is in the past and I'm on I'm on an upward trajectory.

[1:02:54] So, I have a story to tell that you're not entitled to try to take ownership of, [ __ ]

[1:03:01] And at the end of the day, I overcame and I triumphed because God is the only avenger. Yes.

[1:03:10] And because I learned and I'm a new I learned law. Can't nobody play with me because all that law [ __ ] that I had to learn on my own. [ __ ] you ain't tell

[1:03:18] them all the What? What about the three cases, the criminal cases that I represented myself at trial and won? Oh, you don't want to tell them that, huh?

[1:03:26] Oh, you want to tell them about a fake ass civil restraining order that even your supporters know that that attorney, that judge is connected and it was

[1:03:35] granted again, [ __ ] I got a legitimate appeal and can't nobody silence me and [ __ ] going to get chopped down like some wood legally.

[1:03:46] black and white just like that [ __ ] black and white that Kimmy got on your ugly ass up out of here. Let

[1:03:53] me show y'all her um going at my sister y'all.

[1:04:00] Okay. Uh

[1:04:04] [music]

[1:04:06] Okay, this is my sister. Okay. She wrote my sister. Hi.

[1:04:14] voice. I just watched Denat's video about you. Are you okay? I am. Thanks for checking.

[1:04:22] Look at you. You writing my sister and guess what? She on August the 12th.

[1:04:32] My sister ain't check. You wrote my sister trying to build a relationship with my sister because I said something about her and you thought that was going

[1:04:41] to get her on my on your channel. Then I reach out to my ex. They probably talk a little slick [ __ ] here and there, but these are people that I talk to every day that ain't got [ __ ] to do with you.

[1:04:52] Ain't got a [ __ ] thing to do with you, [ __ ] I've been collecting friends throughout Brazil for the past two

[1:05:00] years. cuz you don't think I was around them hanging out having fun and [ __ ] Not to let y'all [ __ ] see though. You won't go and stalk them like how y'all

[1:05:09] did my ex like where you and you're writing my sister. You said you got information about me from people in my public life,

[1:05:17] personal life. Why don't you show it, Miss Receipt Queens? Then she said, "Is there anyone in the family? Is there

[1:05:25] anyone in the family that would do a truthful paid interview on the knot?

[1:05:30] someone that isn't afraid of retaliation.

[1:05:34] See, when my sister said, "How much?" When my sister said, "How much?" We was laughing at you.

[1:05:43] Cuz my sister was going to give you that interview. She definitely was going to give you that interview and come up there [music] and tell you about your funky ass.

[1:05:53] Uh-huh. She was going to answer your questions truthfully.

[1:05:56] She was. And she was going to show you that you can't [ __ ] with her brother. Yeah.

[1:06:03] See, the reason you haven't gotten that interview about me is not because people are scared of retaliation,

[1:06:09] but because people know that I'm a great person regardless of what mistake that I have may or may not have made. People know that. People see that.

[1:06:20] Even with Mr. 82 and and and Lady T, they went into a whole private hour interview talking to my ex, somebody

[1:06:28] that I knew for 6 years, they was talking to that person to get all kind of information about me.

[1:06:36] I'm pretty sure, oh yeah, the not made me mad this time, this time. But when people ask about me, like if I died today, people will tell you the truth

[1:06:44] about me and it's greatness [music] from the bottom of my heart. I'm sorry that that's not the same experience or the

[1:06:52] same way that some people online might or may may or may not see me. I'm sorry if I have a spirit of discernment. Even

[1:07:00] people that I discern away from, they don't have bad [ __ ] [ __ ] up [ __ ] to say about me. You don't have a [ __ ] up story to say about me.

[1:07:08] You can talk about my trials and my tribulations that I've overcame and I agree.

[1:07:15] I needed anger management and I've been taking my time with the classes. Like I' I've been taking my time. Every lesson I take, I learn

[1:07:23] something new and I apply it to my life cuz that's what real men do. So you ain't got to wear my sister ain't got to

[1:07:31] you you know you know something. I wanted my sister to do something for me and she didn't answer me and I caught

[1:07:38] myself bringing up childhood trauma of how other times when I asked her and she didn't I was like why would I send her

[1:07:44] this I sent it to her let alone days later she calling me oh

[1:07:52] yeah come on let's do it I'm like damn I finally learned how to have assertive communication with my sister and not

[1:08:01] cross a boundary It'd be the simple thing sometimes. And if had I taken anger management class when I first came on to YouTube, my

[1:08:09] relationship with these different people would be completely different. Even though I still stand on their character traits that drove me away, I would learn

[1:08:18] how to play the game a little bit better towards those people who I somehow deem insufficient and irrelevant. Yeah, I

[1:08:25] call the DA a puss cracker cuz it's my first amendment.

[1:08:30] But don't act like I'm going up to these places or that I have been on TV show sets and movie sets and acting so arrange and erratic. That's not me. And

[1:08:39] you ain't got to worry about looking at a short with my funky blue jacket. If you want to know what movies, what projects I've been in or anything, the

[1:08:46] same way you Google my litigation history is the same way you can Google the history of me in Hollywood.

[1:08:54] Okay? But you don't want to talk about that because it shows me in a good light. You only talked about the bad but don't want to show the good to

[1:09:02] neutralize it. Meaning that you only did bad [ __ ] and that's the only thing that you wanted to do. So yeah, you victimize

[1:09:10] Stacy B. You victimize everybody. You are an evil person. The way you move and the way you operate. And I'm sorry to

[1:09:18] say that some people might actually look at your supporters as a reflection of you.

[1:09:25] And that's bad because again, the only way you get paid is tearing down somebody.

[1:09:32] The only way you literally, oh, she don't like DNA and I'm mad at Dat and I'm she paints and I'm and I'm Korean and and I'm going to pay them

[1:09:41] because I want all the attention on me and I want them to keep dragging and I want this community of people to make me feel better about the hate in my own

[1:09:49] heart towards somebody that I don't even know.

[1:09:55] And I'm sorry if my I'm sorry I don't have on no makeup or anything. Sorry.

[1:10:00] And I'm sorry that you know my hair is wild and crazy.

[1:10:05] Yes, mother. And And I'm so glad I'm so [ __ ] glad that I ain't got no

[1:10:12] perm or none of that [ __ ] Can black man not appreciate his [ __ ] hair?

[1:10:16] Can black man not get a silk press and an aphrodi treatment? Can a black man not sport his [ __ ] Or is you [ __ ]

[1:10:24] mad because the time that I've been on here growing my hair, you [ __ ] still baldhead. [ __ ] you.

[1:10:32] Nah, I'm proud of my hair. I've never grown my hair at all. People told me that my

[1:10:40] hair was nappy, that my hair was not good. Type 4C. And you want to pick at me and my hair when ain't nobody seeing

[1:10:48] you. You picking at my 4C hair. You picking at my skin tone. You picking at uh Sammy skin tone. You comparing yourself to Ta. [ __ ] you are antilack.

[1:11:00] You're antilack. Okay. You're anti [ __ ] black.

[1:11:06] And don't worry about me, [ __ ] at all.

[1:11:09] In the words of we the people, [ __ ] Control everything and own nothing.

[1:11:17] Don't worry about me. Don't worry about what the [ __ ] I do and what the [ __ ] I got going on. Worry about you and your frivolous ass appeal open and brief that

[1:11:25] we're going to chop like some [ __ ] wood over here [music] and worry about taking that [ __ ] L and whoever else the [ __ ] you connected

[1:11:32] with and all these accounts you did egregious [ __ ] to. You've been reported to the police. You're going to be reported to YouTube every for

[1:11:40] sexualizing me every time you say no nuts or whatever. You're going to be reported private. Yes, that's what you do. So people are going to do it. Okay.

[1:11:47] And thankfully, and I and I want to show you, I've been trying to log in. I wanted to show you guys that this account is not indexed. [music] But I

[1:11:54] literally just verified my own ID after YouTube told me I could with another account

[1:12:02] and that's already indexed. But I'm on this channel because this channel is not indexed, right?

[1:12:09] And because this channel is not indexed and you say I'm buying views, I point Show me one video that you think that I'm buying views on and I can and I can

[1:12:17] show you the demographics, the analytics, where the views is coming from. I'm not 82. Excuse me. I'm not 82.

[1:12:24] People speculate that if he show you his channel and where the views are coming from on his big videos, it'll say external, meaning that some outside

[1:12:33] source is fueling it. Mine would say browse feature. Mine would say it's feature. Mine would say notifications. I

[1:12:42] don't buy views. I don't pay for subscribers or anything. It's thousands and thousands of people know me and they still remember me whether I'm attached

[1:12:51] to them now or later. No matter how much [ __ ] and hatred that y'all spew about me. So again, in a way, your

[1:12:58] hatred and the [ __ ] and misinformation that you spewed about me and other people, yeah, it did something to these people and made them feel like

[1:13:07] and take on your own sentiments. That's why you get attacked in chats because these people just go to repeating whatever you said. Again, I was better off without you [ __ ] [ __ ] with me.

[1:13:19] And I go back to my time when I was 14 in boot camp. How I was a straight A student doing college work excelling

[1:13:26] because I ain't have no [ __ ] like y'all to [ __ ] with me. Nothing but discipline and focus. And my boot camp right now is a grown ass man pushing 40.

[1:13:35] So you say it's anger management. I would advise you to go take some anger management classes too cuz [ __ ] you're malfunctioning and it sound like you

[1:13:43] need some WD [ __ ] 40 over there [ __ ] Don't play with me. play with your [ __ ] self. Okay. See, you like to ro you like to take people

[1:13:52] personal life and turn into something that is not. You like to [ __ ] with people. You like to harass people. You

[1:14:00] like to dox people. And you think it's funny. It's funny to you and it's funny to the people simply because somebody will give them a reaction. But because I

[1:14:09] have not given you an angry outburst reaction or anything, who's laughing? Nobody but you.

[1:14:16] What about when you're exposed? What about when the truth come out about you?

[1:14:21] The king got them gags for you, [ __ ] Cuz the truth is more entertaining when did not tell it.

[1:14:27] You're saying it doesn't dictate the rest of your day, whatever happens on you, right? Like I can turn this [ __ ] off and go about my day, right?

[1:14:36] [music]

[1:14:38] See, that that's exactly what it should be, right? Like that's you would think that like a lot of people are kind

[1:14:45] [music] of like in that same like mindset, but I really think that people legit get their [music] feelings hurt and they take it so personal that they

[1:14:54] feel like they got to get back at you in some capacity and it's like

[1:14:59] [music]

[1:15:03] so and y'all know y my people. If I would have so and y'all know y my people if I would have so [music]

[1:15:10] and y'all know y my people if I would have so and y'all know y my people if I wouldn't the [music] truth is more

[1:15:18] entertaining the truth is more entertaining as long as the truth is more entertaining

[1:15:25] [music]

[1:15:26] the truth the truth the truth the truth is more [music] entertaining the truth is more entertaining as long

[1:15:35] as you're The truth is more entertaining.

[1:15:38] The truth the truth. [music] The truth.

[1:15:45] Let's Let's make this a eating play. Go ahead, Mina. Listen. I Listen, I'm a Listen, I'm a under [music] get

[1:15:54] under the skin kind of goofy ass [ __ ] The [ __ ] got under I got under his skin. That's it. [music]

[1:16:02] I did. I did. I win. I got under your skin. You did [music] it purposely. Yes, absolutely, ma'am.

[1:16:10] Okay, there you go.

[1:16:15] [music]

[1:16:16] The thing is I've been wait I couldn't be on stages recently. Like these past couple days I I haven't been I was asked to not just be on stage just sharing all

[1:16:23] my business anymore cuz now I have to [music] consider him cuz he's you know he me. So I'm just saying that I'm the happy face.

[1:16:34] is more [music] entertaining.

[1:16:36] The truth is more entertaining as long as you do not speak. The truth is more entertaining. [music]

[1:16:43] The truth. The truth. The truth. The truth is [music] more entertaining.

[1:16:49] The truth is more entertain as long as you're not speak. [music] The truth is more entertaining.

[1:16:55] The truth. The truth. The truth. [music]

[1:17:05] [music]

[1:17:11] [music]

[1:17:12] The revolution will not be televised.

[1:17:16] The revolution [music] The revolution The revolution will not be televised.

[1:17:23] What [music] is in your life's blueprint?

[1:17:31] [music]

**EXHIBIT C**



**THUG-NOT APOLOGY TO AT2 | DANI ROBERTSON MANIPULATIVE TACTIC EXPOSED + CHRISEAN ROCK**

THUG-NOT
3.86K subscribers

Join   Subscribe   IQ Remix ⌄      👍 58   👎 1   ↗ Share   •••

577 views  Streamed live on Jul 11, 2026  #chriseanrock #donat #at2

[0:02] What's up? It's your boy Dai. I'm your host. You guys are the goat. Welcome.

[0:06] Like the video. Subscribe to the channel as soon as you come up in here. Um, this video is made for entertainment,

[0:13] commentary, and comedic purposes. Any statements, impressions, or opinions expressed are intended as humor, satire,

[0:21] or personal perspective. I do not promote harassment, bullying, or harm toward any individual or group. All

[0:31] commentary is based on publicly available information and is not presented as factual claims.

[0:41] Viewer discretion is advised. The goal is to entertain, spark conversation, and provide commentary, not to attack or

[0:48] harm anyone. Okay. Like the video, subscribe to the channel. We're going to talk about Mr. uh, excuse me, we're going to talk about AT2.

[0:57] And, you know, I'm going to be mad enough to give an apology. And I want to make it clear. I know some people run around here and act like they can do and

[1:05] say things about people and then in just one live stream or one instance and moment, they're suddenly friends again

[1:13] and walking around acting like the past never happened. So, me apologizing is for the greater good. As far as wanting

[1:22] a relationship with anybody, that takes time.

[1:26] That it takes time because you got to show change behavior as in me. Once I apologize and the other person once I

[1:34] issue this apology, it's up to them to be grown enough to understand it. We're going to get into that. We're going to

[1:40] also get into Danny Robinson and who's a psychopath. I'm going to break it down for you guys before we transition into

[1:47] some blue face and Christian RL. Like the video, subscribe to the channel.

[1:56] I am Tala.

[1:57] Hey, what's up YouTube family? This is Den. I [music] got big dreams to see the world and do what my heart believe.

[2:03] Everything ain't what it seems. So, I'm here to tell you the truth about pop [music] culture, hip hop, and some of the most toxic [ __ ] across the web.

[2:11] Forget Charleston White. I'm the [music] one like it or not. Better subscribe to my channel and like this video cuz I'm not gonna stop. [music] I am Tala.

[2:27] What's up? What's up? It's your boy Den.

[2:29] Please like the video, subscribe to the channel as soon as you come in here. As I stated in the intro, we got to get into some things. Let's start off with this apology towards Miss 82.

[2:40] Yes. Okay. The reason there is an apology issue from this end is because I feel like I'm a solutionoriented person.

[2:48] I get upset and don't want him talking about me and harming my name, my reputation, or just doing things what I

[2:55] consider as pointless. And he doesn't want that for me. Now, the audience, they're confused. They don't know who started what, who said what, who's

[3:04] actually responding, and who's antagonizing.

[3:07] And I don't want to continue to talk about that and point fingers. I want to be a man and apologize for my portion of

[3:16] anything. And this is inspired by Kimmy Love getting documentation about Danny Robinson and her identity behind

[3:23] multiple YouTube accounts in which she's lied about. And I got the receipts to prove that as well. But let's stick to

[3:30] AT2. Notice I'm not using nickname abuse. I'm not saying Mr. 82. I'm not focused on his sexuality. I'm not focused on his integrity or anything.

[3:40] I'm just focused on facts. So, I personally, you know, received a DM message from him back in January of

[3:48] 2024. This was right before his auntie came onto my platform, I believe, somewhere around there. And he was

[3:55] asking me to watch his video because he issued an apology. And my mean ass is like, "I'm not watching it. I don't

[4:02] care." yada yada yada yada. And so he was insisting that I watch his video to understand his perspective. And I never

[4:11] gave him that opportunity. And hopefully he give me this opportunity because I would hate to be the person that somebody is just so mad and upset and

[4:19] have a dark cloud around them every single time they go live. Kind of like what Danny did to me for a while. So once I recognize what was played and

[4:28] happening to me, then I can atone for my own sins and take accountability by issuing apology to others that I probably have done the same thing to as well.

[4:39] So what's up with everybody here? Like the video, subscribe to the channel.

[4:43] Apparently the reason I feel like he wants a connection with me is because she paints. So I'm gonna let him explain

[4:52] it. And guess what you guys? We're going to be so nice. We're going to actually show his content because I think, you

[4:59] know, in this ecosystem, people really care if you show their content and play it on their your video. So, I'm going to

[5:08] show respect in conjunction with this apology and play his video so that you guys can hear why he always is talking

[5:17] about me and mentioning me even in video and content and it got nothing to do with me. And apparently he's blamed it on sheep pays. So without further ado,

[5:26] now I know I told many jokes about the looks, about everything. Uh I'm going to like pause on all of that because you

[5:34] know with an apology comes a ceasefire and compromise. Okay? So we don't want to pick, bully, harass, or anything to

[5:44] um AT2. So, we're gonna play his content and maybe you guys could watch it. Yes

[5:50] or no? But at least hear him out because now that I think about it, when I had

[5:58] separated from She Paints, it was because um [snorts] he I was already told back in May that they were like,

[6:06] "Hey, she went back to him." And I was like, "Really?" And I forgot who said it, but somebody was like, "Yeah, she

[6:13] went back to him." I was like, "No, no, no, she didn't." But mind you, I the last communication I had with her

[6:22] was from March of last year. I'm talking about 2025. March 2025 was my last communication [music] until May when she hit me up and was all

[6:32] like, "Oh yeah, he's he's um, you know, doing this and doing that and I've just been tired of these people on the

[6:40] internet." And that's when she told me that she had um broke off from Ralph.

[6:45] But mind you, I already knew that because Ralph made it public. Like, yeah, she paints over there. You know, she was sending me news. She was doing

[6:53] this and that. And I was all like, "Oh." So Ralph had already said that publicly, but she tried to come over me a month later and make it seem like, "Yeah, I

[7:01] just had to go away because Ralph is too much and he was asked for money to do this and that." And I was all like, "Oh,

[7:08] well, didn't you go back over there with Powder?" And she was all like, "Oh, no.

[7:14] I had emailed him about um you know, leaving me alone and stuff like that."

[7:22] Mind you, Potterhead had already posted the email showing like, "Oh, you're doing such a great job in New York and

[7:29] blah blah blah." Those are like pleasant emails. Those weren't emails saying um

[7:37] you know, screw him, f him, blah blah blah. Those weren't like those kind of emails. They weren't like contentious

[7:45] emails. Like they were literally like, "Oh, you're doing a great job. I like seeing you." Blah blah blah. It was very friendly. And I'm all like, "Wait, is

[7:52] this the same guy that you said who's harassing your family? um trying to destroy your life, who you're trying to

[7:59] sue, put paperwork on, you know, all these things. And it's all like, wait a minute,

[8:09] is this a play? Like, you don't use me because again, I was genuine and I felt like, damn, if Ralph got a [ __ ] car, [ __ ] I should have asked for. Damn it.

[8:20] I should have asked for hella [ __ ] Damn it. You know, I always make that joke, but no, seriously, I should have asked for hella [ __ ] But I just feel like,

[8:28] damn, lady, if you just wanted to be over there and you were just upset, then stay your ass [ __ ] over there.

[8:36] You know, that's how I felt. Stay your ass over there. Like, stay the [ __ ] away from me. Because again, he uses this as

[8:45] a tool to say, "Oh yeah, he just wanted to get my people and then use them and he's this and and it's all like I don't want no connection to him, you know?

[8:56] I don't want no connection. Like, stop connecting me to him.

[9:10] Baby dookie voice. Baby dookie voice. Baby dookie voice coming with that.

[9:18] [music]

[9:19] with that.

[9:22] With that coming with that

[9:36] coming with that dookie voice, baby dookie voice. Baby

[9:43] dookie voice. Baby dookie voice. Dookie voice.

[9:47] Baby, baby, baby voice.

[10:39] Dind.

[10:43] [music]

[11:06] Oh, one second. I was just the talking. One second. I was just the talking. Okay, I'm back.

[11:14] So, I trust his words.

[11:17] Okay. He said he don't want no connection to me. That means that it's not he don't want to talk about me. He gets sick and tired of mentioning me.

[11:27] He's sick and tired of me doing what I consider to defend myself and he got to turn around and defend himself. People don't know who's the actual problem.

[11:36] Sometimes in these conflicts from my perspective, it's one-sided and you playing with me and I'm a joke about you. I came on here doing that to

[11:44] everybody. Why you taking it so personal or trying to make it like intimate or personal just

[11:54] to get a response like I do that to everybody. So, you know, he personally said that he

[12:02] don't want no connection with me. And I don't want y'all to think that I want a connection with him either. So respectfully, I'm not going to talk

[12:10] about him casually. Even on Messy Monday when I do Messy Monday, I'm not going to talk about him and his narratives if he

[12:18] has any because he don't he he give commentary on everybody else's narratives while reacting to political content.

[12:27] So we don't need to mention him over there. He don't want no connection. She paints was the one that went over there.

[12:34] and made him focus on me because he already said that she paid Ralph and she paid him and all this

[12:42] other [ __ ] to go at me. That's what it seemed like. It seemed like she strategically went over there

[12:49] because she knew by going over there it would antagonize me and it would convince him to think it's his idea to talk about me. And y'all know me, okay?

[13:00] When I latch, I'm like a pit boy. Don't let you go. So according to him, she paints is the reason why I felt like he

[13:08] wanted some type of attachment to me. If you go back and do the research and history, you'll notice I wasn't saying that he wanted this crazy attachment to me until she paints went over them.

[13:20] And now he didn't exposed her motives.

[13:24] She probably didn't say specifically attack did not, but her motives in which we know and we talked about and they

[13:31] acted so o obtuse and oblivious to the fact. But

[13:38] you know him it felt like he really wanted a friend.

[13:43] rather it was because it was at my expense or for whatever reason he really felt like she paid and Lady T went over

[13:52] to his platform because they believe in him, they like him. They support him.

[13:56] They think he better than he's the great and like I'm here to tell you those women played tricks on you. They went to

[14:04] your platform because they felt like they could use you to vicariously harass

[14:11] me and attach themselves to me. So while you're attacking me, it looks like a direct need and desire to attach to me,

[14:20] but the whole time they're in your back pocket and in private messages because as you said, she paints was doing all of

[14:27] that, but the whole time she wanted to be back over here.

[14:33] And I think y'all need to understand like even Danny like people are sending you money because they want to have their way with these creators that you attack.

[14:41] Not because you're so entertaining.

[14:43] What's entertaining to them is that they feel better about you about you being a mouthpiece to [ __ ] on their favorite content creator.

[14:52] And so that's happened to me with supporters and other content creators.

[14:57] And H2, they never liked you. You was not the purpose. I mean,

[15:03] [clears throat]

[15:04] Lady T posted up she sent you $450 in two years of har of, you know,

[15:11] feeding narratives to make her laugh at me.

[15:15] You know, she only sent you $450 in two years, but she sent King Payne that in two weeks. [snorts]

[15:24] And then on my birthday, she sent you more money, which is why she lost everything.

[15:32] And then the date that I returned to America is the day that she felt like she had orientation

[15:39] and she's lurking and watching or pretending like she's solely focused on orientation. And it ain't going to be too long before those people are

[15:48] contacted or they just find out who she is really.

[15:52] So, I'm sorry to tell you like I can't believe you as a almost 40 year old man did not know that those women was

[16:00] running to play on you. They were running to play on you and they paid they compensated you and looked out for you,

[16:08] right? Even even over here when I knew she pays. I knew if I drugg Lady T that

[16:15] she probably wouldn't make it rain on I mean she was going to support me regardless but I knew that if I drugg certain people that was irritating her

[16:25] or that's just that's just the way this [ __ ] worked with fan you know so I'm sorry that they deceived

[16:33] you and I'm sorry that they went over there and they made me believe that you were so in love with me and that you had

[16:40] this super gay crush on me and everything that you did towards me was about the need and desire to be with me.

[16:48] Do you see how they actually attached themselves to you when in reality that was she paints and Lady T. That was what

[16:56] they wanted from me and they use you to project that and you fell for it. This is why anytime

[17:05] I want them back, I could call for them to come back if I wanted them back. But see, I don't exploit people. So, I'm I

[17:13] mean, we're we're in the spirit of forgiving. She pays can hit my link and apologize for what she did to me.

[17:22] I doubt she do it. And I'm not and I'm not pressed about it. Never. Not now.

[17:26] Not in the next month, next 3 months, not in the next year. I'm not going to be pressed about it. I don't hate her.

[17:32] She can hit my link and apologize for what she did. And then on top of that, she needs to explain why she went over

[17:38] there and gassed you up and had me believing that you were obsessed with me

[17:45] when in reality you was just uh reflecting their motives and their energy. So, they was never there for

[17:52] you. To me, that's common sense. But, I got to give people the benefit of the doubt because apparently you don't want to discuss me and all.

[18:03] So, I'm sorry for bringing your auntie on here. Nobody like you didn't even lose nothing out of that. You're like,

[18:11] your support stayed the same. Even with your auntie telling your personal business, your support stayed the same. You went along, you moved forward.

[18:19] [music]

[18:19] Um, and yeah, I person I did feel like it was

[18:26] like a sexual deviant energy because you attached yourself to women that came from my platform that had those motives.

[18:35] So maybe my interpretation was kind of like misfired and misdirected, but you put yourself in the line of fire for

[18:43] that energy. So they use you. They They never cared about you ever. Lady T sent you $200 on my birthday and when she's

[18:52] found out that I didn't give a [ __ ] and it didn't make me mad, she dipped out on you.

[18:59] I mean, and again, you know, you can take this apology, think about it, or drag me and say you don't give a [ __ ] is

[19:06] up and it's stuck. That's on you. And when you do that, AT2, cuz I know you're watching, I'm I'm never I'm never going to go at

[19:15] you for free. No matter what you say, even on Messy Monday, people are just going to have to send they put their trophies in the chat,

[19:23] [music] send $10, and I will spin that wheel.

[19:31] [snorts]

[19:33] And once I spin that wheel, they then will be able to if it lands on you, then you'll get drugged for entertainment

[19:41] purposes only. Cuz I don't want you to take it personal at all.

[19:48] And hopefully this apology will make you stop saying you hate me and it ain't solved until one of us die

[19:57] because you got this strong energy towards me. regardless of what you're saying and how you presented it. You

[20:05] said yesterday, she pants is the reason why you don't want no connection with me. [music] And I'm telling you, if you sit there

[20:13] and say that you hate me and continue to talk about me and continue to reinforce the fact that you hate me, you really

[20:19] can't blame that on she pays. And you really cannot say you don't want no connection with somebody that you hate

[20:27] and dislike. me. If I sense that I'm going to start hating somebody, I walk away because I don't want to give that

[20:33] person power over me. Hate is a powerful strong emotion. And the opposite of hate

[20:40] is love. So, a part of me felt, you know, all the way up until I just gave you this apology that you only saying

[20:48] that you hate me because you really in love with me. I mean, that's what Perry and Charelle said, but at the same time, she Paynees was over there. She was over there.

[20:57] She paints us over there. Uh-huh. She was paying you and gassing you up and making sure you use my name for clout during the Diddy trial and [ __ ] like

[21:05] that. Uhhuh. She did all of that. And so when I exposed her and what she said to me in voicemail, that was not me just exposing and want an apology for that.

[21:16] You going to have to apologize for all of this [ __ ] that you did [music] cuz I never forgave it. I didn't. And you

[21:23] know, forgiveness is for you. And so just chipping at it one step at a time.

[21:30] Kimmy got Danny Danny Robinson information and people can feel safer out here to be able to create and be

[21:38] themselves without being oversaturated and exploited, you know. Um, what's up Riri?

[21:48] Somebody said, "But this is started way before she pays." I mean, that's what I'm saying.

[21:55] I'm saying like [snorts] did his behavior intensify or change towards me or did he just like do what he already was supposed to do?

[22:07] I mean, excuse me, do what he already was doing and finally he found somebody that had money to compensate him for

[22:15] doing what he wanted to do in the first place.

[22:18] That's why some people are saying like, "Hey, you know, this this I don't want no connection with him and blaming she

[22:25] paints is just an excuse of the day and tomorrow he going to have to use a different excuse, especially after I publicly apologize to him.

[22:37] You never know.

[22:40] You never know what's going on with these people, man.

[22:46] At all. You never know. Sorry. Not Well, I I am sorry. I'm sorry for whatever that makes him feel like he got to roll

[22:54] out of bed every morning and whenever he's talking about drama or something, I always somehow am involved

[23:01] even when I'm out of the mix. And if it's not me, it's she paints. And then it's Lady T. And he used he backdoor

[23:09] them to talk about and go at me. This is why I was telling both of them not to go to these people because once you you

[23:17] think you're satisfied with 82 harassing me. Well, once that once you're no longer a pawn in in effective to give

[23:26] him an excuse to, you know, harass me, then he's going to start harassing you and use you as a catalyst to backdoor

[23:35] me. So this is why I gatekept Lady T from the black tea sector for a year and a half before I finally threw her over

[23:42] there because I know how this [ __ ] go.

[23:47] And so I I I want to say I genuinely believe that he don't want no connection to me.

[23:55] And I just want to give him the little validation. I played his video. I showed his face. I said 82. I

[24:04] didn't say Mr. 82. I didn't say Benjamin Butad. I didn't put up the uh Goomba head from the Super Mario Brothers movie. You know, these are actually

[24:13] actionable steps in the metaverse on this platform that I have displayed to resolve a conflict. And I think conflict

[24:20] resolution is the new wave. Might sound boring here or there, but even in resolving conflict, a [ __ ] can get drove dead ass. Okay.

[24:31] Um, what? Sorry. His morning will consist of

[24:41] you in a wrestling wing ring. So, here's the thing. People are entitled to believe whatever they want to believe.

[24:51] Um, I'm going to meet him where he was today and hopefully he don't change his mind and change his tune the next day or

[24:59] the next day after it. But again, at the end of the day, [clears throat] it, you know, it might may or may not be

[25:07] about access. I don't know. We'll see how it goes. again with me issuing this apology and taking accountability for

[25:16] the things that I did and and mind you the only reason I did them is because far worse was done to me and I thought it would be okay to do it to somebody

[25:24] else since other people got clout attention for you know doing certain things. So my bad with that

[25:35] and I will tone because we don't need to come to the internet and be worried about what the [ __ ] is going on in real

[25:42] life with somebody contacting jobs contacting families. I've even even Lady T said that on Phantom channel. [music]

[25:50] So maybe she inspired me too to say we need to change and we need to be better.

[25:58] And I go for any and everybody.

[26:01] God is the only avenger and the only person that you really need to do an apology for. I cannot control or help how somebody's going to interpret this.

[26:13] Whether they're operating from the ego, whether they think it's genuine, disingenuine, whether they think it's a troll, what I don't know. I'm denied.

[26:22] So, you know, maybe they find value in dragging me. This is why I tell my supporters, don't don't get no

[26:30] membership of these people's channel to tell lies about me, especially after I apologize. I'm genuinely wholeheartedly

[26:38] as a man apologizing for anything that I may have done wrong.

[26:43] You know, yeah, I I told your family you're obsessed with me and is sexually motivated, but maybe I was wrong. Maybe

[26:50] I can just leave those thoughts behind depending on how he take this apology.

[26:57] I know my people should not really be interested in, you know, paying for memberships to hear what you got to say

[27:04] because they love me and they protect me.

[27:10] I mean, nobody should be forced engagement. Like, nobody should be able to grift off of the back of lying on

[27:17] somebody else. But again, I don't think AT2 did that specifically.

[27:23] Now I have my I have my reason I had my reason to believe until I heard him say and say that she paints is the reason

[27:32] why I think and I felt like he wanted a connection with me. Maybe they was destiny swapping or whatever but at the

[27:39] end of the day neither one of them would never meet me or see me in real life again. The first one,

[27:46] you know, I thought that was cease harassment or whatever. To me, it intensified and to me it it felt too invasive.

[27:55] Couple with she paints. Then I had to start publicly saying it. Okay. So, he blamed everything on she paints.

[28:04] She paints can defend herself.

[28:07] Okay. Why does she need to call his mother?

[28:11] Is this just another tactic of AT2 harassing somebody connected to me in order to backdoor me? And because they

[28:19] spent money and went to his platform, he see that as an opportunity to always use them for content in order to backdoor

[28:27] me. That's obsession. [music] But I choose the latter. I choose the latter. Now, let's get to uh Danny Robinson.

[28:35] Danny Robinson, you know, she was um Kimmy Love received communication from YouTube regarding the identification of

[28:45] the YouTube accounts that belong to her.

[28:51] These YouTube accounts are attached to verified names as well as Google AdSense accounts which Kimmy also have that is

[29:00] also attached to a real person. Now Danny is very smart about how she does videos. She go live, she do her little

[29:09] welcome, then she debunk everything everybody else saying and act like this and then she start dragging people and in between whatever she's pressed about

[29:17] and mad about, she would keep interrupting it to reinforce whatever it is, which today was

[29:25] debunking Kimmy Love. So I listen to her very carefully and I feel like Kimmy love and the people out here don't

[29:33] listen to her. Listen to logic and sense. Okay.

[29:38] Now Danny claimed that if and if you guys want to know more context about who Kimmy is and how she got the information

[29:47] from Google, go to my previous video right before this one. Okay, if you've seen that, this is part two and this is

[29:55] includes unbiased commentary on Danny Robinson who plays music behind the [ __ ] and will try to put copyright strikes on

[30:03] you even if the music is removed to control a narrative. So, she feels safe being anonymous and she feels safe being a copyright troll to brainwash people.

[30:14] So, usually you would have to wait about 12 to 18 hours for the transcripts to render. Especially it's like a 6-hour

[30:20] video. 6 hours straight. She just totally brainwashed people and then you just can't and then you can't use the content because she's going to put a strike on you. So, you're brainwashed.

[30:31] So with Danny and especially given the fact that you re given the fact that um

[30:39] people that replay a video and come back later, they're not going to watch more than the first 20 30 minutes if that.

[30:47] This is why she do her most salacious manipulative tactics within the first

[30:54] 10, 15 minutes. And so that's the only thing you have to pay attention to her because those people that are listening in real time, they flip and rotate.

[31:03] They're going to go to work. They're going to be they're going to be replay game and not there all the time. You got to cater to and talk to and talk about the first 15 minutes in her video.

[31:12] That's how you catch her. That's how you catch her uh with the transcripts and stuff. So, you know, first I was there

[31:20] and I was like, "Okay, I know how you move. I know how you operate. And I know what you need to address. you need to address Kimmy Love. Get this information

[31:28] from YouTube. So, in the video, she claims that if Kimmy Love had actual information, she release it instead of

[31:36] dangling the information while simultaneously talking about the legal consequences of revealing the information. Again, she's like, "Oh, she

[31:44] don't have no information. If she had it, she'll release it. Why she ain't release it?" but then threatened legal sanctions and the legality of her

[31:54] actually receiving the information. So that is an oxymoron. That is very manipulative to say one thing and the

[32:02] complete opposite on the other hand. You know that if Kimmy Love was to release that it would show and go to motives and

[32:10] it might be a violation of you know a a order to stay.

[32:16] However, Google is the problem and Danny is so thirsty for content. I remember one time

[32:23] I even suspected that she was a part of Google. I told somebody that works in the Navy what she did to me and they

[32:30] said, "What if you find out she's a part of YouTube?" I mean, there's a married couple, a

[32:37] husband and a wife that has AI channels creating content about them. They had to sue those channels and those people were

[32:45] Indians off in India and YouTube is an Indian company.

[32:52] The CEO and owner of Alphabac is a is Indian. The leadership, all the people are Indian. And so I remember

[32:59] when Danny hand wrote and filed a lawsuit against Danny

[33:06] in the Northern District of California court, which is exactly where YouTube is located. And then on top of that, the

[33:14] way she moved, I suspected that she was Asian and had connections to YouTube.

[33:19] that if that was the possibility or if that is true, this is why she's so confident about the information that can

[33:27] be released by Kimmy Low [music] because just like she tried to act like she was in jail with King Tucket and

[33:34] when that flop, they fell out. If she was connected to YouTube, she would tell YouTube to send Kimmy love some [ __ ]

[33:41] information to get everybody riled up and talking about it to come back and act like she's still invincible and

[33:48] powerful to reinforce this anonymous behavior and egregious acts that she do.

[33:54] Some people think she's Asian. Some people think she's connected to YouTube.

[33:59] And so, let me continue going on. And and she also um

[34:06] stated something about the account that none of it is connected to her.

[34:13] How? And none of it's connected to her and the people that the name accounts belong to are fake names and they don't

[34:20] exist. Well, assuming you're not connected to YouTube and there's some type of co-conspiracy with them to go against black creators,

[34:29] that would be factually incorrect. If you join YouTube partner program to monetize your channel, you are required to verify your identity.

[34:38] Okay? If you monetize a channel, you are required to verify your identity on that

[34:45] channel. Now, sometimes the channel and and guess what? When you have to verify monetized channel like True Telly Danny

[34:53] and Danny Robinson AdSense identification verification when your channel's earnings reached identif

[35:00] identity verification threshold Google will prompt you to provide a government issued photo ID. So there's no way that you have multiple monetized channel.

[35:12] Truth teller Danny Danny Robinson in the Afternoon Cafe. There's no way that you have these monetized channels without

[35:19] there being a verified person to verify the YouTube channels. And they send address verification. Once your identity

[35:28] is verified, Google will mail a physical PIN to your address. You must enter this PIN into your AdSense account to

[35:35] finalize your address verification. And tax information is used for the AdSense account. So you can have a YouTube

[35:42] channel and then you can have a Google AdSense account. Those things don't necessarily have to match. They don't.

[35:50] Or the channels or whatever can be the Google AdSense can be a business name which is researchable and a state secretary of state site to figure out who actually own it, who's behind it.

[36:01] And a channel, okay, a channel has to be verified. Now, I remember Teddy

[36:10] um figuring out that the address that she had to serve, Danny Robinson, was connected to a lot of PPP loan fraud.

[36:17] So, if all of these channels and all of these people who are real people and real names behind the verifi

[36:24] verification of these accounts, did you steal their ID?

[36:33] Where did you steal their identification to get somebody or did they did you tell

[36:41] your supporters to use their identification?

[36:44] And then on top of that, Kimmy Love also says she knows the Google AdSense account information. All of this stuff has to be verified.

[36:52] Like you probably can take a fake ID and stuff and give it to YouTube, but no, they verify it. they will slam and slap

[36:59] that down. Most importantly, you cannot fake an identification or a bank account on Google AdSense. So for you to sit up

[37:09] there and tell your audience that oh one what this channel name is in Kishha, this channel's name and this one that

[37:16] these are not real people and um YouTube the well you got those channels monetized. Yeah, you can create a Gmail

[37:24] account and a YouTube account and and and naming anything that you want, but who's verifying that account in

[37:32] order for you to get into the YouTube monetization program, ma'am? And see, this is why you need to intellectually smoke somebody like that before you go to dragging them.

[37:44] Okay? So, your accounts with Google and the people's name on those accounts

[37:52] have been verified in order for you to become a monetized content creator.

[37:57] [music]

[37:59] So, rather you stole somebody's identity and use it on YouTube, they're going to find out.

[38:07] We're all going to find out.

[38:11] So, at the end of the day, people suspect that these channels are in people's names that you are affiliated with, even if it's subscribers.

[38:20] I I know you don't trust nobody. I know people who send you money only to get closer to you to try to figure out your identification.

[38:30] Baby, there's no reason for you to try to debunk and try to convince brainwash

[38:37] people that Kimmy does not have the right information when at Truth Teller Danny at Danny Robinson and at the at

[38:45] Afternoon Cafe all channels belonging to you that are in a monetization program are not connected to real people and

[38:52] real names. That's a lie. And every content creator know that's a lie. But see, you're so manipulative. You don't

[39:00] give a damn. And and you convince people not to support people and to hate people. [clears throat]

[39:09] And that brings me to my next point. She said she claimed people say she has a coat because some people are and are not

[39:16] welcome in her chat, specifically content creators. She was talking about Sammy because her audience is not on the same page when they have outsiders. She

[39:25] says if she ran a coat, everyone would be nice when Sammy's in the chat or whoever she don't like or whoever her audience don't like, vice versa.

[39:34] That still doesn't prove that you don't have a coat. Especially if the people like Sammy is coming in your chat

[39:42] playing nice with you because you have traumatized them already. Of course, your audience know how you truly feel. They was there

[39:50] listening and consuming the [ __ ] Sam is just there making sure you take it easy on her. Same thing with King Tekken. You've already conditioned your coat to hate and dislike these people.

[40:02] So any identification that they have in your chat or even on their own channel, you want to take ownership of it. That's

[40:10] the most narcissistic [ __ ] that happened. This is why I had a problem with somebody trying to call me a stalker [music] and trying to get that [ __ ] actually got the [ __ ] signed off

[40:17] and I'm fighting it because this is about controlling the perception of another person.

[40:23] And this is why I don't play nice with people who have done significant damage or harm to me there. It's irreparable.

[40:30] You've already drug me. You've already drugged the knot. You've already drugged and exposed Nosy Ho and and Queen Tulsa

[40:38] and all these other people who come around and and be in your chat. The only thing they be like is, "Hey, take it easy on me. Don't don't play with me today.

[40:48] Please leave me alone." That's what they're saying. So, your chat already know how you truly feel. And you're playing this game with these creators

[40:56] like a [ __ ] spider to put them in your web and pack them up and then wrap them up and then save them for later to

[41:04] drain the juice up out of them so you can be able to brag about how they was in your chat and you was never in their chat and you had to do all that's cold. That's cult behavior.

[41:13] Um, again claims that YouTube and Google don't have her identification,

[41:21] but she's in the YouTube partner program and the account has to be verified and the Google AdSense checks have to also go to somebody verifiable.

[41:34] So yo yo yo even if and and then to say that Google don't know who you are, YouTube don't know who you are and that

[41:42] you stole other people's identifications and got multiple people to verify these accounts that actually brings your credibility in

[41:51] question too and continue to promote the ideology that you are a a stalker. you steal identities

[42:01] and it's going to go back to the fact that in Teddy's lawsuit they said that that address that you use was associated

[42:08] with a lot of PPP loan fraud over in Minnesota where all the Somali are doing fry.

[42:20] I know people think she's Asian, people think she's Somali. She's not black American. I'm going to tell you that right now.

[42:28] I I don't I don't know. And then um

[42:31] [clears throat]

[42:33] she claims that if she gets exposed, she's only worried about her family in school. She don't have no criminal record or anything. Prepping her

[42:40] audience in order to accept that is true. Claims she will sue us if we have her real name, anonymous or not.

[42:51] Ain't nobody gonna uh uh escape her wal pretty much

[42:59] my And then she went in and said that once she's exposed, she's going to create a membership only and do videos

[43:07] and talk about her life story. Well, ma'am, I hope you turn the camera on when you do that once you exposed

[43:14] because how can you sit up there and brainwash and and and flip reverse and then try to griff off these people

[43:23] to say if somebody expose you, you're going to go behind a payw wall and tell them exactly who you are, you're going to be out like Tissa Tails.

[43:32] And I'm like, damn. Is that why you was hating on Tissa Tails this whole time?

[43:35] you hating on her hard and then went on and talking about how pretty she is and how everybody love her and flock to her

[43:44] and how much of a pretty much pageant queen she is and how beautiful she is.

[43:49] And let me tell you how strategic she is. As soon as she said that, she went right into dragging Sammy, a black

[43:57] woman. Oh, we unsure if they ever got their flowers in real life, y'all. diabolical.

[44:06] And then she claims something about Stacy B. I don't know too much. Um, saying that Stacy B helped push the false narrative and if people don't want

[44:15] her to go over their drama or go over it completely, not to send it to her because she's going to do a thorough job

[44:23] and report it and make sure the information is true. Well, you saying it about Stacy be somebody that supported

[44:30] you, an in-house drama, but then you would go and pull up a public court record where a light white lady act like I assaulted her in a restraining order.

[44:40] And you also seen that that case had a final judgment that says dismiss with prejudice, which means that she was

[44:48] lying. and you will go and run off with that black and white information, a complaint that a white woman filed

[44:55] against me without looking at what I filed in opposition to her and also without looking at what the judge

[45:02] finally said just to get people to hate me. So, you're an oxymoron and you can't take what you dish out.

[45:13] So, there you also contradicted yourself.

[45:16] And I'm telling my people this because I don't know how much we're going to get wrapped up in this. What we what we're not going to do is be so interested to

[45:24] go and listen to somebody who don't show their face go behind a a [ __ ] payw wall and talk and act like they was Cinderella or Lumis

[45:32] Mermaid or Hillary Banks from the Fresh Prince or whatever these anonymous people that don't show their [ __ ] face I want to say. Okay.

[45:42] You're not above the program. Danny, baby, baby.

[45:49] People always claim something about her supporter. Claim that we want claim that we want her supporters

[45:57] and want her supporters to believe that we're the victims when she's the hero.

[46:03] Well, everybody knows that your supporters, every one of them are former supporters

[46:11] of people that they got mad at or people that you brainwashed them to hate and now y'all got a click coat full of nothing but women.

[46:21] Like, you don't have any genuine supporters. Having a genuine supporter means that you came on here, you talked about something trending without a

[46:29] personal connection to any of the other content creators attached to that trend, without talking about them, without griping. You came on here to go at John

[46:38] Yates and stole you. He was the first person that you stole supporters of then you stole nosy ho supporters

[46:47] and just kept reuttering and brainwashing these people. So I don't think people

[46:55] are playing a victim when it when it comes to you. People have the right to revise history. Like like for instance,

[47:02] you told all these people that I beat this white woman and none of these people heard that that lady lied on me and the judge dismissed the case with

[47:10] prejudice cuz he found out she was lying too.

[47:14] Oh my gosh. We really thought you beat that white woman did not because you want people to hate people. with that.

[47:21] And you don't you you want you want my supporters to hate me so that you can take them from me. That's what you do to everybody. You do victimize people.

[47:30] That's the only way you grow. That's the only way you actually get attention. You get under you you get people supporters.

[47:37] You traumatize people. There's nothing genuine. You never got any true support.

[47:42] Remember I was talking about Mahogany Jackson? They had to come behind me trying to cloud chase off of me to tap into that cuz those people genuinely

[47:51] started [ __ ] with me and genuinely attracted themselves to me without knowing any drama. She does not have that. She don't have no range.

[48:00] Nothing at all. No range at all. No rhetoric. No range.

[48:09] Nothing but per manipulation. That's it. And you lied to these people.

[48:16] every one of them YouTube channels has been verified. And then Kimmy also says she has information connected to the Google AdSense as well. Now, unless

[48:25] you're connected to YouTube and somehow co-conspired with them to send that [ __ ] to her to make people talk

[48:32] about you so that you can flip around and act like somebody needs you and you're the clout when you stole everybody else's thunder.

[48:41] Like, what are you talking about?

[48:45] And then she told her audience that I know y'all be curious and stuff, but I'll guide y'all and I'll tell y'all what's going on.

[48:56] Like she then compared herself to Tissa Tails and says she's beautiful and all this other [ __ ] honey. She painted herself like she's just drop dead

[49:05] gorgeous. And I'm like, [ __ ] I heard you smacking on the four for four one time. Stop lying. and it sound like your teeth is [ __ ] up like refs.

[49:15] Uh, and claim she has nothing to hide or run away from.

[49:20] Anyways, it was a whole bunch of manipulation and they her audience they seen that when she was talking about she wasn't

[49:28] losing the case. Then they turned around and seen her have to swallow that and say she got to send $10,000 to the court

[49:36] to pay a [ __ ] debt off. [music] And then she turned around and said that all that money went to the court and not her

[49:44] so she didn't win nothing cuz my appeal is pending.

[49:49] Guess what? That them that court probably actually told YouTube to compel that [ __ ] subpoena and they wanted you to know they ain't give a

[49:57] [ __ ] about you. That's why they use a corporation to put your [ __ ] out there.

[50:01] Even though they issued a state, they don't give a [ __ ] So stop lying, Danny. one of the biggest lies that you told. And that's that's the thing about me.

[50:10] Once I hear a lie that's easy to debunk and disprove, sometimes when people like Danny are telling lies on real people,

[50:20] it is brainwashing. You be like, "Damn, damn." So you got to find a big lie that she tell in order to then chip away at

[50:27] everything else and every other lie that she told because especially if she's telling a lie about you and you're the person she's targeting, it's easy for

[50:35] her to come back and try to flip it and manipulate dip.

[50:39] But Danny, you specifically said that those YouTube channels

[50:47] are have fake names and if you Google them, you won't find nothing about none of these people.

[50:54] So either you have coconspired with YouTube to give [ __ ] information

[51:01] or you're just lying and buying yourself time again. Because when I heard you say that, it was easy to see through

[51:09] everything else. And even if your audience is looking and listening, they heard you say that them YouTube channels

[51:16] got fake names. You can put fake names and fake emails. Yeah, you're right.

[51:22] You're absolutely right. But you cannot have no monetized channel. Three of them that you got on this [ __ ] that all of

[51:30] them had to be verified. [music] And either all of those people are directly connected to you or you stole their identities.

[51:39] So you you're not going to fool me. So you got all these channels and I believe the real you with all these channels,

[51:48] all these channels might be verified by some of your moderators and some of your supporters, but [ __ ] you're not letting them penny go. You're not

[51:55] putting no no money in nobody's name that you don't control and have no uh anything over. So, I'm willing to bet

[52:03] the Google AdSense channel that's connected to Truth Teller Danny Danny Robinson and Afternoon Cafe

[52:12] is directly connected to you. If it's not true, it's somebody in the same household as you.

[52:18] So, stop lying, saying that those channels are not verified. You're in the monetization program. Every single content creator knows this to be true.

[52:30] and you just sat up there and lied to these people. Lied to these people with your coatlike antics. And if she lied

[52:39] about something like that, what else did she lie about? Y'all got to ask yourself. Like the video, subscribe to the channel, man. You know, um, so we're

[52:48] definitely going to continue to follow this, follow up with what's going on with Miss Robinson in the case. I personally said that I was not going to follow any of this.

[52:58] But guess what? Now we have reason to actually follow it. Oh [ __ ] One second. I need to uh bring this up.

[53:10] We about to scream blue face and actually record this [ __ ] and re-upload it so I can make my mother money. Okay.

[53:20] Yes, indeed. See what the hell he talking about.

[53:30] [cough]

[53:38] Already [ __ ] Got my stacks up. [laughter] Yeah. Got dropped them packages off. You was on TMZ, man. You saw that?

[53:50] on TMZ dropping off the packages. You feel me? For real.

[53:59] Everybody drive.

[54:11] What you doing it to? How old are you, D? What you doing? How old?

[54:17] I'm 36. 36, huh?

[54:23] 36. Yeah, [laughter] boy. You a goddamn You got me when you was seven.

[54:31] That is some sick [ __ ] How was your network at that age, you know? Uh, I guess I started early.

[54:44] Y'all sure dressed like that? does not match. Grandpa, they said that's a rough 36. Nah, he 58, chat. He looks good for his age.

[54:53] 58, y'all. I hope I look that good at 56. What? It don't match, Papa.

[55:01] It don't match with the shoes. Tell them, babe.

[55:07] You know what? I'm I'm going to have to uh when it comes to Blueface, I'm going to have to [ __ ] um start that [ __ ] from the beginning, bro.

[55:20] Find some goddamn clips. I'm going to have to go live when they go live, like on some impulsive ass [ __ ] dog.

[55:28] Dead ass. So, um and I've been here for 55 minutes and today is Friday. Today is the first Friday that I'm not staying my

[55:36] black ass home, but I actually have a [ __ ] party to go to tomorrow. So, I'm definitely going to do that. Um, do I

[55:45] need to drop the link? Anybody need anything else to say? Reie, I heard what you said about um, Mr. ated to and you

[55:54] believe and other people probably believe that it's just a general obsession and that she paints was just a

[56:02] catalyst or somebody that he's using to backdoor me cuz the lady is gone. She hasn't said nothing to me. She hasn't at

[56:11] least publicly she's very sneaky and and will pay people to stay quiet and pay people to push favorable narratives. So,

[56:19] but as far as I'm concerned, she fell off the cliff. She fell off the face of earth. And I would appreciate if

[56:27] it stayed that, but until she pop up and can apologize to me, we ain't banish her. She just owes me an apology. And I don't think she's ever going to give it.

[56:37] And that's fine. No hate. And she has no reason to hate me either, most importantly.

[56:44] Oh, what's up, Riri? How's it going?

[56:46] Hey, hello. It's glad I'm glad you're back safe in the States. Thank you.

[56:53] Okay. And um I'm just saying here with a bit of caution.

[57:02] A bit of caution with who? Mr. 802. Yeah. I I mean, go ahead.

[57:09] I don't trust him.

[57:11] Well, my cautionary tale with him is that I've issued the apology. I've hope I hope he can forgive me and get that

[57:19] hate up out of his heart. And you know, and if he can't, I I cannot control any of that at all. And then my form of

[57:28] cautionary tale is that like for instance when somebody issue an apology or something people are instantly now

[57:36] back into these uh parasocial relationship. My whole thing is it takes time. He has to give me time to make sure I'm not going to

[57:45] backtrack on my promise or my apology and I have to give him time and what however much time that's needed is

[57:52] however much time that's needed. So there's no apology for access. At least not right now. There's no there's definitely not no apology to meet up at

[58:01] a meet and greet. That's definitely not going to happen. Even if Yeah, that's definitely not happen. No, that's not going to happen.

[58:08] I promise you that. Like I'm liable to go to Vegas.

[58:13] Yeah. I'm liable to go to Vegas the weekend before I spite just to prove a point.

[58:19] But actually going there like, no. I give people their space. they time and I feel like that'll be very invasive for

[58:26] me to even show up. Like why would I do that? I don't want to do it. Even if the other person is okay with it, I'm not going to do it.

[58:35] But see, that's you because you're thinking of others. Yep.

[58:41] You you were thinking of others and that's what I mean. Everyone has you pegged out as this nasty ass cow.

[58:50] But you're not. You're not You're not at all. You know, it's like

[58:57] with that person that begs for money saying what she said on her station head.

[59:04] [laughter]

[59:07] No, I didn't. I don't believe I messaged you on Instagram about it, but um she she she basically said you had house in a virginia again.

[59:18] Oh. Well, all over his station head like you know and it's just like you nasty [ __ ] You nasty ass [ __ ]

[59:26] Well, I'mma pray for her. I think her daughter has house in Virginia and she's pregnant.

[59:32] Her daughter said that she had it as well. Wow.

[59:37] Exactly. And that's what I mean to go around pinning that on someone, you know.

[59:42] Yeah. Exactly. and wonder why she dropped on and and I don't like uh her because what she do is she'll go and be

[59:49] diabolical over there but then act like she's nice and the sweetheart and this person that people should believe. She I noticed what she do is she'll insert

[59:58] herself in viral narratives in the black tea sector just to remind the audience that she's still around and on station and she'll go to people's chat channel with her cash app on the screen.

[1:00:09] Yeah. Oh. Oh, now she just boldly does it. She says, "Um, thank you for the time. Um, now with um if you blah blah

[1:00:17] blah with the cash and then leaves." She does that and it's like, "Are you for real? This woman is making people pay

[1:00:25] for her shopping." Mhm.

[1:00:28] It's really sad. [gasps] But anyway, you I'm glad you're back safe in the States. Okay.

[1:00:35] Ah, thank you. I greatly greatly greatly appreciate you for um you know giving me

[1:00:41] those well wishes and um for my safety and so forth is very appreciated

[1:00:51] you know what the hell just be careful love okay be careful absolutely thank you thank you thank you

[1:00:59] and and again you know [clears throat] I've apologized I think he was mad that I brought his auntie on He was mad that

[1:01:06] I went through his Facebook and showed a picture of um inappropriate.

[1:01:13] Um he was mad that I called his family and told them about my reasonable belief that he was obsessed with me and

[1:01:21] sexually motivated behind his harassment towards me. And you know, I want to apologize for those things. And

[1:01:29] according to him, it seemed like she paint was a main reason why I felt like he was doing those things. I mean, he

[1:01:37] hasn't been really clear about why he's been doing that. Like, he hasn't even said, "Oh, it's just content and I'm

[1:01:44] just, you know, normal banter." That's very different than, you know, me thinking he's doing it to hurt my

[1:01:51] reputation. It needs to be clear. Are you doing it because Yeah.

[1:01:56] Yeah. And it's like and it's like it needs to be aligned to where you need to know. Yeah. People need people need to know.

[1:02:02] And this whole time I thought that he was doing it because he's obsessed with me and he wants me and I just rejected him and he just can't get over that.

[1:02:12] That's what I thought. And then so what he does is he he project that onto me to minimize my perspective of that.

[1:02:21] And it's it's very cold calculated manipulation. Shameless.

[1:02:28] See, this is where I I I kind of like cuz she paints came a long way after. Uhhuh.

[1:02:37] And so like, you know, she didn't she wasn't even around him.

[1:02:43] And for him to say the [ __ ] that he's saying, you know, and it's just like that's why I don't trust him. I just don't. I'm sorry.

[1:02:52] No, I mean he loved me cuz I follow you.

[1:02:57] Yeah. And that and that's another thing that he does. That's why I was telling we the people. I really can't rock with you until you figure out who these characters are, their intent, their

[1:03:05] relationships, other people. Cuz I don't want to convince her. Like if I if I sit there and said, "We the people don't trust AT2. This is my perspective and

[1:03:13] this is the history." It would look like there's a mutual back and forth. And so I h I have to dance around

[1:03:22] tell informing her and now I just choose to disassociate until she figure it out for herself. I think that's the best thing to do.

[1:03:30] You got to let people figure their own lessons out on you because at the end of the day if they don't feel it themselves then they'll never learn.

[1:03:42] Yeah.

[1:03:43] Anyway, h I got to go. But it was lovely to talk to you and it was lovely to have you me up here for you. Thank you. Thank you. Thank you. And um take care, babe.

[1:03:55] Absolutely. Thank you so much for coming up. I am actually about to crash cuz I'm tired. I'm still catching up on sleep. I

[1:04:03] still haven't finished my laundry. I still haven't finished cleaning up and setting up this room. I have a lot to do. Absolutely. I just wanted to give

[1:04:12] you guys the 411. But yeah, um that one specifically with Danny because she

[1:04:19] plays the brainwashing music and lies for hours and just overtime and and will strike

[1:04:26] you if you pull up her [ __ ] to give commentary on it how she do everybody else. Um really atrocious, but you know,

[1:04:33] she told a big lie to dissuade the audience from paying attention. like you cannot [ __ ] with people that are intellectual.

[1:04:43] YouTube gave Kimmy Love the verified identification on each of those channels as well as the verified information connected to the Google AdSense account.

[1:04:53] According to her, now you jumped out here and said that you put fake information and fake names on these

[1:05:00] accounts and that if you Google it, nobody will find anything when that's not the truth.

[1:05:07] You must be verified on these accounts. Must be verified.

[1:05:16] Okay? And that's what it is. So you can't lie to somebody like me about something like that. And now that you've

[1:05:24] told that big lie, everything else that you say needs to be scrutinized. Not saying she's lying about everything, but

[1:05:33] lying about something like that that can be easily proven with black and white or about a system. And as a content creator, other content creators who know that your [ __ ] has to be verified.

[1:05:45] Even Maggie, when she lost her channel, she had she had her mother to verify.

[1:05:48] You have to you have to verify that [ __ ] You just cannot bypass that. I'm sorry. So, girl,

[1:05:55] [sighs]

[1:05:56] tell another lie. Like the video, subscribe to the channel. The revolution

[1:06:00] [music]

[1:06:01] will not be televised.

[1:06:04] The revolution The revolution [music] The revolution will not be televised.

[1:06:11] What

[1:06:13] [music]

[1:06:14] is in your life's blueprint?

[1:06:21] [music]

**EXHIBIT D**



**EXHIBIT E**





**EXHIBIT F**







