UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH,

    Plaintiff,

v.

DANIELLE ROBERTSON,

    Defendant.

Case No. 24-12213
Honorable Laurie J. Michelson

---

## ORDER DENYING DEFENDANT'S MOTIONS [98, 99, 102, 103]

---

On April 15, 2026, this Court entered a default judgment and awarded Plaintiff $10,000 in damages for her defamation claim. (ECF Nos. 62, 63.) There is a properly filed Rule 60(b) motion for relief from judgment pending. (ECF No. 82.) There is also a stay of execution as Defendant posted a proper bond. (ECF No. 97.) Those are the only issues the Court is going to deal with. It is not going to referee the history of animosity of these feuding You-Tubers. If Plaintiff has violated the Court's stay order, the proper recourse is a motion for contempt. The recently filed emergency motions involving purported harm to Defendant from release of information Plaintiff allegedly obtained from Google (ECF Nos. 98, 99, 102, 103) are DENIED. If Defendant wishes to assert claims against Plaintiff, she may do so in a separately filed lawsuit. The Court reminds the parties that in federal civil ligation, "[a]llowing a party to proceed pseudonymously is the exception, not the rule." *E.E.O.C. v. Care Centers Mgmt. Consulting, Inc.*, No. 12-207, 2012 WL 4215748, at *3 (E.D. Tenn. Sept. 18, 2012)

(citing *Citizens for a Strong Ohio v. Marsh,* 123 F. App'x 630, 636 (6th Cir. 2005)).

SO ORDERED.

Dated: July 14, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE