UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH.,

Plaintiff,

vs.

DANIELLE ROBERTSON.,

Defendant,

Case No.24-cv-12213
Honorable Laurie J. Michelson
Magistrate Kimberly G. Altman

**Motion For Civil Contempt**

## DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE, PRESERVATION, SECURE SEQUESTRATION, SWORN ACCOUNTING, AND PROTECTIVE RELIEF REGARDING GOOGLE-PRODUCED MATERIAL

Defendant Danielle Robertson, proceeding pro se and preserving all objections and appellate rights, respectfully moves for an order requiring Plaintiff Kimberly Smith to show cause why she should not be held in civil contempt for violating ECF Nos. 93 and 97. Defendant also requests immediate preservation, secure sequestration, a sworn accounting, and a protective filing procedure for nonpublic Google-produced or production-derived identifying and technical information.

The Court expressly instructed: "If Plaintiff has violated the Court's stay order, the proper recourse is a motion for contempt." ECF No. 106, PageID.1690. Defendant now follows that instruction.

This motion concerns a narrow course of conduct: Plaintiff's affirmative post-stay access, retrieval, downloading, backup, printing, review, investigation, public display, public use,

1

continued retention, and threatened further disclosure of information obtained through postjudgment Google subpoena process while enforcement of the judgment and discovery in aid of execution were stayed.

This motion does not seek to punish Plaintiff for insulting Defendant, criticizing court filings, reading public docket entries, or discussing the parties' online dispute. Defendant contends that Plaintiff's continued access, copying, investigation, display, threatened disclosure, and proposed public filing of Google-produced material after the entry of ECF Nos. 93 and 97 violated, or at minimum warrants clarification concerning, the Court's stay orders.

Defendant recognizes that contempt must rest on conduct clearly covered by the Court's orders. Defendant therefore does not rely merely on Google's transmission of an email. Defendant relies on Plaintiff's affirmative post-stay conduct--secure-portal access, retrieval, downloading, copying, printing, review, identity investigation, public display, and threatened further dissemination--as continued discovery in aid of execution or proceedings to enforce the judgment. Alternatively, if the Court finds the prior orders insufficiently explicit as to any particular act, Defendant requests immediate prospective clarification, preservation, sequestration, and nondisclosure relief.

The precise subpoena process that caused Google's production remains unknown. Google objected. A motion to quash was filed. Google was thereafter advised that judicial relief had been sought and was provided the relevant stay orders. The Court dismissed the motion to quash as moot because a stay was in effect and warned that any resurfacing nonparty subpoena issue would require full compliance with Federal Rule of Civil Procedure 45. ECF No. 85, PageID.962-963. After that order, Defendant received no advance notice or copy of any

2

amended, corrected, renewed, continued, reissued, transferred, converted, domesticated, California, replacement, or other operative Google subpoena.

Plaintiff has given conflicting public accounts. She stated that she paid for subpoenas through other states and had to transfer the subpoena. She also described the later Google communication as an "extension" or continuation of the April process. Those positions appear inconsistent and require explanation under oath.

Whatever uncertainty exists concerning the earlier subpoena process, Plaintiff's July 10, 2026 conduct occurred after ECF Nos. 93 and 97 and provides an independent basis for a show-cause order and immediate protective relief.

### LOCAL RULE 7.1(a) CONCURRENCE CERTIFICATION

On July 14, 2026. , Defendant sought Plaintiff's concurrence through email. The defendant explained that she intended to seek an order requiring Plaintiff to show cause concerning compliance with ECF Nos. 93 and 97; Plaintiff declined to concur on July 14, 2026.

**BRIEF IN SUPPORT**

3

## ISSUES PRESENTED

**I. Whether ECF No. 93's stay of "enforcement of the judgment, including discovery in aid of execution" and ECF No. 97's stay of "execution on the judgment or proceedings to enforce it" applied to Plaintiff's affirmative post-stay use of Google postjudgment discovery material. Defendant answers: Yes.**

**II. Whether Plaintiff should provide a sworn accounting identifying the exact subpoena or process Google honored, what resolved Google's objections, whether Rule 45 notice was provided, and when each portal access, download, backup, printout, review, investigation, display, transmission, or proposed filing occurred. Defendant answers: Yes.**

**III. Whether immediate preservation, secure sequestration, and a protected filing procedure are warranted even if the Court reserves or denies contempt because the prior stay orders were not explicit enough as to a particular act. Defendant answers: Yes.**

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

Fed. R. Civ. P. 5.2, 26(c), 45(a)(4), 62(a), and 69(a)(2); Fed. R. Evid. 106, 801(d)(2)(A), and 901; 18 U.S.C. § 401(3); E.D. Mich. LR 5.3 and 7.1; NLRB v. Bannum, Inc., 93 F.4th 973, 979-81 (6th Cir. 2024); Rolex Watch U.S.A., Inc. v. Crowley, 74 F.3d 716, 720 (6th Cir. 1996); NLRB v. Cincinnati Bronze, Inc., 829 F.2d 585, 591 (6th Cir. 1987); Taggart v. Lorenzen, 587 U.S. 554, 560-63 (2019); McComb v. Jacksonville Paper Co., 336 U.S. 187, 191-94 (1949); International Union, United Mine Workers of America v. Bagwell, 512 U.S. 821, 827-30 (1994); United States v. United Mine Workers of America, 330 U.S. 258, 303-04 (1947); and Goodyear Tire & Rubber Co. v. Haeger, 581 U.S. 101, 108-10 (2017).

4

## I. INTRODUCTION

This is not merely a dispute over whether the original Google subpoena contained a technical defect. It is a motion to enforce two express stay orders.

ECF No. 93 stayed "[e]nforcement of the judgment, including discovery in aid of execution." ECF No. 93, PageID.991. ECF No. 97 stayed "execution on the judgment or proceedings to enforce it." ECF No. 97, PageID.1119.

Plaintiff knew those orders existed. During the July 10 broadcast, Plaintiff acknowledged that "the stay was in" and that, once the Court acted, "we had to stop." Ex. B, Tr. 7:01-7:24. Plaintiff nevertheless admitted that she hurried to click Google's secure portal, entered a private-file location, downloaded the production, created backups, printed the production, reviewed nonpublic information, conducted further investigation, and publicly displayed production-related documents. Ex. B, Tr. 8:30-8:39, 13:57-14:06, 20:47-22:05, 38:16-38:36; Exs. A-2, A-3(a)-(d), A-7(a)-(b).

Plaintiff later stated, while discussing revealing Defendant's identity, "That's not what I'm trying to do because it is a stay." Ex. B-1, Tr. 1:11:13-1:13:31. That statement does not automatically prove that Plaintiff knew every form of access or preservation was forbidden. But it supports an inference that Plaintiff understood the Google production remained subject to the Court's control. Her decision nevertheless to access the secure portal, download the files, create backups, print the production, review its contents, investigate from it, and publicly display portions appears difficult to reconcile with that statement and requires a sworn explanation.

## II. RELEVANT BACKGROUND

### A. Defendant sought protection from identity-focused subpoena use throughout this action.

Defendant's objection did not begin after the July 10 production. In ECF No. 20, Defendant informed the Court that Plaintiff had pursued identifying information through process "first styled as a criminal subpoena falsely implying government involvement, then later reissued in civil format." ECF No. 20, PageID.161. Defendant requested protective measures in that same filing. Id., PageID.139. Defendant later informed the Court that Plaintiff had "misused subpoenas and procedural tools in an attempt to unmask and harass Defendant." ECF No. 42, PageID.304.

Defendant does not ask the Court to decide the legality of the earlier subpoena process in this motion. That history is offered to show notice, context, and the need for a sworn accounting.

### B. Plaintiff announced that postjudgment discovery would be used to identify Defendant.

On April 14, 2026, immediately after the damages hearing, Plaintiff publicly stated, "We still get to know your identity, home girl. Okay? We still get to know who you are." Ex. G, Part 1, Tr. 5:11-5:26. She then announced, "Tomorrow, I'm filing my motion for discovery. So, we about to definitely know who you are, girlfriend." Id., Tr. 10:01-10:10. Plaintiff connected discovery to payment: "Maybe if you write that check quick, you ain't got to go through all that discovery and all of that stuff." Id., Tr. 10:14-10:28.

During Part 2, Plaintiff explained, "If she calls herself trying to fight the judgment, I can find out who she is. That's where discovery and all of that is going to come to play." Ex. G, Part 2, Tr. 2:18-2:38. She specifically identified Google as a subpoena target, stating that after judgment she could "file a motion" and "subpoena the banks" and "subpoena Google AdSense." Id., Tr. 3:11-3:52. Plaintiff also stated that if Defendant paid immediately, "then I won't find out who she is"

6

because "if I try to subpoena Google, they gonna say she already satisfied the judgment." Id., Tr. 6:11-6:33. Later, Plaintiff stated, "Tomorrow I'm going to go and I'm going to file for discovery and I'm going to handle my business. I'm doing that ASAP." Id., Tr. 14:12-14:39.

Those statements establish that Plaintiff's intended Google discovery was directed toward identifying Defendant and supporting enforcement of the judgment.

## C. The Court found collection activity premature and warned that Rule 45 compliance would be required.

Judgment was entered on April 15, 2026. The disputed Google subpoena also bears an April 15 date. On April 21, the Court dismissed Plaintiff's motion to compel information allegedly relevant to collection on the default judgment as premature. ECF No. 72, PageID.695. On May 5, Defendant filed ECF No. 83 challenging the Google subpoena as enforcement and collection-related process and stating that Defendant had not received proper notice or a meaningful opportunity to object. ECF No. 83, PageID.950-954.

On May 7, the Court dismissed the motion to quash as moot because a stay was already operative and warned that, if the nonparty-subpoena issue resurfaced, the Court would expect "full compliance" with Rule 45. ECF No. 85, PageID.962-963. That order did not determine that the original subpoena was valid, authorize continued enforcement, approve later service, approve transfer or domestication, excuse advance notice, or authorize Plaintiff to access and use a later production while the stays remained active.

A motion to quash was filed. Google was thereafter advised that judicial relief had been sought and was provided the relevant stay orders. Defendant does not identify in this public filing the

7

account, email address, identifier, person, or method through which the materials were transmitted because those details may reveal protected identifying information.

**D. Defendant received no notice of any later operative subpoena.**

After ECF No. 85, Defendant received no advance notice or copy of any amended, corrected, renewed, continued, reissued, transferred, converted, domesticated, California, replacement, or other later process directed to Google. Defendant therefore had no opportunity to determine what process was being used, what information was demanded, when Google would be served, whether Google's objections had been resolved, whether Rule 45 had been followed, whether the process violated the stays, or whether further judicial relief was necessary before production.

**III. PLAINTIFF'S CONFLICTING ACCOUNTS REQUIRE A SWORN EXPLANATION**

Plaintiff claimed she acted during a "very small window." She stated that, when she had that "small window," she "acted" and was "pushing everything." Ex. B, Tr. 18:57-20:12. She further stated that she was "paying for subpoenas through . . . other states" and "had to transfer this subpoena to another." Id. She also stated that, when the judge did not respond immediately, she "hurried." Id.

Plaintiff also described the later Google communication as an "extension" from April and said the portal sent her to a "private file." Ex. B, Tr. 20:47-22:05. These accounts may describe materially different processes: an interstate transfer or later process, a continuation of the original April process, or some other action. The appearance of the same federal case number or Google internal reference number does not establish which subpoena Google honored.

The transition from Google's objection to production is unexplained. Plaintiff should be required to identify the original subpoena, Google's objections, every response to those objections, every

additional document sent to Google, every amended or corrected subpoena, every transfer or domestication document, every service record, every Rule 45 notice, every Google communication, every internal reference number, every portal or production notice, and the exact process Google ultimately accepted.

Plaintiff's "small window" explanation does not resolve the issue; it makes a sworn chronology necessary. Even if Plaintiff identifies a brief interval between particular stay periods, that does not establish that every necessary procedural act occurred during that interval. A claimed gap does not excuse Rule 45 notice. It also does not authorize access, downloading, printing, review, investigation, display, or threatened use on July 10 after ECF Nos. 93 and 97 were in effect.

## IV. PLAINTIFF'S POST-STAY CONDUCT WAS AFFIRMATIVE CONDUCT, NOT PASSIVE RECEIPT

Plaintiff read or described Google correspondence stating that Google would produce documents through a secure file-transfer portal and then stated, "Look, I hurried up and clicked it." Ex. B, Tr. 8:30-8:39. Plaintiff later stated, "Let me hurry up just in case it's a joke." Id., Tr. 14:14-14:30. She described the portal as sending her somewhere else to a "private file" and stated, "let me download this." Id., Tr. 20:47-22:05.

Plaintiff admitted, "I download, back up, did all of that. I also printed it." Id., Tr. 38:16-38:36. Plaintiff also stated, "I printed out everything" and "They gave me everything." Id., Tr. 13:57-14:06. Those acts converted temporary portal access into durable electronic and physical possession.

Plaintiff described reviewing or possessing subscriber information, account-creation information, associated email information, recovery information, telephone information, IP-related

information, last-login information, account activity, and two-step-verification information. Id., Tr. 7:42-8:03, 14:37-15:01, 16:11-16:19, 30:04-30:23, 52:17-53:27. Plaintiff also stated, "Let me Google this one thing that's on here," and discussed taking a "deeper dive" into alleged connections. Id., Tr. 35:21-37:18.

Plaintiff publicly displayed production-related documents during the July 10 broadcast, including a Google-branded document, printed pages held to the camera, electronic text on a mobile telephone, Google Legal Support communications, an entry dated April 20, and a legal-process subject line containing an internal reference number. Exs. A-2, A-3(a)-(d), A-7(a)-(b). Defendant does not contend that every word on every displayed page was legible to every viewer. But the public display permitted viewers to pause the recording, enlarge frames, take screenshots, archive the broadcast, and redistribute displayed material.

## V. CIVIL CONTEMPT AND SHOW-CAUSE RELIEF ARE APPROPRIATE

A civil-contempt movant must establish by clear and convincing evidence that the alleged contemnor knowingly violated a definite and specific order. Bannum, 93 F.4th at 979-81. Civil contempt should not issue where there is a fair ground of doubt about whether the order prohibited the challenged conduct. Taggart, 587 U.S. at 560-63.

The present record supports issuance of a show-cause order because ECF Nos. 93 and 97 were definite stay orders; Plaintiff had actual knowledge; the Google process was enforcement discovery; Plaintiff acknowledged that "the stay was in"; Plaintiff affirmatively accessed, copied, printed, reviewed, investigated from, and displayed the production; and Plaintiff contemplated further public disclosure. The Court need not make a final contempt finding before requiring Plaintiff to provide a sworn explanation and objective records.

An earlier subpoena did not create an unlimited right to use its fruits after the stays. Plaintiff may argue that the original subpoena was served before ECF Nos. 93 and 97. That does not resolve the motion. The operative question is not only when the original subpoena was served. It is whether Plaintiff continued to conduct enforcement discovery or use its fruits while enforcement was stayed. After those orders, Plaintiff made separate affirmative decisions to open the Google communication, click the secure link, enter the private portal, retrieve the files, download the production, create backup copies, print the production, review the contents, investigate information from it, display documents publicly, and contemplate further disclosure.

## VI. PUBLIC FILING THREATS AND IRREVERSIBLE DISCLOSURE REQUIRE IMMEDIATE PROTECTION

On the Samantha McClain panel, Plaintiff stated that if Defendant filed anything concerning what Google gave her, it would be a "lost cause." Ex. B-1, Tr. 1:10:10-1:11:08. Plaintiff then stated: "Go ahead on file. You file that--I got that Google. You go right ahead and I'm going to attach all the Google documents to PACER and everybody can see what I see." Ex. B, Tr. 1:22:02-1:23:03. She added that this was how everybody would know who Defendant was and that she was "definitely" going to attach the material. Id.

Once nonpublic account, recovery, telephone, login, device, IP-related, or authentication information is publicly filed, displayed, downloaded, or redistributed, the harm cannot be meaningfully undone by a later sealing order. The threatened injury is concrete rather than speculative. Plaintiff identified the trigger--Defendant filing concerning the Google production-- and the threatened response--publicly docketing all Google documents so others could see them and identify Defendant.

11

The Court should not automatically seal anything. Local Rule 5.3 requires authorization and a proper procedure. The requested relief is narrower: Plaintiff shall not place unredacted Google-produced or production-derived identifying or technical information on the public docket. If Plaintiff contends that such material is necessary, Plaintiff must first obtain authorization under Local Rule 5.3 and submit only the narrowly necessary material through the procedure authorized by the Court.

## VII. SECURE SEQUESTRATION AND PROSPECTIVE RELIEF ARE APPROPRIATE EVEN IF THE COURT RESERVES CONTEMPT

The Court should preserve the evidence while preventing additional use. Plaintiff should be ordered to preserve every original and derivative copy; disable public or shared access; place electronic copies in a secure, access-restricted location; place physical copies in a sealed container; refrain from reviewing the production except as specifically authorized; identify every person who received or viewed the information; identify every device and storage location; preserve portal and download metadata; and refrain from deletion, alteration, overwriting, concealment, or destruction.

If the Court concludes that the present record does not permit an immediate final contempt ruling, or that the prior stay orders were not sufficiently explicit as to a particular act, the Court should still enter prospective relief prohibiting additional portal access, additional downloads, further review, identity investigation using the production, transmission to third parties, public display, public description of nonpublic contents, public filing, threatened disclosure, and deletion or destruction until further order.

**Defendant is not asking the Court to determine, on the present record alone, whether every challenged act independently constitutes civil contempt. Rather, Defendant requests that Plaintiff be required to explain those acts under oath, identify the operative subpoena process, and preserve the evidence so that the Court may determine whether contempt or other prospective relief is warranted.**

### CONCLUSION AND RELIEF REQUESTED

Defendant respectfully requests that the Court enter an order: (A) requiring Plaintiff to show cause under oath why she should not be held in civil contempt for violating ECF Nos. 93 and 97; (B) requiring Plaintiff to identify the precise subpoena or other process Google honored; (C) requiring Plaintiff to produce or identify all subpoenas, applications, transfer records, domestication records, service records, receipts, Rule 45 notices, Google objections, responses, correspondence, and production notices; (D) requiring Plaintiff to identify every act allegedly performed during any claimed gap or "small window"; (E) requiring Plaintiff to identify the date and time of every portal access, preview, download, redownload, backup, screenshot, photograph, printout, review, investigation, display, transmission, and proposed filing; (F) requiring Plaintiff to identify every person who received, viewed, accessed, was shown, or was told nonpublic production-derived information; (G) requiring Plaintiff to identify every device, account, storage location, cloud service, physical location, and repository containing an original or derivative copy; (H) requiring preservation and secure sequestration of all original and derivative evidence; (I) prohibiting further portal access, downloading, review, investigation, transmission, public display, publication, or dissemination pending further order; (J) prohibiting Plaintiff from publicly filing any unredacted Google-produced document or production-derived

13

identifying or technical information absent prior authorization under E.D. Mich. LR 5.3; (K)

prohibiting Plaintiff from conditioning, threatening, or linking disclosure to Defendant's filing of

a contempt motion, objection, appeal, motion for protection, or other resort to the Court; (L)

allowing Defendant to file a reply after Plaintiff's sworn response; (M) conducting a remote

evidentiary hearing if material facts remain disputed; and (N) granting such other coercive,

compensatory, preservative, or protective relief as the Court deems just.

Respectfully submitted,
/s/ Danielle Robertson
DANIELLE ROBERTSON
Defendant, Pro Se
Dated: July 16, 2026
4539 N 22ND ST
PHOENIX, AZ 85016-4639
DaniRobertson@proton.me

## CERTIFICATE OF SERVICE

I certify that on [DATE], I served the foregoing Motion and Brief in Support upon Plaintiff
Kimberly Smith through CM/ECF

/s/ Danielle Robertson
DANIELLE ROBERTSON

EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH.,
          Plaintiff,

vs.

DANIELLE ROBERTSON.,
          Defendant,

Case No.24-cv-12213
Honorable Laurie J. Michelson
Magistrate Kimberly G. Altman

**Exhibits and Transcripts for Emergency TRO/PI Request and Motion to Enforce Stays and for Show Cause**

**Exhibits and Transcripts for Emergency TRO/PI Request and Motion to Enforce Stays and for Show Cause**

**EXHIBIT A**

**SCREENSHOTS OF THE JULY 10, 2026 LIVESTREAM, PUBLIC DISPLAY OF GOOGLE-BRANDED MATERIAL, SEPARATE SAMMYREACTSTV BROADCAST, MONETIZATION INDICATORS, GOOGLE LEGAL SUPPORT COMMUNICATIONS, AND DEFENDANT COMMUNITY POSTS**

Respectfully submitted,

Dated: July 14, 2026
/s/ Danielle Robertson
Danielle Robertson, Pro Se

Defendant does not designate this address for service of process and does not waive objections to service, jurisdiction, or identity.
4539 N 22ND ST
PHOENIX, AZ 85016-4639
This exhibit contains screenshots authenticated by the Declaration of Danielle Robertson. Images remain unaltered except for proportional resizing. Any cropped image is identified as an enlarged excerpt, and the complete screenshot is also included.

**Caption:**

Case No. 2:24-cv-12213-LJM-KGA | Exhibit A

## EXHIBIT A-1

### JULY 10, 2026 BROADCAST IDENTIFICATION

Screenshot of the YouTube page identifying the livestream titled "Happy Friday! This is gonna be A GOOD ONE," published by KIMMIE LUV'S CELEBRITY NEWS and displaying "Streamed live on Jul 10, 2026."

**Caption:**



# EXHIBIT A-2

## DISPLAY OF GOOGLE-BRANDED MATERIAL

**Caption:**

Screenshot from the July 10, 2026 livestream showing a document bearing Google branding displayed during the broadcast.



# EXHIBIT A-3(a)

## DISPLAY OF ADDITIONAL PRINTED AND ELECTRONIC MATERIAL

**Caption:**

Printed document displayed during the July 10, 2026 livestream at approximately 14:02.



Mobile telephone displaying electronic text during the July 10, 2026 livestream.

# EXHIBIT A-3(b)

## DISPLAY OF ADDITIONAL PRINTED AND ELECTRONIC MATERIAL

**Caption:**



Individual holding printed pages during the July 10, 2026 livestream.

## EXHIBIT A-3(c)

### DISPLAY OF ADDITIONAL PRINTED AND ELECTRONIC MATERIAL

**Caption:**



Additional printed-page displays during the July 10, 2026 livestream.

## EXHIBIT A-3(d)

### DISPLAY OF ADDITIONAL PRINTED AND ELECTRONIC MATERIAL

**Caption:**

Broadcast frame showing a printed document with live-chat replay visible.



## EXHIBIT A-4

**Caption:**

### SEPARATE SAMMYREACTSTV BROADCAST

Screenshot of the YouTube page identifying the separate SammyReactsTV broadcast titled "Surviving Dani Robertson: The Judge, The Juror & The Executioner of the Black Tea Sector."

**EXHIBIT A-5**

**Caption:**



**PARTICIPANT IDENTIFICATION**

Enlarged excerpt from Exhibit A-4 showing the broadcast participant windows labeled

## EXHIBIT A-6

**Caption:**
"Sammy" and "Kimmie Luv."

**ENLARGED EXCERPT FROM EXHIBIT A-4 — NO CONTENT ALTERED**



*The complete screenshot from which this excerpt was taken appears as Exhibit A-4.*
**MONETIZATION INDICATORS**

Screenshot showing a $49.99 live Super Chat and publicly displayed audience and engagement metrics during the July 10, 2026 broadcast.

# EXHIBIT A-7

**Caption:**



**Happy Friday! This is gonna be A GOOD ONE**

KIMMIE LUV'S CELEBRITY NEWS

**Caption:**

## EXHIBIT A-7(a)

### DISPLAY OF GOOGLE LEGAL SUPPORT COMMUNICATIONS

Screenshot from the July 10, 2026 livestream showing an email-list display containing an entry labeled "google-legal-support," the date "Apr 20," and preview text beginning "Dear Kimberly Smith: Ple..."; the participant windows labeled "Kimmie Luv LaFlair" and "Madgie The Black Owl" are also visible.





**Caption:**

Case No. 2:24-cv-12213-LJM-KGA | Exhibit A-7(a)

## EXHIBIT A-7(b)

### DISPLAY OF GOOGLE LEGAL SUPPORT COMMUNICATIONS

Screenshot from the July 10, 2026 livestream showing a mobile device displaying a subject line that includes "Regarding Your Legal Process (Internal Ref. No. 133232310)" and an entry labeled "google-legal-support"; the participant labels visible in the broadcast frame are preserved.



**Caption:**

Case No. 2:24-cv-12213-LJM-KGA | Exhibit A-7(b)

## EXHIBIT A-8(a)

### DEFENDANT COMMUNITY POST

Screenshot of a members-only YouTube community post by Dani Robertson stating that personal identifying information was not attached to the Google subscriber information at issue, discussing access after a court-ordered stay, and requesting that viewers not contact, threaten, or harass anyone involved.



Dani Robertson  7 hours ago  ⊕ Members only

Just to ease everyone's concerns: my real name, phone number, and address are not attached to the Google subscriber information at issue, so that personal information was not obtained through those records.

The larger issue is that files were accessed after a court-ordered stay was already in place. I am addressing that through the proper legal process and seeking appropriate relief from the court.

Please do not contact, threaten, or harass anyone involved. I simply wanted my members to know that my private identifying information was not exposed.

Show less

**Caption:**

Case No. 2:24-cv-12213-LJM-KGA | Exhibit A-8(a)

# EXHIBIT A-8(b)

### EDITED CLARIFYING COMMUNITY POST

Screenshot of an edited members-only YouTube community post by Dani Robertson clarifying uncertainty about the contents of the Google production, discussing the court-ordered stay and third-party subpoena notice, preserving objections, and requesting that viewers not contact, threaten, or harass anyone involved.

 **Dani Robertson**  🧍 🗡  9 hours ago (edited)  ⊕ Members only

Just to clarify everyone's concerns: I have not confirmed that my legal name, telephone number, or residential address was contained in the Google production. The registration information associated with the accounts may also contain self-reported or inaccurate information.

That does not make the records public or eliminate the privacy and procedural issues. At this time, I do not possess the complete production and therefore cannot state exactly what information was produced, whether additional technical records were included, when each file was made available, or when the recipient accessed or downloaded it.

My concern is the legal process. Google records appear to have been produced after a court-ordered stay of execution and enforcement was already in effect. I contend that the continued pursuit, receipt, retrieval, or use of enforcement-related records during that stay was improper. I also dispute whether the advance notice required for a third-party document subpoena was provided. These matters will be presented to the court for determination.

Nothing in this statement waives my objections concerning privacy, notice, the subpoena, the court-ordered stay, or any relief available to me. Please do not contact, threaten, or harass anyone involved. I will handle the matter through the proper legal process.
Show less

**Caption:**

Case No. 2:24-cv-12213-LJM-KGA | Exhibit A-8(b)

EXHIBIT B:

**Notice Regarding Purpose of Transcript**
This transcript is submitted solely to establish republication, amplification, threats, monetization, audience response, and Defendant's resulting preservation and mitigation burdens. The accusations and characterizations made by third-party speakers are disputed and are not offered for their truth. Defendant expressly denies the identity-theft, fraud, felony, money-laundering, and other criminal allegations contained in the recording.
**Kimberly Smith's July 10, 2026 Transcript:**

[0:20] Thank you for the cash apps. Thank you for the super stickers. You're making me feel so special.

[0:27] Waiting for my downfall that you never seen. I know you sitting there wishing

[0:33] that you was

[1:24] Hey everybody. What's up? What's up? And what is up? How y'all doing today? I need to clean my dog on glasses, y'all.

[1:33] I got a good one today.

[1:37] I was just minding my own bald head business.

[1:46] minding my own bar head business. And y'all ain't gonna believe this one.

[1:54] This is a good one, y'all. Oh my goodness.

[2:02] I know y'all can't wait. Look, before I start this how good it is, y'all.

[2:08] I be when I made the live, I had to go to the store to get me some wine.

[2:14] because it's unbelievable.

[2:19] I had practically given up on what was going on.

**Caption:**

[2:26] Hey, Sunny Days, let me text Magie

[2:33] cuz I know she going to want to be here for this.

[2:51] Hey, you say what's T cuz you know it's T. If I say it's T, it's T. Okay.

[3:00] For me to stop what I was doing. Hey baby, for me to stop what I was doing and go get some wine.

[3:08] Y'all know this is a good one. This is a good one.

[3:15] I'm trying to let some more people come on in here.

[3:25] I was minding my own business y'all. Hey Red to you favorite. I love you.

[3:32] I love you. I love you. I love you. I was minding my own business, baby, and this landed in my email.

[3:41] That's right. Make sure y'all hit that dog on like you say you here for it. Yeah, you going to be here to witness this one.

[3:54] Let me see.

[3:57] I think I can share image file this way. Let me minimize this. Uh oh, cancel.

[4:06] Hey, Lady Bridget.

[4:11] Let me I Oh, I told Maggie, let me copy the link, okay, and drop it cuz you ain't going to believe this.

[4:21] I was minding my own bald head business.

[4:30] I'll share the image in a second. Yeah, I got tea. I got tit and it's hot.

[4:39] I got chai tea.

[4:44] I'mma be here. Okay, we got a couple of more minutes and then y'all make sure y'all hit that like. Hey Pamela, welcome baby.

**Caption:**

[5:04] Okay, we over five minutes. Okay, y'all. I was minding my own business

[5:11] and I get a email alert, right? Let me minimize this and pull this up. And I get a email

alert.

[5:24] And here it is.

[5:33] It's Google. And y'all know what Google did.

[5:41] It was about the Google subpoena.

[5:46] Yeah, it was the Google subpoena.

[5:51] That told me everything. It sent me everything about every channel that that

[5:59] over there runs. Okay, I given I gave up on it.

[6:09] I gave up on it, but it released the whole file.

[6:20] that I printed out on every channel

[6:28] on unhinged de uh do donut truth teller Danny after show cafe you're nothing

[6:35] without me Danny Rob everything that is ran by her

[6:47] ass today in my email.

[6:53] I thought it was a joke cuz I gave up.

[7:01] I I was like, "Okay, she filed the paperwork." But see, as soon as that day

[7:08] I had that day, I did everything that I was supposed to do. But once the judge say I had to

we

[7:15] had to stop. Uh you y'all y'all get the judge was like nu the stay was in. But I remember I

[7:24] submitted everything as soon as she was a day late and I have everything.

[7:33] Everything. Lord Jesus Christ.

[7:42] Start updates, Google subscriber information,

**Caption:**

[7:55] the date of the start created on at the time it was created.

[8:03] I have everything.

[8:12] Pursuant to the subpoena issued in an above reference matter, we have conducted a diligent search for documents and information accessible on

[8:21] Google's system that we I mean that are now responsive to your request without waving

[8:30] and subject to its objections. Google hereby agrees to produce documents via a secure file transfer portal. Look, I

[8:39] hurried up and clicked it. Okay. Um, you should receive instructions on how to access the portal via email. Please let

[8:48] us know if you do not receive the instructions. Our response is made in accordance with the state and federal law, including the Electronic

[8:56] Communications Privacy Act. By this response, Google does not wave any objections to further proceedings in this matter. We understand that you have

[9:05] requested customer information regarding the user's account specified in the subpoena, which includes the following information. One, subscriber information

[9:13] for the Google accounts unhinged uh donut uh at truthteller Danny at aftershow cafe atyou nothing without uh

[9:22] me at Danny Robertson. Accompany this letter is a response of information to the extent reasonable accessessible from

[9:31] our system. A list of hash values hash values correspondent to each file and a a signed certificate of authenticity.

**Caption:**

[9:42] Google may not retain a copy of this production but does endeavor to keep a list of the

files in their respective hash values.

[9:54] Yeah.

[9:56] Yeah, pretty much. Google just released everything to me. Everything.

[10:06] And that's facts, y'all. Oh. Oh my goodness.

[10:16] Oh my goodness. Start dates. Everything.

[10:24] Yeah. Yeah.

[10:32] Yeah.

[10:35] Look. And I don't ever came up looking like this. Yeah. Everything. Everything.

[10:42] Everything. Everything. Everything. Everything.

[10:51] Everything. Everything. Everything. I could go on and on and on. Everything.

[11:01] Yeah. Everything.

[11:06] That's why you got to be careful out here in these streets.

[11:10] Okay. Don't never give up cuz you will find the information that you're looking for. I'm

talking about y'all. That's

[11:18] just some of it. I'm talking about this is information on all the channels that I requested.

[11:29] Yeah, pretty much. Pretty much.

[11:45] Yeah. Right.

[11:54] Hey Tequia. Hey Maggie. Did you hear that? Magie.

[12:05] Did y'all hear that?

[12:14] You got to watch how you do people. You can't be out here like it's Yes.

[12:21] Everything.

**Caption:**

[12:24] They released everything to me. I was minding my own nappy head business and they released everything to me.

[12:38] Hey gang. Everything. Hey Magie.

[12:45] Hello Timmy. How you doing, baby? I wasn't even expecting this. Magie, what's going on?

[12:52] Google, I got an email from and Google sent me everything in the subpoena that I asked for.

[13:04] Yes. Yes. Everything. Everything. Everything.

[13:12] Look.

[13:14] Oh my god. This is the Google. Wait, let me step go back and let me click on it.

[13:20] And this is the Google email today at 2:30. What What did it say?

[13:28] Google's production in this matter has been sent via our secure document portal. An email containing the instructions for access accessing the

[13:38] production in this matter has been sent to the primary email address associated with the with your request. The files

[13:45] will remain available in the portal for 30 days from the date they are published in the portal. Access to the files.

[13:52] Okay, it's basically telling me the access.

[13:57] But check it out. I printed out everything. They gave me everything about this [ __ ] Everything.

[14:06] Who is she? What is she? Is she a demon?

[14:10] Girl, I need time to process this, Maggie.

**Caption:**

[14:14] Oh my god, I'm shaking. Me too. I was too, girl. You should have cuz I was like, "Oh my god, I'm shaking."

[14:21] I was like, "Let me hurry up just in case it's a joke." Oh my god. It is the end. It's almost the end. It's almost the end.

[14:30] Yeah, almost the end.

[14:32] Oh, thank you, baby Jesus. Thank you, Kimmy. Thank you, everyone. Thank you.

[14:37] Thank you. Thank you. I'm seeking IP addresses, dates that it that the uh [ __ ] was made

[14:47] on, dates and times that it was made on all the email addresses associated with the accounts.

[14:58] How many email address are associated with that account?

[15:01] uh with this one account that I'm looking at.

[15:20] So there is only one question. I have one question. Were you [ __ ] right? Is it the soul?

[15:29] I can't say on here, Maggie. Okay, fine. I'm scared. Oh my god. Oh my god.

[15:38] Oh my god. Bye. Bye. Bye. Bye. Bye. You stupid [ __ ] Bye. Bye. Bye. Oh my god.

[15:48] Oh my god. Timmy. Wow.

[15:51] And I haven't even went through all of it. Oh my god. pages.

[15:57] Guys, guys, you don't understand.

[16:01] Guys, you don't get it. You don't get it. You don't get it.

[16:05] You have to have been tortured by this [ __ ] to understand why I am shaking right now.

[16:11] Twostep verification phone numbers, last login. Oh. Oh my god.

[16:19] Yeah, like that. Oh my god. Yes.

**Caption:**

[16:25] Oh my god. Like people don't understand like this demon.

[16:31] Okay. A demon from the pits of hell has infiltrated our life and we could do nothing.

[16:39] You see that? Oh my god.

[16:47] Oh my god.

[16:52] This is one of the most beautiful thing I've ever seen. How do you feel, Kim?

[16:56] It's been two two or three years of fighting this [ __ ] Oh my god. I I'm like I'm shaking

[17:05] because it's so much information and I am shaking

[17:14] with all of this and this all of all these pages is just from one channel.

[17:23] Yeah. Just this one is just for one.

[17:28] How many channel did you ask for her? Uh this is one uh two

[17:36] three I think five channels I asked for the information on.

[17:44] Oh my god.

[17:46] This this is one of the most beautiful day.

[17:51] Like the sun just started shining. I'm hearing the birds singing like

[17:58] like people don't understand. People don't understand. This [ __ ] doesn't only call the police. She doesn't only dox you. She don't only take your channel. She wants to destroy your life.

[18:10] Checkmate.

[18:13] Checkmate. [ __ ] Checkmate. Oh my god. I need some alcohol. Okay.

[18:19] Like what's up, girl? Yo, I need some alcohol. Thank you. Look, let me play it.

[18:30] Making me feel so special. Thank you, baby. I appreciate that.

[18:45] Shaking. Can you hear me? I am shaking. Mhm. Mhm. You won.

**Caption:**

[18:53] You won. I know. You won.

[18:57] I wasn't even expecting it, Maggie, because when she filed paperwork and then she put the money

[19:04] where was even though she did file an appeals court, um it was like I I just gave up. But be

[19:14] when I had that small window, that very small window, I acted I I was pushing everything. I'm

[19:22] talking about I was paying for subpoenas through uh uh through other states. I had to transfer this subpoena to

[19:30] another. I was doing it big, throwing all my money into that.

[19:36] When the judge was like she was granted the when that judge didn't respond right away, I hurried my ass up and guess

[19:45] what? I got in by the skin of my

[19:48] [ __ ]

[19:50] ass.

[19:51] Oh my god, Kimmy, you are a warrior. You don't know what you have just done for future generation.

[19:59] Like you don't know what you have done. Yes.

[20:04] Like you are the one who have saved the black tea sector.

[20:07] A baby I don't that's too much on my No, you have saved it.

[20:12] You have saved it. Like maybe we were going to get liberty for once.

[20:24] Thank you VA love.

**Caption:**

[20:27] Wow girl. Wow. You have saved us. I know.

[20:35] Yes. Yes.

[20:37] Yes. Like what you have done like people don't understand the task that was put on you but God never gives you something you cannot handle.

[20:47] Girl you are right about that. When I got that email I'm like a joke. I said are they sending me an objection letter?

[20:57] I didn't know really what it was. I was and then I kept trying to download the file so I could see what they were

[21:04] talking about because I don't just download any file but once I saw that it was like an extension of

[21:13] April cuz it was an let me show you it was an that email.

[21:18] Yeah. Can I insult I'm just going to say one thing about one of the people in the chat. Ibiza you will not destroy this moment. Okay.

[21:26] Where I don't even see her. Wait, where's she? She She's the weirdo that came up like that I had a conversation with.

[21:33] You're not gonna destroy that that moment of joy. I chill. Chill. Exactly. So once I saw

[21:41] that, it was an extension of from a April if y'all can see.

[21:47] Oh my god.

[21:51] I was like, "Oh, that's real real." I say, "Oh, this is real real. This is

[21:59] so I said let me download this cuz it sent me somewhere else and it was

[22:05] private file and I'm like and when I Oh my goodness. Oh my god.

[22:13] Yeah. Oh my god. Oh my god. So tell me again. I'm shaking. I'm shaking. I'm shaking.

**Caption:**

[22:22] I was so I was Oh my god. You're my superhero. Thank you, baby.

[22:30] God, because you have to remember again, I gave up on that. So, probably now she'll be reaching out to Google. So, if

[22:38] any problems that she has, she need to take that up with Google. It was lawfully gained in a small window.

[22:46] On that small window. Exactly. You did everything legally unlike her.

[22:55] Everything legal. Yeah, exactly. You won legally. You won by patient, by strength, by not letting

[23:04] yourself be intimidated by a demon from the pits of hell. Exactly.

[23:11] Like you don't know what you have done.

[23:13] You like you don't know. You really You have saved the black sector. Everyone is going to need to thank you.

[23:20] Let me edit this title. Oh god.

[23:29] Yes. Wow.

[23:38] Yes.

[23:40] This is beautiful. I am so happy for everyone. People don't understand. They

[23:47] don't understand like what you have like accomplished right now. This person thought that because they were

[23:54] anonymous, they could re terror on the sector. Yeah.

[23:59] Like they really thought that they could do anything, anything, any everything just for the heck of it.

[24:07] That is hilarious. I wasn't even looking for it. Okay. I didn't try to uh write cheers.

**Caption:**

[24:16] No, no, no. Like Timmy did that. Kimmy did all of it.

[24:21] Oh my goodness. Of course, I'm gonna sleep well with these drinks up in May.

[24:25] You better eat anything yet. When I tell you I was just I was taking care of business. And

[24:34] when I got the email, I'm I was like I looked at it and I was like, "Oh, okay." And I and bypassed and then I got another one.

[24:44] Hey, spellcaster. Yes. Oh, I'm coming in tonight. Don't worry. I'mma be drunk tonight.

[24:52] Okay.

[24:53] I'mma be I'mma be I'mma be wasted tonight. Okay. I will be celebrating and being like, "Hey." Okay. Like you don't

[25:02] understand people. Like Jimmy has saved us all the pain. All the all the pain this

[25:11] person has caused to how many people? Yep.

[25:18] Oh, she better be a supermodel, [ __ ] You better be a super model. Oh my god.

[25:29] Oh [ __ ] The way that she docks and did

[25:39] and people that it's other lawsuits and now you don't have to beat around the bush.

[25:46] M everything. Ooh, the loss.

[25:53] Oh my god. Oh my god. I've A man could not bring me such joy right now.

[26:02] Baby, listen.

[26:04] Oh my god, baby. Listen. This is just one.

[26:10] And when I tell you that the information on here, oh my god, just from one.

[26:21] Oh. Oh no, guys. Everyone, Den Owl, we need to get wasted tonight. Yeah, better.

**Caption:**

[26:29] This is like the one of the most decisive victory of the world right now in the black tea sector.

[26:38] D. Yes.

[26:47] Yes. Magic got me w too.

[26:50] Die. Donnie. Donnie. Oh, I've been waiting for this.

[26:54] Go Kimmy. Go Kimmy. I dropped some lions on my go. Go. Go. Go.

[27:02] Oh. Oh my god. You're superhero. Come on, baby. You're a superhero. You're a superhero.

[27:09] Oh my god. Oh my god. Teddy is going to be singing. Maybe Teddy is even going to drink. I hope Teddy takes a drink.

[27:27] But Teddy gonna get the information, too, because I heard that that's what she was going after. Yeah, that's my girl. Oh, yes.

[27:34] Hey, Juju. Thank you. Oh, yes. Yes. Yes. Yes. Yes.

[27:40] Like, people don't understand. If you please have a drink for me. Peach brandy

[27:45] time. Look, y'all have a drink on me

[27:52] cuz for me, please. Because right now, y'all,

[27:59] hold on y'all. My uh alert just went off to my house. Hold it down for a quick second.

[28:04] Yes. So, what happened is that Kimmy did a subpoena to get everything about Danny Robertson's channel and YouTube and a

[28:13] Google has just answered. And so Kimmy has everything everything.

[28:22] And now, now this [ __ ] better go do her nails, go do your hair, go fix your

**Caption:**

[28:31] teeth. You better be 120 lbs. You better look like the most bitching you've ever looked,

you stupid [ __ ] Okay.

[28:46] Oh my goodness, y'all.

[28:49] Look at God. Look at the power of God through Timmy. This is God acting, guys.

[28:56] Christ's holy name of Nazareth. Amen.

[28:59] Y'all y'all this Yes. God is good all the time. When I tell y'all God don't like

[29:07] ugly and he ain't Yes. Never give up. And then here's the thing. I don't even discuss her

anymore.

[29:16] I go on about my business and going on about your business, you will still get results.

Okay?

[29:26] People don't know how hard you have fought, the tears this [ __ ] has given you, the

hurt.

[29:35] Like people do people realize what this [ __ ] is?

[29:40] This is not someone that ducks your middle name or oh only shows your address or

shows your phone number in a chat. That's not someone who does that.

[29:50] That's someone that calls your benefit. That's someone that calls your job.

[29:55] That's someone that tries to take your license. That's someone that will call the police at

least 30 time on you in a month.

[30:04] You think that is a normal person? recovery emails. Say it again.

[30:13] Look, recovery emails, twostep verification. I have all of that. I have uh the music

channel. I have everything.

[30:23] Ah, chiefs. Thank you. Let me read it. Let me read it. Let me read it first. Let me read.

**Caption:**

[30:29] making me feel so special.

[30:35] You said call her like she calls other people.

[30:39] Nah, nope. No, no, no, no, no, no, no, no. Kimmy is doing the right thing. Kimmy is smart.

[30:47] Yeah. I can't I will not mess up any of the of Exactly. Exactly. No, no, no, no, no.

[30:54] Kimmy is smart. Let me be the stupid one. Okay.

[30:59] I'mma be the stupid one, guys. Don't even stress about it. I'mma be the stupid one.

[31:06] I'm cool. Mhm. Yeah. Yeah. My magic.

[31:11] Uhhuh. Let me be the [ __ ] stupid one. I love you so much, Maggie.

[31:16] Oh, I love you too. You are the righteous. Your righteous fist. I am the [ __ ] Okay. Yes. Yes. Yes. Don't worry.

[31:26] Everything Danny has done will be given.

[31:29] Okay. Oh, the joy. The joy. The joy. The joy.

[31:36] This is This is a lot, y'all. I'm talking about the length of uh Can you answer Booby Brown, Kimmy?

[31:44] Wait, let me go down. Kimmy, hold on because I'm reading paperwork.

[31:50] Kimmy, I guarantee it. I guarantee if you tell Magic behind the scenes, she will bring it to YouTube. She's too unhinged. Protect yourself, Kimmy.

[31:59] Please. Her asking you to reveal it online is a sign right there. Let me tell you something, baby. Let me tell you something. I know exactly.

[32:08] I have told Magie things that Maggie has never revealed.

**Caption:**

[32:13] And I'm letting it be known here for YouTube. I I don't have any intentions on telling anybody [ __ ] There you go.

[32:24] I don't. You say trees said tell you she's serenating you on station head.

[32:31] That's trees. Dodge trees. Yes.

[32:35] Hold on. Let me uh hold on. Let me do this.

[32:46] Yeah, I'm letting it be known publicly that you know, hey, period.

[32:56] I just Damn, y'all. Y'all showing out. I just got something on PayPal. Thank you. And you deserve everything, Kimmy.

[33:04] Everything. A thank you. I appreciate that. Y'all know

[33:15] y'all showing out today. Thank you. I appreciate that.

[33:19] Yeah. Yeah. Make sure y'all get these likes up for sure.

[33:25] So, don't even worry about it. Kimmy and I, we got each other. Okay. We you random subscriber who talk [ __ ] You cannot make us go against one another.

[33:38] Nobody could magic. Exactly. I love you. I try. I love you too, baby.

[33:42] I'm so proud of you. I'm so proud. Oh my god. I feel so much relief

[33:50] because I'm like, yo, I knew it was And you said it was going to happen before your birthday.

[33:55] I did, didn't I? Yes, I did. My birthday is in what? Two weeks. Yeah.

[34:03] Hey, period. A y'all show it out today.

[34:17] to y'all. Thank you so much.

[34:20] Oh, what a nice Friday. Is this Friday the the 13th just for her?

**Caption:**

[34:27] Like that. She could be like a little spook, a little like, oh, girl, she done did so much stuff. Right.

[34:35] Time to face the music. She done did.

[34:37] Now if uh anything that has to do with court and it's for court purposes that's different

[34:46] then then and people wants to uh act on doing that you know for court purposes.

[34:52] I get it.

[34:58] I definitely get it. It's people that's been saving waiting for this uh to find out. Amen. Melissa 37. Amen.

[35:07] What they what? No. What she said?

[35:10] A shady scam artist at that [ __ ] Yeah, that's what she is. A shady scam at if a [ __ ] who moves in the dark.

[35:19] Thank you.

[35:21] Oh, thank you. Yes. Oh my god. Kimmy is an Kimmy is an angel. That's the angel

[35:27] given to us to fight a demon. And light always always win against the darkness of the world. Let me Google this one thing that's on here.

[35:45] Oh my god.

[35:48] Girl, do you know how busy I'm going to be?

[35:54] Mhm. Like I don't even know how many pages you have to read, man. Oh, too many.

[36:01] Let's see. Oh, she's going to be she's got to be sending coug email right about now. Writing to the court. We're going to see five new entry at court.

[36:12] You got to be freaking kidding me.

[36:19] Did she already send something to the court?

**Caption:**

[36:21] I don't. Uhuh. No, I'm googling something and this is Let me find out.

[36:33] It from what I'm looking at, it might be people connected on here who y'all don't think is connected.

[36:43] What? Yeah.

[36:47] If it's from If this is or if I did this right, you did it right. Okay. I'm not surprised that there is going to be like

[36:55] a it's going to be insane because Danny is not alone.

[37:02] Oh, wow.

[37:08] I'm just going I'm let me just take that back because I'm going to do a deeper dive into that

[37:18] and then I'll go from there. But this better be a [ __ ] joke or I will be exposing this.

[37:27] Oh my god, I'm scared. Oh, those pages look hot.

[37:34] Those pages look like fire. They smell like sulfur.

[37:42] Oh my goodness. Yeah, this is too much.

[37:47] But again, I I know what it's like to be doxed, that sort of thing. And people taking

[37:55] pictures inside your your your home. Oh, reach out to Cups.

[38:01] Oh, yes. Oh, yes. I know. I'm already like texting Cups like she's going to be made aware. Oh, okay. Good. Good.

[38:09] Oh, yeah. Don't worry about that. This is a celebration. You have saved the black tea sector.

[38:16] Oh, yeah. Definitely. Oh, all of that. I I look I download back up did all of that [ __ ] I also printed it.

**Caption:**

[38:28] M shaking going in the other room get look I went and took my printer out of the other room and brought it to my

[38:36] bedroom and started That's my girl. That's my girl because you know you know now this this is up and it's stuck now.

[38:46] Yeah.

[38:48] Oh my god. It's going to be the end. Oh, this is Is it the end or the beginning of a new chapter?

[38:55] Yeah.

[38:58] Because if if I have to judge by your reaction, I feel like this is the beginning of a new chapter. But at least at least this chapter will be over soon.

[39:09] Yeah.

[39:10] Okay. With this demon, this demon got to go.

[39:14] Yeah. It's um now that I know now the criminal charges because I don't have time to dance around.

[39:23] Exactly.

[39:24] Um you don't know who I am. this is not the, you know, all of that kind of stuff. I have proof. Exactly.

[39:31] Now that will be submitted um to for criminal charges with that.

[39:39] And also the judge left it open to where, you know, I had to get my pictures copywritten and all of that stuff, you know, write it and all of

[39:46] that [ __ ] And I did that. And that's just a wait and see game, you know. I'm I'm still waiting on that. I provided

**Caption:**

[39:53] the uh number to the uh you know the uh copyright numbers or whatever it is to the

judge and uh I'll be going after that too.

[40:04] That makes sense. That makes sense.

[40:06] Everything everything she has done she you know that is that is karma. Yeah.

[40:15] Like she did that. Nobody else did that. She did that.

[40:19] She created herself a bunch of enemies because she thought she could be God.

[40:25] She thought she could be the god of the black tea sector.

[40:28] Yeah, but she ain't god. There is one god and it's certainly not her.

[40:32] You say I'm curious to see what her next It's not me. She's lying. It's a fake

[40:39] email. The email is fake. While she's packing her bag and getting ready to run away. Oh

yeah, definitely.

[40:48] Definitely. Oh, thank you. I just I see that email.

[40:53] It just popped up. it. Yeah, that just popped up. And uh thank you. Thank you

[41:00] for everything to you. I know you in the bushes. Yeah.

[41:05] Say trees. I don't see trees. It's trees. Oh, there she go. Thank you, girly.

[41:12] Oh, good job, Trees.

[41:15] I appreciate that. Look, let me drop the link just in case. Mhm. Mhm. Like Tesa has

been trying to get like to talk to you because you know Yeah.

[41:24] You're on the same side on this for sure. Yeah. For sure.

[41:32] Like N trees beyond trees beyond it. Oh, I'm so happy. I'm shivering now. I'm shivering.

[41:41] I'm still like I have like a brain fart.

[41:44] This is like I understand.

**Caption:**

[41:46] Hey cups. Welcome baby. Thank you. You said why you in booty slayer?

[41:53] That is funny. Yo, cups. Cups. Cups. Oh my god. Cups.

[42:02] Yeah, cups.

[42:05] Yeah, I need to read. Let's see. I am beyond

[42:11] elated. Congratulations to you and each victim of this. A thank you, babe.

[42:18] You are the best.

[42:21] Oh, thank you, baby Jesus. Thank you, baby Jesus.

[42:25] Yes, this is a lie. Hey, girl. Well, I I serenaded you on station here. You I know. Brick said he told me

[42:33] I just came from the hospital. I said, [ __ ] I got to sing Vesta. Are you okay?

[42:39] Am I okay? Yes. I I was seeing a patient, baby. I'm Oh. Oh, okay.

[42:44] Lord, they go, you know, they trying to kill me. Okay.

[42:49] They going to be like, "Yes, we we almost got to it. Let's keep on stirring our cauldrons." No, I was seeing a patient. Um, congratulations.

[42:59] Look, sing to us. I like Look, I like it when you sing. You said you was singing best.

[43:05] I was singing best. I said I wish it could have been me.

[43:11] For as long as I can breathe, you'll always be the one. Kimmy, thank you.

[43:22] Thank you.

[43:23] I put Kimmy in it. It's the tree mix. I put Kimmy in it. A Thank you. Who is it? Let me see. Thank you.

[43:31] Let me look. Let me play it. Let me play it. making me feel so special.

[43:41] Thank you, Purple Rain. Yes, it's welld deserved, Purple Rain.

**Caption:**

[43:46] It's welld deserved. I said the next cash app I get, I'm sending it to Kimmy. Thank you.

[43:53] Listen, they keep on calling my damn phone. Okay. Um, so I just I just I know what you trying

[44:00] to do cuz I said I ain't going to speak foul on her. This is her moment. She's welld deserved. Cuz I said, "Wait a minute." Cuz she did say if she got the information, she wasn't going to tell nobody. I said, "Well, that's selfish."

[44:09] But now I know what's going on. See, you're being strategic and I ain't going to say no more about it. You [ __ ] right.

[44:15] And I said, "I ain't going. This is her moment. I ain't going to sit here and get my little two cent even though we thirsty and we ready for it, but we

[44:23] could be patient more. We I don't think I know that y'all. I know that everybody I know all the things that she and I'm not keeping this close.

[44:32] I know I know what you got to do.

[44:34] A B Listen, 10K in a hand is better than 10K in a bush. You damn right.

[44:41] So listen, I get it and and you is welld deserved and I wish you had more.

[44:47] I know that's right. But it will be more once these uh photos come to play. The judge left the door open for me to uh

[44:55] get compensated on that part, too. It's just that I told you, didn't I? I see. People don't know. I That's why I said check

[45:03] your DM because I just was trying to encourage you. I said you you can get more.

[45:09] Yeah. I Oh, I already know. It's in the works. Just Yeah. I I provided the judge with the uh copyright num, you know, the

**Caption:**

[45:17] copyright number. I had to get those. I had to pay for those photos and get them coped and all of that kind of stuff. And now I'm just waiting on the copyright

[45:25] people so I can give that to the judge and then that's going to increase.

[45:29] That's where the most of the value that punitive. Oh, that is that is smelling delicious.

[45:35] The punies is where you get the money, baby.

[45:38] Yeah, it's strategic. You got to be That's right. That's why I said I ain't going to jump the gun. I'm I'm giving her her flowers. I am no hater. I listen

[45:47] at one time when we fell out I was a naysayer but I was always trying to ride for Kimmy and she made it difficult for me but that's okay because the the end

[45:56] result is what we wanted is the desired result and it doesn't matter is more than one way to skin a cat and Kimmy did that so

[46:04] but check this out I I understand that people want to know what's going on

[46:11] it's a way that you do it sometimes you attach stuff to court documents. Yes. And it becomes what? Public right.

[46:20] And that's why when I was advising both of y'all, I said if she knew it was good for her, she would reveal herself and

[46:27] take the ammunition away from Kimmy, away from the rabbit. I said, but her pride is going to come before her fall.

[46:36] And that is what's going to kill her.

[46:38] Because had she spilled her own tea, Kimmy wouldn't have no tea to release.

[46:42] That's true. That's true. And I told her that, but she don't want to listen. She was around there trying to get my station here taken

**Caption:**

[46:50] because it's like this. It could be said, "Your honor, I did. I just wanted to make you aware that this is what

[46:56] Google gave me." It could go all kinds of way.

[47:02] Because this is what she was trying to conceal from the court. And because she neglected to release her identity, I felt that it was my civic duty to do it.

[47:12] And like your honor, I didn't ask for this information. Uh Google gave me I mean I did but I did ask I just I did but and I received it and here you go.

[47:24] And here you go. Yeah.

[47:25] Because this is all what the federal court's been asking of her. But since she failed to produce and she also the

[47:32] court said in Teddy's case that she did not act in good faith and she misled the court and she has absconded from their

[47:40] judgments of saying hey we want you to tell us who you are and she neglected to do that. So now

[47:48] that I have the information I feel like I would be held in contempt if I wasn't to give it

[48:00] Thank you. Shout out to you. Exactly. Trees. It's ways around you.

[48:07] She was already held in contempt. So I don't I got the information. So I don't want to conceal information from this court.

[48:12] Yeah. I don't want to get in trouble because I I didn't go further when you once the stay was in place. I did all of

[48:20] this before the stay. And honestly, they would say, "Well, if you had this information, this could have helped us

**Caption:**

[48:27] obtain your judgment without us, you know." Yeah. It's it's just ways it's it's it's

[48:36] ways that you can attach files to Pacer. She would do it.

[48:44] Yeah. Sure would.

[48:48] Why should I treat somebody the way that they don't treat me? She don't see I look

[48:55] it's going to be it's going to be in pacer soon enough I'm sure and you bet and I would

like damn it's

[49:03] already the close of the business day I was looking at the clock like oh is it too late for it

to be updated

[49:11] see you never know you never freak out I know my people my tree house already been

checking that doc I know they

[49:18] fingers sore and raw Yeah, it's uh

[49:25] we we we we shall soon see. We shall see.

[49:29] How do you feel? I know it's surreal for you right now.

[49:32] I didn't believe that it was true. I was I I look, it's so surreal, girl, that when I was I was

like, "This got to be a

[49:39] joke. I thought somebody's playing a trick on me." No, you said that it was going to

happen before your birthday, and it did.

[49:48] Yeah, that's right.

[49:49] What made me know that it was real trees because of this? What? Uh oh. Let me go

back from that and click on

[49:58] she she turning on cameras. This it's official tissue y'all.

**Caption:**

[50:01] It's official. So when at first I thought that it was fake my email because I this was from April the 20th.

[50:10] Okay. Then once I saw that it was an extension from Google legal and then they was like here you go we're

[50:19] giving you the information. I'm like yes that's official. You know why it's official? Because it was CC from that last from your last request.

[50:29] Right.

[50:30] That's right. Because and that's how I knew it was okay to click that link. Yeah. Cuz I'm skeptical.

[50:38] She cancelled the live that she had. girl. Now, of course, that was gonna happen.

[50:43] And guess what? She gonna say Kimmy is lying. And that was photoshopped. We already know. We saw that movie before.

[50:48] No, this is the thing. Where do you go from here? So, after you obtain your judgment, you know that the same thing

[50:57] you did to me, you could do to her. Are you going to let her live and you going to let her channels rock or are you going to get your judgment and just

[51:05] terminate her channels? Then when when are you going to terminate? because you know you could get that paperwork to them and they could all right now I'm just celebrating.

[51:13] Okay. Okay. Okay. Okay. This the weekend. Okay. Yeah.

[51:18] You got your uh what's the Mexican men that you like to drink right now? I'm drinking uh rcata. Rcotti wine. Hold on. Yeah. Rcato wine.

[51:27] Oh, you being [ __ ] What happened to the uh uh what's the quo guy?

**Caption:**

[51:34] Oh, no. They was calling me. What's that? The don the Mexican man. Oh, I don't know. Oh, Kasamigo.

[51:42] Yeah. Kasamigo ando. Yeah.

[51:43] Oh, girl. I haven't had that in a long time. That's just something that that's a narrative that That's why you ain't been fighting me lately. You You been laying off them Mexican, man. You like to fight me when

[51:52] you

[51:53] [ __ ]

[51:56] You like to fight. She fight my ass when she drink them Mexican, man. Stay away from them Mexicans. Oh, girl, I you know I got a laugh and joke.

[52:07] I know it was. But you asked me how did I feel it. It's like it's unbelievable and it's I've been waiting for so long.

[52:17] And it's like now that it's right here in my face, I'm talking about IP address. I mean, just

[52:24] Yes. Yes. Oh, girl, I know you can't wait to get the let your fingers do the walking.

[52:31] Honey, I'm Look, I ain't going to do nothing today. I I just made sure I printed out everything and then uh everything is

[52:40] You better do something today. You know how they like to uh try to reconfigure

[52:43] [ __ ]

[52:45] You and watch the difference because what you find today, you may not find the next day. I'm telling you.

[52:50] Oh, honey. It's no way around this. This is from her the day that uh pages what look created or

**Caption:**

[52:57] you print and you send to yourself everything. You print and you send to yourself everything. Yeah.

[53:03] Oh, so wait a minute. You got the stuff from when they cuz I knew they tried to move things around.

[53:08] Private information. I got her account recovery. I got her phone numbers, device information activity. I have

[53:17] everything. I have the date and time that her account was created. All damn from all Oh my god. Oh my god.

[53:27] Damn.

[53:27] From each and every beautiful damn. How do you feel, Trees? How do you feel? How do I This ain't about me, Maggie.

[53:35] It's about Kimmy.

[53:37] No, but you It's about It's It's about Kimmy, but also about all of us. Okay.

[53:42] Don't call me Maggot. Is that really the moment? Is that really the [ __ ] moment? trees.

[53:48] Yes. Yes. I'm such a I'm about Kimmy because without her we wouldn't have nothing to

[53:57] talk about because honest to God all of the stuff that was done uh on to me you know we have some of it but not all you

[54:05] know cuz they have deleted [ __ ] when we had outed certain things that Kimmy um and that we had initially um confirmed

[54:14] whatever you know some of that [ __ ] has been reconfigured since then. though.

[54:18] You know, I'm making this about Kimmy because it is about Kimmy.

**Caption:**

[54:22] I agree. But it's it was just to say that we're all celebrating. Okay. I'm happy for her. I'm happy. Okay, there you go. Thank you.

[54:30] I already said that though. Maggie is beating a day a horse. But I got it. Whatever.

[54:35] Um, give Maggie won it with me. Maggie wanted it with me. But I'm not going to argue with Maggie. See, cuz Maggie wanted it with me when she dropped me

[54:42] down for Ralph and let Ralph talk about me. But I ain't gonna talk about that cuz this about Kip.

[54:49] Yeah, we are I'm here for Kimmy.

[54:53] We're all happy and everybody that's on this panel has had some kind of, you know, with her and uh I look, I'm shutting off phones.

[55:07] I'm doing everything.

[55:08] Yes. Enjoy the moment. Bask in it. Revel in it because this is your moment. Yeah. And I'm happy for you. It is no bad.

[55:17] Nothing. I'm just happy for Kimmy. I know. I know.

[55:22] I sincerely am. People can act and pretend that they happy. You know, some of the secret haters and stuff. Oh, I wish it was me. Like Jesse Jackson. I'm no Jesse Jackson.

[55:33] No, it's just it that was a long fight, y'all.

[55:38] Long time coming. And I And you deserve every moment.

[55:43] Thank you, babe. Don't let nobody diminish that.

[55:46] Well, she said this and she said that. I said, well, yeah, she said she was going to get an attorney, but we still got the desired result. So, it doesn't matter how you get there. She got there.

**Caption:**

[55:56] [ __ ] Look, like she said, I also said my husband was an attorney. So, hey, absolutely.

So, long as we know we got the desired result, we don't give a damn.

[56:05] Period.

[56:06] I was I was I was the one talking the most trash too around here. I ain't want to sit here

and be fake about it, but I'm still glad that she got it. She got

[56:15] the desired result and that's all that matters.

[56:18] Baby, I did I did take her to God cuz I took her straight to God.

[56:23] I was because she was relentless and I'm like, God and then other people and then

[56:30] backing it up and then when my Christmas money for my grandkids got taken because

my channel was mass reported and just

[56:38] all kinds of [ __ ] I was like, "Oh, I remember when it first started and I did feel bad." I

said, "See, I said, Kimmy don't even realize no matter what she's going to do, unless she's

[56:47] going to bend over backwards entirely and sell her soul to that woman, it's nothing that's

going to be enough." So, when you apologize the first time and then you was like, "Okay, well,

let me

[56:55] cuz you wanted peace in want you wanted peace initially." I did. I apologize

[57:03] that people was like, "Look, don't look after her no damn." I was like, "For what she

want, she wants beef."

[57:12] And so, uh, and then I told her, I said, "One thing about me, baby, I know how to fight. I

don't want to fight because it's too time conssuming." It is.

[57:24] It was. And I saw that and I said, "Well, she really want sincerely, not she wants peace."

And uh, she wanted that I will win. I told her.

**Caption:**

[57:34] Yes. Yes. But see, I said that's it comes at a price. That's the that's the high price of low living when you want to fight somebody that don't want to

[57:42] fight. And that's the that's the essence of bullying. And what she was doing at that time because you was not trying to go back and forth and you really wanted

[57:49] peace. So she initiated the bullying and it it it did not cease. It did.

[57:56] At some point you did deci decide to fight back, but you still initiated peace. kind of hit her with a little bit

[58:04] like, "Bitch, I can't do it." And then I guess it would she was like, "Uh, I don't know." She wanted that email. That email was her downfall.

[58:12] Yeah.

[58:13] She wanted that email to them psycho people, them soul psychos.

[58:18] She wanted that retracted and like, "Bitch, who are you?" But can you give me a little Can you give me a little t taste?

[58:26] Is the soul psycho what the soul psycho do? I y'all I can't say it's okay. Don't say it, Kimmy. I did the same.

[58:35] Listen to Maggie. Listen to Maggie. Don't listen to me.

[58:38] I I can't do I'm a bad influence. Listen to Maggie.

[58:42] I as I asked the same question, but we cannot do that.

[58:45] Okay. Yeah. We don't want We want Kimmy to secure her money first.

[58:49] Yeah. And that's you you already know that's how it is.

[58:54] We want her. But don't get that BBL Kimmy. Please. Please.

**Caption:**

[59:00] That's with her. Girl, I'm too Okay. Okay. Oh, I was up here worried. I was around here ranting. I was cussing and everything.

[59:09] Get that BBL. Girl, that's the [ __ ] with her. God, good.

[59:13] I'm too damn like I'm spray. I'm If anything, it's going to be We don't need nothing to take you up out of here cuz people are leaving left and right.

[59:21] I know.

[59:22] We don't need nothing. We need to keep you here. You are now a national treasure. Kar me. Whether you say, "F me today or tomorrow, I'm still gonna congratulate you."

[59:30] A Theresa, I appreciate that, baby. And that's real big of you. It is.

[59:35] Seriously, I ain't never going to take that away from you.

[59:38] Did you really think that I was I mean, how did you really feel when you first saw me go up against her and tell her that I was taking her to?

[59:46] Oh, I was definitely one initially. I was listen full speed ahead. That's why everything I was like, "Oh, everything

[59:54] aside, water under the bridge, I'm I'm backing her." And I back Teddy the same way till to me, you know, I still

[1:00:01] encourage Teddy, but she playing in the she playing in our face right now cuz it's a lot of things that could have been done differently, but you got to it

[1:00:10] and that's all that matters. And I I wish Teddy well, but she playing in our face. It's like why you say that? because she's in a,

[1:00:18] you know, she's in the midst of the case that she's to can't nobody tell her nothing. I mean, because it's certain things if she says

**Caption:**

[1:00:25] that she's, you know, going through so much emotional distress and she's always at risk of losing her channel. Wouldn't you want the channel terminated? She got

[1:00:34] the paperwork to have her channel terminated and she don't want to do that. It's like she wants to be a victim. That's the only qual I got with Teddy.

[1:00:43] Oh, because that's the only qual I got with Teddy. Okay. So you Okay, I get it. I get it.

[1:00:51] It's like if you know that this is causing you so much distress and you are always at risk cuz she's always false striking her channel. She won't have a

[1:01:00] leg to stand on if you terminate her channels, then your channel will be, you know, in the clear and you won't have to worry. You won't have to live in

[1:01:06] constant fear. So I'm like, so what is it? And and and I and I literally I reached out to Google with the paperwork

[1:01:14] from Teddy's case and they said, "Well, if you are a participant in these documents, then we will terminate the

[1:01:22] channel." Wow.

[1:01:25] And I sent that message to Teddy. I said, "Ded." And she was like, "I just don't want to bother it. I just don't want to do anything. I don't want it." Okay. So, you you basically if you like

[1:01:34] it, I love it. You're not a victim. You a volunteer. Wow. Oh.

[1:01:39] So that's when I said, "Okay, whatever." Cuz I really was concerned that, you know, her channel was going to be at risk. She kept on receiving false strikes and stuff. And I said, "Okay,

**Caption:**

[1:01:48] well, whatever." Well, maybe she's just tied up with uh the lawsuit and that could be so much

[1:01:56] preparing paperwork. And then she like I did.

[1:01:59] I sent one my people said I didn't send I my people sent one email and they responded immediately and I sent her a screenshot.

[1:02:09] And all it took was one email. You you filing a thousand1 motions. You ain't got time to send out one email. You sending emails to got to to fight them

[1:02:16] strikes and you're sending more than one. So you can't send one and take a chance. Step out on faith so that you won't live in constant fear every day.

[1:02:25] When she was doing those kind of things to me, I definitely took the Danny Montana and the Danny Montana. Okay. Thank you. Yeah, I took that channel.

[1:02:33] Okay. Maybe she doesn't want to take the channel because she thinks it's the way to get to her identity back in the days.

[1:02:39] Possibly you're going to you're going to get the identity anyway. Kimmy is living proof of that. Whether the channel is gone or not is still the property of Google.

[1:02:47] I know. I'm just giving an an option maybe. Yeah, you playing a devil's advocate. It's okay.

[1:02:53] So, what do y'all think? Do y'all think would I be just as low as her if I was to reveal her information? No.

[1:03:00] It would be I for now. That's what the word said. You going against the word, Kimmy. Secret scale.

[1:03:05] Look, I'm these just look these just Oh, no.

**Caption:**

[1:03:11] These just questions. How How immature would I be to do what she do to us? Immature.

[1:03:17] Yeah, I'm just talking [ __ ] That's the drink talking.

[1:03:22] No, she is someone that doesn't understand and doesn't learn.

[1:03:29] You feeling no pain, do you, boo? Do you boo. You tickle me. Do you?

[1:03:36] I ain't feeling no pain off this damn glass. I'm on my second one. While we was just on the phone, I just look reloaded.

[1:03:44] You make me want to get some. What is it called again? It's This is it. Let me show you.

[1:03:51] This is what I have. Oh, rcado.

[1:04:00] Yeah. Muscato. I thought it was musc. Okay. Ruscato. Yeah, it's pretty good. Oh, that's good. That's good. Um, yeah.

[1:04:09] You had that before. It's really Yes, it's good.

[1:04:13] Child, I would have been done that bottle.

[1:04:16] I need a box of wine. And once I get to drinking Oh, girl, a box of wine last me for days. [ __ ] Give me a box.

[1:04:23] You talking about reveal the info? I would never do that, baby. I would never do that. Not.

[1:04:28] Absolutely not. Absolutely not. led that to someone else.

[1:04:31] Yeah, I'm not doing that. And I understand that people I mean people really want to know and I get it. I

[1:04:39] swear I get it. But I have to uh Yeah, it's sweet.

**Caption:**

[1:04:43] Can I can I can I re reveal this message uh in my station here cuz I'm live on station here too. They told me cuz I was

[1:04:50] doing a replay and they told me that you dropped the link for me. That's why I knew about it. So it said Kimmy shouldn't spare her. She's dangerous and

[1:04:58] needs to be stopped or keep getting sued.

[1:05:01] Yeah, I I get it. I get it. But uh Yeah, but she got I understand where Kimmy coming from. So yeah, why would I do something that's

[1:05:10] gonna come back and bite me and then later on? Yeah.

[1:05:16] But I know we gonna play scavenger hunts.

[1:05:21] I know we going to be play and and where's Waldo and little little hints and tricks to lead us somewhere. Well,

[1:05:29] it's red and white and you and red all over. What? What? Who am I? That type of thing and that kind of [ __ ] right?

[1:05:41] See? Yeah. Listen, I the option is to just keep my mouth closed, baby, and not

[1:05:48] divulge any of that. And if anything is gonna be released, it will be on Pacer.

[1:05:54] That's right. And that's right. And that's right. Because it becomes public record. So That's right. Be strategic with how you do.

[1:06:01] That's right. That's right, Kimmy. You thinking, you talking right now.

[1:06:04] Somebody said, "Tell Kimmy to just randomly blurt out King World was right in another live."

[1:06:11] But then somebody else said blink three times if it's the same.

[1:06:18] They want hints like a mug over here. Hence I'm not mad. You know I'm not.

**Caption:**

[1:06:29] You deserve it. And I'm so glad that you can uh exercise self-control and restraint that we know a lot of people don't have especially the other party. I

[1:06:38] like to call them refer to them as the vexacious litigant. The vexacious litigant. That is funny.

[1:06:45] I know they gonna do a live about me. I don't care.

[1:06:48] I'm here to celebrate Kevin. Yeah, you could sit there and and nail me to the cross all you want to. But the point of the matter is that you lost. So

[1:06:56] go ahead and nail me to the cross. I don't give a damn. I'm being the next title. I know it is. Because the last time when I did a

[1:07:03] live on station here celebrating you saying uh congrat congratulations Kimmy and her 5k I mean her 10k I I was in the

[1:07:12] thumbnail. They was dormant for about five days. They said trees she got you in the damn uh title. She gonna live on you now. I said I don't give a damn and I won't see it.

[1:07:20] That's because I love you too baby. Gota okay baby. Thank you for stopping by Dee. I appreciate that. Welcome Melanie.

[1:07:30] Welcome baby.

[1:07:32] Shout out to you. Yeah, it's just you, you know, at some cost you.

[1:07:38] Okay, hold on. Let me see. Just in case you want to come back up because I'm not going to be live too much longer. I'm gonna I know I know it can be enjoy your Friday, baby.

[1:07:47] Listen, you need to party like it's 1999. I'm still in shock trees and think about it's like it's unbelasted.

[1:08:01] Yeah.

**Caption:**

[1:08:02] And that's why you can't stop before the miracle happens. You didn't give up. And I and I mess with you for that heavy.

[1:08:09] Oh, baby. You can't give up. Especially when a person a person like that that's unleashed on YouTube that that just has

[1:08:18] free reign to just do what they want to do and then try to intimidate and bully people. That's not good.

[1:08:24] And we all get messy. You know what I mean? We do.

[1:08:27] We do. But but to people that don't want to fight like you literally initially you was doing everything in your power just to

[1:08:34] create peace because you wanted to coexist on YouTube, you know, in a certain space.

[1:08:42] And they just went in in in in.

[1:08:46] And it was all because you didn't bow down. Like you stood for something. And I'm glad you did. Eventually you did cuz at first you was just like apology.

[1:08:54] Apology. Okay. What didn't I say? Okay.

[1:08:56] I'm a you did everything in your power to to generate peace and I respect that because you did not you wanted to live

[1:09:03] civily on YouTube. And hey, being a new content creator, who wouldn't? You want to go to the road of less resistance?

[1:09:10] Man, I knew I was upset because I knew nothing would be enough unless you was going to be her lap dog. You said that.

[1:09:18] I said that from the beginning. That's the only reason why I I was coming for you like that cuz I said, Kim, you need to listen to me. Nothing will be enough.

**Caption:**

[1:09:26] One is too many and a thousand is never enough.

[1:09:29] And I thought just leave it alone. And then I said, no, it's not going to go that way.

[1:09:34] Yeah. And you did say that. And other people start getting recruited to harass me as well. I'm talking about calling my phone.

[1:09:42] Yes. Yes. Relentless uh calling talking about just it was just wellness checks invasive [ __ ] I said

[1:09:51] because once they see they're going to see this not of you trying to generate peace but they're going to see it as weakness and they going to keep coming.

[1:09:58] They going to come harder and harder and harder and everything I said happened happened. I wasn't being well I'm far from weak and that's what's [ __ ] up because I'm far from weak.

[1:10:07] It's just I didn't have time for that. I was trying to move on with other content.

[1:10:11] But see, we I know that. But she won't let you. She won't let in the field longer. I was there when she first started her channel.

[1:10:21] Move. I know. I'm a triple OG. You did tell me. You told me.

[1:10:27] I told you years ago. Yeah. You told me that [ __ ] almost three years ago. Look, you gonna have to fight the robot head

[1:10:35] on. She's relentless. She ain't gonna never stop. Oh yeah, you said all of that. Yeah. Yeah. Yeah. Yeah.

[1:10:42] And I'm like, I I didn't even know how to strike a channel. Yeah. Yeah. Yeah. Oh, she's going to teach you. Yeah.

[1:10:50] Yeah.

**Caption:**

[1:10:51] She's going to make you do things that you're just like, "What the fuck?" She was getting too much traffic though.

[1:10:56] She was getting too much traffic. So, I knew that was going to be a problem from the gate. She started uh and you wasn't willing to be her

[1:11:03] minion the way she wanted you to. You was going to be a target regardless.

[1:11:07] Yeah. She called the housing people. She called uh animal control. She uh told the uh contacted the IRS.

[1:11:16] She contacted that she could.

[1:11:19] Now, to my credit, I did say I was going to do it, but I only did a couple of things. I didn't do all that. Now, I said I was, but I didn't. I only contact

[1:11:28] the social worker. That was one email. I didn't do all of that other stuff. Now, I know I I can take accountability for

[1:11:34] me, but [ __ ] I didn't do half the [ __ ] that that the victious litigant did. Can I ask you a question?

[1:11:41] And that was only after Kimmy was intent on coming for my ass. I said, Kimmy, listen. I I want peace, too. Kimmy want

[1:11:49] peace with me. She said, "Bitch, can I ask you a question, Teres?" Yes. Cool. Go ahead.

[1:11:56] Okay. So, before her and after her, did you change? because of how she was or

[1:12:04] did you change? Because I don't think you were doxing and doing all of this before.

[1:12:08] I started doxing once uh I think I was doxed once I that's how they played when I came to YouTube. I didn't even cuss.

**Caption:**

[1:12:17] I ain't going to say the game changed me cuz my party line pama was just re reawaken. I was reawaken trees. But I

[1:12:24] came here Susie Snowflake. I was prim and proper. I did not cuss at all. Tasha K dox me. Well, first Tales on the call

[1:12:32] and then Tasha K and the rest is history. So I said, "Well, that's how they fight and I'mma have to fight." I never thought that me uploading a video

[1:12:40] was going to lead to me being doxed, but it did. And so I just did what the party did. I said, "Okay, you go low, I'mma go

[1:12:49] lower. I'mma go beneath the devil's toes.

[1:13:00] I did not. No, I did not. I was not doc.

[1:13:03] I was not doxing when I came on. So, you're right. But it wasn't the bot. I can't blame her for that. No, I just said an eye for an eye. I just got with

[1:13:11] the party. I didn't even strike people until um what I gave uh the robot permission to do to uh strike hear her

[1:13:20] on my behalf. And then I I forgot who the first person I struck. But once I saw that that's how they was fighting, I started fighting like they did.

[1:13:30] Yeah.

[1:13:31] That's the only way you could survive out here. Yeah.

[1:13:35] [ __ ]

[1:13:36] I agree. Yeah. And and it what hurt me and I

[1:13:42] don't like to really, you know, Hey, Sarah. I really don't. Hey, my boo Sarah. Shout out to Sarah.

**Caption:**

[1:13:51] Ask, you know, I'm doing new uh content on my channel, Kimmy. I said I'm I'm doing meaningful stuff. I will still do like a

[1:13:59] little bit of messy stuff, but I'm covering completely different stuff. I'm talking about the little girl, baby Ja uh Harris and uh uh what's his name?

[1:14:09] Xavier Wells. Yeah.

[1:14:11] You know what I mean? So, I'm on station 8, I'm going to be messy, but on YouTube, no. I'm doing something totally new.

[1:14:18] Yeah. And that's what it's all about to reinvent yourself. I get it, baby. I get it.

[1:14:24] Yeah. I'm going to be the change that I want to see.

[1:14:27] Do you think they they're going to let you do it? Because I feel like I need nobody nobody's permissions.

[1:14:33] That's what I want to tell you is the lion not about the opinion of the sheep. Hey, Patricia.

[1:14:40] That's a word and I believe in that. I'm the lion and I care not about the opinion of the sheep.

[1:14:45] You damn right. You have to just do you and just keep it moving. And because if you concentrating on beefing, it's gonna take you away from your

[1:14:54] content. And when you good, Tree's good at what she does. I'm very good. Yeah, she is. Yeah. Period. Yeah. Thank you, baby.

[1:15:01] I can make a phone book tea.

[1:15:05] That's true though. That is [ __ ] true.

[1:15:08] Make anything tea, baby. I am not in doubt of my abilities.

**Caption:**

[1:15:13] Yeah. Yeah. Isn't Don't you think that's why they came like after you after Kimmy? It's because you had tal like you have talent.

[1:15:20] I was I was the one who was saying Nicole is coming from inside the house.

[1:15:24] And so focus the enemy the the energy on me and distract Kimmy from what she was going to have to face cuz I was the one

[1:15:32] who was trying to put her down with game. What's going to happen? Don't be blindsided. And they knew I was going to tell her the truth. And that's why I was

[1:15:40] the distraction. I'm always the distraction. I'm always the bigger fish in the pond.

[1:15:44] So when when you start helping me, then that's when they start. It's going to be it's going to be Yes.

[1:15:52] When you start giving me encouraging words. That's crazy.

[1:15:54] And we was getting closer in regards to that. And then she started to be distrusting like, "Wait a minute. Oh, they telling me, well, let me listen to

[1:16:02] this person and that person." No, I was giving her some real stuff and it came true. I was I was not trying to be against Kimmy at all. Donat said someone sent me over here. What's going on?

[1:16:12] Magic, can you please help? Baby, I don't said it over and over.

[1:16:17] So basically donut um Kimmy sent a subpoena to Google to get every information on this channels of Danny

[1:16:25] Robertson and Google has answered her and given her every single information

[1:16:33] every information on Danny Robertson from when she created the account from her email from her name for everything.

**Caption:**

[1:16:43] Yeah. So, have they compelled that information yet? Yeah, she has it. Yeah, I have everything. Dai.

[1:16:50] Yeah, everything.

[1:16:52] Yeah, you talking about everything. This is the letter that they sent to me today. Can I read it aloud?

[1:16:59] Of course you can.

[1:17:01] Kimberly Smith versus Daniel Robinson, United States Court for the Eastern District of Michigan. Dear Kimberly

[1:17:08] Smith, pursuant to the subpoena issue in the above reference matter, we have conducted a diligent search for documentation and information accessible

[1:17:16] on Google system that are responsible that are uh responsive to your request without waving and subjections. It's

[1:17:23] objection. Google hereby agrees to produce documents via a secure file transfer porter. You should receive

[1:17:31] instructions on how to access the porter via email. Please let please let us know if you do receive the instruct instructions. Our responses is made in

[1:17:40] accordance with state and federal law including the electronic communications privacy act uh 18 US section code uh

[1:17:48] 2701 sequence. By this response, Google does not wave any objection to further proceedings in this matter. We

[1:17:56] understand that you have requested uh customer information regarding the users's account specific in the subpoena which includes the following

**Caption:**

[1:18:04] information. Subscriber information for uh the Google accounts unhinged donut.

[1:18:11] Oh, thank you. Please please send that to me at Teller Danny at the show cafe at YouTube. Nothing without me at Danny

[1:18:20] Robinson. Accompany in this letter is responsive information to the ex uh extent reasonably accessessible from our

[1:18:29] system a list of hash values corresponding to each file and assigned certificate of authenticity. Google may

[1:18:38] not retain a copy of this production but not but does endeavor to keep a list of the files and their respective hash

[1:18:46] values. very truly yours. Timwood legal investigation support. So they gave you everything.

[1:18:53] Dat I'm talking about everything.

[1:18:57] Oh girl, I know. I know. Donut.

[1:19:05] I know.

[1:19:08] And all this that I'm showing you is just from one.

[1:19:12] But I just want to be um first of all I feel like you got months worth of content.

[1:19:20] I also want to reutter that this is not like a celebration for people being exposed. This is a celebration.

[1:19:27] Thank you.

[1:19:28] Now is on an even playing field with everybody when it comes to who they are.

[1:19:34] This is the same person who built her brand off attacking legitimate content creators, talking about them while

**Caption:**

[1:19:40] stealing their content. and just defaming people. Um, talk about it though.

[1:19:47] Yeah. And and now my whole thing is it's not going to be as important or impactful anymore. You're you're no longer scary at this at this point in

[1:19:55] time. And I think this is a new a new dawn of the black tea sector. Um, yes.

[1:20:04] Yeah. With that with that going on. So I I want to reorder because I seen her put in some court papers before. You know them 99 motions that she filed and ain't go nowhere.

[1:20:15] She said that not Rick is threatened to beat me and bash my head. And I was like where? You're lying on me. And so now

[1:20:23] that we have the information, it's just, you know, we're all identifiable. We came on here as ourselves. Facebook has

[1:20:31] it to where you can't use their platform without confirming your identity and the name being in your mother and the account being in your actual name but

[1:20:40] they will get rid of your account. So I think YouTube need to jump on that bandwagon.

[1:20:45] You have to show identification for certain things like uh like when they're take when they take a channel uh someone then you have to show your ID.

[1:20:56] Exactly. Perfect. Also, you have Google AdSense, but Kimmy, you have to show ID for that, too.

[1:21:04] But Kimmy, this is where I'm gonna just drag your girl. Go on ahead and release this.

[1:21:12] I can't do that.

[1:21:16] I can't do that. I wish I could do that, but uh I got too much court stuff going

[1:21:22] on. Listen, she fa the court f them 10 bands that already belong to you. And

**Caption:**

[1:21:30] you know, I'm pretty sure people So listen, somebody sent me somebody who I haven't talked to in a long time sent me a cash app. So I know you f to collect.

[1:21:41] They sent me cash app. They come over here. We still see then. No, I'm just kidding.

[1:21:50] you know, everything will be as it needs to be in time. Exactly. But I have a quick question.

[1:21:57] Um, at at the very least, is it who we thought it was? I can't say. Everyone asked that question.

[1:22:05] Everybody are asking me.

[1:22:12] Oh, how do I I can't I can't.

[1:22:16] No, not not now. Not ever. Let let that to other people like like no never.

[1:22:21] Okay. You are you are the the rightful like fistpping on the I'm tripping on the

[1:22:30] creation dates and times. I mean they they nailed it down from the creation dates to the wow that it was created.

[1:22:40] Are all those accounts in the same name? I can't say.

[1:22:46] You can't say because you know it's not donut. Yeah. Wait, let me look.

[1:22:53] I figured she was some Somali troll. No. Everything will be discovered in time.

[1:23:02] It's going to be good, donut. But you can feel it. We can feel it.

[1:23:06] [ __ ] a fan. I'm trying to be a revisionist. Not Kimmy is the queen of the black tea sector.

[1:23:12] Oh [ __ ] yes. Oh [ __ ] yes. Like hands down, Kimmy got it. This is crazy.

[1:23:20] It's delicious. It's delicious.

[1:23:23] They called you Tim Rock and all that [ __ ] To figure out how to

**Caption:**

[1:23:33] reacoup these things even though everything is just so Kimmy, you know, I know how to re Listen, I'll sign a deal with you and I

[1:23:41] won't expose it. I will I will help I will help you comprehend and I promise you I will not behind the scene. Donut

[1:23:49] behind the scene girl. I want you to know how to drag like a Oh my god.

[1:23:55] You know how I know how to break the law down and just drag it. But I fought I done fought somebody in

[1:24:03] federal court at one. You don't think I know that [ __ ] I want them to learn how to legally drag these [ __ ] on

[1:24:12] Yeah, it's just the way that I mean I'm talking about down to y'all look I down to like the log information.

[1:24:20] Oh, this is so sexy. This is beautiful.

[1:24:24] And this just from one I'm you know it's I have to uh I print

[1:24:30] Oh my god. This is going to be I have to print out like five pages.

[1:24:38] Oh Jesus Christ. I mean, I'm talking about five other YouTube.

[1:24:45] Yeah. This just from one channel. From one channel.

[1:24:48] This all this information is from one [ __ ] channel.

[1:24:55] So, you have her power in your hand, right?

[1:24:59] Why do we think she's reacting right now? You think she's crying? You think she's like [ __ ] herself? She ain't trying.

[1:25:06] Listen, Kimmy. Listen. I Kimmy got a whole Kimmy [ __ ] some Kimmy summer 2026

**Caption:**

[1:25:19] I can't even hate like this is like this is some [ __ ] that you know when when I when I sued Jag and him I was I didn't

[1:25:27] name her as a defendant but I issued a subpoena to Google to get her [ __ ] to add as a defendant. So you have done what uh Teddy like you have done it.

[1:25:36] Nosy ho all of them can come out of hid in there. Yeah. Finally. Finally.

[1:25:42] Yeah. You definitely the power TV can come on out of burn. Amen. Amen. That's what I prayed to God last night.

[1:25:49] I was like, God, thank you for all that you have done, all that you're gonna do, and all that you're doing. And then I'm like, "Oh, did you just send me something, Danny?

[1:26:02] Motion to enforce pay for protective order to show cause contempt and sanctions."

[1:26:11] I know my [ __ ] I was like, "When is she sending a [ __ ] When is she sending it?" I know my [ __ ]

[1:26:18] How about this? How about this? You do whatever it is that you have to do. I did everything within the law. She

[1:26:26] Yes, I did. I did everything within the law. I I found everything and I abided by everything that the judge said. Okay.

[1:26:37] Know my [ __ ] You're so predictable, Danny.

[1:26:41] You're so predictable, [ __ ] Kimmy, pull it up so I can read it. How long is it? Four pages.

[1:26:49] See, I'm not going to publicly say what she Oh, no, no, no. led that to messy people

[1:26:59] small window to answer and to get in and file stuff.

[1:27:06] Once the stay was executed, I didn't go looking for anything at all.

**Caption:**

[1:27:13] Window allowed Google to give me what I get. I didn't pursue anything after that. That is

[1:27:21] your [ __ ] is gonna fall on moot because anything.

[1:27:26] So good luck with that you [ __ ] That shows that you're watching. All of us boo.

[1:27:36] Sudden. Wait, first let me respond to this. She did cops.

[1:27:42] Okay, so let me respond to this. And guess what's going to go on now? Now all of this stuff you going and you file

[1:27:50] that it will Google's subpoena will be attached to the

[1:27:57] paperwork here. Who playing with [ __ ] Go ahead and file it so I can attach it.

[1:28:14] What are you playing with? You knew every time this how I'mma take old boy down too. He don't even know it.

[1:28:21] Yeah, sir. Head on and sir. Ter 22. Chess. Are we playing chess again?

[1:28:31] You lost every round.

[1:28:35] Oh my god. Kimmy. And I am in love with you. Is it okay?

[1:28:40] [ __ ] Okay. Foul it. And let's see.

[1:28:46] You put it on pacer and watch what comes next.

[1:28:51] Oh, I'm looking for it. I'm look like is that she's gonna do it and then you're going to do it because she's that stupid. I promise you.

[1:29:00] I know my [ __ ] So, she just sent it. She just sent it. Now, I'm not gonna show the contents of the email, but she just sent it.

[1:29:13] Jesus Christ. I know my [ __ ] Look at this [ __ ] Period. File it. File it. File it.

[1:29:25] [ __ ] So So I promise you it will be attached every

**Caption:**

[1:29:30] [ __ ]

[1:29:32] page.

[1:29:35] Kimmy, listen. before you file like please give me the exclusive cuz give me the exclusive attachments and I'll break

[1:29:42] it down. Uh, I ain't g Look, I'm not gonna get in tr again.

[1:29:47] You're not giving anything to anyone, Kimmy.

[1:29:50] That's right. I haven't exactly her information. I haven't done any of that.

[1:29:56] But you file your paperwork and I'm going to attach it to because I have to answer it, right? Yep.

[1:30:04] Exactly.

[1:30:06] So, are you going to let Kimmy make her money off of you for the whole summer or you just gonna let everyone I already made it known that I wasn't going to release her [ __ ] information.

[1:30:17] I I know. Damn.

[1:30:21] This person got up there as me questions and I said no.

[1:30:28] That's how you pop a [ __ ] Like that. That is like not even dox.

[1:30:34] That's not even doxing. That's that's black and white, [ __ ] God. Oh, does she know how many people

[1:30:42] is waiting on that patient? Like, daddy, she already stop being stupid.

[1:30:48] She already filed it because Kimmy showed the email. That was a court email where they alert you that there's

**Caption:**

[1:30:55] from the court. That was, you know, anytime you about to after a case, you have to let the next party know. You have to let the next party know that you're going to uh file something.

[1:31:06] And you can either concur or you don't.

[1:31:11] Oh my god, this is awesome. This is awesome.

[1:31:15] Yeah. See, that's how court that's how court works after. Awesome.

[1:31:19] But you go right on ahead. And because I'm before I even went live, I knew what time it was. Okay.

[1:31:26] Yes, we got one. We had 303 people in here.

[1:31:32] Now it's 299. What's up? I'mma need y'all to to hit that like for your girl cuz this is too much for me.

[1:31:42] This is too delicious. It's like move on. Move on about your business. I'm talking about the the email that I just

[1:31:49] got. I didn't release your [ __ ] I could have, but I didn't.

[1:31:58] Guys, just think about your favorite content creator that she has terrified and everyone is coming back because she her it's done. She's done.

[1:32:09] Nobody worried about you. Your threats fall to my ass in the toilet and it's going to be flush.

[1:32:16] [ __ ] you mean? You can't intimidate me in no kind of way. I did not release your information. I don't have any uh

[1:32:25] I'm I'm not planning on releasing your information. none of that. But it could be made public

**Caption:**

[1:32:33] because once it's attached to uh Pacer, that's it. What are you intimidated about? That this is the truth. So ev You

[1:32:41] just just you just uh made it clear that I'm not lying on that. It's 305 people in here. I need y'all to hit that like for your girl. Who you playing with?

[1:32:52] Stop playing. You can't win. You haven't thus far.

[1:32:59] You tried to get my channels taken. Hey, period. Let me play this.

[1:33:15] Are you bothered?

[1:33:18] Why are you Why are you even watching my lives? I don't watch yours.

[1:33:23] Is that the big three? I wonder if they're going to talk about that. Never. Never.

[1:33:30] I'm not. Look, I already said that. I was There's going to be a new big tree. They are not the big tree. They're the big loser, the big failures. That's what they are.

[1:33:41] That's crazy.

[1:33:42] No, it's done. They're done. All of them is done. It's like, girl, get up out my chat.

[1:33:50] Stop watching. Adios, amigos, [ __ ] [ __ ] ass.

[1:33:56] I mean, is adios, amigos. It's now it's time for you to get done to you. I mean, Kimmy is standing on principle. She's

[1:34:05] following the law and she's refusing to release the information. But Danny has filed a motion that Kimmy says she has

[1:34:13] to respond to to show her that it is uh goddamn YouTube giving her the information.

[1:34:27] No, Kimmy, you deserve every dollar. I'm I'm not even gonna lie to you. You deserve dollar. Ah. Oh, yeah.

**Caption:**

[1:34:38] Kimmy, I'm going to leave because I need to go buy alcohol and it's going to close soon to celebrate.

[1:34:46] But if you're still live, I'mma come back with my shots. Okay. Okay, baby. Okay. Bye, Donut.

[1:34:53] Bye, Maggie.

[1:34:56] A thank y'all so much for the love and for the support. I really appreciate that. But yeah, I I was just telling my

[1:35:06] son, I said, "Usually because the power was out, I lost everything, getting a refrigerator, all of that kind of stuff." I said, "Something big is about

[1:35:14] to happen." I said, "Usually when things go down like this, it's because something big is about to happen." And boom. I'm telling you, I was just right.

[1:35:22] Y'all know where I was coming from? I was coming from the [ __ ] food stamp office to tell them that everything in my damn freezer got destroyed.

[1:35:32] and that could they help me replace some of the meat because food is expensive.

[1:35:37] And on my way back, I got that damn email. That's where I was coming from. Wow.

[1:35:45] Hey, period. I swear to God, y'all. Hey, period. Let me play it.

[1:35:58] Thank you so much. And God bless you. And God bless you.

[1:36:03] And people don't understand a lot of the terroristic things that Danny has done to people have somehow energetically

[1:36:11] crossed over into certain people because she go real life real quick trying to get you kicked out of your house. Um

**Caption:**

[1:36:19] contacting your family, all of that stuff. You don't do that. You you just went too far. And she would have never done it if people knew who she was. And

[1:36:28] there's a lot of crimes she's committed that people can finally report because she's no longer anonymous. If she's committed a crime against anybody, um,

[1:36:37] including myself, the doctor paperwork filed, then uh, maybe they could know that her the identity. I would have to check.

[1:36:45] Yeah.

[1:36:45] Real court paperwork filed and they're trying to figure out who a person is and uh, they, you know, and it's done the right way, then of course.

[1:36:54] But you're mad because I know everything. Hey, period. Let me play it again.

[1:37:08] Thank you, baby. Let me see what do this say. Thank you so much. I appreciate it. I do. I do. I do. Let's see. Hey, Kimmy.

[1:37:17] Love baby love. Dot chatting. M. Uh, hey. How you doing today? So, that goes to show that you are clearly bothered

[1:37:26] because you're in my chat watching. I know you are and I can see why you're upset and why you're bothered because I

[1:37:33] know your whole life history right about now of the YouTube streets. I I get it.

[1:37:40] I get it.

[1:37:43] But you go ahead on. I'm gonna be watching Pacer really closely. And guess what? And Monday, I'm gonna take my time. You do your response and I don't

[1:37:52] need y'all running to Pacer right away because I'm going to give it a couple of days and then I'm going to file mine. Okay?

**Caption:**

[1:38:02] I y'all don't have to go right away looking at past because once she filed her paperwork,

[1:38:09] she moved her, you know, and then it's going to be check.

[1:38:15] the uh Tanya 21105 asked a very important question. Said, "I wonder if Jag will congratulate you." No. [ __ ] no.

[1:38:23] Yo, Jag should, [ __ ] Like, I bet [ __ ] are already alerting her. No, she's not gonna do anything.

[1:38:31] In charge, Jimmy. She said you was in charge.

[1:38:36] And I took it and ran with that [ __ ] like day, didn't I? Day. Dead ass.

[1:38:41] I'm Day, [ __ ] I ran with that [ __ ] Top flight security of the world. Craig,

[1:38:49] I think you need to get that clip. I'm gonna find that clip for you when she said, "Kimmy, you in charge."

[1:38:56] You need to Every time you get a cash app, you need to like put that [ __ ] over it. Like you got the head clap, whatever. I don't know. I'm just like,

[1:39:05] you deserve it. Like, absolutely. You know, you come up cops. You want to come up babes

[1:39:12] because you went Jag is see Jag know your audience ain't as big as her. She's gonna go and act

[1:39:20] like it was her who did it and just you know I seen Jag literally be in my live stream and go to the blue couch and

[1:39:28] repeat my [ __ ] My thing is this. I don't care whatever she do is what she do. I don't give a

**Caption:**

[1:39:35] damn one way or another. I stood up for myself. She didn't. I I was trying to help her, right,

[1:39:43] get a win. I was willing to do all of her paperwork and all of that [ __ ] But

[1:39:49] it's hard to fight somebody that keeps giving them ammunition.

[1:39:54] You have to be able to have self-control because they're they're clinging on to every word. That's why I let it be known. I'm not trying to dox that girl.

[1:40:06] Hey, period. Thank you, Kimmy Shay. Let me play it.

[1:40:19] You baby, cuz y'all know this one, everything that I get now, by the time the YouTube check come, it'll be for my

[1:40:28] birthday because y'all know it's a cut off line. So everything that y'all giving me, I'll get on July 21st and I'll be able to celebrate my birthday.

[1:40:40] Congratulations.

[1:40:41] Thank you. I You know what? The night when I first got it, I was shaking cuz I'm like, I gave up on this. Here's the truth. I gave up on it.

[1:40:52] Yeah. because they said that uh they said that the I mean you know she she

[1:40:59] got to stay because she paid the money right so uh the judge get granted her to stay

[1:41:06] but once she got the once she got to stay I said what's the use of me going after finding her identity I'll just

[1:41:15] bank on Teddy doing it everybody will find find out that way and then minding my own damn business. This happened.

[1:41:24] Hey, Cups. Welcome, welcome, welcome, baby. Oh my god. Congratulations, Miss P.

**Caption:**

[1:41:32] The Y and Moody slay. Yeah. Yes. Oh my god. The OG triple OG. Everybody should be talking about this.

[1:41:47] Thank you, baby. Go ahead.

[1:41:50] This is the conversation. Oh my god. Yo, and this just really confirms that God will always come through. I immediately

[1:41:57] thought when you said that, I immediately thought back to that live when you said that. When you said that you took her to God and that's some

[1:42:05] serious stuff and a lot of people don't really resonate with that, but I resonated when you said that and I'm seeing what happened. Like you said, you

[1:42:12] didn't go looking for this. This wasn't something that was planned or plotted.

[1:42:16] Like, you know what I'm saying? She missed the deadline, which we all know cuz she that's the thing she's like to do. She like to think she could take her time and submit stuff to the court. So,

[1:42:24] a day late and a dollar short. That's what they say. And look what happened.

[1:42:29] You you know you you submitted it and Google took some time clearly cuz that's what they do sometimes. They take their time and they they happen to you know

[1:42:37] get it get it on over there to you. And amen to that.

[1:42:41] Here's the thing. Here's the thing. They sent me an objection letter the first time, right? Yeah, the first time.

[1:42:49] I remember.

[1:42:50] Yeah. So, I didn't try to and because they say I didn't do it this way. I could look, I can go down. They say I didn't do it this way and I didn't do it

**Caption:**

[1:42:59] that way. So, once they sent me that, while I had that short window, what I did was I converted the subpoena over to

[1:43:08] a whole another state. I had to pay that. Remember I was telling y'all that I had to do that.

[1:43:13] Yeah, I remember. I remember I was doing everything back to back for that small window and then uh

[1:43:22] hold on, let me do this. And and and then because I wasn't anticipating that it was going to go through. So I

[1:43:30] got online during that time. I was trying to do everything before the judge granted the stay because any once the

[1:43:37] judge grant the stay, you can't you can't go past you can't do [ __ ] So I was like, "Let me hurry up. Let me

[1:43:45] hurry up and ease it on in." So that's what I did. And once the judge granted the stay, that was it. I have the date.

[1:43:54] So you go right on ahead. I y'all I said I'm not stopping until the judge say stop.

[1:44:02] The judge didn't respond to her for a couple of days.

[1:44:07] And so that gave me the win. I was like, "Please, judge, don't say nothing." I was, "Y'all, I was at home. I was like,

[1:44:14] she filed the paperwork and I was like, uh, your honor, please don't say nothing." And I was, y'all, I was filing and I was filing. I was up and I wasn't doing lives. And I'm missing I miss you.

**Caption:**

[1:44:26] I miss I miss y'all, too. And I love y'all, too. But I got to work and I was in the back and I just kept doing it and

[1:44:33] then I converted the subpoena over and then I had to file the paperwork over there and and and do all of that and then have

[1:44:42] it served and then once I had it served I mean and then that's when uh

[1:44:51] that's when the stay was executed after I did everything. So those few

[1:44:59] days I got it done. You can't sleep when you [ __ ] with a [ __ ] like that. You can't sleep. Clock it.

[1:45:10] Clock it. I mean, she honestly let herself get in the way cuz if she really didn't want to happen, she should have sent that monies. She should have got the monies and they should have sent the

[1:45:18] monies on time and they didn't. And amen to that. I'm happy that you didn't do it on time, Heer. Thank you, girl. Thank you. I promised y'all that I wasn't

[1:45:28] gonna stop. Y'all Y'all was saying, "Please don't stop. You keep going.

[1:45:33] Don't give up. If I would have gave up one day, I wouldn't have had this subpoena cuz this subpoena skated through.

[1:45:46] It skated the [ __ ] through." Kimmy. Kimmy, you um refresh and tell them what you're talking about cuz some people are lost.

[1:45:53] Ah, did not you do it, baby. you know everything.

[1:45:56] Well, I put it in the chat. Kimmy Love got all of Danny Robinson real identity from Google LLC doing business as

**Caption:**

[1:46:03] YouTube. Um, they were they were fighting a battle where Danny Robinson was harassing people uh with copyright

[1:46:11] strikes and other things. And Kimmy Love utilized the copyright law, a federal law to and also diverse jurisdiction to

[1:46:19] sue Danny Robinson and the court of law for various uh uh uh harassment campaigns online and offline, which

[1:46:28] includes, but it's not limited to um sending people to her house trying to get her government assistance taken and

[1:46:35] so forth. Kimmy has been fighting this fight for a very long time. Last I heard, Danny Robinson lost and had to

[1:46:43] come up with $10,000 bond assurity in the federal court, which is just sitting there waiting for Kimmy as the federal

[1:46:50] court is going to dismiss her frivolous appeal. Um, and Danny Robinson has been filing court documents to state a

[1:46:58] judgment to conceal her identity and just try to put Kimmy under a gag order from exercising her constitutional

[1:47:05] right. So prior to the judge issuing any stay or responding to any subpoenas,

[1:47:11] Kimmy hurry up and filed and had served Google LLC doing business as YouTube in California subpoena and Google compelled

[1:47:20] to the subpoena giving Cammy Love every bit of access and information to at

[1:47:28] Danny Robinson account at truth teller Danny at uh the Rotted Donut at whatever account at the after cafe that ain't got

**Caption:**

[1:47:36] no food or nothing. No tell Danny all that all of that. So Kimmy love has everything including the backlog

[1:47:44] including what day this happened that happened and switched over and so forth and um we just don't know the identities

[1:47:52] of any of it but I I sense people breathing and finally can relax knows that ho probably can get a little clop

[1:48:00] back. me. She She did me dirty the same way. All because I was protecting and defending Jaguar. She collect people

[1:48:07] audiences that are mad at their favorite content creators do hate campaigns against them while nobody knew anything about her. So now she's scrambling,

[1:48:16] shaking in her boots, probably got diarrhea. Hurry up. Went on chat GBT and filed a motion in the court of law so

[1:48:23] that Kimmy could not deliver us this great news from Google LLC doing business as YouTube. And Kimmy has made

[1:48:31] it very clear in this video which is recorded and Danny is the type that'll try to use it against her. Everybody has said nobody is Kimmy's not releasing

[1:48:40] your information, but with you filing papers and Kimmy has to respond, she's going to be uh compelled to show what

[1:48:47] Google um gave her in order to protect herself. And once that happened, um everybody going to have a field day. So,

[1:48:55] we trying to figure out if she going to let Kimmy Love make her money off of this exclusive tea or she gonna put it in the public domain. That's where we

**Caption:**

[1:49:02] are. Does that summarize it? Uh, Cammy, you did excellent.

[1:49:07] That was real good. Honestly, that was a real good thing. I really I would really appoint you as a YouTube lawyer. Like somebody said that in the comments and

[1:49:14] it's like the black tea sector and Kimmy Love is the queen.

[1:49:19] Yes. Yes. Okay. Period. Okay. And on do it like that then. I like that. I like that you just ate that down. Definitely

[1:49:26] doodling on the toilet shaking in her boots. Mhm.

[1:49:29] Now, what he didn't say was while I was live, she sent me something because that's what she was about. She's about to uh You go ahead on again.

[1:49:41] Yes. So, so yes, she so she f What was the title of the document so I can I can clarify legally what she's really requesting?

[1:49:50] To my motion to enforce stay for protective order, order to show cause contempt and sanctions. Um, so basically

[1:49:59] she's saying she has a protective order for Kimmy to not uh get or collect any information about her identity. But your

[1:50:08] you need to your issue basically it's for violation of the stay. She's she's saying that I'm violating the stay. But here's the

[1:50:17] thing. You're wrong sweetheart because I didn't violate the stay. I didn't go after any of your information after that

[1:50:25] day. And I'm going to tell you something else, Kimmy. Your judge is so sick of her. Um, off the record, I'm pretty sure

**Caption:**

[1:50:33] your judge contacted and talked to them lawyers over at YouTube and told them to give up that information. That's what

[1:50:39] the [ __ ] happened. Honestly, they they they sick of you.

[1:50:45] Send that [ __ ] Send that [ __ ] Y mad you gave Kim her 10 stacks

[1:50:55] and now she's mad and now she's trying to file more paperwork. It's Friday.

[1:51:02] That that judge was pissed the [ __ ] off that she had the nerve to file an appeal and tired of that [ __ ] They got you got the money. That court want to be done with that case. They talk. They do talk.

[1:51:14] Believe me. Okay. So that appeal probably is going to get dismissed at the same time when you receive the answer from the judge and and you gonna

[1:51:22] be looking stuck and you're mad. You're mad.

[1:51:30] Period. And I also You're mad that I hold the keys right here.

[1:51:38] That's right. Flick the paper, man.

[1:51:39] Flip. Can you do a little uh flick with the paper? Can we get a fan of the paper?

[1:51:43] Listen. Defend yourself with the paper, Miss Kimmy. That's right. It's getting hot up in here. It's getting hot up. That's right.

[1:51:51] Kimmy, she said you look like Timmy Tucket and all. I since you I'm pretty sure you already got the information, the images off the profiles and stuff

[1:52:00] before you went live. I would have hit up the Facebook, the mama Facebook, the daddy, the [ __ ] family dog barrier

[1:52:08] spot. I would have pulled all of that [ __ ] up before I went live. So, I know you got it. Look.

**Caption:**

[1:52:15] No, but how about this? No, I didn't do any of that. I have the whole weekend to sit back.

[1:52:23] Take your time. Go through it. I got everything now.

[1:52:26] Yeah. Ain't no rush. Take your time and let me take your time.

[1:52:31] Let me say this again so she won't be confused.

[1:52:35] All of this paperwork is from one channel. From one channel. And how many?

[1:52:46] Yeah. Not even her main one.

[1:52:54] That's not even her main channel. But the time that this channel was created, all kinds of [ __ ] Oh yeah. Emails.

[1:53:02] Look, all kind. I ain't gonna give I just told y'all I gave y'all like a summary. But if I told y'all everything

[1:53:09] that was in here, she'll really be shaking in her boots.

[1:53:14] But it is what it gonna flip through the screen, Miss Timmy. She gonna flip through the screen. I'm telling you, I respect it. Oh, [ __ ] I ain't

[1:53:23] never been on the edge of my seat waiting for nobody. Be so good. This is gonna be so good.

[1:53:28] I'm just in her court. File the paperwork. ballad girl. Here and you know Timmy Love has morals. Me

[1:53:35] [ __ ] I would have d I would have did a 12 hour video just dragging straight up.

[1:53:44] Nah, give me doing the right thing though. You know one thing you are doing this is a class and you are definitely teaching the girls. So, I want to definitely give you your tens on that

**Caption:**

[1:53:52] because a lot of times, you know, I know a lot of people say a lot of things, but from somebody who been around for a while and I just sat back and I watched

[1:54:01] a few things when I was in and out of YouTube. A lot of people don't want to admit it, but that person did spread that toxicity on YouTube. I've seen a

[1:54:08] lot of good people. I don't really know donat like that. But I do remember when I first started watching his videos, he has great commentary and it seems like

[1:54:16] once she started attacking him, once I found out about that, he he started getting angry and then all that stuff started coming out and then it just was

[1:54:24] like and you know it's like she turns people bad. You know what I'm saying?

[1:54:28] Like she turned a lot of good content creators bad. She changed the way we did our content and made a lot of us not even want to talk. What we're doing

[1:54:36] today people couldn't even do a year ago. Like, you know what I'm saying?

[1:54:40] Like, because ultimately she created so much hate between content creators in this space that nobody wanted to talk to nobody. Nobody wanted to trust nobody.

[1:54:47] Nobody had a safe space. And not only are you providing that safe space, Miss Kimmy, but I feel like that God is really using you, Miss Kimmy. I really

[1:54:55] do feel like that. And you know, you doing the right thing. You going about it the right way. I think that all of us, as much as we would love to know,

[1:55:03] you know, this person's name or whatever that is, we I know and I know Donat know and I know Magie, I know anybody who's been affected by this person, this

[1:55:11] channel, and these people know that God is showing all of us that our day will come. We just got to be patient. You know what I'm saying? We got to let

**Caption:**

[1:55:18] Kimmy handle her business. Let her do it the right way. You know what I'm saying?

[1:55:22] We don't want to knock her off her game because we I want you to win all around.

[1:55:26] All around. I want you to win. I don't want nothing. I we we none of us should want nothing to go wrong. We want to all keep this on the straight. We don't want

[1:55:33] to give Shaky B no reason to be adding nothing in the court documents because Kimmy ain't doing nothing wrong. She has every right to come on here and speak

[1:55:42] about what happened. She didn't do anything wrong by coming up here. She never, no matter what she said in the past, she's proven today, you know, that

[1:55:49] that's not what she's here to do. She's here to finish her case out and do the right thing. You know what I'm saying?

[1:55:54] And we want to give her her tins for that because everybody else like you know you never know what one of us would have did if we was in that situation. I don't know what happened.

[1:56:03] But she released the transcripts. She she released the transcripts. She released everything trying to prove me as a liar.

[1:56:12] Yeah.

[1:56:12] Now we're like go ahead. Don't threaten me with a good time because this paperwork will be well prepared.

[1:56:21] And can I also add something? I think it's very important especially for the community of YouTube. So, um, somebody

[1:56:29] reached out to me about this live stream that I haven't talked to in years. And the reason I haven't talked to that person is I couldn't understand why he

**Caption:**

[1:56:37] was saying he was sending Danny money to get closer to her to figure out her identity. And then I haven't talked to

[1:56:44] him in years and he he hit me up about this. So, I think the See, the Avengers, first of all, God is the only Avenger.

[1:56:51] That's why you [ __ ] up. Here we go, baby. Say that [ __ ] But that little community of people, some of them like the gentlemen that I

[1:56:59] know were only there to capture information and there because of the wow factor and they too have been victimized and bullied, cyberstalk, harassed. I

[1:57:08] remember Deanna came to my channel and she said that Danny was stalking her, cyberstalking her, harassing her, making

[1:57:16] accounts, emailing, doing stuff. That's what these people do. So, a lot of the Avengers, the reason some of them had no

[1:57:23] choice but to be over there. You'll see how they move the moderators. Oh, welcome, welcome over. And she steal people audience and supporters and you

[1:57:32] can get so mad at them. Like, cops is right. I c she caused me a lot of PTSD.

[1:57:37] I became angry, upset, and bitter. And I feel like this curse and this this thing that she that anger in me from that,

[1:57:46] you're helping me get over it and other people, too. So, I feel like the Avengers should have a safe space to come on and click your link and and tell

[1:57:55] their story about why they was over there and atone for their sins for claiming to be an Avenger and get back

**Caption:**

[1:58:02] indoctrinated into the bigger community where people are just actually doing content and not not cyberstalking and

[1:58:10] doxing and not normalizing this hurtful harmful rhetoric. So, I think the Avengers deserve a second chance.

[1:58:18] Just to ease everyone's concerns, my real name, phone number, and address are not attached to the Google subscriber

[1:58:26] information at issue. So, the personal information was not obtained through those records. The larger issue is that the files were accessed after court.

[1:58:34] Girl, stop it. No, it wasn't. Let me let let me play this. Okay.

[1:58:48] Then if that's the case, then what are you so upset about that? I didn't try to obtain it afterwards.

[1:58:55] I guess the motion was gone. The date on here. Let me show y'all since you

[1:59:02] download this live and let me show you this sweetheart.

[1:59:09] Just so you will know, let me click out of your [ __ ]

[1:59:14] and go here. Go back down to here. Okay,

[1:59:22] y'all. I'm sorry to keep caming up looking like this. I'm so sorry. But let me say this. This was the last time y'all see that date, April the 20th.

[1:59:34] That's when I first issued the subpoena. They contacted me today.

[1:59:43] So, it's called the ball being in motion.

[1:59:48] That's what it's called. Sometimes you can't stop the ball once it's going.

[1:59:53] Okay. So, stop lying on me. Stop reflecting. I mean, deflecting. Thank you, Ni J.

[2:00:02] You're a liar and you're mad.

**Caption:**

[2:00:08] That's what it really is. You're a liar and you're mad.

[2:00:13] So, if your real information is not in this, then why did you try to stop it from coming out?

[2:00:23] Huh?

[2:00:25] Why did you do know that these records go back from the day that you started your channels?

[2:00:36] You do realize that anything associated because I also asked everything associated with these emails.

[2:00:47] You do know that, right? So you can lie, you can deceive the people like you usually do. That's on you. It is what it

[2:00:56] is. It's up to the people to figure it out, not your lying words with your beautiful lies. Okay? Stop it.

[2:01:06] Why are you trying to stop it? Why did you file paperwork today? If all of this is lies, then why file paperwork? If it's not you, why be worried?

[2:01:17] If it don't apply, let it fly. Okay? Why are you so upset?

[2:01:26] If it's not you, then it won't affect you. So, let me take a screenshot of this.

[2:01:36] Let me take a screenshot of this and use it in your response to show how it's not you. Why are you worried? That

[2:01:45] means that if it's not you, I didn't affect you in any kind of way. Don't you know I know how to fight? If this is not

[2:01:53] you and none of this is you, then that means that it don't affect you. So, you

**Caption:**

[2:02:00] can't be compensated over something that's not you. Make it make sense. Who you talking to?

[2:02:09] You're not talking to an avenger. We in a den over here.

[2:02:13] Hello. These are not these are not manipulated people over here. Okay, the class is waking up. The people are not being manipulated by the lies no more.

[2:02:21] We see the receipts. Okay, we see the receipts. We like receipts. The people want to see real receipts. Amen.

[2:02:29] That part. So, if it's not you, why are you bothered jumping at the 9:00 hour filing uh paperwork?

[2:02:36] Why? and and it and if it's not you, we know that I mean ultimately she said that the counselor's already made for her. But it don't even matter because

[2:02:44] like she said, it would take extensive working and that's what's going on regardless of what because somebody's going to have to talk to the cops at

[2:02:51] some point in time regardless. Okay? And they're going to give you up. They'll be a fool to go to jail for you because they can't just say they made a channel

[2:02:59] and then what? Just gave your login to information to people. We not gonna keep believing this John Doe story.

[2:03:04] I'm sorry. I knew it. That's her on the burner. Who else got that? Come on.

[2:03:08] That's her. Nobody's going to bat for you like that and looking that up, Danny. That's you on this Ly's commentary. That That's you. Okay.

[2:03:20] People can see it clear as day. No, Ly's not her.

[2:03:26] Lucky is basically saying, look at the reference.

**Caption:**

[2:03:28] I I see the prior I see the prior message. She Sorry about that. April filing continuing. Exactly. So, here's the

[2:03:37] thing. The judge issued the stay after you paid the money, but it was wiggle room, sweetheart.

[2:03:45] You couldn't stop the ball once it's gone. It was in motion, right? She was too busy asking

[2:03:53] questions. She over here talking about, "Judge, I need understanding." No, you need to had to send that money. You should have sent that manis. If you didn't want that name out, you should

[2:04:00] have been sending that money out. She thought that you right away and I wouldn't even file none of she would have paid the money right

[2:04:08] away. I wouldn't had no [ __ ] information.

[2:04:11] There you go. There you go. Because she didn't because she kept playing around.

[2:04:14] She kept [ __ ] footing with the court some I just need confirmation. If I give y'all this money is going to make sure that she can't give my information. No,

[2:04:22] you need to send the monies. And because she didn't, once again, once that window opened, that's when it was game time and you was ready for the game time because

[2:04:29] you I know I surely remember when you was telling people, I'm falling back right now. I'm focusing on some things, which means that you had your head in

[2:04:36] the game. So if she didn't, that's on her. Silly her, right? That's why she lost now.

[2:04:44] That part, that part right there, right? Because she because she tried to

**Caption:**

[2:04:52] grab the ball and she tried to keep arguing with while she arguing with the judge

trying to get motions. I was filing paperwork other places.

[2:05:03] Hello. There you go. There you go. And that was the smart thing. And you know she

mad about it. You can't be mad about it, sweetie. You the one that thought

[2:05:10] you was bigger than the game. And now the game is showing you that it's bigger than

you, Bookie. And and this also another valuable lesson.

[2:05:17] [ __ ] be like, "Oh, you filed this. You filed this. Why you filing this paper?" Because

of moments like this. Yeah.

[2:05:23] You got lost in the paperwork and don't Yeah. Instead of going, instead of stressing

because, see, here's the

[2:05:31] problem. She's fighting too many court cases at one time that she can't concentrate.

So, yeah. So, meanwhile,

[2:05:40] while you're fighting over here, go over there. Look, look, she looking over there. She

falling for the banana and the tailpipe. She's too busy over there looking and I'm dealing with

the

[2:05:49] real [ __ ] I've been trying to tell certain people that like you I'm filing [ __ ] but you

don't know what I'm doing. You're going

[2:05:56] you're going to look up and you tied in a [ __ ] knot.

[2:06:00] You not the fing why are you filing paperwork? It's not going to Again, let me make

this clear.

[2:06:09] She said it on her community wall that it's not her and that it's false and everything

that I'm doing that she never

**Caption:**

[2:06:17] uh put her real name on anything. Then that means that it don't affect you. So how do you think you're going to get

[2:06:24] sanctions? How? I didn't file anything after that date. You send me something that Google said that I tried to pursue anything about you after that date.

[2:06:38] You're not going to win. Stop trying to be the smartest person in the room. Stop. You're not.

[2:06:46] Your arms too short to box with God, baby. And I'm protected and covered. That I am.

[2:06:54] Know that.

[2:06:58] Clock dead. Amen to that. Cuz you surely is cuz God is really doing a thing. I see it with my own eyes. Okay. Cuz this

[2:07:07] M beginning to end is good. She clearly wasn't paying attention. She how she getting beat by somebody that writes with crayons. Remember y'all

[2:07:16] remember she was laughing at the first one. Oh, look at look at her little squiggly writing and all of that kind of stuff. Oh, I was the biggest joke on here, wasn't I?

[2:07:26] But your your signature looks like Cray Hines, too.

[2:07:30] Hello. Look like she writing with her left hand in her left foot. In her mouth.

[2:07:35] In her mouth. Yeah. everything but the right hand clearly cuz you know her voice shaking so is her mouth so she was writing with her mouth that's what it looked like when I seen

[2:07:43] that I said what is this like you out here look you're out here looking bad darling she's a criminal this person is a

[2:07:51] criminal and that's going to be exposed that she's a criminal and that's what's g that's what's going to be the big piper because regardless of what we

**Caption:**

[2:07:59] gonna get that need okay so file your paperwork ma'am please hurry up yeah hurry up.

[2:08:08] But you she's mastered the art of manipulation too. She felt like Yes. Yes. She manipulated from the

[2:08:16] beginning. From the very beginning. The very beginning. She was a manipulator. The calling herself the truth teller.

[2:08:23] Exactly. Stop it. Ph. Stop it. No. No.

[2:08:27] Yeah. PhD. She ain't got play hating degree. That's what that is. A play a hated degree. That's about all that she got. She ain't got no damn PhD.

[2:08:37] It's no way. It's It's just hard. But you know what? It's not hard for me to believe because one thing I learned that it's a lot of weird people like

[2:08:45] that have good jobs. You say like good working job, working class jobs, right?

[2:08:50] That hide behind these accounts attacking people like you or I. People who come from, you know, just regular

[2:08:57] backgrounds trying to make a way, trying to make their little content, trying to come on YouTube and do their little thing. and people like that who already got something going off yourself. You in

[2:09:06] school for your PhD, but yet you sitting online doxing, harassing, stalking, and taking black people channels. Why? Like,

[2:09:14] that don't even make sense. What are you going to school for your PhD for? What the hell do you want to be when you get out of school? I'm I'm concerned.

[2:09:23] Don't Don't believe Don't believe the hype.

**Caption:**

[2:09:28] Yes, I'm concerned. What the hell you going to school for? You getting a PhD to do what? Because whatever you going to go do, whoever you're going to go

[2:09:35] work for, whoever you work for, now I'm very concerned because this seems very like a criminal organization. If I'm being honest, this person is a criminal.

[2:09:47] You know, this is fact, Sarah. People with professional careers don't like this. And that is so on point.

[2:09:53] I've never seen I've never seen a person with a professional career acting like this. I've never even seen a person in

[2:10:01] college. And you got kids, Miss Kimmy, that I'm pretty sure they got kids ain't acting like that. They ain't going to be no college student. Kids that go to

[2:10:08] college, they are they got a different way about them. You know what I'm saying? They, you know, they not perfect. I'm not trying to say they, you know, better than anybody, but they have

[2:10:15] a different mindset. Like, you know what I'm saying? They not going to be in school studying for their PhD while online.

[2:10:21] You don't have time. You're There you go, Miss Kimmy. There you go, Miss Kimmy.

[2:10:26] Say for instance, you hold you you're in degree. You you studying you studying all the time. Especially

[2:10:33] for a PhD, you in overdrive. So many of my friends who was in school for their PhD this year, they went missing because they couldn't even keep up with social

[2:10:42] social media because they in their books cuz they trying to pass cuz you're not spending all of this money for nothing.

**Caption:**

[2:10:48] You're cognitive dysfunction. Like something else, girl.

[2:10:52] Oh my god. She not gonna stop. She is shaking the table. Oh my god. She shaking table. What she say? What she say?

[2:11:00] She sent you something else from uh a court filing.

[2:11:08] I just updated Pacer like 30 minutes ago.

[2:11:19] Email G. Email G. And that's even weirder part because why are you emailing me? They're like I couldn't even imagine what is wrong with these

[2:11:27] people. This screams like something's not right in the mind. It's not okay.

[2:11:36] Miss Kimmy, what did he say? Yeah, that's not even indexing. Hold on. Okay.

[2:11:45] She can't help herself.

[2:11:48] She's Ashley stopping the medical field and I'm Thank you, Ashley. Like, listen.

[2:11:52] Okay. It's hard to do. Like, listen. I have I'm trying to I I could barely get back on YouTube because it's hard to jump back and it's like it's to toggle

[2:12:00] these things. It's already hard to toggle your real life and everything that you got going on and then trying to make space for YouTube and you know that

[2:12:08] takes Wait till I get offline darling. Oh god, what she saying? Basically the same thing.

[2:12:16] Oh my god. Like leave me alone. Something is wrong with her. That's like she harassing you.

[2:12:25] Yeah, that's harassment.

[2:12:30] This is like harassment. And what else is this? I feel like this could be some other stuff. This is like intimidation.

[2:12:37] Well, I'm aligned. You're you're you're clearly bothered.

**Caption:**

[2:12:41] Like you're talking about you're not doing anything wrong. You're having a conversation and you're bothered. You're scrambling and it looks like you're panicking.

[2:12:52] She's She's doing that to use that as her content to prove why you're wrong. And she's right.

[2:12:57] Olivia, look, she ran to her community wall. I thought I thought [ __ ] don't make you move. Your show look like you're moving to me.

[2:13:08] Oh, tell them, Kimmy. That's what happened when we steal people's [ __ ] Yeah. Yeah. I thought we don't make you move.

[2:13:14] Oh, I love it. I love when moments like this happen. I feel like you made her move, Miss Kimmy. I feel like you made a move. I feel like she jumping. She got

[2:13:22] ants in her pants. Shaky ants. That's what I feel like. Shaky pants. She can't help herself.

[2:13:31] Yeah. Here we go. Let's show it so y'all can see I ain't lying. She keeps sending me emails.

[2:13:39] Leave me alone, weirdo.

[2:13:41] Yeah. Stop. Stop emailing us. What is wrong with you? Foul it, girl. Foul it.

[2:13:45] We don't want you to We don't want you to keep emailing us. I want you to file the paperwork, girl.

[2:13:52] Like, what are you doing, girl?

[2:13:54] Girl, file the paperwork. Don't keep sending it. Acting like a slimy burger.

[2:14:00] Like a little shaky bike. Get yourself together. You pull yourself up in the gather up, man. And just f the paperwork. That's Yeah, you got the whole weekend.

**Caption:**

[2:14:10] We don't want to hear no more yapping from you, girl. Foul paperwork, girl. Hurry up.

[2:14:16] You know, I want you to have her hurry up. Her ain't that her words? Her model? Don't nobody make her move.

[2:14:25] Oh, that is that really her model or did she steal that, too? Is her She stole everything. She's a little

[2:14:32] shaky stealer. And we want you to fit paper for her shake box. [ __ ] you're moving. You're running. You're panicking.

[2:14:39] Oh, she you're you're panicking. You're finding too many things at once. Take your time.

[2:14:45] Think about what you're gonna file. Stop emailing me. Think about what you're gonna file and think about response.

[2:14:52] That's right. That's right. Say it again. Yeah. Yeah. Lying to your people.

[2:15:00] Lying.

[2:15:02] Lying to them people. She can't help herself. Is she telling them people that she emailing you 25 minutes per hour?

[2:15:08] Girl, the same thing over and over and over.

[2:15:11] For what reason? We don't know. We got it the first time and we know you heard it cuz you listening. Yeah, you are. You're listening.

[2:15:18] That's even weirder. Let you listen. Any of your information. We don't want your shaky information.

[2:15:26] Girl, we gonna sit back.

**Caption:**

[2:15:27] Somebody just can't say wolf. A hit dog will holler. Every dog she and she is hollering. That same

[2:15:36] collar is going to be around her little doggy neck. She is hollering around these streets. Mhm. read your docket

[2:15:43] without waving our objections. Google may be willing to produce responsive non-content data to the extent if it

[2:15:51] exists and is available. Read your own docket. Right? Like you're tripping. You're moving.

[2:15:59] You're moving recklessly. That's how Look, okay, I'm going to tell y'all a secret.

[2:16:06] That's how I beat her. She's too impulsive.

[2:16:11] Meanwhile, she's too impulsive. Go ahead, file the paperwork.

[2:16:18] You have my file that paperwork so I can respond and attach everything.

[2:16:26] Fa paperwork in a federal public filing

[2:16:33] to shut up. You're not period because it's freedom speech and

[2:16:41] you can you can talk about what you want to talk about. You're not doing anything wrong and we're just having a conversation.

[2:16:46] Yeah, she it's not it's not our fault that she attacked people and the people that she attacked is interested in your conversation and we want to support you.

[2:16:54] What's the problem? What are we doing wrong here?

[2:16:57] Exactly. And I didn't try to I didn't try to get any more information after the stay.

[2:17:02] No, I didn't. You prove to me that that's what I tried to do. That's what you would have to prove. Yeah.

**Caption:**

[2:17:10] Just just for heads up for you, sweetheart. You would have to prove that I tried to get things after that date of that stay.

[2:17:21] That's what you would have to prove. I put it on my community wall that you paid the money and you got to stay. So you prove that anything after that that

[2:17:29] I tried to that's how you would win if I was going to Google behind that's going to stay after the judge ordered it and I

[2:17:38] kept saying okay I want it I want it I want what I supposed to do tell Google no I don't want this I don't I don't need this

[2:17:46] I didn't pursue anything after the fact see I listen to what the judge says I

[2:17:53] show up when they say show up all of Okay.

[2:18:01] So again, I will not be making you none wiser after this point on. I'm not

[2:18:09] saying anything else about what I'm going to do. You just do whatever it is that you have to do and I will respond.

[2:18:18] Just know that. File that paperwork. file that paperwork.

[2:18:27] No one is doing anything against the YouTube community, guys.

[2:18:30] That's right. No, we're not. We We just having a good Kiki, a good talkie. Ain't no different than her and her little friends up there talking the other day when they was talking about Magic.

[2:18:38] Right. So, and we not even doing it. We just having an open conversation about the pain and the suffering that was caused in this safe space with Miss

[2:18:47] Kimmy from that said individual. But we not doing nothing wrong. We not doing nothing.

**Caption:**

[2:18:51] They don't like it when you pull a U on you. Oh, they don't like that. They don't like that. And when you do it better than them, they don't like that.

[2:18:57] Oh, they don't like that. They don't like it, especially. Didn't I tell them? I said, I know how. I know how to throw this mouth. I know.

[2:19:04] And I know how to throw that paperwork. Yes, you did. Yes, you did, Miss Kimmy.

[2:19:08] You said that. I heard you when you said it.

[2:19:11] You told her, but she didn't want to listen. It's the ego. The pride always come before the fall. Okay. I knew that. I was like, "Oh, this gonna be so good.

[2:19:19] This is gonna be so good." Gave her a road map.

[2:19:23] I told her I said between while the judge was making their decision, I filed paperwork. It the what I'm supposed to

[2:19:31] do? Okay. Cuz the judge could have took two weeks to respond. So I supposed to sit back twiddling my fingers or do I supposed to do be a verb?

[2:19:42] You supposed to operate like a pro person and get on it like any good lawyer would? That's right.

[2:19:49] Hello. And meanwhile, your point is moot because the Google the same platform that you did all of your demonic [ __ ] sold you out regardless.

[2:20:01] They sold you out.

[2:20:02] The numbers matched. It's a continuation of April. You got you got checkmated

[2:20:09] bot. It's a Exactly. I can prove my case. You've been beaten again. And

[2:20:16] that's that. And what's crazy, she she's talking about this channel is not in her. It takes somebody to give up their

**Caption:**

[2:20:23] identification, their ID to be able to do that. And then on top of that, that you've been uh affiliated with a place that do PPP loan fraud, check fraud.

[2:20:32] Some of them could be the victims, too. So, it's a big issue.

[2:20:39] Yes, it is a big issue with this individual.

[2:20:44] And and it don't matter even if the Google account is in somebody else name.

[2:20:48] Whoever that person is, they got to be very close to you cuz who would risk their life? YouTube, their ID, their identity, and everything that they I

[2:20:56] would hope that they work for unless they what uh I mean, I don't know. Are they a not a real person or a person that's no longer here? H but either way, who would risk their life just for you?

[2:21:10] I mean, it's all cute in the beginning when it's like, "Okay, girl. Yeah, you could be invisible. I'mma Yeah, you you know, girl, you can use my account, girl. Be invisible on my account."

[2:21:18] So, you know, come over here and be invisible. And then they let you be invisible and then you get all reckless like this. Doxing people, harassing people, stalking

[2:21:27] people, taking people channels, false false copyright strikes, harassing people family members, trying to take people jobs, trying to get people out

[2:21:36] their homes, impersonating people. You little creep. And you think that whoever this person is that under this account

[2:21:44] just going to sit there and take all of that heat for you?

[2:21:47] So So YouTube YouTube gave the information to everybody you close to.

[2:21:55] Huh?

**Caption:**

[2:21:56] I'm saying if she she she tried to put on a community post talking about the channel. You have to give up identification. You have to have an ID

[2:22:04] and or scan a face. So even if you're saying that these channels was not in your name, it's somebody close to you on

[2:22:12] these monetized channels that gave up their information to ver to get that Y.

[2:22:20] Let's go way back when she first started her channel. Is that how she came in with Truth Teller Danny? Which channel did she have first?

[2:22:30] It was no the channel it was her first channel was the truth teller Danny because it was made in June and so they did it on that one too or did they do do it on all of them?

[2:22:40] See, that's the question that ensues like like come on because I'm not gonna say much more, but yeah.

[2:22:48] Right. I mean, give me we know I know that I feel I know that you know what you're doing. So, you're ahead of the game. So, you know, but we we just gonna

[2:22:56] kiki with her for a second. Uh when she first came ahead, the the truthteller page was the first page and then the Danny Robinson page was the second page

[2:23:04] and then she just operated mainly on the Danny Robinson page, which was pretty weird, you know. But either way, you know, all them accounts, there was a

[2:23:12] mistake made, especially in the beginning. Like, you know, that's where all the mistakes are always made in the beginning. So, one of them accounts or maybe both of them accounts, who knows?

[2:23:20] She could be lying ultimately because she all she does is lie. So, you know, she could keep be lying. Say, "Oh, the accounts is not in my name." Well, I'm still trying to figure out who

**Caption:**

[2:23:27] lie to the Avengers, but she can't lie to me, right? Or people that got a full brain, a working brain with common sense because once again, who would give up

[2:23:36] their ID and risk their life? I just to say just for you to come on here and do something like that. A mother. Did your mother do it?

[2:23:50] I'm in the background, baby.

[2:23:53] And my thing is this. I did this for each one of you victims. I'm sorry

[2:24:00] that she can't come up and apologize for all the things and how far she went. But I'm here to tell y'all I'm sorry that

[2:24:09] all of this happened to all of y'all. I am truly and we can start a new

[2:24:17] and it's hard sometimes to start a new when you've been through all of this and you and your main channels is shut down and all of that kind of [ __ ] I get it.

[2:24:26] I understand and I'm sorry that all of y'all went through this. I am.

[2:24:33] But be great and continue.

[2:24:40] Right. Well, thank you, Miss I. I appreciate that. And we all know that guess what? The time is going to come regardless, you know, and you know, I

[2:24:49] think that once again, no matter what she's done to people on here, you know, I mean, I know some things is, you know, everybody take things differently, you

[2:24:57] know. She can't stop what God has put in all of us. You know what I'm saying?

[2:25:04] thing she's done was probably derail us, you know, maybe took off took us off our path a bit. You know what I'm saying? But she can't stop what God had for us.

[2:25:12] Like, so it's like prayer really works, y'all. Prayer.

[2:25:16] Look, I know that it sounds so cliche, but prayer really works.

**Caption:**

[2:25:23] It does. Many of times, y'all, I thought that I was being defeated. Hey Stacy,

[2:25:31] my 6'2 in the house. That's right. Thank you, baby. Many a times. Let's see. Wait.

[2:25:38] Congratulations, Kevin. The bot forgot about Faith Jenkins Latim.

[2:25:44] Oh. Oh, okay.

[2:25:49] Many of times I felt defeated, getting talked about, getting ridiculed.

[2:25:57] my information out there wondering am I gonna get put out because of some [ __ ] that somebody done conjured up together.

[2:26:07] My life is in turmoil all because I wanted to start a channel and protect some protect my friend.

[2:26:15] Right, right, right, right.

[2:26:18] And I was like that's what, you know, I felt like I was being by me even dealing with that person that I was being

[2:26:26] cursed. But my my love, it was I did it with love. My intentions was really right to really help my friend, right?

[2:26:35] I didn't know that I was going to be uh possibly it was a possibility of me losing my house. My mug shots was going

[2:26:42] to be thrown around here. So, I put up my mug shot, tried to beat people to then my police cam footage showing the outside of my house and all kinds of

[2:26:51] [ __ ] Me being harassed, just all of that. I didn't realize that that was a part of just trying to genuinely help somebody.

[2:27:02] Yeah, that's that's why she did that [ __ ] to me cuz I was helping Jay.

**Caption:**

[2:27:08] This lady has it. I don't know if it was just content or she has some seriously going on in a disdainment for Jack

[2:27:16] because it's crazy like that or or it just could have been that was the content. Kimmy is not a part of it.

[2:27:23] denied as a part of it. Anybody uh advocated for JAG or anybody that can get attention, I'mma attack them. That's

[2:27:31] what it felt like. She did it to even Ralph. I gave him the Jag content and she turned against him and and attacked

[2:27:39] them. Same thing with Magic. She goes out the people that are attached to Jag.

[2:27:48] Nosy ho got attacked because she was helping Jag. Like whoever. No, no, no, no, no. That's not true. That's not true. Nosy Ho did not get attacked because she was helping Jag.

[2:27:58] Mhm.

[2:27:59] Nosy Ho got attacked because she had Nicki Minaj victim up on her panel telling her story and because she was

[2:28:06] beefing with Tasha K and because she exposed All about the tea. That is and and she specifically was attacked by the Shakybot because of all About the Tea.

[2:28:17] Not because of nothing else but All about the tea. Jaguar had nothing to do with that. Jaguar is just an easy target because when Jaguar was up here with

[2:28:26] Nosy, that's when a lot of people started making content like myself. And they think that Jaguar Wright name had power in the algorithm, which it did

[2:28:34] because it was during co and you had somebody who was famous. Of course, you know, we know Jack now, but back then she was Jaguar Wright coming on YouTube.

**Caption:**

[2:28:42] So, it was popular and I guess it grew her sector. How did I miss this one? Hold on y'all.

[2:28:48] I got to take a picture of this so Den could read this. Okay. Yes. Come on, lawyer.

[2:28:55] Hold on. I don't know how I just missed this. Let's make sure we can see it correctly. Okay. Let me screenshot it

[2:29:03] again because sometimes the computer be tripping.

[2:29:08] I hope you can I hope the words not too dark. Y'all, while you was talking I Let me send this here.

[2:29:18] MacBook.

[2:29:20] Okay. And then where's the one? Here we go. Image file. DNA. Read this for me.

[2:29:30] I don't know how I missed this. There we go.

[2:29:35] We got almost 400 people in here. I need y'all to read that. Dat Oh.

[2:29:42] This is a certification of authenticity, meaning the information given to you is true.

[2:29:49] I Tim would certify. I am a custodian of records for Google LLC located in Mountain View, California. I am

[2:29:58] authorized to submit this certification of authenticity on behalf of Google in response to a subpoena dated April 15, 2026. Google LLC.

[2:30:08] Say that date again. Say the date again. Before the stay. April 15, 2026. That was before the stay.

[2:30:16] Google LLC. Uh, internal re reference number one. Yay. Yeah. In the matter of

[2:30:23] Kimberly Smith versus Daniel Robinson. I have personal knowledge of the following facts and could testify competently thereto if called as a witness. the

**Caption:**

[2:30:32] accompanied nine files containing true and correct copies of records pertaining to the

Google accounts associated with

[2:30:40] at unhinged donut at truthteller Danny at out at the show cafe at you're

[2:30:47] nothing without me at Danny Robinson documentation okay um the documents

attached here to reflect records made

[2:30:56] and retained by Google the records were made at or near at the time of the date was

acquired entered or transmuted to

[2:31:03] our for from Google. I'm sorry, my eyes is the records were kept in the course of a

regularly conducted activity of

[2:31:10] Google and the making of the records were a regular practice of the activity.

[2:31:15] I declare under penitentive perjury under the state of California that the foregoing is

true and correct dated July 10th, 2026.

[2:31:23] Signed. Okay.

[2:31:27] So, [ __ ] that's for records. That was before the st.

[2:31:34] Well, look, I put that up there. I I put that there so you can because we already know

you downloaded this. So, download

[2:31:42] this video and make sure you add this to it. Welcome back, Magic. Hey, Magic Boogie

Bear.

[2:31:51] Hi, Boogie Bear. That's right. with a great

[2:32:05] like I'm celebrating. Yeah, this is a celebration. Oh my god.

[2:32:11] Oh, and she's filling out different thing. I bet. Oh, Kimmy. Oh, you did this. Oh, this is

illegal.

**Caption:**

[2:32:18] She broke her keyboard by now. I'm pretty sure. Then she had to pull another one out. What's up, Deny?

[2:32:23] Your logo looks so good on my wall. Look at it.

[2:32:30] Man, this is Yeah, this was a hard fight, y'all.

[2:32:35] It was me. I I just was like, I'mma go and do whatever I want to do. But that stigma of what she did to me, it really made me

[2:32:43] hate people. It really made me just lash out. And and when anybody gave me the slightest indication that they could do

[2:32:51] something similar, I was just like, I'm done. And and yeah, I think it's time to bring fun spirited back to YouTube

[2:32:58] because it has not Oh, Stacy. Yeah, baby. You can hit the link.

[2:33:04] Can I say thank you to Dorsy? Thank you, Dorcy. I will be able to celebrate tonight. Thank you. Thank you.

[2:33:12] Oh, to celebrate. I I want YouTube. I do. Come on, Stacy B. Bring your ass on up here, Bookie. Look, I I

[2:33:22] want it to be a different YouTube. I want everybody because we all been through so much.

[2:33:29] Yeah. And Oh, look, look, Maggie for you. Look, look. You see my collection?

[2:33:38] What book is that? Okay. Yes.

[2:33:45] I'm a Game of Thrones nerd. But anyway, yes, Game of Thrones. Oh my god. This was Game of Thrones and you defeated like Tywin Lannister or something. Good job. Good job.

**Caption:**

[2:33:56] Look, shut that [ __ ] on the toilet. I am, but it says tree sucks already.

[2:34:02] Turn the camera. Okay, you turned it off. Here we go. There we go. Hey, Stacy B, baby.

[2:34:07] Hello, Stacy. Hello, Kitty. Maggie. Hey, Cups. Hey, Dai. How y'all doing? Facing good.

[2:34:15] Um, I just uh sorry if I hear any background. The lawn people are outside, but it's okay.

[2:34:21] Uh, I just wanted to say I don't know everything that's going on, but I have I think I have a good idea.

[2:34:28] I had put it in a chat earlier. Um, you know, I I came to YouTube on some fun [ __ ] just trying to get get through

[2:34:37] my current my at the time current situation.

[2:34:41] Um, I I never expected to see Denat's nude pictures. I never expected to see Tulsa's nude pictures.

[2:34:51] Yeah.

[2:34:51] I never expected to see someone that I supported for a very long time.

[2:34:56] And I mean with an open heart that um put up my medical records because a

[2:35:04] close friend of mine, right? And they also mocked me being allergic to bees, which I didn't know

[2:35:12] because I wasn't allergic to them, you know, young in age. But when you go through like certain medical situations, your immune system is weak.

[2:35:22] You end up being um allergic to stuff that you ain't supposed to or typically are.

**Caption:**

[2:35:29] But you know what? That's how you were born, baby. It's not your fault.

[2:35:34] But I wasn't born with that. But to come back when I when I took my hiatus um the day before Thanksgiving, came

[2:35:41] back in January on Cleo and Tum uh Tmaine and Cleo page. To come back and find out that people was making troll

[2:35:48] accounts of me, I was being uh that you know that individual made cartoons about me that someone that I considered a

[2:35:57] sister gave her my medical stuff. Like that was extremely hurtful. Let's say this.

[2:36:04] Make sure when you file your court documents box, make sure you add this part to it. But go ahead, baby. I'mma mute.

[2:36:12] That must have been so traumatizing.

[2:36:15] I did hire an attorney. Okay. I signed my legal papers January 30th of 2026.

[2:36:23] Um, I'm not coming after who put it out.

[2:36:27] Tell your attorney to contact me, but go ahead.

[2:36:29] Okay. I'm not going after that content creator because that's not okay. It was highly illegal. It is highly illegal.

[2:36:37] You know that, Kimmy. You know what I'm saying? Everybody does. Yes. Yes.

[2:36:41] It I'm going after the people who betrayed me, who put out my cancer paperwork, who

[2:36:49] I was extreme. I was vulnerable with people talk to my kids. People dox me. I didn't deserve that. I'm a [ __ ]

[2:36:57] excuse my language. Um, I'm a 20-year combat veteran of multiple wars. Okay. I

**Caption:**

[2:37:04] didn't deserve any of that. I used to be an Avenger. I never came for Danny. Ever. Ever.

[2:37:13] She wanted to do a truce between me and three other people. I never came for her. I've done that. The amount of money I spent over there.

[2:37:21] Are you serious? But can I be nosy for a second, Stacy?

[2:37:24] Hey, girl. How you doing? I'm sorry, I just want to be a little nosy because I was hearing and seeing some things about you. Miss Kim, can I be a little bit nosy on your panel? I'm sorry.

[2:37:35] I want to intrude.

[2:37:37] Is it okay if I ask Miss Stacy something? Sure. Go ahead.

[2:37:40] Okay. Um, so Miss Stacy, who was the truth with and what was that about? Cuz I heard a little bit about that.

[2:37:47] I can't say certain names, but um, the truth people, somebody in the chat will tell you. Um,

[2:37:55] but she wanted to organize a truce, which I've I've noticed a pattern that she's been organizing a lot of truth

[2:38:02] truth and when they don't go as the as the plan like a lot of them don't, right?

[2:38:10] Of course, sometimes people feel offended that their channel that their channel is being um compromised when I didn't include your channel.

[2:38:22] I don't understand why she came for me.

[2:38:24] I don't celebrate nobody going to prison, especially black people, but you can't move.

**Caption:**

[2:38:29] She divulged all of your information as well. You know that that's a heck of a lawsuit. I mean, just correct.

[2:38:39] Correct. I know that, but she's not.

[2:38:42] Um, but I look at the source. Who put out my personal information? Who betrayed me?

[2:38:51] Right. As far as I knew, she Danny's a ghost. I've never tried to come after her. I've never done her wrong. I've

[2:38:59] never talked badly about Well, I know as of today, but what I'm saying is is that

[2:39:06] I was doxed for no reason. And Danny didn't do that. Trees did. Right. I And

[2:39:13] I listened to her up on your panel saying that she she started doxing because people started doxing her. I

[2:39:21] never docked trees. All I told her was her and Pam was sleeping in the same goddamn bed when she accused me and the evangelist of being scissor sister. I

[2:39:29] said, "No ho, you the only [ __ ] that was in the bed." That's not the point.

[2:39:33] That's why anyway, but that type of um trees is when you are in the when you're in the

[2:39:40] black tea sector, it kind of will corrupt your soul at one point. But I will

[2:39:48] you will start doing thing that you think is okay in a war people mad people hurt people but I no

[2:39:56] one on this app can say I've hurt anybody right but so okay so about the truth so she wanted to do a truce between you and

[2:40:03] three other people so what you with these three other people you was having an issue with these people no I was betrayed as a friend I found

**Caption:**

[2:40:11] out after everybody else that my friends that I thought Oh, I think I remember this.

[2:40:17] We're part of a phone call and a setup to get me to get money out of me criminally and and courtwise. And Kimmy know what it is.

[2:40:27] I don't say too much. I think I remember I think I remember.

[2:40:30] Okay. So, she was doing a truce between y'all because they was, you know, basically they set you up and she wanted you to basically stay quiet basically is what I'm getting from that.

[2:40:41] Go ahead. No, go ahead. Okay. So, what happened? No, I guess somebody asked her to do I I don't know. Either way, she never told you

[2:40:51] come up here on no mess. She was actually telling her story and about her experience and I I think that's what she wants to focus on. I

[2:40:58] I I'm just saying um I didn't deserve what happened to me. I don't deserve people mocking me. And at the time

[2:41:07] people were saying that I was blown up in combat, which I was three different times over 20 years, but I never lost my legs.

[2:41:15] Let the record states that Let the record state that me and uh Stacy had a slight disagreement, but I never went after you. Go ahead, baby.

[2:41:27] And so, um, people mocked like my military career. They pulled I'm very googable. People pulled up my Google stuff. They tried to pull up whatever.

[2:41:37] Then they started talking about my kid and wishing death on me and my kid. I haven't done it. Danny didn't do that.

**Caption:**

[2:41:43] The other unhinged one did that unhinged opinion right as of late. But with that one with Danny, I don't I've never been

[2:41:52] disrespectful. I've always been respectful. And she came for me. And when I came back, I started hearing and getting clips and things sent to me. I'm

[2:42:00] like, "Well, wait a minute. and I never came for you. And her excuse was, "Oh, well, you um you were uh talking

[2:42:08] semantics and you disrespected my platform." I never touched your platform in that circumstance.

[2:42:15] It it's not okay. It's not okay.

[2:42:18] And and since when is someone becoming allergic to bees funny? That's a deadly thing.

[2:42:26] Since when is my cancer funny?

[2:42:29] Since when is my combat stuff funny? And I still I don't have no beef with her. I just can't deal with her no more.

[2:42:38] You know what I'm saying? So, my reason for coming up here is is simply this.

[2:42:44] Chickens come home to roost. I I don't have a hand in what y'all going through, but God don't like ugly. Regardless,

[2:42:52] whether you have her information fully or not, that's between you, God, the courts, and her, Kimmy. Okay.

[2:43:00] I just don't believe that this app was designed for the [ __ ] that's been going on. I should not know what Dat's

[2:43:09] penis looks like. And we all crack jokes and I apologize to you for doing that, Dat

**Caption:**

[2:43:19] then Avenger, right? Same thing with Tosa. I apologize for that. I didn't expect to

come on this app and see any of that. I just think it's unsavory.

[2:43:29] It's not what the app is for. And chickens come home to roost. And that go for any of

us, not just her. And that's all I wanted to say. Thank you for

[2:43:38] welcoming me up here. Um, Kimmy, I appreciate No, baby. You're Hold on. My

daughter has something to say. Go ahead. Say it again, baby. Okay.

[2:43:47] Like, this is ridiculous.

[2:43:50] But go ahead. It's off subject, but listen.

[2:43:54] I was telling them that it's off subject, but go ahead. My daughter is in Egypt right

now. Ma, it's okay.

[2:44:01] Okay, we can talk offline, Kimmy.

[2:44:04] Okay. Well, hold on. Don't leave yet, Stacy. Give me a second. Stay here.

[2:44:11] Stacy, can we ask you some question if you don't mind?

[2:44:15] One second. I just want to say I accept your apology and I accept anybody's apology

who consumed that and thought

[2:44:23] that. Um, and that's Yeah. Thank you for apologizing.

[2:44:30] Absolutely. I mean it too. I mean it to anybody, you know.

[2:44:33] Yeah. I I forgive everybody for that honestly. I appreciate that.

[2:44:39] And and I will say this too. A lot of us that are making amends with each other now

because we've been following up

[2:44:46] behind our face. Can't nobody Is that with me? That's my baby DJ is here.

**Caption:**

[2:44:53] Hello DJ. I was going to say And you guys know this, but I Everybody said, "Hey, baby." But listen to this. Let me

[2:45:00] know. Let me let y'all know something that I didn't tell y'all.

[2:45:05] Um, Simply DJ just lost her brother.

[2:45:10] Okay. I'm so sorry about that. I don't care. He did my condolences.

[2:45:17] Do it with me with about it. That's why he just died within this week, you guys.

[2:45:22] He just died a few days ago. And I didn't let the people know. I know.

[2:45:28] I just wanted to uh say that and I want you guys to give Simply DJ prayers even though we're here for something else.

[2:45:36] But I just wanted to just kind of let you guys know that. And I'm sorry for uh answering the phone in the background.

[2:45:42] My daughter is in Egypt and they were holding her trying to say she was from Saudi Arabia. That kind of damn thing.

[2:45:50] Yeah. And so I'm I was dealing with that in the background. But uh Stacy, of course we can talk offline, but go

[2:45:58] ahead. Simply DJ, welcome to the I came up here to really congratulate you. I don't want to, you know, dim them your fun up here right now cuz me and

[2:46:07] you, we talk all the time. So I can cry to you later on tonight.

[2:46:13] But um no, just I'm glad some of this battle is getting to be over with for you though. I really am. And hello everybody on the panel. I did come up here for a purpose though, a reason.

[2:46:24] I want to tell Stacy B something. Okay.

[2:46:29] St. Did you ever find out or hear where I talked about you at?

**Caption:**

[2:46:36] We can talk uh we can talk offline. I don't want to make this live about that. Especially you going on.

[2:46:45] Yeah, we'll we'll we'll talk offline DJ with Kimmy. Okay. Okay. Okay, that's fine.

[2:46:52] And my my sincerest condolences to you and your family. Sorry to hear that. Oh, thank you. And since, you know, since y'all know, I'll tell y'all. He was 44.

[2:47:01] He had diabetes. He's been going through dialysis. He was going through a lot of stuff. He passed out the other day. His wife and son found him. He passed away.

[2:47:10] HD hospital here in uh Hurst, Texas. Um they took him off the respirator because that was the only way he was meant staying alive.

[2:47:19] of course being me being the oldest of the family always falls on me to have to do everything Kimmy know but I'm dealing

[2:47:26] with it I'm handling it [ __ ] not easy but it's it's it's going I'm so sorry to hear that DJ I'm sending

[2:47:35] you my prayers you know yeah that's why I haven't been seeing really around so busy now I'm working

[2:47:41] sometimes it's be heavy still how about this life be still lifeing and

[2:47:50] we have ju I mean not using simply DJ as the point of reference but we life still

[2:47:57] be lifing y'all and it's so much still going on and then imagine you trying to get your break from lifeing

[2:48:04] and then you come on YouTube and people talking about you like a [ __ ] dog

[2:48:12] that was me I would agree with everybody that's one part of this sector that needs to it got to stop. But it started when everybody need to When did this start?

**Caption:**

[2:48:24] Nobody was going against nobody. Nothing was like this.

[2:48:28] It's It really started with all about the tea thing, right? All about the tea thing and all that [ __ ] It started with Shaky. That's what started with.

[2:48:38] But just said that Tasha dox her. So I'm like, where did it start? K did dox her. Yes, Tasha K did dox her.

[2:48:46] But That was that was in the midst of all of the stuff that was going on. But it started with Shaky. That whole Tasha

[2:48:53] came thing. Trees was like her moderator or like somebody else scam page or something like that. And they had some type of they going back and forth

[2:49:01] online. I think I don't know if y'all can see but I think it was Hot Shot Radio. Uh Hot

[2:49:08] Radio Tree drug all the way down.

[2:49:14] Right. Right. That's how I found her because people was like, "Oh my god, this girl is dragging Tasha K." She She gave that [ __ ] a run for her money. So yeah, that didn't work.

[2:49:23] She did. Yeah, she did. And then Tasha K turned around and and doxed her. But that was just like a I want to say like a oneoff thing. Like, you know, Tasha K,

[2:49:31] she only really get like that when you really pull her out, you know, her body.

[2:49:35] It was when Shakybot came because when that Nosyho thing happened, she was really doxing Nosy Ho live or I want to

[2:49:43] I want to say she was doing so much more because she put a fake name on her, but she was basically

[2:49:49] doxing Nosy. Then after Nosy, it just became a a thing to do, you know? She used that as her forefront to be like,

**Caption:**

[2:49:57] I thought it was just that. It was going to be that and then all that [ __ ] stop.

[2:50:02] I thought it was gonna be that and all it would be over with. But everything changed.

[2:50:06] It right. There you go. Everything changed after that. It just became it was like point them out and they was the new victim. You know what I'm saying? It was just just like easy like that.

[2:50:17] That's why I have a question for Stacy B. Like what attracted you to that type of person? Oh, great question.

[2:50:26] Mhm. Because you stopped being an Avenger when she did what she always does, right?

[2:50:32] Well, well, hello, Stacy B. Where did you come from? Who was she talking about that you were interested in prior to her talking about you?

[2:50:41] I know it's a lot of question at the same time. So, yeah. Clarifying question.

[2:50:47] Are you talking to me? I think I got to drop down. There's a lot of feedback. Okay. Yeah. Yeah. I'm again. Okay.

[2:50:56] Because she No, she has to she probably has to leave the studio and come back.

[2:50:59] But no, the reason I asked that clarifying question is Danny has a reputation in a pattern of attacking people and stealing their audiences.

[2:51:07] That's what I met her and became her moderator, I was like one of her day one people

[2:51:14] because I was with her when she did the whole no thing, but she wasn't like she is now. Oh, okay.

[2:51:22] When did she start becoming voice back then? Yeah. Right.

**Caption:**

[2:51:27] Did you stop following her when she stopped having the computer voice or did it take a little time?

[2:51:32] No, it was after that she was using her real voice when I left it. It was just circumstances. Me modded for her, me modding for trees. Something happened in

[2:51:40] the middle which I really can't remember too much. But it really wasn't a lot to do. You know, I left, she didn't bother me after I left. I didn't bother her.

[2:51:50] you know, I wasn't one of those stalkers that was like, "Keep me, keep me." I, you know, told my ass and was done with it. And I, you know, I talked to her

[2:51:58] since then, but, you know, it's I haven't like went back and like just frequently been in her chat or anything again. For me, you talked to who?

[2:52:08] I said I haven't been back to talk to her again, you know, since the whole TJ thing, but like being in her chat or doing anything like that. No, I haven't

[2:52:16] been back there. I hardly know what she's up to or what she's doing unless I actually just go look because once I'm done with someone, I'm kind of done with

[2:52:24] them. Especially when I feel like at the time uh me leaving from around Danny, I

[2:52:32] kind of wanted her to not take my side, but take up for me what something was going on. But it it was just a bunch of

[2:52:39] confusion. And you know, like I said, I just got from under it.

[2:52:44] And again, she didn't bother me. She didn't dox me. She didn't do anything like that, you know. She didn't do that to me.

[2:52:50] But I hope one of the thing that will maybe change and the and the sector after all of this is that is the well,

**Caption:**

[2:52:57] if she doesn't do it to me, then all is good. Because I feel like at the end of the day, your turn is always going to come with her.

[2:53:05] There is no one that their turn don't come because there is always a way to offend her delicate sensitivity.

[2:53:12] Well, that's what I was saying a few minutes ago. She's not who I got to know in the beginning. Not to me. Now when I listen to her, she

[2:53:20] sound like some of the rest of these people around here. She don't sound like the person that I met in the beginning. She, you know, she was kind of like, you know,

[2:53:28] she cared. She was kind. She, you know, looked out for people. You know, she wasn't quick to just go after anybody that just kind of disag.

[2:53:42] Yeah. She was talking about God. Yeah.

[2:53:43] used to be saying cuz when Tree said something about the kid being like having like what's that um what's that

[2:53:50] thing um um damn I can't think about the name it's not Sarah Pauly down syndrome I

[2:53:59] think Tree said something about down a down syndrome kid and she got so wrapped up about it and she made a post about it

[2:54:08] and she was telling Trees that she needs to educate herself in the Bible and all that other good stuff Because it's people that got family members who got

[2:54:16] down syndrome. And we know somebody who got a family member who down syndrome, don't we?

[2:54:22] Yeah, I do. I close family members, but uh I do have family members that have Down syndrome.

**Caption:**

[2:54:34] But she would do that. But to be honest with you, didn't give a [ __ ] what she said. Trees gonna do what she wanted to do anyway.

[2:54:42] So yeah.

[2:54:44] Yeah. But she has not only been going after trees like this woman has been doing that for years. Like this is not

[2:54:51] Kimmy is not the first victim and like it's been like a lot of victim over the years. And that's why I wanted to ask

[2:54:59] Stacy B. What makes someone remain an Avenger when they see so much evil?

[2:55:07] I'm like because she's an evil person.

[2:55:09] Like she does things like I don't understand like I from what I understand of the sector before like everyone used

[2:55:16] to tell me that person used to be so sweet that person used to be like this and I'm like well they're not like that anymore because the sector will make you

[2:55:25] do things to protect your own self and then when you react and you protect yourself you're the bad guy but then

[2:55:33] they don't give a [ __ ] who made you become that bad guy. So, this what I want to ask. So, so DJ, when you was

[2:55:40] over there with the Troll Avengers, and you wasn't the Troll Avenger, but they was the Troll Avengers. Um, was you like in the membership? Did you have like a membership?

[2:55:49] That was full. You know, when you like modding for her and stuff?

[2:55:55] No, not like modding for her, but like a member like on her channel.

**Caption:**

[2:55:59] I was a member of her channel for a while, but I haven't been there for a long time. So when when because I'm I'm I'm asking for a reason. Um okay.

[2:56:09] Was it like that's a good question I suppose Kimmy but that's not about me. So go away. Who?

[2:56:17] Hold on.

[2:56:19] Said after what you do.

[2:56:26] Like I said is a weird person and if it was about me because at the end of the day I'm a human being. I'm not I'm not

[2:56:33] evil. There are some people that are evil and Danny is an evil person.

[2:56:39] Like those people, they will use the fact that I said someone middle name and then compare it to someone calling the

[2:56:47] police on you or calling your job, trying to take your benefit, trying like there's there are things that Danny has

[2:56:55] done that are not like what I've done is not even comparable to what Danny has done.

[2:57:01] Right. Right. And everything I've done has been a reaction.

[2:57:06] That's why I understand when people are like, "Oh, that person, that person." I'm like, "Well, you don't know me.

[2:57:12] You don't know me barely." And it's not about me. If you wanted to talk to me and explain exactly what I have done to your [ __ ] ass, you can do that on

[2:57:21] another time. But right now, we're talking about someone that literally will call your job to take your job.

**Caption:**

[2:57:29] Yeah. We'll call animal control so that they take your animal from you. We'll call housing to get you put out.

[2:57:36] We'll impersonate you with the police.

[2:57:39] Well, yeah. We'll do all of that kind of stuff. We'll try to obtain everything to go against you.

[2:57:45] Yes. Invade your privacy, cyber stalk you, troll you, and ironically, nobody who's

[2:57:53] identifiable will do those things because they're are crimes. Hello. Exactly.

[2:57:58] There you go. So that's why I said she's a cyber criminal. She's a cyber criminal and she knows that it's not me asked this question. Why ask

[2:58:07] magic questions when this isn't about her? Because it's a way to distract.

[2:58:13] Exactly. To distract because Belly is an a like she is in the Avengers and all of that. So when you see those type like I

[2:58:20] wasn't going to say that but when you see that they start going at me when this is not about me. You can tell that it's because I'm an easy target.

[2:58:31] Yeah. I didn't mean to derail. I get on your nerve. That sucks to be you because Kimmy actually like me. Yeah.

[2:58:39] Like Kimmy wants me here. I like you. I love you. There you go. Thank you. I love you too. Like Kimmy wants me here.

[2:58:46] Yeah. or I wouldn't text you and ask you to come up. But I also want you here, Bailey. And that's why I'm like, why

[2:58:52] can't all just look I'm gonna drop the link for the sake of he Bailey?

**Caption:**

[2:59:00] So maybe we can find out where it started and maybe put this [ __ ] to an end cuz it's not worth it.

[2:59:08] That would only have happened on Kimmy's live. I swear to God.

[2:59:11] Yeah, I'm telling you. I'm glad I don't got no beef with nobody. I'm like, I try to stay straight.

[2:59:19] Stacy, welcome back, Stacy.

[2:59:21] That's what I said. Yeah, welcome back, Stacy. That's what I say. I said I don't want no beef with anybody. I wish that the whole sector can get along, come

[2:59:29] together, and we just get different people like the families of help different families. Us together, we're

[2:59:37] strong. We're resilient. All of that stuff. You Yes, baby. Can you put Melissa 37's comment because you were there when that

[2:59:45] happened and you told her to and war everything was okay.

[2:59:49] But but Magie Magie like and my very first issue was you going the [ __ ] off on me because I said I

[2:59:58] didn't agree with your campaign to make bad reviews on so brothers. Yeah, true story.

[3:00:06] Yeah, you're absolutely right. And donuts, can you Okay.

[3:00:09] No, because you are actually making it about you because these people are chatting. Like you can ignore that.

[3:00:16] Yeah, that's all I can say. Don't read the chat. Don't Don't even worry about it cuz Cups was trying to ask me something and and now I'm I hope she didn't forget.

**Caption:**

[3:00:24] No, I didn't forget. I I ain't forget Boogie Bear cuz I'm I'm on a mission. I I know what I'm doing up here with the question.

[3:00:31] Look, go ahead. I'm on a mission. Okay. I know exactly.

[3:00:36] So, when you was a member and Stacy, I'm glad you're back. Boogie Bear, we missed you. So, when you guys was members on the channel, did y'all have like like

[3:00:44] members only videos where you guys talked about things like prior to her like doing lives about them?

[3:00:51] I mean, every membership video to me, she would public it like make it public like within a day or so.

[3:00:59] Well, the bigger question is like she has certain people she's had plot with behind the scenes.

[3:01:05] Yes, there you go, Donette. There you go. So, I'm trying to figure out how she moves that into her YouTube channel because there's a way there's a pattern

[3:01:13] of how this thing is done. like she has a clearly a small group of people that are already down with the plot and the play and the plan, but as she brings the

[3:01:21] members in, it seems like she has a way of like um I don't know. I guess that niceness that

[3:01:30] makes you guys believe that she's really good. Yeah. Like like showing like making you guys feel like welcome. Like what you were saying DJ was true cuz I

[3:01:37] remember when that situation happened with you. I don't you didn't do anything wrong and I feel like they was throwing you under the bus for something and it was like you was doing all this fighting

**Caption:**

[3:01:46] for them over there in Avenger world and it's like when it came time for her to step up

for you. She very selective about who she want to fight for and when

[3:01:53] she want to fight. So I was just trying to figure out like how did she get y'all to be so

like loyal to her? Like what was it? Like it was just like the video.

[3:02:03] I don't know. But I can tell you this.

[3:02:06] Let me say this. Let me say this. I can say this that several I I can almost say 10

people

[3:02:17] came to me and told me that what made them turn around on her was because of the

way she did Teddy.

[3:02:29] I can say that and that's I I have emails but I will never divulge any of that. But that's

what made me want to know who Teddy was.

[3:02:42] I was aware of who she was, but that's what a lot of people was like, it just went too

far.

[3:02:49] Well, Kimmy, like Teddy is a victim like a lot of other people. The bigger issue is she's

practicing coatlike tactics.

[3:02:59] um her whole her whole audience is built upon disgruntled past supporters of other

people who she's attacked. And so

[3:03:09] a part of the YouTube game like you have the intro, you have this this this she's very

strategic about how she plays things. Even though she only creates

[3:03:18] mess and don't care up, she's like me in a way to where like I I do these shows and

somehow twist and turn narratives

**Caption:**

[3:03:24] and relate this to this and this. Well, she opens up with the welcoming and her chat. Her moderators, they they drop

[3:03:32] dimes and they harass people and they target whoever she's talking about and she alerting their people to watch and they'll be like, "Oh, look at the chat

[3:03:40] and all these women and she's she's very very much a feminist. She hates men and a lot of women on the internet

[3:03:48] absolutely hate them too. So she's practicing cultlike brainwashing tactics divide conquer totally eliminate public

[3:03:56] shaming of people and all those people collectively people from other people's group that they rewarded her for

[3:04:04] publicly shaming and now they've built the community amongst themselves and and exchange information and go here and

[3:04:12] there. She's even more dangerous. She did a change.org for petition with over 40,000 signatures of people first name,

[3:04:19] last name, and emails that she has direct access to. Um, she she will get her subscribers and these people to spy and control other cultlike members.

[3:04:30] She's a cult leader. She's a she's a um like a colonizer of disruntleed.

[3:04:39] Yes. Allegedly. Yes. Allegedly. Clock that. That is very true. She is a colonizer you know and she does she uses

[3:04:48] you know and it is very strategic how you know I I really want people to think about this too like even with this current situation let's take we the

**Caption:**

[3:04:55] people for example right this young lady hasn't even touched a thousand subscribers shaky has well over 10,000 well I don't know how many but she has a

[3:05:04] a good following why would she be invested in smaller content and attacking Ben or talking about Sammy why

[3:05:11] is that so why isn't She reaching upwards. Why is she staying in a small sector?

[3:05:18] Because she's there to manage us. She's here to manage us.

[3:05:22] The only she's here to The only way she grows is by taking your subscribers basically.

[3:05:29] Exactly. That's the only way she grows by take she she let you if you got a story or if your channel is popping she

[3:05:35] has to come in and little victim in and then she gets to come in and be the hero or some type of venge troll and you know

[3:05:44] then the people and then she makes you the villain. She makes you the villain kill and destroy.

[3:05:52] Yep. That's exactly what it be. and over and over.

[3:05:58] She has done this. From what I'm seeing, she's done the same thing over and over and over. Used the same tactics over and over and over and over again until now.

[3:06:08] Amen.

[3:06:10] I still I still don't understand why people are following her. Why are people watching her and thinking that this is an acceptable way to be?

[3:06:18] Well, can I say this also? I was interested in um that video when you was playing with um Sean Debway and nothing against him.

**Caption:**

[3:06:26] even though I it seemed that he was talking [ __ ] about me. But when you was playing that clip when he was talking about leaving a black tea sector and he

[3:06:34] was saying how he had like this strong like 200 loyal followers that follow him everywhere he go and stuff like that. I

[3:06:41] was thinking right imagine if bigger YouTubers were somehow involved with this. Imagine if they all had a a set

[3:06:49] group of loyal subscribers. Let's say they all had 50 of them. They would send those set those loyal 50 to support

[3:06:57] their shaky friend. So she's always going to have a loyal set crew because they're sent from somewhere else. You know,

[3:07:05] that's what Sean and King, the only reason they so close to her is because they afraid of her doing what she's done to other people.

[3:07:14] That's right. Yep. Yep. Yep. Yep. And let me tell you the play that I did.

[3:07:18] I did a on me on my messy Monday. I played her saying she she ain't with the big three. That's dumb. And they don't know what they did. The next messy

[3:07:26] Monday they did, they was kissing her ass because I had exposed wasn't united.

[3:07:31] So what?

[3:07:33] Yes. She said she ain't got nothing to do with that. They put that on and she had no say.

[3:07:38] I don't Yeah. And then on top of that, she keeps on shading those people. Yeah, she saying some she I don't like

**Caption:**

[3:07:47] she paints told me that one day King Payne played Danny video and she got mad and was telling him, "Oh yeah, you

[3:07:54] didn't have asked my permission and stuff because he played it about her court case with you, Kimmy. He started covering it and she and he threatened to

[3:08:03] strike her and so he stopped covering the court case because he knew that if he would have covered it, she was going

[3:08:09] to attack him. So that that's why they kept her close. They was liable and susceptible to being attacked as well.

[3:08:16] This is why they kept her up down top three. Like they don't know who she is.

[3:08:21] They don't know how to attack her. They they know their story lines and salaciousness and they know they're they're dealing with the cult leader. I remember when she first came on, she was

[3:08:30] attacking here her and Sean did a video saying, "Oh, we I don't you know I don't like people who do eight nine hour videos." He was shading her and they she

[3:08:40] got with Sean and King go at me. That's how that's how they Yeah. Yeah. Because pray that they find that their strength.

[3:08:50] I'm sure they don't want to go out like they're victims or whatever. But I definitely see the same thing too.

[3:08:59] Yeah. And I feel bad for those guys because they know what's behind it, right?

[3:09:07] And they used her. See, when she uh I was I scared of her.

[3:09:13] They let them know I was going at King and Sean every day. They they used her on YouTube and then they started praising and worshiping her. That's how

**Caption:**

[3:09:22] they formed. They formed around gatekeeping me. That's a fact. And they're scared of her. Donut.

[3:09:28] They're scared of what she could do to them. Exactly. And they don't like her.

[3:09:31] They're they're they're in a they're in a compromise. But now with Kimmy having information and being exposed, they can

[3:09:39] break out. They can use Kimmy to break out of that compromise.

[3:09:43] Can I say this? I think um there's there's a thing. They brought Shawn in before you, Donette. So, I just want to say that they Sean in they brought Sean

[3:09:52] in for Tails from the cult because Tails from the cult was already making videos about Shawn David way in the beginning.

[3:09:58] They didn't really want no smoke with tails from the coat. But then when Shaky came around, they needed strong voices.

[3:10:04] They already had Trees as their top dog.

[3:10:08] And they knew that Trees was connected to Shawn Davyway. That's how they got connected to Shawn Davy Way through Trees cuz Trees and Shawn was close. And

[3:10:15] then Trees and Sweet Pea Diaries fell out and she got close. She got really really close with Shawn. And then Trees was beefing with Tails. And so Shawn was

[3:10:23] beefing with Tails. They always beefing with Tails and that's how that Shaky connection started right there with that

[3:10:29] cuz um somehow Shaky got access to Tails I think only fans and then she gave it to Shawn allegedly and other people

[3:10:38] allegedly and that's how it got out. So that's how they connected back then.

**Caption:**

[3:10:43] And I will say I agree with it's not me because OK keeps on saying things that she does and he insult it but he acts as

[3:10:51] if it's someone else. Well, don't like her.

[3:10:55] OKP is in a [ __ ] up situation. She I hate that for him. I hate that for him.

[3:11:02] His whole mod circle and they all talk [ __ ] and send her messages and communication that he's saying about each other and that they're saying in

[3:11:09] the telegram. She knows everything that's going on with him. I hate that for him. I do.

[3:11:16] And he probably got some people who's just not strong enough to stand up to that kind of behaviors. But just know

[3:11:23] when you make your choices, I mean they they to me that's victim. If they don't want to stand up for themselves and they

[3:11:32] claim that they're not victims, it's nothing that I can do. But the day that you do decide, I got y'all back. Even

[3:11:41] though y'all came against me, all that [ __ ] is forgiven. I swear.

[3:11:48] But stand up for what is right. And if you you don't even have to mess with me, but you can just do your content without

[3:11:56] fear and you will be supported. I promise. That's so beautiful, Kimmy, man.

[3:12:05] Yeah, that's what I want to get back to.

[3:12:07] Like I I would love it that you don't need to [ __ ] like each other, but why do we need to go that far?

[3:12:15] Right. Right. It don't have to be all that doxing and weird stuff. It could be just content. We can learn to keep it. I

**Caption:**

[3:12:22] mean, honestly, there was a time where people just was making content. Like honestly, it was really about the content. It wasn't about let me go dig in your life. Let me stalk your family.

[3:12:32] Let me call your family. Let me harass your family. Let me call your job. None of that stuff. That was not the content back then. That was not the content.

[3:12:39] You know what that is true what happens is like that's not content. But if that [ __ ] happened to you and people are

[3:12:46] paying money and tuning into it, you feel like you got to partake in that [ __ ] yourself in order to That's the corruption of the soul that you keep on talking about, Don.

[3:12:55] Right. But that's her aim. That's that's what she aims to do. And because she gets to do it to you because she's anonymous. But once you do it, now

[3:13:03] you're the problem. But that's what she's aiming to do. That was her whole aim from the beginning to do that to to traumatize a a group of black people who

[3:13:11] are already come out of years of traumatization. Okay? The colonizer, right? Because she's specifically

[3:13:18] targeting small YouTubers, people who are trying to make a way. She's not going after big YouTube black.

[3:13:26] She's going she's targeting a specific demographic of people, right? And she's doing that because she knows most of us come from some type of trauma in our

[3:13:34] background. we're going to react a certain type of way to something and most of it is gonna be if you do something to me I'm gonna do something back to you and you know that

**Caption:**

[3:13:42] huh this is why um and I didn't mean to cut you off it's just u and Kimmy obviously has her identification and still holding

[3:13:50] on to it and we all are waiting but um this is why when she filed a document in

[3:13:58] um whose case was it? I think it was Maggie's case. She filed the document in the California court and it said that she was a US resident, not a citizen.

[3:14:06] Yeah. Yeah.

[3:14:07] So when you said that, it reminded me of like I was looking at that. I'm like there's no [ __ ] way she's black American because we don't go this far.

[3:14:15] This sounds like a Somali troll or Asian or somebody over in the Bay Area and she filed that document uh and said she was

[3:14:23] a resident. cuz she could have been lying or whatever, but we we going to have to wait and see because that was my last attempt at figuring out who she was by saying she's reckless.

[3:14:33] I don't believe she's black. That's just my opinion. You know what I'm saying? Or if she is black, she is a heavily insecure black woman. Because of course,

[3:14:41] I don't I' This is the first time in my life that I've ever seen a black woman operate in this type of space or in that

[3:14:49] in that type of you know what I'm saying? Like I mean some people are just mean of course like but you know to behave like that on social media where

[3:14:56] you're doxing people invading people privacy like and we're not talking about oh I found you on Facebook. No no no no this is bigger than that. This woman

[3:15:04] impersonated me with the police. This is not no situation of and she showed somebody medical record

**Caption:**

[3:15:11] her crime like she's a criminal like you know this is not a regular two people arguing on the internet and it's like

[3:15:18] for her this is a game clearly it's a sport that's why you see her laugh at you know she's laughing at you like saying oh haha look what I did to you

[3:15:27] because she knows she could get away with these things how is that fair to us in this community how is that fair to our sector but because she keeps fighting against each other that's why

[3:15:35] it's hard for us to really look and see who the real problem is because she keeps us fighting with each other and she uses these set loyal subscribers to go off into other people's channel to

[3:15:44] come into people young to newer YouTubers chat who really don't know the game right and you know they get you with that wow factor sometimes they say

[3:15:51] oh you know I'm cool with this person and that's right no that's why I really want Stacy be to

[3:15:58] like I I don't know if you will if she would be comfortable or not but I really I really want to understand how people and follow someone like that.

[3:16:09] Okay. Um, so can y'all hear me? Okay. I had to reset my entire network. So, it's storming. Okay. So, while it's not

[3:16:17] raining, I'mma get this out. So, I um I actually stumbled upon the whole sector actually through OKP following the Larry

[3:16:25] Reed stuff. Me and Jag have issues because uh she was talking about a family member of my godbrother. Um, and

**Caption:**

[3:16:34] so anyway, I stumbled upon Danny through uh, OKP, right? And then I was also

[3:16:43] following Hear Her TV and that's how I stumbled upon Teddy, right? So, um, I'm

outside, y'all. So, if y'all hear any of this [ __ ] go ahead.

[3:16:52] I apologize. So, um I I I start I thought I found when she was doing the

[3:16:59] JAG content, she was like very entertaining and then I specifically saw that she was

an advocate. Well, in the military and beyond, even outside of

[3:17:08] military, I was a a sexual assault victim advocate for over 12 and a half years, right?

So just over and then um

[3:17:17] so that was what appealed to me was that okay she's talking about advocacy boom

boom boom and then she was entertaining

[3:17:26] regarding the Jack thing. What I didn't know was was that here her is the one that

kicked off the Jack thing. Exactly.

[3:17:34] Following right I did not I did not know the history because I was over there with

hearers

[3:17:42] somehow. I don't even know how I got to hear her, but she was so damn funny to me.

Okay. Um, I just slapped my legs.

[3:17:49] So, for y'all, I don't hear her channel was taken by Danny.

[3:17:56] Correct. and and I was there for multiple channels being taken within a 6 month to 9

month period because

[3:18:05] I never but by the the last channels that she hear her was playing she was playing

Christmas music 24/7.

**Caption:**

[3:18:15] Yeah. Because she was probably traumatized hear her. Yeah. This was actually No, but let me tell you how serious it went.

[3:18:25] I was also following Danny at that time. Exactly. You were still an Avenger then.

[3:18:30] Corre uh correct. And it only like uh well tell a story. Magie I did not. I know. I know.

[3:18:38] Not Maggie. I did not know the whole history. I was not here during CO or none of that. I came I want to say end

[3:18:47] of 2022, beginning of 2023ish and I was dealing with my own stuff. So for a long time I didn't know that she

[3:18:54] was talking about hear TV. And so then I started seeing things about I started seeing Donat and the whole push it out

[3:19:01] video. I saw Tossa and Tossa's wang. I saw then I started seeing Teddy and

[3:19:09] Teddy was like and this must have been like right after um they had their PO

[3:19:16] hearing and there was a time where she was like everybody change your um your avatars to her face cuz they had just

[3:19:25] found out what she looked like what Teddy looked like due to the PO hearing.

[3:19:31] Again I I'm not knowing nothing. I'm just I'm still kind of green to the whole sector, right? And so, but every

[3:19:38] time I listen to Teddy, everybody like, "Oh, she's slow. She talks slow." And I'm like, to me, I would listen to Teddy before she went to sleep cuz her voice

[3:19:47] is soothing and calming. And she's not slow. She's intentional with what she says and she's highly,

**Caption:**

[3:19:56] okay? She's intentional. Highly educated. So when I started peeping like what was going on, I was already kind of

[3:20:03] in my spirit feeling weird. But me again being green, I wasn't really understanding. So the person I was kind

[3:20:12] of flirting and talking to at the time is how I ended up not following Danny anymore because I was told that she was

[3:20:19] talking about me in her Discord, that they were about to that they were doxing me, like all this stuff, which ended up being a lie. ended up being a lie and

[3:20:28] everything. And um and so I pulled back, right? I pulled back and I'm sorry, I got noise in my background.

[3:20:40] I pulled back and and then I just started peeping stuff. I removed my membership and and that was something

[3:20:46] totally separate. That girl that I was talking to just completely lied and was created. It was a whole another thing.

[3:20:54] But to me, what didn't feel good was she was claiming to be an advocate, but then also, I'm a sexual assault advocate. I'm

[3:21:02] certified. I can show my [ __ ] You're claiming to be an advocate, but then you doing all this stuff to our fellow black

[3:21:09] people. You're you're showing sexual content, whether it's behind a pay wall or not. Like, none of that felt good for

[3:21:17] me, right? There's no reason why I should know what Dat looks like.

[3:21:24] at all or Tossas, you know, or anybody else. And and then I saw Hear Her TV's

**Caption:**

[3:21:32] police footage. That's when I was like, "Oh, this [ __ ] is weird." I I haven't been an an Avenger. I

[3:21:41] dropped a lot of super chats. That's how other people started targeting me uh to be on their team and blah blah blah. You

[3:21:48] know, let's just keep it a buck. It's not right. I don't have no beef with the girl. She's younger than all of us.

[3:21:56] Yes, I don't have no beef.

[3:21:59] But at the same time, I'm gonna speak my truth. And what really solidified it was the amount of money that I've dropped

[3:22:06] over there. Everybody knows because I'm very supportive. I'm very genuine. I can attest to that. Yes.

[3:22:15] Correct. I'm very generous.

[3:22:16] You very You supported me. Uh we had a bet. You paid the bet in full.

[3:22:23] Even though your screenshots was blurry as [ __ ] I still paid it.

[3:22:28] So that was my It was blurry and I couldn't see it, but I took your word for it and I said, "Here you go. Here go the $500." You right now think that I lied.

[3:22:36] No, I'm just saying the [ __ ] was blurry, but I still took your word for it and I paid up. And that's the first thing you

[3:22:43] said was, "Damn." You know, it's like you a woman. DJ told you I was the woman of my word and you kept that's my point. Correct.

[3:22:52] Anyway, you was you I can attest to you being a great supporter. Right.

[3:22:56] Besides all of that, you still supported me.

**Caption:**

[3:22:59] Correct. And but the thing is to answer your question, Maggie, or whoever else answered, I I'm grown. Can't nobody tell me where

[3:23:08] to go, what to do. But I do recall her saying, "Well, if you go over in the basement, you blocked forever in this chat." And I'm like, "Well, damn. And

[3:23:17] it's just like kind of I I'm not going to call them a cult, but how dare you, you're younger than me, tell some grown

[3:23:25] ass [ __ ] and [ __ ] older than you who pay their own bills that if they go over and watch or drop down in the chat

[3:23:34] that they're going to be blocked. It wasn't no secret society. I'm going to correct you, but clock it. Okay, let me know. Is it okay? It's not a secret society.

[3:23:42] You're not paying my bills. you not putting in scholarships for my daughter?

[3:23:47] I thought it was weird. But to answer your question, I stopped following her based off of a whole another situation.

[3:23:55] And since then, I I periodically would peek in and I'm just like, this don't feel like

[3:24:03] advocacy. And I remember and and then the lies started right when me and the

[3:24:10] other three fell out. people lying on me saying I was with TJ uh Jack's ex-girlfriend and I was doing

[3:24:19] this and that and I'm like what do you know who I am? Like the [ __ ] Like that was literally a friend. So it was like

[3:24:27] people were getting content. She was getting content off of lying on me. She while I was gone was getting content off

**Caption:**

[3:24:35] of making cartoons about me. Imagine talking about a combat veteran who served this goddamn country

[3:24:45] who was injured multiple times feeling comfortable and y'all just sitting up and thinking [ __ ] is okay. Y'all going

[3:24:54] to I I I implore everybody that went along with it to really do some self-reflection cuz that's not all right.

[3:25:02] Calling me every name in the book when I never came for her. I've done nothing but respected and supported her.

[3:25:08] And her only excuse was, "Well, she was saying semantics on my channel or talking semantics and she used my

[3:25:15] platform." No, you were mad because at the time, according to Unhinged Opinion, you were mad because I was giving her

[3:25:23] and Tmaine and Cleo all the the interviews and Shawn Deb Way on their channels and you kept reaching out and I refused to hit yours.

[3:25:33] That's what I was told by unhinged opinion.

[3:25:37] I've never done anything to that lady to warrant what she did to me.

[3:25:45] And her subs better be careful.

[3:25:49] Cuz if it if she did it to me, who was very loyal, she going to do it to them.

[3:25:57] Speak. Can I ask you another question? Absolutely.

[3:26:03] So, thank you so much for explaining to me because I I'm just really trying to understand. So,

**Caption:**

[3:26:11] when you saw what she did to hear her, how does she convince you that that person is the bad guy?

[3:26:21] So, like I said, Maggie, I did not know that the mommy biter and hear her same person. Okay.

[3:26:28] You got to remember she make nicknames for everybody. So I had no idea cuz I was a faithful like them last six

[3:26:34] to nine months that here her was live I was always over there. That's how I found um Teddy.

[3:26:43] I had no idea they were the same person.

[3:26:46] And then what she did was she played constantly hear her TV's body cam where the police ran up

[3:26:54] in mother place behind a door and it was not so she was actually on a phone hear her

[3:27:02] hear her's mother was on the phone with hearer. I I found it I'm not going to

[3:27:09] lie I went along with at that time she's very convincing. She makes you think that the person that you're talking

[3:27:16] they're she's talking about is um unhinged like all this stuff.

[3:27:21] But I found it weird like how the hell do you have access to this?

[3:27:27] So then I start and one thing that here her TV said here her TV said and Cups can probably back me up on this.

[3:27:34] She said never click on she used to have like this I can't I can't channel. I think she still has it. And then she

**Caption:**

[3:27:42] used to um put out these Google document and links. She said she said here her TV said

[3:27:50] don't you ever she said if you care about your privacy don't you ever click on them links because your real name shows up and you will get doxed.

[3:28:01] That's facts.

[3:28:03] That's very true. That's very true. Uh just just for the record, I did that's all submitted that website

[3:28:12] everything was printed out from that and that's in the criminal profile because I

[3:28:19] am going after jail time. I am. And now I know exactly who to serve.

[3:28:27] Sorry. Go ahead.

[3:28:32] Um so um so at the time Maggie to answer again

[3:28:40] I was so grain to the sector which means for us like new I didn't know the characters I didn't know anything mind you I came over

[3:28:48] through OKP saying and then me and Jag had our own little beef um

[3:28:56] uh and so then I remember when Jag was kind uh going out the way after everything

[3:29:03] popped off. She said, "Once I'm gone, watch all the content creators turn into

[3:29:09] each other, dox each other in their subs and boom."

[3:29:17] H And y'all have to be careful of people, certain uh subscribers that get close to

[3:29:25] you and act like they're your friends just to relay information. I see it all.

[3:29:32] You can see how Oh, yes. Yes, Timmy. Yes. That is so true. Very close. Oh, yeah.

[3:29:40] Can I say this one more thing? Yeah.

**Caption:**

[3:29:43] So, what also was kind of I I it was highly entertaining. I'm not going to lie, but at the time when Jag swatted

[3:29:51] herself, her and TJ, and then u when Jag and TJ broke up, I was the one that paid TJ's warrants. Okay. just on some girl,

[3:30:00] I'm glad you got away from that [ __ ] because I can't stand her type [ __ ] Right. And so there was a time where I'm

[3:30:07] in Danny's live and TJ and sir the cat was in the hotel and she was calling

[3:30:14] Danny was calling the hotel and she was like harassing the people and they she was trying to get the cat taken away

[3:30:21] like all type of [ __ ] right? And so she uh I don't know who the hell alerted PJ because I didn't have her number.

[3:30:30] I did. I'm the one who told her hilarious.

[3:30:34] I say answer the phone and say this. It was so funny that Danny laugh.

[3:30:41] Yeah. I say pick up the phone and say, "Bitch, you ain't getting serious." Okay. Okay. It had to be you because me

[3:30:50] and TJ, I haven't talked to TJ in like like on the phone like over a year, year and a half maybe. It was like Valent or

[3:30:57] not Valentine's Day, Mother's Day, uh 2024 maybe. So anyway, so all that [ __ ] was

[3:31:05] going on and I was still in Danny chat and the [ __ ] was hilarious, don't get me wrong, but at the time at the time, so

[3:31:13] so she calls the hotel. Now I knew where TJ was at. Kimmy knew where TJ was at.

[3:31:19] A few [ __ ] trying to get your cat taken.

**Caption:**

[3:31:22] Yes, she was like ringing. Kimmy, I said answer that [ __ ] So [ __ ] I made your wife. I made your life live.

[3:31:33] Remember she had that Wendy's or some [ __ ] out out the window in her bedroom.

[3:31:38] Anyway, so sir and her in there and old girl calls and she was not she was trying to get she this how bad it is.

[3:31:47] Like it's funny but it's not [ __ ] funny, right? This girl's homeless. She just broke away from the biggest uh demon at

[3:31:56] the time, Jay. So she calls her and TJ runs up there, I guess, cuz Kimmy told her and TJ answer the [ __ ] phone. old

[3:32:05] girl was like and she starts laughing uncontrollably cuz she wasn't expecting TJ to answer at the front desk.

[3:32:12] So if I'm checking you like that so it was just little [ __ ] like that. Hold on.

[3:32:18] I'm like okay that's funny but at the same time we you're an advocate. We talking about you know displacing a another black woman.

[3:32:29] TJ was like [ __ ] like that. Listen, she started to kind of build up over time and I was just like this is weird.

[3:32:36] So when I was talking to old girl, I'm not going to say her name. I can't Lely.

[3:32:40] When I was talking to old girl, she can easy for her to impress upon me that do not just drop. So maybe she cannot hear.

[3:32:49] I had been getting docs in the Discord. That's what it is.

[3:32:52] I was never in Danny's Discord. I tried to get in there towards the end, but it was just like, you know, it was just like little things. And so it was

**Caption:**

[3:33:01] nothing for me to cut it off. I started the girls started sending me like screenshots of them talking about me.

[3:33:08] She uh and I now in 2026 I believe they were manufactured. You know, she was telling me that her mods were talking

[3:33:15] about me, which they were always cool with me. So it was just like some weird [ __ ] But that's how I kind of felt I

[3:33:22] got out of it, right? And then I started seeing the horizon and was just like this [ __ ] is not cool. like what's going

[3:33:29] on? You know what other questions you got, Maggie? Yeah. Oh, can you hear us now, Stacy?

[3:33:38] Stacy.

[3:33:39] Oh. Oh, hell. Oh, I can't even hear y'all. I just been talking. I'm so sorry. See, I told y'all my internet is

[3:33:46] tripping. I'm sorry if I overtalked anybody. I'll be back.

[3:33:50] That's okay. We gonna drop the link again. Okay, so uh what happened was

[3:33:56] Damn. What happened was she um she called and she was making the phone

[3:34:03] calls and I called TJ. I said, "Bitch, she trying to get your cat taken. She trying to get your" And she was like, "What?" She was like, "The phone ringing

[3:34:11] out." I was like, "Answer that, motherfucker." She was like, "I can't." I said, "Why not? Ain't nobody there.

[3:34:17] Answer it." And say, "Bitch sir ain't going nowhere." And that's why she hated you. And she

**Caption:**

[3:34:25] still hates you. That's why. little bit because you're a fighter.

[3:34:29] And TJ answered that damn. And when I tell you that that [ __ ] was hilarious and every time I go back and play that,

[3:34:37] I laugh my ass off. I can't play it here, but because I do have it screen recorded, but uh that was hilarious.

[3:34:49] That [ __ ] trying to call the people to get her cat taken.

[3:34:53] No, but can you imagine someone doing because animal are like your family like it's like your family like why you trying to take my animal

[3:35:01] and a cat and y'all know I love cats and you did that when she answer Yeah, that [ __ ] was

[3:35:08] funny. It was so funny that she had to leave the computer. She laughed so damn hard.

[3:35:16] That [ __ ] was crazy.

[3:35:20] Yeah, that was funny as hell. But um I appreciate if you can hear us now,

[3:35:27] Stacy. I appreciate you. I appreciate your stories. And uh Val, if you're in the chat, um this has been bothering me.

[3:35:38] Evangelist Val, I'm going to keep it real with you guys.

[3:35:43] I have been trying to reach out to Evangelist Val for quite some time.

[3:35:48] She wasn't accepting my calls, but the first thing that she said when

[3:35:55] she hit my panel is, "Yeah, I was cuz I was watching Danny and Danny I was watching."

[3:36:01] Yes. And my thing is this. After not hearing from me for so long

**Caption:**

[3:36:08] and not accepting my calls and then all of a sudden you hit my panel, is that the first thing that you want to talk

[3:36:17] about and then you go off into talking about Sammy? Now, one thing about you, Evangelist Val, see, I could have been

[3:36:25] fake and and tried to evoke some emotions up out of um Stacy when she was up here, but I didn't do that. But what

[3:36:34] when you disrespected my platform like that, that was one of the worst things that you could have done, especially

[3:36:43] dodging my phone calls. You gonna get your ass up here and you're gonna talk about one of my en I overlook a lot of

[3:36:51] [ __ ] that you do. Evangelist Val, that I do. I overlook it.

[3:36:59] But for you to come up here after all of this time and disrespect my platform, how dare you?

[3:37:10] Now, let's drop the link. Maybe you want to discuss that now. because that was out of order.

[3:37:20] Welcome back, Simply DJ. What's up? Hello, we the people. She's in the chat. Hello, we the people. Hey, Bookie.

[3:37:29] We the people. You can come up too. Super happy to see you, girl.

[3:37:33] Yes, we are so happy to see you. And I'm waiting on your content. Hurry up. Damn it.

[3:37:40] Welcome back, Stacy B. But go ahead, Simply DJ. What's up? Hold on.

[3:37:50] Wait, wait, wait, wait, wait. We got auntie up here. What's going on? What's going on?

[3:37:58] Yeah. So, why was you heard what I said?

**Caption:**

[3:38:01] That's why you came up. Let's talk about it. I I just said what I said. Well, I'm confused because you've been calling me.

[3:38:09] I've been avoiding your calls. When When was that? Let's go to it.

[3:38:21] I'm pulling it up now. You have an echo.

[3:38:27] I don't know what. Yeah, that's I was going to say it's some feedback coming from somewhere, but I'm muted, so I'm hoping something. Yeah, please mute.

[3:38:37] Uh oh. Let's see.

[3:38:44] But it was funny in vengeance vow that your first thing was Danny said Danny said I I didn't say anything but I clocked it.

[3:38:52] Maggie I don't even know you so don't talk to me.

[3:38:55] Okay. So I'm going to repeat what I said. It was hilarious. Okay.

[3:39:03] So you can you can get off your high horse and stop acting like a weirdo. Lady, I don't know you. Don't talk to me, lady.

[3:39:11] Don't talk to me. Don't talk to me.

[3:39:15] Don't talk to me. I'm not up here to talk to you. You sent me that in February. Uhhuh.

[3:39:22] I sent you this in May. Uhhuh.

[3:39:28] And I've also called you several times, right? But the first thing that you said when you got on my platform is to bring

[3:39:37] up Danny's name. And I'm just curious for why because that was how I found out about Sammy and the conversation about the

[3:39:46] five-year-old being I don't want to say the sex. Well, you know, the whole that's where the information came from.

**Caption:**

[3:39:55] And so I didn't want to get up there and act like I got the information from somebody.

Yeah. I This is gonna be weird, but if if y'all hear echo that y'all have to mute when I talk.

[3:40:06] Okay. I'm sorry, but um go ahead.

[3:40:08] That's But that Yeah, that's where I got the information from. So, it wasn't me trying to

disrespect your platform. It was me letting y'all know that the only

[3:40:17] reason I knew what Sammy said was I was watching Danny and I heard Sammy say it

and I heard because she played it and so

[3:40:25] that's how I heard it. So, it wasn't me trying to disrespect you, Kimmy. I ain't never

disrespected you. No. And that's why I was tripping.

[3:40:33] That's why I was like, "What?" So, let me let me say this to you. The reason why you

haven't been able to access me on the phone, Kimmy, was

[3:40:40] because at some point, I don't know, somebody must have said that um

[3:40:47] that you were on Kai's channel. Uh yeah, I was here. Uh old school Patricia, I'm

[3:40:54] watching the show just like I don't know why people think you're not supposed to

watch. Let me say this. Let me say this.

[3:41:00] Let me say this. Like you I'mma tell y'all this. My channel, it was time and and I'm not

backpedal, but it was

[3:41:09] times that me and Evangelist Val, she never showed her face in my chat,

[3:41:17] but she was still a member of my channel.

[3:41:20] So that's a way of supporting the channel.

[3:41:24] So when she came up on my platform, okay, she didn't accept my call. I'm tripping

like, "What the [ __ ] You

**Caption:**

[3:41:31] didn't She didn't accept my call." That was like a first. And then when she all of a sudden just popped up on the platform after uh denying my phone calls

[3:41:40] or my text, it just shocked me. And then the first thing that she said, like anybody else would think, why would you

[3:41:47] bring up her name when you just get here now? Right. I'm sorry. Go ahead, Ken.

[3:41:54] Uhuh. Uhuh. I'm Go ahead, baby. Go ahead. Go ahead. So, what I was going to say is I've always been a member. Okay.

[3:42:01] Um I don't have to, you know, and and I don't think I have to even say this as far as look, I'm not going to lie, I

[3:42:09] have always supported I don't I can't be an adult grown woman and holding down a household with a whole bunch of kids

[3:42:17] that I've raised and say, "Oh, yeah. I I'm just gonna be friends with Kimmy or I'm just gonna be friends with Danny. I've always supported Danny.

[3:42:26] I don't expect that because my thing is this. I don't expect that. But if we gonna talk some real grown woman [ __ ] Yeah. And we do that.

[3:42:35] Well, okay. If we're going to do it, then let's do it. Then let's do it.

[3:42:38] Make your dog walked. I've so many people want. But listen, let me finish. You know what? Now you're

[3:42:46] cutting me off. Just go ahead. Go ahead. I've never disrespected you or did you in a way now

[3:42:53] I've been shady sometimes but I've never did you in a way that these other content creators did you bal

**Caption:**

[3:43:03] ever prayed with you I gave you encouraging words

[3:43:10] I just didn't understand the disrespect to me that was diff dis disrespectful even if you was making it as a point of

[3:43:17] reference You could have said, "I was watching this on a whole another platform and this is what I came up with." But I've never disrespected you.

[3:43:26] I've never dogwalked you. I've I and and so many times I could have, you know, said some

[3:43:34] things, but I didn't. Out of respect to you, Kimmy, we had a conversation years ago.

[3:43:46] You you don't have to get on here and act of who?

[3:43:51] We had a conversation years ago. Have we have we ever in the time that we've known each other have we ever broken

[3:43:59] have we ever negating the fact okay let me

[3:44:08] offend it. It didn't offend if you don't answer somebody call. Hey, maybe you just don't

[3:44:16] want to talk right then and there. And I ain't mad at that. It's not that I didn't answer your call. Then I'm going have to explain myself.

[3:44:24] So, I don't know if I Oh, it was when I did when I got on the phone and I was,

[3:44:32] you know, going through the whole eliminating myself thing and then I guess somebody said something about it to you and then you said something about

[3:44:41] something to it uh to Kai and you said that I was bullshitting because you had just talked to me and I I was offended

[3:44:48] by that, Kimmy, because I was really going through a depressive state.

**Caption:**

[3:44:53] Well, why not tell? I was mad because I was mad then. I was like, why would she say that? That I that's not possible.

[3:45:01] You didn't know what I was going through. But I'm going to put a pause on that and I'mma say this. I don't have to.

[3:45:10] And and let me say this, okay, to make this clean. When I g came up on your channel, I probably should have been like, you know what, Timmy, I'm not

[3:45:18] going I I should not have said Danny's name because y'all are in the place that y'all are. I could have said that other

[3:45:25] content creator. I should have said that.

[3:45:28] But at the same time, I appreciate that. I appreciate that.

[3:45:32] Time. Can't nobody say well Val goes over on Danny's and she talks about Timmy. Nobody can ever say that. Just

[3:45:40] like can't nobody say well tell Danny well Val goes over and she talks about you on Kimmy's. Can't nobody I don't do y that's not what I said.

[3:45:49] Can you put it's not method of Would you go to Danny's platform and say I was

[3:45:56] watching Kimmy's and that's how Yeah, [ __ ]

[3:46:04] You better tell her. Kimmy, you better tell her she don't know me.

[3:46:09] [ __ ]

[3:46:11] Y'all better.

[3:46:15] Y'all better tell her to shut up talking to me. She does not know me. [ __ ] [ __ ] She about to get the [ __ ] red

[3:46:22] out of her. Y'all better tell her to leave me alone.

**Caption:**

[3:46:26] Why? Why you about to calling me a liar and she Hey, how you doing?

[3:46:34] Hey Valie, how you doing?

[3:46:36] I mean it's not I mean it's just Hey DJ.

[3:46:44] Hey Val. Hey DJ.

[3:46:46] The people. DJ, could you tell your friend? DJ, could you tell your friend not to talk to me, please?

[3:46:54] Cuz I'm trying to be respectful.

[3:46:56] Okay. I'm not talking to the weird person that gets mad. I'm just saying we're listening to content. I'm not

[3:47:03] talking to you. Shut up. So, I'm talking to the universe. She's talking [ __ ] Let me tell you something.

[3:47:11] Let me tell you something like you set your ass up here and you have monopolized this damn uh platform and

[3:47:20] acted like it was your channel for so long and Kimmy has sat up here and pretended like she was not bothered because that's who she is. You don't

[3:47:28] know me, [ __ ] You better leave me here. I'm not your friend. Kimmy is your friend. What did she just say? Weird ass [ __ ] won't.

[3:47:39] I'm clearly not your friend.

[3:47:42] Val, I'm clearly not your friend. Why are you so excited?

[3:47:46] Do you think Do you think you're going to get props from Danny because you're screaming like a banshee?

**Caption:**

[3:47:52] You think you're going to get brownie points because you're you're speaking like a banshee. I don't care.

[3:47:57] I don't care who you are either. Is that the hell? You are disrespectful.

[3:48:02] I don't care about you either. You're weird. Why you are up? Why is she screaming?

[3:48:08] Why is he screaming? You are very screaming. Why is she screaming? Shut up. Okay.

[3:48:17] Wait. Wait. You're going to have a heart attack.

[3:48:19] Val, be careful. I know you have a tendency to go into stroke or to go into a lot of com. Oh, I know you have a

[3:48:27] tendency. You have a fragile health. Be careful, Jimmy. You have a fragile health. Be careful. I'mma drop down. I'mma drop down y'all.

[3:48:36] Wait a minute. Wait a minute.

[3:48:39] Yeah. I'm just not worth a second. This is not worth it because you know what? Let me tell you something, Kimmy. But we talking.

[3:48:47] Let's stay on task. But let's stay on task of the questions. That's why you get like cups. Cups. You can't stay on

[3:48:54] ts mouth. I don't know this [ __ ] I can't for her. But let me say this. Let me say

[3:49:03] I'm glad that we rectified the situation, Val, and it was no disrespect.

[3:49:10] It never will be, Kimmy. It never will be.

[3:49:12] Accept that. And I really accept that, Val. And anything else after that, I just want to say just respect me like I respect you.

[3:49:21] And I will and I will.

**Caption:**

[3:49:24] Do you understand me? And I And if I have a problem with you, we can talk about it offline. We don't never have to do nothing. You didn't contact me, Val.

[3:49:34] You didn't contact me, Kenny. Because I thought that you had I did being upset. I get it. I get being upset and when you in a pickle and

[3:49:43] everybody coming at you like those was coming at you.

[3:49:48] It was a mess. And I was like, "Okay, but guess what, Val? The same thing happened to me." I know, baby. I know you back then.

[3:49:59] I know. It continued to happen and school was your friend.

[3:50:04] Remember, hey, remember when it happened to both of us when I give you, baby? That's all. I'm not mad or nothing.

[3:50:11] Kimmy. Kimmy, remember when it happened to both of us at the same time and we was out here swinging and we was everything from A.

[3:50:21] I've always had your back, Valent. But I don't We've always We've always had each other's back. I

[3:50:27] had your v I had your back vow in public and you had mine in the bag. No, that's a damn girl. What?

[3:50:36] Serious? Why are you yelling? Okay.

[3:50:40] Because cuz you know this [ __ ] got me upset. You know me.

[3:50:44] So now we ain't got we ain't got to talk about it right now then. We'll just heated.

[3:50:49] I'm heated because she was so disrespect Kimmy. Do you see how disrespectful she is to you and to your channel?

**Caption:**

[3:50:57] This is your channel, Kimmy. This is your platform and I'm trying to talk to you. This

don't have nothing to do with her. We ain't talking about nobody but

[3:51:06] me and you. I don't know her. I know. I know. What you just got?

[3:51:14] Say that again, DJ. We didn't hear. No, I just said that.

[3:51:22] What' you say, DJ? Nothing. I'm sorry. It was like fuzzy.

[3:51:30] Yeah, you got to mute when people talking about because when other people talk your

phone is giving a Oh, okay. Okay. What' you say, DJ? I'm on mute.

[3:51:38] Okay. No, I was just saying that moment with Maggie has passed. Let that be done

with. But Kimmy, when all of the Val is done talking, I do got something to say.

[3:51:49] My throat is me too. Can I say something after lady is done? Um, I'm gonna listen to

DJ and

[3:51:56] then I'm gonna drop down. Um, go ahead because I don't want to hear nothing else

from nothing else. Timmy, um,

[3:52:05] I have never made it a secret where I am in this whole thing. I'm not up in here to um,

rain on your parade. Whatever

[3:52:13] y'all got going on is y'all stuff. You understand what I'm saying? I just came back to

YouTube. I I I don't have

[3:52:20] nothing for nobody. I don't I there's I'm not involved in nothing. And I and I know that

there is friction for people

[3:52:28] who say they not involved in nothing, but I'm not. I literally got 250 subscribers from

when I had 2900 because

**Caption:**

[3:52:37] I let I deleted my whole channel trying to come back a new. Do you understand me?

So I I said to myself, I ain't gonna

[3:52:44] get it. I I want you to understand that you and I are fine. Okay? And I heard

[3:52:51] the call out. People saying that, "Oh, a bow was in the I'm in the bushes because I'm

watching the show." Y'all act like

[3:52:58] people can't watch without being in the chat. I'm not Well, let me say this, Val.

[3:53:07] I would never after not talking to you just for a second. Oh, I'm sorry, babe.

[3:53:13] I would never after not talking to you for a period of time come up on your

[3:53:20] platform and talk about somebody that you was in federal court with and say

[3:53:28] that I was watching their plan their panel and that's how I got the information that I

got. You know what

[3:53:35] I'm saying? I will be respectful because I will understand that that's not what you want

to hear. Especially

[3:53:43] when you haven't even been discussing that person.

[3:53:47] So imagine you're mad at me and I me not even knowing that I'm mad at that you're

mad at me and then when I do finally

[3:53:56] hear from you, that's what you come up and say. So it just looks like it just don't look

good. But I forgive you for that vow as I do with everything else.

[3:54:06] It's all good. I just don't want it to be a problem.

[3:54:12] I'm not going to go after you because that's not what grown people do.

[3:54:17] Why would I do that over that? It just looked like, wow, I wouldn't do that to her. Why

would after not hearing from her, that's the first thing she going to

**Caption:**

[3:54:26] say within the first 10 seconds of the conversation.

[3:54:30] Okay. And I just let you get it off, but I muted and I didn't disrespect you. I just felt disrespected.

[3:54:40] and I knew you was here. That's why I said what I said because I wanted us to have this discussion. Now,

[3:54:48] if anything that I said on Kai's platform offended you, my thing wasn't to offend you. I was just speaking my truth.

[3:55:01] As for I'm tired of always holding back and not speaking my mind and giving a

[3:55:08] [ __ ] about people who can give two shits about me. That's all. Go ahead. Simply DJ.

[3:55:20] Hey, kidding me. Yeah. Now, okay.

[3:55:26] Yeah. Go ahead. Close it. Um, you know how people be running around like, you know, people be pretending to be friends and all that. They're, you know, really

[3:55:34] not friends. That conversation that you had with Val, you would never have to have that conversation with me and you know that, right? I know that. What? Magic.

[3:55:44] Clock it. Clock it. There you go. There you go.

[3:55:47] I want to activate the old lady, but hell yeah. You know, I don't conversations have to have, but I'm

[3:55:55] gonna mute up and let Val talk. Oh, wait. We gonna let Simply DJ continue to talk and then uh I got a question, too.

[3:56:05] Wait, first ask a question and then Simply DJ have a remark after lady is the gone.

[3:56:12] Okay. Okay. All right. So, we all in order. So, okay. My question is so about Okay. you left YouTube and when you left YouTube, there was a series being done

**Caption:**

[3:56:20] on you by your homeboy and them, the same people that you came on Kimmy's panel

talking about. Okay. But when you came back, I noticed how you jumped on

[3:56:30] the panel and started arguing with incoming opinion. What happened between you and

her? Cuz I thought y'all was cool. Like, what happened between you and her?

[3:56:38] Can you share that?

[3:56:41] Okay. Wait a minute. It was a series being done on me by who?

[3:56:46] your shaky friend that you was talking about on Kam panel. She did a series on me.

[3:56:52] I mean, she did a few videos, didn't she? Magic. I mean, I know you don't talk to

Magic. So, Magie, I'm actually on the side, not with Val. Val is not here.

[3:57:00] Don't say my name. It's going to trigger her.

[3:57:02] Excuse me, person. I seen a video on your channel. Um, it was a few videos that was

done about um the friend that's

[3:57:09] up here that don't you not you don't know her. She don't know you, but there was

some videos that was done by her by

[3:57:15] Shaky about said person. Correct, Magie. Okay, Mag going to answer that question.

[3:57:24] Is she going to Is she going to cry if I answer?

[3:57:27] Um, well, I don't know. Maybe. I think Is she going to rage if I answer?

[3:57:31] No, I think people make me cry. You are so weird, lady. Just answer the question. I

think somebody

[3:57:38] I wasn't talking to you, girl. I wasn't talking to you, lady. Do you guys remember how

many time Okay, somebody in

[3:57:44] the chat said Dr. dragged you Val and did several lives now. Come on, Val.

**Caption:**

[3:57:50] Don't do this. The people in the chat remember that there was multipto toe bowls videos done about you.

[3:57:57] The reason I The reason I asked that is because when I left YouTube, there was a point in there where I really left YouTube

[3:58:05] because we were on vacation. So, I don't know how many lies she did about me. So, okay.

[3:58:11] She did a y'all saying now I don't know if you went on trees station head or you was on Kimmy's live but at some point you went off about

[3:58:19] this. You was screaming. I don't know if you maybe did it on your own live before you deleted your live but you were really upset cuz you said she was making

[3:58:27] multiple videos about you. You don't remember that? Oh, okay. Wait a minute.

[3:58:32] No, no, no, no. I know what you're talking about. I'm talking that was the same thing with Timmy about the whole deleting myself and the whole I don't

[3:58:41] know if you heard the the conversation I remember did you hear that? Okay. And then I went

[3:58:48] over to trees on station head and I went off about it. So I know what you're talking about that night. But as far as

[3:58:55] any more um but but I guess my question is my question is about is how is it that

[3:59:03] this young lady was able to make all these videos about you where you were enraged before you left but see you soon as you came back you felt some way about

[3:59:10] Kimmy saying something about you on Kai's panel just a little a little something or what Mel would say a little piece of it you were offended about that

**Caption:**

[3:59:19] where you couldn't answer the phone for your quoteunquote friend or um in common opinion and gave you a place where you were on her panel talking about things

[3:59:27] and then you started to be from her out of nowhere which I thought was pretty crazy too cuz I was like dang what happened between you and coming to pain cuz I thought y's cool and she kind of was thrown off too I think at that too.

[3:59:36] So I'm just trying to figure out like you came back and you kind of it seems like you are the dog that bit you.

[3:59:43] That's all I'm saying. Bite the dog that bit you.

[3:59:47] That's a smoke for everybody. And then you you talk about Sammy and and and and

[3:59:54] that you you and and then you don't do the kids thing. But I've personally heard you talk about kids, Val, just

[4:00:02] like I have before. So we we going we going to call us all this energy and animosity.

[4:00:13] Let me answer Kimmy. Go ahead.

[4:00:16] Let me Can I answer cups? I'mma answer cups first. Okay. First of all, um I'm not going to talk about what was said in

[4:00:24] the background or conversations had in the background, but I will say this. Uh incoming opinion, um had a lot of

[4:00:31] opinions. She was not as cool as she tried to act like she was with me. Um

[4:00:39] and she, you know, I ain't going to talk about it. I'm just going to say there was an issue had. Um, but Val, how is it that it seems like

[4:00:47] every time with you cuz you know I clearly been around since you've been around before you. Um, so how is it that every time there's a situation, you are

**Caption:**

[4:00:55] always saying something is happening in the background that you can't talk about? So, there's always someone feeding you information from the background that somehow makes you feel a way about these said content creators.

[4:01:05] But the said content creators that you're particularly beefing with are the same set content creators that Shaky is beefing with

[4:01:13] or that you are creating like these problems or these situations with are the same people that Shakus. Shaky is

[4:01:20] from. Shaky has an issue there in court with Shaky has issue with Sammy. Kinky has issue with Magie and I'm just saying I'm being observant.

[4:01:32] I don't even know Maggie. So how only thing I said went off on Magic force because Magi wouldn't shut up and let me talk. I don't know nothing about Maggie

[4:01:41] and Shaky. I'm not I don't fight with who Shaky fights with. I don't do that.

[4:01:47] Why? Let me ask you a question. Let me ask you a question, Cup. since you've been around so long. What in the world

[4:01:53] would it afford me to fight with shakies people? I don't offer nothing to her. I can't do nothing to her. I came up here

[4:02:03] listen and no no disrespect cuz I like you. No disrespect. I came up here to talk to Kimmy about me and Kimmy. Okay.

[4:02:11] And the reason I want to stay on that is because anytime I go any way other than what I'm I'm supposed to be on, I get

[4:02:19] screwed in it. And I ass woman, Val, and you should be able to stand on your But I am a girl.

**Caption:**

[4:02:26] But I'm offending anybody.

[4:02:30] And also Val Val, but you came up here, Val. You came up here on a panel of people that were already here. And I understand you came.

[4:02:37] Be careful. She may have a stroke. Be careful cup. She may have a stroke. Stop it. She fine. Val is a very strong woman. Amen.

[4:02:44] I came up here because Timmy asked me to and she had specific questions.

[4:02:49] Right. And I had I had a little question for you, Val. I just want I know, baby. I answered your question.

[4:02:54] I'm And I'm I'm so thankful. I'm so thankful. I'm not going to ask you any more questions. I just wanted to know cuz I was just, you know, I just wanted to know. But thank you so much for answering my questions. I'm get out.

[4:03:01] No, I appreciate you. I just don't want to I ain't trying to Hold on, Mick. Hold on. Hold on, Meek.

[4:03:07] Hold on, Meek. See, this is not what we're going to do. Anybody that's on my platform that has an opinion.

[4:03:15] No. What? Well, that's not all mentality. That's not what we're doing.

[4:03:19] Meek, you are welcomed over here. You Meek, you are the worst. Meek, you are the worst. I know you're an Avenger. You need to chill, man. Chill.

[4:03:28] That ain't that. Meek. Mik.

[4:03:30] People can say what they want to say up here. We Everybody worried about Mickey. Worried about Mickey and that little troll firm. Bookie.

[4:03:38] Exactly. I know crumble if you haven't heard.

**Caption:**

[4:03:41] We're grown little baby.

[4:03:48] Let me think. My question is to a resolution. It's discussing it. Now, you ain't going to be in my chat trying to

[4:03:56] hinder people from asking questions or sitting or trying to get down to the bottom of thing. That's a form of intimidation.

[4:04:05] Oh, that was Kimmy. Oh, that was Kimmy.

[4:04:07] Oh my god. But he learned that from the best. He learned it from the best.

[4:04:12] You I'm just saying. Okay. Well, we not we'll address that. But we not going to do that intimidation [ __ ] That ain't

[4:04:19] This is the same Meek Cruz that her was talking about that was passing around information back.

[4:04:26] No, I love you. I love your sense of humor and all of that, but uh we not going to try to intimidate nobody that's up here talking.

[4:04:36] Right. Period. Period. Period.

[4:04:40] She asked the question. She wanted to know that was said that they mad because I pushing the buttons.

[4:04:51] I'm pushing the buttons too much. Don't worry, guys. I see your threats. I see.

[4:04:56] No. Cups. Cups. You didn't push. You ain't push no buttons. I'm saying to you Cups cuz I I have seen you and I you

[4:05:05] know I'm saying that that you investigate but what I'm saying to you is there nothing to investigate here. I

**Caption:**

[4:05:15] am somebody that got the [ __ ] kicked out of them. I left. I am back and I'm doing my own thing. and

[4:05:24] Kimmy. Kimmy, you asked you asked poignant questions with my name behind them and I came up here and attempt to answer them because you asked them. I

[4:05:33] don't have nothing that I want to talk about at all other than what you called me up here. I answer Cup's questions.

[4:05:41] I appreciate you coming up. I do. Exactly. And that's the thing.

[4:05:46] That's the thing. You know what I'm saying? Like I'm not I don't have nothing to hide. That's the thing. Like and whoever was like, "Oh, she wouldn't go over there and do that on Shaky said." Why wouldn't I? Why wouldn't I?

[4:05:57] If if if I was over there and she said, "Oh, something something." Cammy, yeah, I was over there. Like, what the [ __ ] What are we talking about here? We're

[4:06:05] talking about women.

[4:06:09] What I'm saying is is that I haven't heard from you in a while. I I Do I have to state it again for us to get a clear

[4:06:19] understanding? I haven't heard from you in a while. I'm sorry. I was when you came up, baby was trying to summarize it.

[4:06:26] Oh. Oh, okay. But I'm glad that we're past this because I want you to know, Val, that I have nothing against you, babe.

[4:06:36] I don't know. My truth sometimes is not gonna be popular, but it's my truth. But I've never talked about you in a

[4:06:44] derogatory way. We could say that.

**Caption:**

[4:06:49] I want everybody to get along. I don't think black women need to be and that's the same thing, Kenny. But that's the same thing I want. And I believe we have

[4:06:58] talked in and at at nauseium like we've had conversations about how we would love for the sector to everybody get along. We we don't sit around and talk

[4:07:06] negative about people. We have conversations. We talk about having fun. We talk we laugh.

[4:07:14] Let me be We laugh like a [ __ ] Val, but let me Can I ask you a question? But wait, let me say this to Val first.

[4:07:23] Val, if I offended you, that's not my intentions. And but I know that sometimes, and I know it shouldn't be a

[4:07:30] butt in there, but I know sometimes somebody's truth can be biting. And I my

[4:07:36] intentions is not to offend you. I wouldn't do that.

[4:07:42] If anything, I protected you. I tried to protect you for how many years?

[4:07:47] I don't go on I don't come on here and [ __ ] never val so I just want to be great I just don't

[4:07:56] disrespect it then and that's why why not bring it to your attention because it bothered me and I didn't want to

[4:08:04] that's all right and I and let me say this to you I appreciate you for saying something to

[4:08:12] me I apologize that we have not been able to speak in the background okay I will apologize for that. But I also will

[4:08:19] say we hurt one another. I was hurt by whatever you know what I heard from you on you on Kais and you were hurt because

**Caption:**

[4:08:27] I stopped communicating. But there is nothing that anybody else can say to tell me my oldest child is 36 years old.

[4:08:36] I would be a fool to let somebody who's younger than my oldest child tell me how to move on a on a app. Come on y'all.

[4:08:44] Let me let me look Kimmy, my grandson will be 16 in a month. I have a grand I

[4:08:52] got grandkids. So I'm sitting up here and letting somebody who's not even as old as my oldest son be like, "Oh yeah,

[4:09:00] and you better not be at Kimmy's." No, that's not going to happen. We created something outside of YouTube. People do

[4:09:08] that. And when we talk, we talk. When we don't, we don't. But we have a respect for one another. Can't nobody And

[4:09:16] that's when she called. Why would I? I don't have anything.

[4:09:26] But but if I was talking about you, that's why I had to ask Val because I felt some kind of love.

[4:09:36] I understand. That's all.

[4:09:38] I understand and I appreciate it. I pray we have to be a call each other out our names. Like

[4:09:46] you said, we both are grandparents. We both I have four grandkids in my room, so we don't have to do this. Uh oh.

[4:09:59] I'm like me watching my grandchild play football. So no, we like doing doing other things. We on a whole another

[4:10:06] level. And I want to I literally want to be in that space. Okay. So, I'm not trying to

**Caption:**

[4:10:14] I don't want to go backwards if that makes sense to anybody. I just don't want to do that. I don't want to do that. I'm not trying to be in that

[4:10:20] place. But I do want to cup a good point. She said, "You went off on Sammy.

[4:10:25] You went off on incoming." And I said I found out the incoming wasn't forthcoming. And then what what Sammy,

[4:10:33] it was what it was. I heard Sammy say the things that she said and I when I when I went over to Ben's chat and I was

[4:10:41] sitting over there and he was saying those derogatory things about her talking about bending her over and splitting it wide. I was so turned off

[4:10:49] and me and Sammy were cool and I couldn't believe he was disrespecting her like that. So I went up and I told him I and and you can go back and look

[4:10:57] at it. I and and again 54 years old and and out of respect for her, I said, "This is disgusting. You should not talk

[4:11:05] about a woman you say you love and expect your chat to respect her and you talk about her like this." And me and him went back and forth.

[4:11:14] She was in the chat saying, "Don't listen to her, baby. She pretends to be dead." Okay, beep beep. But I'm alive today, so we going to have a

[4:11:22] conversation. So from there is where I was offended for Sammy and I shouldn't have been. After a good couple of nights

[4:11:30] of good sleep, I realized stay in your lane. That ain't your business. And so I let it go. Okay. I am Look, I'm gonna

[4:11:39] say when I'm wrong and when I'm right, I'mma keep moving. That that's just it.

**Caption:**

[4:11:43] Period. I'm not in no troll form. I'm not running in a in in right, Danny Lynn. And it just got worse. I'm not

[4:11:52] running interference for nobody named Shaky. I'm not running from Kimmy. I'm trying to do my own thing. That's it.

[4:12:01] And that's the best thing to do. So Kimmy, if I apologize just on some

[4:12:08] [ __ ] not on nobody else. Beep beep sky blue. I'm I'm just trying to to to do Val and that's it. Cups, I appreciate you for your questions.

[4:12:20] I I you know everything's cool with me. What am I to do? What am I to do?

[4:12:26] My thing is this. Wait, wait, wait. What am I to do when you have a question and and I was wondering something? Why? I

[4:12:34] don't have to take it to content creator to content creator. I said it on my panel and you came up and you addressed

[4:12:41] it and we rectified it. It don't have to be no more than that.

[4:12:47] And it it is what it is. We are past it and that's we're past it and that's that.

[4:12:55] And I asked a question. I just asked you. I said, "Well, I don't think that which I still don't think that you would say that on somebody else's panel." And

[4:13:04] and Magic just made a reference. She said, "Hell no, you wouldn't." And then from there it blew up. I mean, Magic was just ma that that's just Magic. And I

[4:13:12] don't think that it was no I'm just y'all I'm just so over this. Where you at, Maggie?

[4:13:20] And uh these clowns crazy as [ __ ] Uh chill.

[4:13:26] Well, I'm glad you back, girl. La. Okay, honey. Y'all you you you stick out like a sore thumb.

**Caption:**

[4:13:34] I understand that you I understand that you're with Val. I get it. And you're defending Val, but please be respectful in my chat.

[4:13:43] The [ __ ] It is what it is.

[4:13:47] Yeah, they make man. People be just sticking out and just showing out like the [ __ ] What is that about?

[4:13:56] Yeah. I'm so confused. Yeah, cuz your home girl cuz she go everywhere you go. Meek your home girl, right? Yeah. Can you hear me?

[4:14:04] Yeah. You fine.

[4:14:09] You know, sometimes we just watch what we say. I mean, everybody can be here, but you got to be respectful in what you say, right?

[4:14:17] I mean, like, I'm not gonna uh like a person talking over your head and with that troll [ __ ] It is what it is.

[4:14:25] Everybody allowed, but just be respectful.

[4:14:28] I don't care about that [ __ ] I don't. For real.

[4:14:35] People can watch from the bushes. You ain't even got a comment. If that's the case, Timmy, I'mma say this. So, I'mma drop down. Okay, baby. Thank you. Hold

[4:14:44] on. Wait. Wait. Val, wait. Val, give me one feel.

[4:14:54] Glad that we was able to rectify it, pal. And uh I'm sorry that you and Maggie had y'all words, but Maggie didn't mean any any harm to me. You know, she was just speaking her mind.

[4:15:04] And that's what she do. She speaks her mind. That's it. She's not changing. She that's just who she is. Just like I

[4:15:12] understand her, I understand you and that's all. And I don't want y'all to be beefinger.

**Caption:**

[4:15:20] It's just old school with new school.

[4:15:22] But go ahead, baby. Thank you, Just Valencia. Shout out to you.

[4:15:29] But go ahead, Val. Or simply DJ.

[4:15:35] Okay. Well, I just want to tell you that I'm glad that you brought it up and you wanted to talk about it and I'm glad I came and we were able to talk about it.

[4:15:44] Um, as far as Maggie goes, Maggie, I don't know you. I felt like you were very rude. I felt like, uh, you took

[4:15:51] advantage of Kimmy's panel. I felt like Kimmy allowed you to speak because she's, you know, that type of person.

[4:15:57] But you should take, you know, be respectful of her guests. And I I don't know you. you should ask Timmy, can you

[4:16:04] talk to her guest? I'm not the type of person you can just approach it if you don't know. So, that's what that was.

[4:16:11] I'm not going to apologize. Um, I want to say that uh I had something else, but you know, I'm probably having a stroke

[4:16:18] or um I don't know what day of the week it is. It might be heart attack day. Um, oh, but I want to say also,

[4:16:26] um, to Stacy B, I don't know if the comment that she was making wasn't

[4:16:34] relevant to me as far as um, the evangelist and uh, the legal element or whatever.

[4:16:43] Um, I'm not involved in anything anything legal. I haven't done anything illegal. So, I just want to put that out there. Um, I wish all of y'all the best.

[4:16:54] I pray that everybody can be better.

**Caption:**

[4:16:58] Melanated Drip, I'm going I'm I'm ready to literally answer everything. I really am.

[4:17:06] Val, can you hear me?

[4:17:08] I'm I'm I'm to a point where I'm ready to just get it all out on the table. But I appreciate y'all. God bless us all.

[4:17:16] Can y'all hear me?

[4:17:18] No, we can't. We can't. Val, can you hear me?

[4:17:22] No. Val, I'm just talking.

[4:17:24] Val, I can't hear y'all. Can you hear me? Can you hear me?

[4:17:31] No, I can't hear nobody. Oh, damn.

[4:17:38] Damn.

[4:17:41] Lord have mercy. Look at God, Kimmy. Yeah, baby.

[4:17:51] Ah, Val. Val, drop down the link.

[4:17:55] Okay, drop. Yeah, you about to drop down and hit the hit the link. Val, drop it in the back. Somebody type it in the back. Y'all type in I don't feel like doing the Lord's work today. I'm doing it.

[4:18:08] Val, what? Oh, there we go. Me.

[4:18:17] There we go. There she go. There we go.

[4:18:25] We can hear you laughing at me. I just want us all. Can y'all hear me? Can we hear you?

[4:18:33] Can you hear us? Val. Val.

[4:18:41] Val. We got two of you. Val, can you hear one of one of them?

[4:18:46] Oh [ __ ] Can you hear either one of me? No.

**Caption:**

[4:18:54] No. Hello. Uhuh. Can you hear? No.

[4:19:02] Kimmy. No, I can't hear you, baby. Hello.

[4:19:09] Val.

[4:19:11] No, I can't hear you, baby. Lord, all that backdrop. I don't know.

[4:19:18] I don't know. She got Kimmy, let the Lord be great and be okay. Just please.

[4:19:25] Jesus. I can't believe this live went this long.

[4:19:30] Yeah, I'm surprised. I'm really surprised. It's a lot.

[4:19:38] This was a good live. Of course. It's always a great live over here. It's always a vibe over here.

[4:19:46] We in the damn damn. We got 360 people in here. I make sure all of y'all hit that like. We don't want no beef. I don't want no beef with the subscribers.

[4:19:56] I don't want no beef with no damn body.

[4:19:59] But here's the thing. We all got to respect one another. And I know that y'all got things against Maggie and that

[4:20:07] sort of thing. And I hate it. I you know Magic do come in a little hot K you know I was going to say that to Magic because

[4:20:14] I think I can say that to her cuz like Magic don't you know like she come in a little too hot on certain people when

[4:20:22] you you just on the outside looking in you don't really know what you're talking about a little bit today. She been drinking a

[4:20:29] little bit of the drip.

**Caption:**

[4:20:35] Oh man. Hey Melanie, I can't hardly see the chat from where I'm looking y'all. I broke my glasses. So you know a [ __ ] blind as [ __ ] right?

[4:20:45] You I'm blind [ __ ] Yeah, I hate that that's like that. I do.

[4:20:57] Yeah, DJ. When people talking I think your microphone is echoing.

[4:21:02] That's why I'm Yeah. when other when other people are talking your your um mic is echoing. So

[4:21:10] I think you should mute when people are talking because it's giving the feedback too. Okay.

[4:21:17] Give me give you a little information when I'm blind. Y'all let me tell y know how I broke my glasses came in. Y'all

[4:21:24] don't laugh. Please don't. So I was at the funeral home, right?

[4:21:30] And I was looking at this one casket. I had to take my glasses off, right?

[4:21:35] Because I was reading something. Girl, tell me why that thing slammed down on my glasses. That's [ __ ] up. It really is.

[4:21:45] I'm Look, I'm just Okay, I'm trying to find some [ __ ] to laugh at.

[4:21:56] I got Maggie who's a little upset because the uh chat so mean to her. Oh, I got you know I love Maggie y'all.

[4:22:06] Y'all can't like her for me.

[4:22:08] Yeah, I love Maggie too. I think that sometimes people just got to grow on people and then also sometimes I feel like we also got to be mindful of you

[4:22:17] know you got people that you that you know who are like your everyday subscribers and you got those selective people that come in with selective

**Caption:**

[4:22:24] people on your panel to kind of push your kind of narrative in the chat like you know what I'm saying? But it's

[4:22:31] it's a open panel. Everybody knows that, you know, we have open conversation over here. And I think your chat should be open to that as well. Like, you know what I'm saying?

[4:22:41] And then I'm looking at the chat a little bit, you know, close up here on my phone. Like I didn't know Mel had an issue with uh Magie. Like a lot of

[4:22:48] people like I think they issue is maybe again she might come in a little too hot on them with something. She might not be fully informed

[4:22:57] made up. It's just a learn. It's it's a Yeah, I love Magie, too. It's just a learning.

[4:23:04] Wait, I'm confused. I thought Mel and Magie made up. Yeah, I get it. Welcome back, Val.

[4:23:11] Oh my god.

[4:23:14] I don't I can't keep up with this nonsense. Yeah, she do.

[4:23:21] Listen, I just came back to say I'm sorry that I can't stay up here, but I told y'all I'm old. Okay, this this

[4:23:28] whole getting up on the Streamyard thing, listen, it's it's complicated over here on Kimmy's channel apparently.

[4:23:37] I I don't know, but I made it back up here.

[4:23:42] Yeah, maybe. Look, God is trying to tell you something.

[4:23:47] I heard DJ say, "Let God be great." Y'all didn't want Y'all didn't want me

[4:23:53] to come back. I know y'all was like, Y'all can talk about it. What do you want to say?

**Caption:**

[4:24:02] Val know I tell Val nothing how why say what I said. She already knows cuz she know I know all about the BS of the BS. Come on Val.

[4:24:16] Yeah.

[4:24:18] Just I keep what y'all think out there in that chat. I don't care that chat.

[4:24:26] I don't care. They love me too.

[4:24:29] Can we bring you and Stacy back together? She talking about suing me or something. I don't listen.

[4:24:38] I I don't I have gone to God in prayer and I ain't even

[4:24:46] say I put it all on the altar, DJ. I put it all on the altar and I ain't even trying to be funny. I don't know, you know, all

[4:24:55] that other stuff. I don't know nothing about. Okay. So, that's Yeah,

[4:25:04] I didn't know we fell out until I found out. DJ, you said what?

[4:25:10] I said, "Yeah, I get what you saying cuz me and Stacey D fell out and I didn't know we fell out. I didn't know why she don't know if if I'm I don't know. I

[4:25:18] don't even want to say too much because apparently she was like live over there on her channel like Aaron our messages out.

[4:25:24] I've seen everybody even over there you know and adding some but I was like wondering do people really know the real

[4:25:32] about things or do they just go what people say?

[4:25:36] I I I'mma say this Meek I'm g say this um honest to God I don't I'm not like I said I'm I'm here on a whole new level

**Caption:**

[4:25:45] so I don't want to say too much. I just know that there this is like the third time somebody either said or mentioned

[4:25:52] to me about me being uh the feds after me or or you know it's a whole bunch of

[4:25:59] legal stuff. I don't know. So I I don't have nothing that I got up with nobody and that's the truth. So I love you

[4:26:07] ladies. Thank you for having me. I pray for everybody and that's you know what I'm saying? Like we got to do better and

[4:26:13] that's me and and and everybody else. So my thing is this. Yeah. Facts. But we only accountable for what we do.

[4:26:22] Exactly. Yeah. We only responsible for self. And here's the thing.

[4:26:30] You and Stacy B, in my opinion, maybe I'm talking out of turn, but you and Stacy B, y'all were really close.

[4:26:39] And sometimes we don't want to come back together because of things that we that we have done that shouldn't have been done.

[4:26:48] But maybe it's a chance if you if we if we get together and we

[4:26:55] have a conversation and we speak honestly and openly and don't deceive one another. If y'all

[4:27:03] value that relationship, it's always a way.

[4:27:08] Sometimes we don't come back together because of guilt.

[4:27:13] But we just have to admit it, move forward. I did it. I [ __ ] up. But I did it because and tell the reason why you did it. I did it because I was hurt.

**Caption:**

[4:27:26] Like the reason why me and Jag fell out because of the way that she spoke to me on different panels and I didn't feel

[4:27:33] like she valued the friendship. I felt like I was given 95 and she was just given 5%.

[4:27:44] Now, we can speak about the reasons why.

[4:27:47] We just have to be honest, but her not admitting to her part, it could never be.

[4:27:58] And even if she did for so long, it's been so hurt because once you're hurting, you're going to continue to hurt.

[4:28:07] just stop and rectify it. Y'all was cool. Y'all was a tag team.

[4:28:15] And I understand. I mean, but what that's what I'm saying about these YouTube relationships. Too much [ __ ]

[4:28:22] start getting divulged and and you know, that's water under the bridge. Both of y'all been hurt.

[4:28:31] But if y'all come together, y'all will be good. I really believe that.

[4:28:38] But we have to be honest and don't be on tip and don't be guarded.

[4:28:45] It's okay to say how you really feel.

[4:28:49] It's okay to say I did it because my back was against the wall and and and and yeah, I did that. I

[4:28:58] mean, you know, however, whatever reason it was,

[4:29:04] but I if you know, we just got to do better, y'all. It's so much. We got to

[4:29:13] do better and we got to forgive or we won't be forgiven. Kimmy, that was very That was beautiful.

[4:29:22] That was beautiful. I feel like God has you at a very very um wonderful space to

**Caption:**

[4:29:30] heal and to fix some things. Um

[4:29:37] and I I hope that everybody is receiving of that energy right now. Um

[4:29:46] I really do. I hope everybody is receiving of that energy.

[4:29:49] Yeah. Um, but remember it's okay to just say it ain't going to work.

[4:29:56] I respect her and she respect me. It's that's okay too, right? And that's how me and

male are.

[4:30:03] Me and Melanie, I mean, we fell out.

[4:30:07] Remember, I gave Melanie the moose name, but we made up.

[4:30:12] Oh [ __ ] But we made up, you know, and we can respect each other and move

forward. We ain't had no long conversation about it.

[4:30:21] We ain't sat down and cried or nothing.

[4:30:23] We just, you know, we respect each other and move forward. But, um, I'mma get

down. I appreciate y'all. Everybody have a wonderful night. You, too.

[4:30:33] I'll be in the chat. Well, I won't be in the chat. I'll be in my bed, but I'll be watching.

Okay, baby. All right. Take care. Bye. Bye.

[4:30:40] All right. Bye.

[4:30:45] Okay, let's Yeah, I don't know. Maybe

[4:31:00] that was a good conversation. I mean, everything can be mended. I mean, I don't know

what happened between this [ __ ] is bad. Just bad.

[4:31:11] You just been looking at me.

[4:31:14] Y'all just some bad [ __ ] You know what? Ridiculous.

**Caption:**

[4:31:21] Girl, this chat is a trip. I ain't even trying to play with you. But we got cousins that just

That's just crazy.

[4:31:28] It's crazy. They ain't got no sense.

[4:31:29] Don't have no sensibility. No self-control. It is. It is. It's releases so much.

[4:31:37] It does.

[4:31:38] everything that was, you know, right to hear, you know, Kimmy. Really, honestly,

none of us really know, you know, like how you saying with Val and Stacy, you

[4:31:46] know, it it can be fixed. I'm sure like with Valentin and and and Mel, how hard is it to

just say, you know, my bad to a

[4:31:55] stranger and just keep it moving. You know, it's not like, you know, they was like butt

buddies, you know? I don't know how else to say that.

[4:32:03] You know, like we know like we weren't butt buddies and [ __ ] and we ain't best

friends now. But I don't have nothing against you. You're not going to see me talking about her,

[ __ ] with her and

[4:32:10] [ __ ] I'll speak to her. It's not a big deal. You know, that's how you clean some of that

that that ill will out your heart. These are strangers to us.

[4:32:21] Listen, uh these clowns crazy as [ __ ] I'mma tell you like this, baby. You living

because maybe my mods are

[4:32:27] entertained. But that's all. Yeah, my minds might be entertained, but when they get

tired, I ain't gonna Let's go

[4:32:37] in. When my mind get tired and the chat get tired of seeing you stick out like a sore

thumb with all the negativity,

**Caption:**

[4:32:44] then you know it is what it is. But I allow people to be who they are in the chat.

[4:32:50] Trying to go by your rules. You know, you allow people to be who they are. Say what they want to say.

[4:32:55] Say what you want to say and do what you want to do. But you you Yeah. And they misspelling the cuss word. It is what it is. But dang you. Okay. You said Magic dumps the gun.

[4:33:07] Magic be trying to defend me. And that's my baby. Magic dumps the girls with things

[4:33:14] without solid. That's why I don't get along with her. I mean, and saying earlier, too.

[4:33:22] That's okay.

[4:33:23] And it's not that I dislike Mag. It's not even none of that. I don't try I don't even try to bash Magic. But I'm saying exactly what Mel just said. She just kind of jumps the gun. And when she

[4:33:32] jumped the gun, she jumped the gun hard and fast and furious.

[4:33:36] I mean, she said how she felt. I I said, and this is how I feel. I mean, now

[4:33:43] I said that I don't feel like she would have said that. That would have said that somewhere else. And I told you she would.

[4:33:52] And you said you she wouldn't have. And Maggie said that she wouldn't have.

[4:33:57] Yeah. just my yeah I mean you if that's your true opinion and that's true opinion but they

[4:34:06] got to arguing and and blah blah blah but it is what it is and you know I love Maggie and Magie ain't going nowhere.

[4:34:16] Yeah, man. Be all right. [ __ ] She just, you know, learning all these people and players and different creators and, you

**Caption:**

[4:34:24] know, personalities and [ __ ] So, it takes time to learn how everybody move and

[ __ ] It does. But I am going to

[4:34:31] stand on what I said. She would have not brought your name up over yo.

[4:34:36] [ __ ] no at all.

[4:34:41] [ __ ] no. I mean, you know, it is what it is.

[4:34:47] But uh now that we had the conversation, I don't think that be done over here. Oh

[4:34:52] [ __ ]

[4:34:54] It's $2 speak.

[4:35:01] It is what it is. Y'all, thank y'all for uh you know, being up. We had a large chat

[4:35:09] today. And uh I'm gonna sit back and finish my enjoy my Friday night. And guess what

[4:35:18] y'all? I couldn't celebrate it or have the best Friday night in a long time without anybody else. I love y'all chat.

[4:35:29] Even the these clowns crazy. I love all of y'all for being with me today and supporting me.

[4:35:38] Thank you. Thank you so much everybody.

[4:35:44] Y'all take care and y'all have a great night. Talk to y'all later. Peace.

**EXHIBIT B-2 Samantha McClain July 26, 2026 JustCallMeSammy's broadcast transcript**

**Caption:**

[0:00] Heat. Heat. N. [music]

[0:05] [music]

[0:14] [music]

[0:20] Hey. Hey. Hey. [music]

[0:26] [music]

[0:32] [music]

[0:38] [music]

[0:46] [music]

[0:50] Heat.

[0:55] [music]

[0:59] [music]

[1:08] [music]

[1:09] Heat.

[1:14] [music]

[1:14] Heat.

[1:19] [music]

[1:27] [music]

[1:31] [music]

[1:33] Heat.

[1:44] [music]

[1:50] [music]

[1:56] [music]

**Caption:**

[2:03] Yeah. Life is sweet when the [music] sun up like the trees in the summer.

[2:11] When the seas are trouble then we all need someone my life be Nothing.

[3:45] Oh, shout out to We the people. Shout out to We the people in the building.

[3:50] Can y'all hear me? I gotta make sure the audio is good before we continue, y'all.

[4:02] Listen, we having connection issues. We having connection issues. They won't let your girl be great. They won't let your

[4:10] girl be great. What's going on, black tea sector? What's going on, black tea sector? Can y'all hear the music? Let me

[4:18] unshare real quick. Let me reshare. Let me reshare. Shout out to everybody in the building. [laughter]

[4:26] [applause]

[4:28] Sammy's back. [laughter] Let me share this [ __ ] This is song of the day, y'all. Listen, I'm a little

[4:37] tipsy. I might be a little I might be a little smash. [laughter]

[4:42] [applause]

[4:44] [gasps]

[4:45] Shout out to everybody in the building. Y'all make sure y'all share this live.

[4:49] Let's go. Shout out to Burner Boy. Shout out to Burner Boy with the smash.

[4:56] Shout out to Burner Boy. This the song of the day, y'all. Y'all already know.

[4:59] Y'all know how I do. I can't post. I can't upload for seven days, my people.

[5:06] For seven days, your girl is on lockdown, y'all. What's going on?

[5:12] [laughter]

**Caption:**

[5:14] It's all good. They can't keep a good girl down. They can't keep a queen down.

[5:20] Y'all already know what it is. It's the most hated. It's the most hated in the building.

[5:26] Y'all already know what it is. Y'all make sure y'all share this live. Shout out to my [ __ ] Burner Boy for this smash, y'all. Let's get into it, y'all.

[5:35] Let's go. Hold on. I got to catch it.

[5:41] Rewind.

[5:45] [clears throat and music]

[5:49] [ __ ] It's live, y'all.

[5:53] Hey, we all need my life.

[5:59] [snorts]

[6:02] Hey, we [clears throat] all strive for more

[6:04] [music]

[6:05] to live life and I come.

[6:08] So forgive me if I fumble cuz I'm only human.

[6:14] Somebody move that I don't know

[6:17] [singing]

[6:18] combo. Always looking out my window. Paranoid [music] and confused.

[6:26] I'm not sure anymore. Always knocking [singing] at my door.

[6:31] until the day comes. As I go on, protect me, Lord. I cannot trust my neighbor.

[6:44] Be my savior.

[6:47] When that day comes, defend me [music] from my enies and my neighbor.

[7:06] [music]

**Caption:**

[7:07] You can put on it. Anything I said I stand on it in a private plane I land on

[7:14] it [music] and they [singing] call me cuz I walk around with me

[7:22] [singing and music]

[7:23] my fingers and [singing]

[7:32] you can [music]

[7:36] [singing]

[7:37] pop the Most colors [music]

[7:41] [singing]

[7:43] my grandd [music]

[7:52] [singing]

[7:57] [singing]

[7:59] [music]

[8:02] Start with my fingers. [music and singing]

[8:09] [music]

[8:12] [singing]

[8:14] Nobody know.

[8:17] [music and singing]

[8:19] And if a boy feel my make him leave like [singing and music] I to him my go [music]

[8:32] as I go on [singing and music] over me.

[8:36] Oh Lord I cannot trust my neighbor as

[8:42] [singing and music]

[8:42] I go on over me. Oh Lord, I [music] cannot trust my

**Caption:**

[8:53] [music]

[8:57] [music]

[9:01] shout out to my people.

[9:05] [singing]

[9:08] [music]

[9:09] You can put 100 on it. Anything I said I

[9:17] plane I call me on it cuz I walk around with a meund

[9:35] [music]

[9:35] I [music and singing] walk

[9:48] [music]

[9:52] You can put 100

[10:01] [singing]

[10:08] fingers up.

[10:11] [music]

[10:12] Hey, period. Shout out to Burner Boy. What's up, y'all?

[10:19] [laughter]

[10:21] Y'all, oh my good. Shout out to Tena Gains in the building. Hey, girl. What's up, y'all?
Shout out to everybody in the

[10:30] bushes. We here, baby. Shout out to Miss Fun Rose. Miss Fun Rose is in the

[10:36] building. Oh my goodness, y'all. Listen, my [ __ ] got struck on Friday while I was

[10:44] live, y'all. Co-streaming with my boo or whatever. Y'all already know. So, your girl is
suspended for seven days, you

**Caption:**

[10:52] guys. I cannot do a community post. I cannot upload a video. I can't go live. I am fully restricted for seven days.

[11:02] But it's all good, you guys. Like, I've been chilling. Today is day three of the suspension. And honestly y'all, like I just really been tapping into myself.

[11:12] Like let me tell y'all with all the hate and everything that's been going on, like it's so important

[11:18] that you say your affirmations, that you pour into yourself, that you also talk to friends that will pour into you. Like

[11:27] I have made some amazing sisters, amazing friends here on this app. And when I tell you like they really be there for me. They really ride for me.

[11:38] They are amazing women and I'm so grateful. So, you know what I'm saying? So, it's been

[11:46] cool. It's been cool. You know, I was really going to take this break and just chill and kind of just get ready for like a huge comeback. Um, I'm working on

[11:55] some merch, you guys. I got the you want it with me shirts coming. Okay, y'all already know, like that's my little

[12:04] tagline or whatever. [laughter] So, I'm really working on the merch, you guys, cuz when I get back, when I am

[12:11] able to go live again from Just Call Me Sammy, um that channel, you guys, like I'm trying to come back and get to work,

[12:18] y'all. Like, a whole seven days of making no money. It just sounds so funny to me. Like, I can't even do it. Shout

**Caption:**

[12:26] out to the one and only Civil in the building. What's going on, sis?

[12:33] So, you know, I'm just working y'all in the background. I'm really sick of the [ __ ] You know what I'm saying? Um, shout out to Tena Gains yet again.

[12:44] Hey, girl. So, thank you, Su. I'm happy to be back. You definitely what?

[12:50] [laughter]

[12:52] Yes, I'm working on the merch, y'all.

[12:54] I'm working on the merch so we could launch. I literally cannot post anything right now. So, I figured like once the

[13:01] restrictions are lifted, we going to have, you know, the YouTube shop going to be in order. Hey, shout out to Marsh

[13:08] for subscribing to the channel. Y'all please subscribe to the backup channel, y'all. Please, please, please. Shout out to everybody in the building. I'm so

[13:16] grateful y'all are here. Okay, it's a little setback. It's nothing though to a giant. Y'all already know what it is. So tonight, you guys, let me tell y'all.

[13:28] Let me tell y'all. So anyway, y'all know the shenanigans happened late Thursday night or whatever. You know, me and my

[13:35] boo, you know, Ralph the Wise had hit the link or whatever. Y'all already know on the most hated channel and it was

[13:43] just crazy like this [ __ ] gonna try and say your girl is a number two. Like [ __ ] [ __ ] is you talking about? A number two could never get this much

[13:52] hate that I get y'all. A number two could never like [ __ ] don't even play yourself. Like I'm that girl. Y'all

**Caption:**

[14:00] already know what it is. But listen, we are just so grateful. I love y'all so much. And I had to let that [ __ ] know

[14:06] what it is. But anyway, we ended up going at it and I was co-streaming y'all and unfortunately, you know, people was

[14:15] reporting the live and they ended up getting it struck for community guidelines or whatever. So, we are on a

[14:24] forced 7-day hiatus over on Just Call Me Sammy. But I had this page set up for a minute, y'all. Like, I had this channel

[14:32] set up for a minute. Um, but it was like no better time than never um to Yeah.

[14:40] And that's what we going to get into.

[14:41] Um, Lady Norche, like Lady Norche said she didn't even get a chance to see the live and that's what we are going to talk about, real talk, because this [ __ ] is crazy, you know.

[14:53] So, the strike happened Thursday night, you guys, during the live. I was struck while I was live. So, when that happens,

[15:02] you know, it's a immediate 7-day restriction on the channel, y'all. I cannot I can't post nothing. I can't

[15:11] upload nothing. No shorts, no nothing for seven whole days.

[15:17] I was worked by you. Hey, seven whole nights.

[15:23] I was struck by you. Hey, I can't take it. Won't take it. Won't take it no more. I had about enough of you, [ __ ]

[15:33] I'd rather be on my own. [laughter] Ah,

[15:43] yo, I'm trying to tell y'all this [ __ ] is crazy. So anyway, I really wasn't

**Caption:**

[15:50] tripping at first because I was like, you know, I'mma just look at this as an opportunity for me to take a break cuz

[15:58] y'all already know like when it comes to my channel, I am like a workaholic, y'all. I believe in consistency.

[16:05] I basically view stack. Okay, I'mma put y'all on. I'mma drop some gems right now. I'mma drop some gems for y'all.

[16:13] Okay, once you get monetized, once you hit 1k subscribers, listen, listen, you are then able to unlock

[16:22] another stream of income here on YouTube and that's with AdSense, right? So, I s I I view stack my live. So, I feel like,

[16:32] okay, even if a live does like 500 views and then I come live again and do another 500, cuz we're literally paid

[16:39] per 1,000 views. You know what I'm saying? And the cleaner the content, the better. The cleaner the content, the

[16:46] better. So, the the cleaner the content, the more money that video will make. You know what I'm saying? if you keep the

[16:54] cursing to a minimum. Um, definitely, you know, people hating and and doing reports and [ __ ] weaponizing the

[17:02] system, and that's what we going to talk about today, cuz that's literally what they've been doing. They've been weaponizing the guideline procedures and

[17:10] the systems to to essentially like silence you. You know what I'm saying?

[17:16] So,

**Caption:**

[17:19] [laughter]

[17:21] hold on. We the pee. We the pee. That was such a good live, boo. You've been doing your thing. You are so funny, sis.

[17:30] You are so so funny. Yo, like, I just want to tell you, I can't help but to

[17:37] bust out laughing when you go live because you are hilarious. You definitely bring a comedic factor to the

[17:46] commentary and I love that and I appreciate your support. I appreciate, you know, just your positive um

[17:57] um your positive commentary when it comes to me. I see you and I appreciate you, boo. Thank you so much. And like,

[18:04] yes, I do be, you know, hearing certain things like certain y'all like I just had to be like, "Yeah, [ __ ] that bitch." Like, [laughter]

[18:11] [gasps]

[18:12] "Fuck that bitch." Okay, but not with We the People. Like, definitely a great live. But I will say I'm going to go

[18:20] back to um Dat I'm going to um react to Denat's live because Dat was speaking

[18:26] some truth. Okay. You was looking for me um the other day, Ang, but the live ended. Oh, okay. Okay. [laughter]

[18:36] Yes, that [ __ ] abruptly like they they definitely reported the live and we the people called it out. She says some

[18:44] really she made some really good points and it inspired me to do this live tonight. Like I was going to chill for the seven days, y'all. Like I've been

**Caption:**

[18:52] over here working. I'm journaling. You know what I'm saying? Tapping into my

emotions and feelings. You know what I'm saying? I'm like, I'm doing self-c care.

[19:01] I done did a facial mask today.

[19:05] Y'all know how I love to do. I took me a good shower. Okay, look. We the people be

talking about the

[19:13] good [ __ ] girls. Where y'all at? I'm in that category. We the people. I'm in that

category. Okay. I am in the good

[19:21] [ __ ] category. You be talking to me, sis.

[19:25] I'm just saying. Shout out to Richard Lomax.

[19:30] Shout out to Richard Lomax. That is my baby. Like he really [ __ ] with your girl.

[19:41] He really [ __ ] with me. Like he was like, "Y'all play with Sammy."

[19:48] [laughter]

[19:50] [gasps] I love you, Rich. I love you so much, y'all. The The link is pinned. The link is

pinned. I don't have a long

[19:57] monologue. I am going to um react. I want to do a live reaction to um Denat's live. So,

I'mma get it pulled up.

[20:06] Hold on one second. Y'all know I had to catch a vibe with y'all. That was Bank on It by

Burner Boy. Okay. A little afro

[20:14] beats for my Africans, right?

[20:18] [laughter]

[20:20] [gasps]

**Caption:**

[20:21] Ah. But anyway, I'm excited to be here, y'all. I was going to do this live. I was going to wait a couple of days.

[20:27] Shout out to um Dear Evette Media, Judge Eevee. Y'all, a lot of y'all know her as Judge Shady Court. Shout out to her. She

[20:35] reached out to me today and poured into me. Hi Quinn. [screaming] Shout out to Quinn in the building.

[20:42] That's my girl. Hey boo. Oh my goodness y'all. Y'all came out period.

[20:52] I am loving the support tonight.

[20:56] No live was great and I got to do a live reaction. I did comment on his [ __ ] and let him know. But hopefully, you know, cuz listen, bro, this was a good one.

[21:08] This really was a good one. And you mentioned me. You know what I'm saying?

[21:12] And so, shout out to Thug Kn. Thug Dizzle, the big one, not the little one.

[21:18] You know what I'm saying? Dat has his ways, y'all. Dad is Dad. And I love Dad. Um, we got like a lovehate type of thing going on. I don't know.

[21:29] But I'mma drop his channel because we're definitely going to react to his content. But shout out to We the People.

[21:35] She really um listening to her live, she really inspired me. And then I I went back to Denat's live and I was like, you

[21:45] know what I'm saying? So, yes. Period. Period. Empress. So, let's

[21:51] get into it. Um let me I dropped his channel in the um chat, y'all. Let's

[21:58] make sure we support. But um this live is

**Caption:**

[22:05] Danny Robertson. You're a felon and a liar. And we're going to start it about 20 minutes into the live, you guys. So, we're we're playing this under the guidelines of fair use. Fair use, y'all.

[22:18] Um hold on. Let me put my banner up.

[22:27] All right. Hold on, deny. Hold on. Let me put my um banner up my overlay.

[22:39] All right. So, how this all started, you guys, this all started Friday.

[22:45] Okay. Hey, Cindy. Thank you, boo. Good to see you. This all started on Friday,

[22:52] y'all. So, Kimmy Love went live, you guys. And you guys know I have previous affiliations with Kimmy Live. I haven't

[23:00] been over there and hit her panel in a very long time. And you know, she just been speaking about me and my

[23:07] relationship and things like that. And I have retaliated.

[23:12] And um you know, and and unfortunately, she chose, you know, to dox my family,

[23:19] my son's family, and she's really been doing the most. She's been low-key threatening me. you know, she seems to think she have like my whole credit

[23:28] file, you guys. Like she claims and she said this on live, you guys. And this is like federal like, you know, criminal

[23:36] charges, right? So, I just want to encourage people to be careful with what they are doing. I don't know what I'm

[23:43] doing to you to make you want to, you know, um, have all of my personal information like this. I'm seeing

**Caption:**

[23:50] subscribers, y'all. I'm seeing subscribers talking about how much I pay for my home and different things like that. And I just want to say you guys

[23:58] are stupid as [ __ ] You are dumb as [ __ ] to talk about how much I pay. I could have paid 30,000 for this [ __ ]

[24:07] It is now worth over 200,000. It's all about the equity. You know what I'm saying? And until you are in that

[24:14] position to know what it feels like, um, you know, you you you should not be talking. You should not be talking. And

[24:22] the the comments that I'm seeing from subscribers, the fact that my personal business is out here in these streets

[24:29] the way that it is is very alarming. You know what I'm saying? And it's like you guys want to, you know, put my safety

[24:37] and the safety of myself and my son in jeopardy. You know what I'm saying? you guys are are you you don't care about

[24:44] our well-being or our safety when you do these things. You know what I'm saying?

[24:49] But listen, we are protected by the most high. We have an army of angels surrounding us. My home is covered in

[24:58] the blood. Okay? And um I will always stand on that. I will always continue being who I am as a woman, as a woman of

[25:07] God, more importantly, right? So, you know, this is this is nothing, y'all.

[25:13] Like, it is what it is. Um, shout out to you guys that are subscribing to the channel. Thank you so so much, you guys.

**Caption:**

[25:20] I really really appreciate you. So, shout out to Denade. I want to get into his commentary under the guidelines of

[25:28] fair use. You guys, this video is for commentary and educational purposes only. All rights and credit go to the original content creator. This is

[25:37] protected under fair use which is section 107 of the copyright act of 1976.

[25:43] Shout out to not. Okay, so um let me we're going to start at like the 20 minute timestamp.

[25:52] Um hold on one moment. I see y'all saying some stuff in the chat.

[25:58] Let me see. Let me see.

[26:04] Um, oh, thank you, Civa. I appreciate you. Facts. Empress 78 pages is stalker behalked.

[26:14] Facts. Facts. And this isn't to be a victim at all, y'all. Y'all already know how I do. Yeah. Yeah. We are so serious.

[26:23] But listen, I have nothing to hide. I am not ashamed. I am a grown ass woman.

[26:31] Okay. And listen, so shout out to Denat. All right. We are now sharing. Let me um go back to like 20 minutes into this live.

[26:44] Y'all make sure y'all go check out Thug Knot. Thug not.

[26:54] Let me see. All right. Let's see.

[27:02] the link. Yes, I can drop the link.

[27:04] Please talk to me uh publicly. I'm I'm nervous. I'm scared.

[27:10] Y'all done over sexualized me. I don't know what the [ __ ] you. I don't. So, the link is dropped.

[27:16] I told y nobody.

**Caption:**

[29:00] um the information of all of Danny Robertson's channels and anything associated with her. Here's my opinion.

[29:09] You know, I wish I could, you know, jump for joy, but the way that I see it is

[29:15] that Kimmy Love is literally the same, if not worse, than Danny Robertson. And you guys will see that once this all this whole case is settled and final.

[29:27] You guys will see that this woman has in the middle of her lawsuit has doxed me,

[29:35] my family, um my son's family literally in the middle of this lawsuit, you guys.

[29:42] So, she is no better than I don't see Kimmy Love as a as a she, as a hero in this situation. And that's my opinion.

[29:52] That's just me being honest. You know what I'm saying? And I'm entitled to that. I'm entitled to give my opinion in

[29:58] this situation. I have been affected. I am involved. You know what I'm saying?

[30:04] So, based on that information alone, like I'm just telling y'all, this is my perspective and my opinion. Hold on one second, y'all.

[30:34] All

[30:47] right, y'all. So, yeah, literally the same behaviors. Empress, you are correct. The same behaviors. And the

[30:55] thing is is that um you know these people claim to only come after people if people come after them. But I have

[31:03] not done anything I have not

[31:17] but literally I have not done anything to either one of these individuals and the way that they speak on me, the constant commentary on me when I do not

**Caption:**

[31:26] speak on them, I'm not even thinking about them, you know, to be quite honest and it's just crazy. So shout out to

[31:34] Deny for doing a great breakdown and commentary of what is going on. So let's get into it y'all.

[31:40] And that's very offensive and the supporters exorters like a Korean or sheep. They know that's why they do it.

[31:46] And my whole thing is okay. The chat is playing that game. But Miss thing, we got to be on the even field. You can come up here and drag Sammy talk about how ugly she look like.

[31:53] Yo, I didn't even know that she was on that type of time.

[31:58] So, this is DNA's perspective and what he is getting from what he's heard on

[32:05] her channel. So, allegedly, I'm going to say allegedly because I have not heard it for myself, y'all. I can't I don't

[32:11] listen to her. I don't, you know, I've been tapping in a couple of times with a couple of situations, but other than

[32:19] that, as much as she goes live and and as much as she, you know, has put content, I have not listened.

[32:27] Who passed away? Who passed away, Cibu? I feel you.

[32:36] I feel you. That's what I'm basically saying right now, too. I'm like, I can't do it. So,

[32:43] uh, Whoopy Goldberg from The Color Purple. These are your insinuations.

[32:47] Yeah. And you know what? The selfhatred that these [ __ ] have for themselves, that is nothing but self-hatred. How can

**Caption:**

[32:54] you talk about another black woman in such a way where you're comparing her looks to

that of a slave? I've heard

[33:03] [ __ ] say that that dumb [ __ ] because I'm a dark-skinned woman and and according to

Denat, she has also been

[33:12] claiming to be a lighterkinned woman and speaking as if she's prettier than me or looks

better than me because she has lighter skin than me.

[33:21] That is colorism. That is self-hatred.

[33:30] So based on what you said and how you look

[33:39] light-skinned and pretty like Tissa Tails and you're that [ __ ] and how That's crazy.

[33:45] That's crazy, [ __ ] But yet you use Nene Leaks's image.

[33:55] Dasa auntie Oh, auntie Dr. Cynthia. What?

[34:02] That's who he was talking about.

[34:08] Child, I didn't hear that. Isn't that a um an opinionator? Wasn't she an opinionator?

[34:16] A thank you Cindy. Cindy said, "Your melanin is popping, Sammy." Thank you, boo.

They not going to make me. Okay.

[34:24] Okay. Ruthless just popped in the chat. Shout out to Ruthless in the building.

[34:30] Hey, what's up, Ruthless? Okay. Ruthless said, "No, she is alive. Her daughter is dark

skinned,

[34:40] child." Well, listen.

[34:47] I got Bart Simpson skin tone and all this other stuff, all these black features that you

take aim at. Like, we want to be able to see and have an even

**Caption:**

[34:55] playing field because even on an even playing field, you're just going to be nothing,

[ __ ] because there's no mystery about you. And that's what you're afraid of. I don't know who

[35:03] you've offended so bad the way you think that you going to get unal alive or something

like they say you hack into military files and military base with Storm Radio and got this [ __ ]

Matter of

[35:11] fact, let me call him right now to figure out if he uh and I don't give a [ __ ] what you

talking about because I don't know what's going on with him and his daughter. I'm calling him

about this

[35:18] tea. I need him to know what's happening and what Kimmy got. Matter of fact, let me

go ahead and pull that up real quick.

[35:23] But shout out to y'all. Please like the video. It's absolutely I mean when it comes to the

storm guy.

[35:35] All right, hold on y'all. I lost connection real quick. Hey, Miss Rachel. Sending love

right back to you, Queen.

[35:43] Good to see you. Hold on, y'all. We got to disconnect and then reconnect again.

[35:47] Hold on. We just had a little interruption in the connection. Shout out to everybody in

the building. Y'all

[35:54] make sure y'all subscribe to the channel. This the backup channel, y'all. We are back.

We are back.

[36:03] Shout out to Just Shady. [gasps] Just sh yo, shout out to my girls. Shout out to

[36:10] just my girls that that been reaching out in the background like, "Yo,

**Caption:**

[36:17] come through. You can't you can't go seven days." Judge Shady says seven days is like five years, y'all. I said, "Oh,

[36:27] I can't have that. I can't have that." No way, Jose.

[36:35] A fiveyear hiatus. What can feel like a fiveyear hiatus? Hell no. Hell no. We here, y'all. We here.

[36:46] So, shout out to everybody in the building. You free. I feel a lot free by expressing myself, by feeling like a new

[36:54] don, a new age is coming. And most importantly, and I've said it so many times, taking anger management classes has been one of the most absolute things that I've ever done in my life. You know

[37:02] how like some people can do some stuff and just say that they're doing it just to griff y'all or to make people think otherwise. Like Danny like to sit up there and say she's in school. Girl, you was not in school at all.

[37:12] So on Friday, you guys, Kimmy Love went live and revealed that Google Google the

[37:22] corporation Google responded to her subpoena requesting the personal and

[37:30] private information, the full identity of the owner of several channels, including um Danny Robertson, the Aftershow Cafe.

[37:43] Um, I mean, it's multiple channels, y'all. Multiple channels. And Google actually responded to the subpoena. It

[37:51] was a an official letter from the Google legal defense team. Um, she shared this

[37:57] on her live on Friday. It was definitely tea and breaking [ __ ] news.

[38:04] Okay. For sure. For sure. Um, I will give her that. But I'm telling y'all,

**Caption:**

[38:11] this is going to be interesting to see number one, what she does with this information.

[38:18] Danny know a lot of [ __ ] got her head on a [ __ ] they got they got money on that

[ __ ] head. Y'all already

[38:25] know. Y'all already know it's it's going to be a blood bath. I'm just saying. I'm

[38:31] just saying. Can we be honest? Can we be honest? Not not a blood bath, but I'm saying

she knows. She knows cuz she done

[38:40] did a lot of [ __ ] Y'all already know Shorty did a lot of

[38:48] [ __ ]

[38:50] She [ __ ] with a lot of people's personal lives. And we not even going to discuss that

cuz I'm just here to discuss my experiences of surviving Danny Robertson. Okay.

[39:04] the judge, the juror, and the executioner of the black tea sector.

[39:10] Okay, in my opinion, you know, this is someone, and I love the the speaking

[39:17] points that Den had. So, let me get back into his um commentary so we can, you know,

um get into what he actually

[39:26] alcoholic like a chicken wing, get a four for girl, you was not in school for six years

straight.

[39:29] You're lying to get these people to believe. So, I want to say I definitely found it

interesting when he mentioned

[39:37] that she was speaking on my looks and comparing herself to Tissa Tails as if, you know,

her lighter skin is better

[39:45] than my darker skin, you know, things like that. So, I found that very interesting. But

here, I'm going to

**Caption:**

[39:53] speed this up a little bit. Let me see.

[39:58] It is not index probably because I'm probably going to put this video behind me only or whatever. Maybe I'mma just leave it up cuz you see all them

[40:06] keywords that I didn't put down in the hitting chat to rank for every single keyword with your name because I feel like you're great content right now.

[40:11] You're great content and Yeah, it's your turn. Danny, it is your turn to shine, sis. It's all about you.

[40:21] That that court to get that [ __ ] that bag and she got them papers over you.

[40:24] You have no power. That lady got all your [ __ ] powers. She got all your power. I called Kimmy. I said, "If it's somebody that I ain't want to support, it's you." Because now you can actually make a big difference over

[40:32] here. Your money drying up. Your content drying up. You're still putting out misinformation. You're sexualizing me.

[40:36] And you're gonna get reported every time you do it. Ralph, whenever she sexualize you and report her. Report her. Make sure she don't get no ad revenue off of that egregious stuff while that fan fun.

[40:45] And honestly, y'all are reporting me.

[40:51] That's why I'm on a 7-day restriction right now. Y'all are reporting me.

[40:58] falsely, intentionally, maliciously,

[41:08] more importantly, maliciously

**Caption:**

[41:19] dry up. This girl went live and told her whole audience that even though she got these YouTube monetized accounts, it still ain't her like she stole somebody identity. Yo, that was crazy.

[41:31] That was crazy. Y'all, did y'all hear what Dai just said? And he is I heard it for myself

[41:40] cuz I found it interesting that she went live after Kimmy made this announcement.

[41:48] And do y'all know that when she went live, she stated that even Google doesn't have her real information.

[41:59] [ __ ] why are you lying like this?

[42:05] She has sucked the fun and life out of this sector, censoring everyone while playing their content. Facts. We gonna get into that.

[42:15] Deny exposes that. And listen, we we listen, we going to get into it, y'all.

[42:22] But yes,

[42:37] and y'all sending her y'all money on Cash App and PayPal and monetizing off of it.

[42:45] And the crazy part is y'all, how listen y'all, how is she

[42:54] doing this, right? How is she recording our content?

[43:00] And she ends up being the only one in the sector with our [ __ ] when we get reported, we take the [ __ ] down and put it on private

[43:08] and she's still the only one with our [ __ ] content and monetizing off of it. This [ __ ] plays a dirty game, y'all.

[43:17] Danny Robertson, I'm let let's keep going. Let's keep listening to what Deny is saying because I I definitely want to jump in here.

[43:27] Say I'm capable of doing the same thing. [ __ ] can't really count my pockets.

**Caption:**

[43:30] Nuh-uh. People hit me up on cash app and I love y'all and I thank y'all and I appreciate y'all. But me calling y'all out, I I ended that. Want me to tell you why? Cuz there's some people over in your chat that claim and act like they

[43:39] hate me be sending me money. They be sending me money. Every time you talk about me, they send me a cash app to tell me the time code to go look at.

[43:46] Multiple people, they playing in your face cuz I told you some people over there just over there to figure out who the [ __ ] you is like everybody else. And that's why [ __ ]

[43:54] Kimmy made over $3,000, [ __ ] And ain't no jealousy. Ain't no jealousy in my [ __ ] bones. I wish I could make $3,000 off your ass. [laughter] Shout out to Deny.

[44:06] Two in one video. $3,000 one video. He gonna make more and then when the court boop your frivolous ass appealed they gonna give that 10 stacks. You hurting and it's okay to have some humility.

[44:17] Yes, I was angry. Yes, I put myself in situations to where the police [ __ ] with me. I don't ever want to do that again.

[44:21] I don't ever want to go through systemic racism. Anger management has been my best bet. So no matter what the [ __ ] you say. Shout out to incoming opinion.

[44:28] She's like, "Yo, when they do [ __ ] like this, they are taking away your content.

[44:38] We are the content. You striking us down, getting our videos removed

[44:46] and we're what you talking about. This [ __ ] is so sick, y'all. She is so sick

[44:52] in the [ __ ] head that while reviewing our content, she's telling y'all, we the people broke this down so good. Like,

[45:01] shout out to her. Like, such great points when she did her live today.

**Caption:**

[45:08] Um, she is over there telling y'all how dumb and stupid we are while showing y'all the content.

[45:19] While showing you the content. And then it was so funny because we the people said, "Bitch, you've been putting off

[45:27] your jack content for days now, only being over here talking about the T sector content creators." She finally

[45:35] goes live on her main channel on the Danny Robertson channel only to pay only to play my content.

[45:45] Only to play my content. When Jag came over here to my channel, the [ __ ] has no content of her own.

[45:58] You are monetizing making money off of other people's [ __ ] Danny, you are a fraud.

[46:08] You are a fraud. Real talk.

[46:14] Let's Let's keep playing what uh Denai is saying.

[46:19] And what misinformation you put out about my past and me being an angry [ __ ] I conceded to that and the court allowed. I told them to give me anger management classes. It was not the other way around. Okay?

[46:30] And the only reason I didn't fight that case with the DA cuz I got out of jail on January the 26th and I left on February the 12th. You think I just randomly spent money today? [ __ ] what

[46:39] the [ __ ] me doing with my channel has anything to do with you? And this is something else that she likes to continue to say about me and everybody else. He's upset that people aren't sending him money. He's demanding to be

**Caption:**

[46:47] paid and he feels entitled to a cut of my money. So this has always been about money. It has not always been about money, [ __ ] You But even if it was, so what?

[46:57] So the [ __ ] what, [ __ ] Damn,

[47:10] child.

[47:12] I mean, there's fair use guidelines, right?

[47:17] However, if you're using my content, and we gonna get into this in the bushes.

[47:23] I'mma answer that question in just a moment because guess what? I've been doing while I'm having to take this seven-day

[47:31] break. I'm getting familiar with the guidelines, the the harassment policies, the the sex and nudity policies. Oh, I'm doing my research.

[47:48] Wow, man. I'm just here doing what I do.

[47:56] That's what I'm doing. I'm just doing Sammy.

[48:03] Yeah. Just trying to, you know, make a [ __ ] feel bad about herself. [ __ ] you could never make me feel some type of way. And I hear a lot of you [ __ ]

[48:10] saying [ __ ] like that. Y'all [ __ ] could never make me feel some type of way. Good luck trying.

[48:18] I know who the [ __ ] I am. I'm that girl.

[48:25] Whether you believe so or not. Hey Tea, what's up boo?

[48:34] This [ __ ] is crazy.

[48:39] Let's get into uh hold on, let's get into more of what Deni is saying.

[48:45] Use everybody else's content without showing your face and talk [ __ ] and say some of the most agreed [ __ ] about though like you you that's that's bullying.

**Caption:**

[48:52] That's not Come on then. speak on it, right? And then you convince people that's

supporting me to not support me and now they're supporting you. That's that's that's like destiny

swapping.

[49:01] Like that's some real evil wicked [ __ ] Again, I don't give a [ __ ] No, deny. This is

what it is. Let me show y'all what it is. It's called sadistic.

[49:14] I don't know why. Hold on. Hold on, y'all.

[49:44] All right. Can y'all hear me? Streamyard is with the [ __ ] y'all. It's called sadistic.

[49:51] Let me pull this up for y'all so y'all could see because this word was so heavy.

[50:00] It was so heavy. Um, hold on.

[50:09] The meaning of sadistic.

[50:12] Sadistics describes the tendency to derive pleasure, satisfaction, or

[50:19] entertainment from inflicting pain, suffering, or humiliation on others.

[50:26] Someone acting sadistically inflicts physical or mental anguish on another person or

animal and gets an emotional

[50:34] or sexual thrill from watching them suffer. Come on, y'all.

[50:41] You can't tell me this isn't a a a very good description of how this individual behaves.

[50:48] Everyday sadism in psychology. This refers to noncriminal individuals who exhibit dark

[50:56] personality traits such as enjoying internet trolling, bullying, or manipulating others to

feel a sense of power and control.

[51:16] That's what that is. Let me see what y'all saying in the chat.

[51:24] You are not all sheep. Thank God. Thank God. Okay, cuz y'all been rocking with me

heavy and I appreciate y'all.

**Caption:**

[51:36] Damn. You think she get a sexual thrill from it? Sibu matching my enemy.

[51:48] Oh my goodness. You know she lying. I don't even talk about you, lady.

[51:54] I don't even speak on you. What are you talk? Yo, the delusion.

[52:00] Even when she had first announced that she was no longer supporting me, the way she was over there talking about my channel was starting to become a Danny

[52:08] channel or something like that. I'm like, "Girl, what? Girl, what?

[52:17] Why are you lying?" She enjoys picking on people. I I agree.

[52:25] Period.

[52:27] Nah, I I don't want to listen to that

[52:30] [ __ ]

[52:32] I gotta stay focused. I'm trying to come back with the merch, y'all. We got to get the YouTube shop going again. Like,

[52:39] I'm ready to get back to work. This [ __ ] is unproductive and it [ __ ] with your monetization. Like, they put me on a

[52:47] 7day [ __ ] freeze from making some money this week. I'mma just be honest with y'all. And it sucks. They [ __ ] up

[52:54] the um the speed dating. Everybody was looking forward to that.

[53:03] Oh, and I got the book, by the way. We got Why Men Love [ __ ] and I'm ready to get started, y'all. We are going to

[53:09] come back with the book read. I'm so excited.

[53:14] Facts. And it's all good. You know what I'm saying? I'm just I'm just here to tell y'all what's going on. That's it.

**Caption:**

[53:23] You know what I'm saying? The hate is real. The hate is real. And I really don't have

anything to say about these losers. Like the [ __ ] is pathetic. You

[53:32] need to You are not creative. You are a [ __ ] biter. You bite off of everyone.

[53:38] You think it's a [ __ ] competition with everybody. This [ __ ] is crazy.

[53:48] This [ __ ] is crazy.

[53:52] Let's get back to um deny who supports you, but why does it have to be at the expense

of somebody else

[53:59] not being supported by that same person even if it was or was not their choice?

[54:03] Like you literally are cult leader. It's about your tactics and your character.

[54:07] And your character is is to get all the money and let nobody else eat off of this [ __ ] Oh,

he I can't wait to I can't wait to this person get mad. Oh, this person sending him money.

[54:15] Facts. Facts. You [ __ ] with our monetization.

[54:21] You send your trolls over here to mass report our [ __ ] And listen, if you guys are

enjoying the enjoying the content this evening, you guys, and you would

[54:30] like to donate, we are not monetized on this channel as of yet. So, if you would like to

bless your girl with a monetary

[54:37] donation to the channel, you can cash at me at dollar sign insure me Sammy. If

[54:44] you have cash app and you would like to donate dollar sign and show me Sammy.

[54:53] But did not is absolutely right here in this moment.

[55:00] No lies detected, you know. And I'm not a fan of Kimmy's.

[55:06] Y'all already know. Like I cannot respect this woman because she's bullying as well. I

don't speak on her like that.

**Caption:**

[55:16] And she's been making threats. She's been doxing my family, going on their Facebook and and taking their pictures

[55:23] and photos and putting them here on YouTube for whatever reason.

[55:33] Okay.

[55:42] Let me stalk him. Let me pay. I ain't never gonna come out of his bushes. But I know who she pace is. And I know she was sending him money. I I That's why they was talking about her whole messy money. I know who Karan is. I see who

[55:50] sending him money publicly. And I get love privately. Half the time when people be over there doing that [ __ ] publicly, I look at them sideways because here you go. Here you come.

[55:57] Ready for them to be mad so that they can go over there and send you money too. That's why Gatekeep so much. The [ __ ] had money. She paints did it. Like y'all playing this game even on my

[56:06] birthday. I don't care about that. But why does it have to be at my expense? Like I don't give a [ __ ] what you do.

[56:11] Yeah, [ __ ] what you made. [ __ ] Kenny made more money than you in two weeks off of just exposing that Google sent her the information about you. And then

[56:19] uh yeah, she started this narrative talking about uh and y'all this is going to be very interesting because earlier

[56:26] and and y'all make sure y'all go check out this live from Den because he does um you know share uh Kimmy's live which

[56:35] I I you know did not share because I don't want to be struck. Um, but shout out to DNA.

**Caption:**

[56:44] Um, you know, under the guidelines of fair use, am I playing this video? Um,

[56:51] so hopefully he understands and I know he's trying to rebuild his platform. So, you know, shout out to him. Let's

[56:57] support. But, um, you know, he mentions how Kimmy has all of this information

[57:05] from Google. um IP addresses, the the date that she um signed up on Google on

[57:13] these accounts and different things. So, I mean, this is this is crazy. This is definitely explosive.

[57:22] I have house in Virginia and then say I only see that he says he doesn't have it, but it was approved due to low income. I have to go over the documents again. scam and might have missed the

[57:30] Now, Kimmy obtained the information of an individual who actively I mean, let's just keep it real, y'all.

[57:39] This woman tried to ruin this woman's life. She contacted every governmental

[57:47] agency that this woman is affiliated with. Once she found out that this woman

[57:54] is on social security disability, um food stamps,

[58:00] um had has animals, she even sent animal control to her home, you know, putting

[58:07] reports in on her home on on her. Um she searched um databases and found out that

[58:17] Kimmy had um like uh outstanding tickets and and warrants in her local area that

[58:26] needed to be paid and taken care of. I mean, it was crazy.

[58:33] Literally tried to ruin this woman's life. And um you know, Kimmy retaliated

[58:42] by filing a federal lawsuit. Um a federal

[58:49] um what do we want to call it? Uh a civil suit. Is it civil, y'all? And I think,

**Caption:**

[58:57] you know, Kimmy has mentioned taking criminal charges as well. I think her identity being revealed was the biggest

[59:05] thing. And she accomplished that. She did. Fair enough. You know, and now what I'm learning, thanks to Kimmy, the same

[59:14] individual that is doing these activities to me and my family, she's also the same individual showing me what

[59:22] I need to do to protect myself against her. You know what I'm saying? I mean, it's a winwin for all of us. It

[59:30] literally is a win-win for us all. you know, I'm learning and knowing what I need to do based on what she's doing

[59:39] because she actually got results. She needed to get that judgment from the federal judge

[59:47] for the 10K to go and subpoena Google now and say,

[59:53] "Look, hey, the federal courts gave me a judgment against this

[1:00:01] individual. Now you are subpoenaed to reveal this individual's information.

[1:00:08] And she did that.

[1:00:11] Now see, we're not going to have to do that because we know who they are. You know what I'm saying? Their information is already out there. They publicly let

[1:00:21] us know that they have our personal and private information.

[1:00:26] Um, so it's not, you know, we're not going to have to jump through as many, you know, loopholes as she had to

[1:00:35] because it's going to be, you know, a much simpler process because we already know who you are. You know what I'm

**Caption:**

[1:00:42] saying, guys? So, you know, I say that to say, lady, you need to be careful. You know, I would

[1:00:49] hate to get a federal indictment against yourself. you know, um I think that you cherish your freedom and you cherish

[1:00:58] time with your family, especially according to that body cam that Danny Robertson put out of you. Um you know, the way you were crying to the police

[1:01:06] and and you know, regretful or you know, you pretending to be remorseful for your

[1:01:12] actions on that day. However, um you know

[1:01:19] [sighs]

[1:01:20] [gasps]

[1:01:23] so yeah who has that much time to invest into someone's listen they have a lot of

[1:01:29] time a lot a lot they say that they are in college for you know a PhD and things

[1:01:37] like that child listen Google should be responsible for a lot of these issues Yeah. Yeah. You know,

[1:01:46] shout out to her for, you know, doing the work. I'm I'mma give her that.

[1:01:50] However, you know, this information is just as dangerous, you know, and it's going to be interesting to see where this ends up going.

[1:02:02] It really is.

[1:02:04] She sure doesn't act like a professional. Yeah. But she But she wants to judge and criticize everybody.

[1:02:11] Very immature. Yeah. It's like the mind of a 12-year-old. Seriously. Very immature thinking, tactics, behavior.

**Caption:**

[1:02:21] I agree. I agree 100%. Let's keep going.

[1:02:26] Posing response. Like, what are you talking about?

[1:02:29] Look at her. All in court documents. He moved in as a bad tenant and was complaining about the appliances. Now, the place was gross. To be honest, he went hell with rent. So you knew that,

[1:02:37] but you went over there and still told your audience that I have House of Virginia and that I had no legitimate claim and all this.

[1:02:43] Like, what are you talking about? You're a misinformation specialist. But at the end of the day, why what I went through and overcame has anything to do with you. Like it's

[1:02:51] that part that part people can never just move on with their lives. Like we all make mistakes. None of us are perfect.

[1:03:04] And it takes a lot for people to to heal and grow through the things that they went through without a [ __ ] you

[1:03:11] know, trying to remind them, oh, you did this and you did that.

[1:03:22] One, the HBIC of YouTube. She doesn't want anyone else to succeed on YouTube. She is with that child.

[1:03:32] I'm trying to tell you that is definitely what is given.

[1:03:39] It's crazy.

[1:03:41] You know, you taking away other people's stream of income on here, sending your people to to f to to mass report all

[1:03:51] this [ __ ] [ __ ] It's [ __ ] [ __ ] to my life today. Like, it's relevant to

**Caption:**

[1:04:00] anybody. other than me who's still here as strong as standing in better situation. It'll be different if my life went on a downward spiral, but all that [ __ ] that you're talking about me is in

[1:04:08] the past and I'm I'm on an upward trajectory.

[1:04:11] So, I have a story to tell that you're not entitled to try to take ownership of, [ __ ] And at the end of the day, I overcame and I triumphed because God is the only avenger.

[1:04:22] Yes. And because I learned and I'm a new I learned law. Can't nobody play with me because all that law [ __ ] that I had to learn on my own. But you ain't telling them all the What about the three cases,

[1:04:29] the criminal cases that I represented myself at trial and won? Oh, you don't want to tell them that, huh? Oh, you want to tell them about a fake ass civil restraining order that even your supporters know that that attorney, that

[1:04:37] judge is connected and it was granted again, [ __ ] I got a legitimate appeal and can't nobody silence me and [ __ ] going to get chopped down

[1:04:44] like some wood legally. Black and white, just like that [ __ ] black and white that Kimmy got on your ugly ass up

[1:04:51] out of here. Let me show y'all her um going at my sister, y'all.

[1:04:56] Okay. Uh

[1:04:59] [music]

[1:05:00] Okay, this is my sister. Okay, she wrote my sister. Hi, child. So, let's look at some of the

[1:05:09] tactics that they do where they invade your personal life and cross the line.

**Caption:**

[1:05:15] Let me drop this banner down so you guys can see the receipts.

[1:05:21] Oh, shoot. We got real talking tea with Kimmy Love in the building.

[1:05:27] Hey, hey, Kimmy. [clears throat] You know, if if you would like to have a

[1:05:36] conversation, I'm here for it. Um, the link is pinned.

[1:05:41] If y'all look up at the top of the chat, um, shout out to Real Talking T with Kimmy Love in the building.

[1:05:59] I mean, you did that, you know, and I I I will give you that, but I do have a little

[1:06:06] resentment and a little bit of anger towards you for how you treat me.

[1:06:15] You know, I I don't understand what your animosity is with me when it comes to me. I I don't get it.

[1:06:29] And um I'm I'm here for a conversation.

[1:06:32] You know, I really don't have anything towards you, Kimmy. Um

[1:06:40] I felt some type of way when I heard you speaking on my relationship, you know, and I I felt it was a little unfair

[1:06:49] considering the things that, you know, you've shared publicly, you know. I I just I was being a little petty.

[1:07:00] Well, let's see if she hits the link, y'all. Um, shout out to Kimmy.

[1:07:10] I'm hoping that we can move on. I really am.

[1:07:17] I really am.

[1:07:24] Let me um she said likewise. I I really don't have an issue with you. I don't.

[1:07:41] We got Kimmy Love in the building, y'all. Hey, Kimmy.

**Caption:**

[1:07:46] Hey. Well, hey. How you doing? Look, I'm talking about welcome. No, welcome. Welcome. Shout out to you.

[1:07:54] Thank you for clicking the link. I'm I'm glad we finally get to have a conversation. I I hope, you know, this

[1:08:02] will kind of, you know, put things to rest when it comes to us. Well, let's do it. What's up?

[1:08:09] So, I do want it to be known that I really do not have an issue with you. I really don't. I have

[1:08:17] If you don't have an issue with me, Sammy, then that's it. It's squashed.

[1:08:22] I'm so serious, Kimmy. I don't know what happened, but I'm I don't want a problem with you. I don't.

[1:08:30] Okay. Well, if you don't want a problem with me, Sammy, I don't want a problem with you. And I am over it. To be

[1:08:36] honest, I am so past this. This is just so immature to me. It really truly is. and I really don't have time for one.

[1:08:46] I'm trying to live and be happy.

[1:08:49] Thank you, Kimmy. And I I wish nothing but happiness for you. Um this is a huge

[1:08:56] accomplishment that you made and um it's unfortunate what happened with your

[1:09:03] channel. It's very unfortunate, but you always have a backup channel and have a backup backup channel. Since you made

[1:09:10] this one, you make you a whole another one, too. So, when one is gone, you at least have two. Thank you.

**Caption:**

[1:09:18] Yeah. So, you handle your business as far as that. You be proactive because like you said, it's a lot of haters on here.

[1:09:25] Yeah.

[1:09:27] And with that type of strike, I can't even pinpoint where it came from. So,

[1:09:32] [laughter]

[1:09:32] what was it? You were live. Yes. Yes. I was coing.

[1:09:37] I was co- streaming with Ben. Yeah. And also you got got on the co stream, but I told y'all that a long time ago. Never

[1:09:46] co stream with anybody because if they get struck, you get struck. Yeah. Yeah.

[1:09:53] Be careful. Just be careful with that kind of stuff.

[1:09:56] Absolutely. I mean, it definitely was a a lesson learned. Um and now I know, you

[1:10:04] know, you said you hoping Kimmy say I think she did. Kimmy. Yeah.

[1:10:10] You got and and did not showed on his live where you were holding up page

[1:10:16] after page of the information. Girl, so my question is Kimmy.

[1:10:23] Oh, girl, don't do it. What is it? What is your next step?

[1:10:28] Um, can you can you speak on that or I mean, see, here's the thing. I don't

[1:10:36] want to make the next person wise. I need them to think that I'm just oblivious and I write with crayons like she always say.

[1:10:45] So if I get on YouTube and I speak on my next move, right, the ball is in her court, it's time for her to do the brief for

[1:10:54] the appeal and once we handle the appeal, then you know, we go from there. But uh if she

**Caption:**

[1:11:01] try to file anything tomorrow, anything concerning uh what Google gave

[1:11:08] me, then that's just a lost cause for her.

[1:11:13] You know what I mean? So, if she's trying to keep me from putting that information

out, I I'm not trying to uh to say who she is. That's not my goal.

[1:11:24] Okay. Yeah. I don't care about revealing who she is. That's not my concern.

[1:11:29] That's not what I'm trying to do because it is a stay.

[1:11:33] Discovery is, you know, I don't supposed to go after Discovery or anything like that,

but

[1:11:41] all that took place before the stay. You get what I'm saying?

[1:11:45] So, is the court aware that Google answered your subpoena and provided this

information? No, they just gave me a

[1:11:53] limit. Like, okay, so this is how I could put it. Like, okay. Uh, it's an automatic stay.

Okay.

[1:12:01] After the after the judgment, it's a automatic stay. Okay.

[1:12:06] Once that stay was up and she didn't pay that money, then it was a window

[1:12:13] right after that. And I acted as soon as that window came open. As soon as she didn't

pay the money, she didn't do anything. But then she paid the money.

[1:12:24] So when she paid the money, that stopped all discovery. But it don't stop what's

already in process.

[1:12:31] You get what I'm saying? And the technicality, that's why you have to move fast when

you doing things. Now, if

[1:12:40] now that's kind of like how that's kind of like how a copyright strike act, right?

**Caption:**

[1:12:46] Yeah. Kind of like that. And here's the thing. Now, if now I'm about to put you up on something now with the information

[1:12:54] that I have, now if I went to go try to get discovery with the information that I have, then I would be in violation.

[1:13:02] You get what I'm saying? Because the stay is in place.

[1:13:07] Now, anything that before that stay wasn't in when that stay expired and all of that stuff, hey, that's free reign.

[1:13:14] But now that it's the uh estate in place because she paid the money and Discovery is canled, I can't go off into, you

[1:13:22] know, finding out who she is. You But you don't have to anymore through the answer you directly.

[1:13:31] There we go. So it's just a whim for me. It is.

[1:13:38] So Kimmy, I do want to say I've never hated on you, Queen. like I and I I know you you mentioned me calling you

[1:13:45] that and and sis, but anyway, congratulations on all your channel success. I'm happy you got your monetization back.

[1:13:54] Thank you. I appreciate that because that isn't right. It's not right how she weaponizes the the guidelines

[1:14:02] and the and the system. And it looks like they did change the policies because even like with excessive

[1:14:09] cursing, it limits your your earning potential.

**Caption:**

[1:14:13] But that's been like that really cuz it's like that's why you set it as so you can say cover your own ass.

[1:14:22] You just set it as for 18 and up.

[1:14:25] You got to go into your own settings for each video that you doing all that extra cussing on and all of that kind of stuff

[1:14:32] and set it for uh 18 and up and then you can handle your business as long as you ain't talking about you know you you you

[1:14:39] know. But yeah, you can uh set you got to go into your own setting so when somebody strike you or YouTube won't be

[1:14:47] doing it on their own because they'll do it for you as well. M but you'll see sometimes they'll do it

[1:14:54] when somebody keep trying to report your channel then they'll go in and they'll look but now it's some kind of automatic stuff too. So I think it both of those are you know conjoined you know.

[1:15:06] So have you heard from Jag?

[1:15:10] No. [laughter] No. And I'm not looking forward to hearing from her either. Okay. We have nothing. We have nothing to talk about

[1:15:18] nothing to discuss. It'll never be nothing. It things went too far with that.

[1:15:26] I understand. Okay. What you outside in the backyard?

[1:15:32] No. Oh, I'm uh watering my uh You like You hear my sprinklers?

[1:15:37] I hear Oh, okay. That's is I didn't know if it was like crickets or something. Uhuh. [laughter] That's the sprinklers.

**Caption:**

[1:15:43] I'm Oh, let me try the camera. Yeah, that's the sprinklers.

[1:15:47] Period. Kimmy out there. watering the flowers and Yeah, cuz we supposed to be 99°.

[1:15:54] Oh, okay. Yep. This a good time.

[1:15:58] Yeah, y'all. We got Kimmy loving the building, y'all. Did y'all ever think this day was gonna come?

[1:16:05] Man, [laughter] man, here's the thing. Here's the thing, Sammy. It It's just sometimes now you you have to stand up for yourself. not

[1:16:14] going I can see not anything public like when I tried to get on you know with the public pictures and that kind of stuff

[1:16:23] that the FBI was like ain't nothing we could do about it because all that stuff is public if it's on a public uh platform then it's nothing that they could do about it.

[1:16:33] So that's why she got away with certain things. M

[1:16:40] [snorts] now you know a lot of times when when people because Facebook is such a large

[1:16:49] platform that a lot of people are on and you know they post pictures and stuff like that did did you check

[1:16:57] check what [laughter] girl you will not be getting me in trouble I'm not

[1:17:04] look I'm not even interested in checking the only thing I'm looking for is my check. That's it.

[1:17:12] And that So, is there a p is there a potential for you to go after more? Yes.

[1:17:19] With this information? Oh, yes. because uh the photos that was used that she took off my Tik Tok and other

**Caption:**

[1:17:27] platforms, I got those pictures copyright, you know, copyrighted and so the judge left the room for me to come back and get paid for those.

[1:17:38] Wow. Okay. So now, will I do it?

[1:17:45] You know, yeah. I mean, I'm in a pro I mean, do it. All depends on how this appeal go. You know that kind of stuff.

[1:17:53] I don't know. Am I interested in doing it? I'm kind of over it. But but yeah, I might

[1:18:03] I might because she too arrogant and she too cocky.

[1:18:06] So my foot will forever be on the gas and I have to always look over my shoulder with my foot on the gas on that ass.

[1:18:13] Yeah.

[1:18:15] So just you know she was slipping. She should have paid the money faster. If she would have paid that money faster, then you know it wouldn't have been no

[1:18:22] room for instead of filing all that damn paperwork, she should have been paying that money. But she was trying to hold the court up with filing different

[1:18:30] paperwork. She was filing paperworks. I was filing subpoena.

[1:18:35] Now, let me ask you about this because I was saying this kind of early on. I was questioning, right? If you on here

[1:18:45] saying you were never served, I was questioning why did you file any motion if you were never served? Do you have any thoughts on that?

[1:18:55] Wait, what do you mean? Say that again.

[1:18:57] She was saying that she was never served. Yes. Right.

**Caption:**

[1:19:01] But see, that's how she got in trouble for lying because she was doing a live showing the lawsuit, showing to her

[1:19:09] audience talking about how [ __ ] you know, she was just talking about Right.

[1:19:13] So, as she was discussing it, I went to her live and I printed out all the transcripts [clears throat] and said, "Look, this is her talking

[1:19:21] about it and took screenshots and found it in my complaint." That's how she she lost because she out there and she calls me the liar, but you was never served. Okay.

[1:19:32] Okay.

[1:19:34] So, the judge say, "Okay, since you're saying you ain't served, then we going to serve you this way." And then I served her with an email. I served her on my community wall and then served her in another way.

[1:19:44] So now you're served. I was just handling my business.

[1:19:49] Everything that they were telling me to do, I did. Yeah.

[1:19:53] And I, you know, and I wasn't uh letting up because you she took my, you know, I I tried to apologize. I did all of that stuff. Her thing is about humiliation.

[1:20:04] Yeah. I don't know what kind of gratification she gets from trying to humiliate people. Well, we we said it's sadistic behavior.

[1:20:13] Definitely.

[1:20:14] Yes. Sadistic describes the tendency to derive pleasure, satisfaction, or entertainment from inflicting pain, suffering, or humiliation on others.

[1:20:25] She you you don't feel a slight guilt.

**Caption:**

[1:20:27] You don't feel nothing in her voice that sound reluctant. Just nothing. She's just gung-ho. So, uh people like that,

[1:20:36] you you can't take your foot off the gas. I'm constantly working. Yeah. And I won't be giving up.

[1:20:43] You did that. You have to, baby. Cuz it's not right. It's not right. Yeah.

[1:20:50] Yeah. Because it'll be all right once I get my money.

[1:20:54] I know. That's right. Well, I hope you get your money, girl.

[1:20:56] That's what I'm talking about. There we go.

[1:21:01] I do. I hope you get what you talking about that money one more time.

[1:21:05] I know. That's right. Listen, listen. I am standing with you in prayer, Kimmy.

[1:21:11] You know, because she did take you through it. Um, and you know, just the way they they justify these things to

[1:21:18] make it okay to invade your personal life like that, it's not right.

[1:21:23] But here's the thing. And then it was more than that. Not only did you do what you did and then laugh with your audience and then you just start going

[1:21:31] further and further and then just every just going in and people like that. I mean, and I know that I do some [ __ ]

[1:21:39] but that's just I mean, that's just her foot was man. Yeah.

[1:21:46] And it's like, okay. And then it wasn't just me.

[1:21:49] Everything she could think to contact, she did. Yeah. For real. Yeah.

[1:21:56] Yeah. That was crazy.

[1:21:58] It is what it is. But, uh, now she got to pay for it.

**Caption:**

[1:22:02] Yeah. And again, if she filed like she uh I heard somebody sent me that she said and I'm filing paperwork tomorrow.

[1:22:12] Go ahead on file your file that uh I got that Google. You go right ahead and I'm going to attach all the Google documents

[1:22:21] to Pacer and everybody can see what I see. M.

[1:22:27] So if she files something tomorrow like she claims she's going to do, then I'm going to file something.

[1:22:36] So I have to answer with a response. Right. Right.

[1:22:40] So why not include everything that she's discussing?

[1:22:46] So now you want everybody to know who you are. That's the way for them to know cuz I'm definitely going to attach it.

[1:22:55] How? Got a guess no more. Mhm.

[1:23:03] Now this is going to be explosive.

[1:23:07] Kimmy, I know people have tried for years.

[1:23:13] They just wasn't consistent. And a lot of times people be scared because they feel like this. They feel like, well, I did this back to her and I'm just as

[1:23:22] wrong as she is. combat. Yeah, that was manipulation.

[1:23:27] No, you can't think like that. You have to you have to stick to what you know and do what you do.

[1:23:34] That's right. Cuz a lot of us don't don't start it. You know, she's been doing commentary on me and watching my

**Caption:**

[1:23:41] videos and and playing them back and reacting. I mean, anything anything that's on her channel

[1:23:48] with your face on it, then you can strike her cuz those are your images,

[1:23:56] your avatars and [ __ ] like that. Those are your them AI generated stuff, too. Yep. That's yours. Yep.

[1:24:04] So, you got how many how many lives did she play? She show your image with my image. Yep.

[1:24:12] Oh, girl, you can handle that. That's that's they'll take that [ __ ] if uh you could strike with uh copyright with that

[1:24:20] because she got your image and then you can also if they don't do anything about it go to YouTube legal handle your damn business.

[1:24:31] Yeah. Yep.

[1:24:34] She know my name. None of that [ __ ] because the fact that I got struck while I was live. Y'all want to play dirty? I mean it's fair game. It's fair game.

[1:24:44] Yeah, they get a kick out of that.

[1:24:46] They do. They get All you got to do is fight it. Just fight the I couldn't cuz the language was vulgar

[1:24:54] and Yeah. It It was No, that appeal was rejected. [laughter] Oh, because of what was

[1:25:02] Yeah. Yeah. Y'all you know how uh Ben mouth is child. Yeah. Well, you know I don't watch Ben.

[1:25:10] [laughter] I don't watch me and honey all that.

**Caption:**

[1:25:13] I've been hearing a little bit of y'all over there, child. I'm like, oh my goodness. Can we

[1:25:21] [laughter]

[1:25:22] child? I'm like, Lord. But it is what it is.

[1:25:27] Yeah. And it's just unfortunate that uh I don't like for people, you know, to go through I don't know. I'm just trying to

[1:25:35] turn a new leaf and I just want Yeah, I really truly am, baby. And I want everybody to get along.

[1:25:44] I'm excited for because I want to support you, you know. I want to be tapped in. Um I I like what you doing.

[1:25:52] You know, nothing has changed. I always respected you. You know that. Yeah.

[1:25:56] Um so I I look forward to us just just being able to move forward and just be cordial at the coexist. At least, you know, we do the same with co-workers.

[1:26:06] Well, you have my word, Kimmy. I I'm going to do my best to just continue to be respectful. I I don't I mean, I don't care about work. I don't

[1:26:14] care about when you when people be like that [ __ ] or something like that. I don't care about that. But once you start getting trying to get personal, then that's when I just match energy.

[1:26:24] I understand.

[1:26:25] And that's all it be. And I ain't trying to do that. I just want to be able to create content and just, you know, have everybody up there chilling, talking

[1:26:34] their stuff, and that's right. Laughing and that sort of thing.

**Caption:**

[1:26:37] Because you always had the popping pandles, girl. [laughter] So, so what can we expect from Kimmy Love going forward?

[1:26:46] Um, right now I'm just gonna be chilling. Okay. Cuz I Honey, I'm just gonna be chilling. Okay.

[1:26:53] Because it's like I got some satisfaction.

[1:26:56] Yeah. This is a big deal. I know you can't stop smiling, girl.

[1:27:02] I know you I know you just like, man, did you did you fall on your knees in gratitude, girl?

[1:27:10] No, I didn't. I didn't. I literally didn't.

[1:27:13] It probably didn't even hit you like that yet.

[1:27:16] No, it didn't. You know what I did? I was just like I was when I first got I'm like, I know this ain't what I think it

[1:27:23] is. And when I clicked on it and when you click on one thing all the channel I was like oh okay I do have a question.

[1:27:34] What's that? Okay. Is it all the same identity? I can't answer none of that baby. Okay.

[1:27:42] Yeah. Because that No, I I'm not revealing. I'll be going, you know. Okay. Okay.

[1:27:48] Yeah. I can't I'm not going to mess me up just to give me No. Well, I don't want you to. I don't want you to. Okay.

[1:27:55] Yeah, I understand. I understand. Hey, Judge Shady.

[1:27:59] Hey, Judge Shady. I can't see the chat, y'all. I'm on my iPad. Let me see if I click this [laughter] comments. Let me see. Comments.

[1:28:07] We got Kimmy Love in the building. Y'all listen, this is a big deal. I got my

**Caption:**

[1:28:15] start in the black tea sector with this woman right here.

[1:28:20] We had some good times and then it, you know, it it went We ain't even got to talk about the past.

[1:28:27] No, we don't. But we had some good times. We did. And I that this is how I got my start on the Kimmy love in the den.

[1:28:38] Real talking tea with Kimmy Love. If you know, you know.

[1:28:43] Man, we had some times, didn't we? I'm scared to push anything else because I might end it. Let me see where. Hold on.

[1:28:51] Wait, do I I don't even know how to get back over here.

[1:28:54] And y'all, this has been a long time coming, you know. Shout out to Kimmy.

[1:29:00] Shout out to growth. Shout out to forgiveness.

[1:29:04] Shout out to um just being able to move forward.

[1:29:08] Look, God is good. And every day, every day we get a new day and we can make it better. It's It's that stressful

[1:29:16] beefing out with everybody and that sort of thing. It that it ain't worth it. It's not.

[1:29:21] It's not. You're supposed to be in this a space where you comfortable and you can talk your junk and it's a way to do it. But just constant chaos. It's just not worth it.

[1:29:32] Come on. Not for me, baby. It's not. Yeah. It's not. And I'm tired. I am.

[1:29:38] I hear you. And listen, it's so much opportunity on here for us to all just get to it. You know, you've been doing

[1:29:46] your thing. The numbers have been numbering. You know, Den bragged on um how successful your last live was. Like, I can't hate on that.

**Caption:**

[1:29:57] I want you to do your thing. You know, I was 400 people in there. Like, what was it over 400? 453.

[1:30:08] I remember them days. A lot of people over there.

[1:30:11] Listen, I remember them days when you just started, man. I You remember how many people used to be in them chats, girl?

[1:30:19] Yes. And I remember how excited we would be like, "Girl, you know what I'm saying? When you get a couple of hundred,

[1:30:27] but but once you start getting audiences like that, notice that's when people start hating. That's when they start trying to start arguments to take your

[1:30:37] bag. All you got to [clears throat] do is drown out the noise and just stay focused. But Sammy, on some real stuff,

[1:30:44] you know, you just try it the peaceful way. Won't you just start? Just get with I'm gonna get back to my wholesome.

[1:30:54] Yeah. just get with everybody and just be like, who you got a problem with? Who willing to who, you know, and and and just be

[1:31:03] like, I'm, you know, I'm sorry that it went like this and what can I do to make our relationship better? Just try it that way because then you ain't gonna

[1:31:11] just be having I'm trying to tell you people kill their audiences because people get to picking sides like I don't like her no more. I don't like that. And then you start killing your chat. Yeah.

[1:31:22] Start killing your numbers and it's not worth it. That's what beef do. It does. You're right.

**Caption:**

[1:31:30] You concentrate on on the [ __ ] bag.

[1:31:33] That's what you do. But Oh, on the freaking bag. I'm sorry. But I'm Kimmy. Thank you.

[1:31:40] For sure, baby. Thank you. This was beautiful. You, too.

[1:31:44] Good to see you, guys. See y'all later. Hey, that was Kimmy Love, y'all.

[1:31:50] Kimmy Love was in the building with your girl. And I don't care what they say, man. They talking about, "Oh, you want

[1:31:57] Kimmy to be like your mom and all this crazy stuff, man. Kimmy was always cool, man. When we linked up, she was

[1:32:06] definitely down to earth and cool. And I'm not going to go back, you know, to where things like took a turn. I just

[1:32:14] want to focus on that positive part." And it was so good to have her over here and for us to just squash it and to

[1:32:21] squash things and move forward. Yo, I'm excited for the both of us. I really am.

[1:32:27] Shout out to her and I'm so happy for her. She did the damn thing. She did. She did.

[1:32:36] So, that was everything, y'all. Look at Look at God. Look at God,

[1:32:44] man. That's all I want is peace, man, and love and unity. Um, so that was great. Shout out to Kimmy Love, man.

[1:32:54] So, um, but yeah, she made some great points and you know, shout out to Deny.

[1:33:01] He also, um, just made some great points as well. Um, let's get back into

[1:33:08] playing a little bit more of Den, you guys, and then we gonna get ready to wrap it up. You know, I think we we got

**Caption:**

[1:33:15] the message out there. And you know, a lot of us are getting tired of the

[1:33:20] [ __ ]

[1:33:22] We getting tired of it, man.

[1:33:25] You know, let us live. Stop [ __ ] with people. [ __ ] ain't right.

[1:33:32] Let me see. Shout out to everybody in the building.

[1:33:38] I hope you guys are enjoying the live. I missed y'all. Did you miss me?

[1:33:43] [laughter]

[1:33:47] Who was that? Um, was it Damon Wayans or uh which one? Did you miss me?

[1:33:56] [laughter and gasps]

[1:34:00] What will say one thing I can say about you is that you don't hold a grudge. I try not to. No, no, that was everything.

[1:34:10] That was I was not expecting Kimmy to pop out the bushes. Y'all listen. Shout out to the algorithm. The algorithm is doing its thing, y'all.

[1:34:21] [laughter]

[1:34:22] I did invite some of y'all like my my riders, my my peoples. I sent y'all the

[1:34:30] link like I'm going live from the backup channel tonight. We doing it. Okay. And

[1:34:36] y'all are here. So to see Kimmy pop out the bushes, that was everything. And the fact that she came up and joined us, just icing on the cake.

[1:34:50] Icing on the [ __ ] cake, you know.

[1:34:55] Much respect to her. Um, that was dope. And I'm looking forward to us just coexisting, like she said,

[1:35:03] just cordial, respectful, coexisting going forward.

**Caption:**

[1:35:09] Listen, she's got my word. Okay, she's got my word. Um, all right, let's finish this up because there's not much

[1:35:17] more of Den's video left, y'all. So, let's play it on out. So, right now, um, apparently Danny reached out to his

[1:35:25] sister on Facebook and the message. Let me take the banner down cuz I want y'all

[1:35:32] to see how she approached his sister. I think this is vital for you guys to see how she approached his sister because we

[1:35:41] have to be mindful that we are watching the the tactics, right?

[1:35:48] We are learning the tactics when we're witnessing other people's testimonies and and their stories. We have to think

[1:35:56] deeper than, oh, this person is just telling what they went through. No, we are learning the tactics and and how

[1:36:05] they they operate, right? So, this is a screenshot of her reaching out to his

[1:36:12] sister on Facebook, initiating contact with this woman, and she says, "I just

[1:36:19] watched Dat's video about you. Are you okay?" Okay. Hi.

[1:36:27] I just watched Dat's video about you. Are you okay? I am. Thanks for checking. Look at you. You riding my sister.

[1:36:36] And guess what? She on August the 12th.

[1:36:38] My sister ain't checking her. You wrote my sister trying to build a relationship with my sister because I said something about her and you thought that was going to get her on my on your channel. Then I

**Caption:**

[1:36:46] reach out to my ex. They probably talk a little slick [ __ ] here and there, but these are people that I talk to every day. They ain't got [ __ ] to do with you.

[1:36:51] Ain't got Now, it did take sis a little minute to respond to her cuz she reached out to her on July 14th and sis didn't reply until August 5th, child.

[1:37:03] Okay. I'm just saying. Hold on.

[1:37:10] Got a [ __ ] thing to do with you, [ __ ] I've been collecting friends throughout Brazil for the past two years. You don't think I was around them, hanging out, having fun and [ __ ] I'm not to let y'all [ __ ] see them.

[1:37:20] You won't go and stalk them like how y'all did my ex. Oh, what you writing my sister? You said you got information about me from people in my public life

[1:37:27] personally. Like, why don't you show it, Miss Queens? You said, "Is there anyone in the family? Is there anyone in the family that would do a truthful paid

[1:37:35] interview on the knot? Someone that isn't afraid of retaliation. See, when my sister said how much, when my sister said how much,

[1:37:43] we was laughing at you cuz my sister was going to give you that interview, she definitely was going to give you that interview and come up there and tell you about your funk ass.

[1:37:51] Uh-huh. She was going to answer your questions truthfully. She was. And she was going to show you that you can't [ __ ] with her brother.

[1:37:57] Yeah. See, the reason you haven't gotten that interview about me is not because people are scared of retaliation, but because people know that I'm a great

**Caption:**

[1:38:04] person regardless of what mistake that I may or may not have made. People know that. People see that.

[1:38:08] Mhm. Even with Miss 82 and and and Lady T, they went into a whole private hour interview talking to my ex, somebody that I knew for six years. They was

[1:38:17] talking to that person to get all kind of information about me.

[1:38:20] I'm pretty sure, oh yeah, they're not made mad this time, this time. But when people ask about me, like if I died today, people would tell you the truth about me and it's greatness from the

[1:38:28] bottom of my heart. I'm sorry that that's not the same experience or the same way that some people online might may or may not see me. I'm sorry if I have a spirit of discernment. Even

[1:38:36] people that I discern away from, they don't have bad [ __ ] [ __ ] up [ __ ] to say about me. You don't have a [ __ ] up story to say about me. You can talk about my trials and my tribulations that

[1:38:43] I've overcame. And I agree, I needed anger management. And I've been taking my time with the classes. Like I' i've been taking my time. Every lesson I

[1:38:51] take, I learn something new and I apply it to my life because that's what real men do. So you gota my sister gota you know you know something I wanted my sister to do something for me

[1:38:59] and she didn't answer me and I caught myself bringing up childhood trauma how other times and I asked her and she didn't I was like why would I send her this? I sent it to her let alone days

**Caption:**

[1:39:08] later she calling me oh yeah come on let's do it. I'm like damn I finally learned how to have assertive communication with my sister and not

[1:39:17] cross a boundary. It would be the simple thing sometimes. And if had I taken anger management class when I first came on to YouTube, my relationship with these different people would be completely different. Even though I

[1:39:25] still stand on their character traits that drove me away, I would learn how to play the game a little bit better towards those people who I somehow deem insufficient and irrelevant. Yeah, I

[1:39:32] called the DA a [ __ ] ass cracker cuz it's my first amendment. [laughter] But don't act like I'm going up to these places or that I have been on TV show sets and movie sets and acted so

[1:39:41] erratic. That's not me. And you got to worry about stick looking at a short with my funky blue jacket if you want to know what movies, what projects I've been in or anything. And the same way you Googled my litigation history is the

[1:39:49] same way you can Google the history of me in Hollywood. Okay, but you don't want to talk about that because it shows me in a good light. You only talked about the bad but don't want to show the

[1:39:56] good to neutralize it. Meaning that you only did bad [ __ ] and that's the only thing that you wanted to do. So yeah, you victimized Stacy B. You victimize

[1:40:04] everybody. You are an evil person. The way you move and the way you operate.

[1:40:07] And I'm sorry to say that some people might actually look at your supporters as a reflection of you.

**Caption:**

[1:40:12] And that's bad because again, the only way you get paid is tearing down somebody.

[1:40:17] Oh, the way you literally Oh, she don't literally literally and I loved loved the way we

[1:40:25] the people broke it down when she said this woman is literally using our content

[1:40:33] to persuade her audience of how horrible and how less than of people we are based

[1:40:40] on certain things that she's pointing out in the commentary.

[1:40:45] and why you should not support us only for her to force our content on you. She's

playing the content for you.

[1:40:59] Y'all, I was blown away today when she when she said that. I was like, yo, facts, facts.

[1:41:11] And the way she lied and said that even Google does not have her actual

[1:41:18] information. Y'all, there is a verification process that you have to complete if you

want to be paid from this app.

[1:41:32] It is a twostep verification process.

[1:41:35] They are going to verify your address and your identity.

[1:41:43] There's no going around it.

[1:41:46] So if you are publicly claiming that even the information that Google has the the

entity that cuts the [clears throat]

[1:41:54] check that makes the deposit to the bank account and you're claiming that the

[1:42:01] information they have is not you then you're com you're committing fraud.

[1:42:09] You are committing fraud.

[1:42:16] Not the truth teller, not the woman with the receipts against all the liars in the industry

and all the bad people.

[1:42:29] You are committing fraud.

**Caption:**

[1:42:34] And now and and this is allegedly because this is what she's claiming. She literally went live after Kimmy and this

[1:42:42] is what she's claiming that even Google doesn't have her information.

[1:42:50] So you are putting other people's freedom on the line because even if these people who verify

[1:42:59] their identity and their addresses are not you, they are now liable for your

[1:43:06] actions for everything that you have done under your channel handles.

[1:43:16] the channels that are monetized that you're making money off of doing these malicious, salacious, sadistic tactics and behaviors.

[1:43:33] It's crazy. Yes. Yes.

[1:43:42] 100%.

[1:43:48] Y'all, [snorts] let me tell you, this has been very telling, y'all. And

[1:43:55] this is really new tea, y'all. like the way the these perspectives and the way

[1:44:02] that DNA and we the people um have [clears throat] broken down the psychology of this. It it really is

[1:44:12] I mean this is a different um this is different from what was already

[1:44:19] out there, right? In my opinion, this is a fresh perspective

[1:44:26] and and I see nothing but facts. No lies detected.

[1:44:33] None.

[1:44:36] I don't like the knot and I'm mad at DNA and I'm she paints and I'm and I'm Korean and I'm going to pay them because I want all the attention on me and I want them to keep dragging and I want

**Caption:**

[1:44:43] this community of people to make me feel better about the hate in my own heart towards somebody that I don't even know.

[1:44:50] And I'm sorry if my I'm sorry I don't have no makeup or anything. Sorry. And I'm sorry that you know my hair is wild and crazy. Yes. And and I'm so glad. I'm

[1:44:59] so [ __ ] glad that I ain't got no perm or none of that [ __ ] Can black man not appreciate his [ __ ] hair? Can black man not get a silk press and an aroy treatment? Can a black man

[1:45:08] not sport his [ __ ] Or is you [ __ ] mad because the time that I've been on here growing my hair? [ __ ] you.

[1:45:14] N you better take care of that.

[1:45:17] I'm proud of my hair. I've never grown my hair at all. People told me that my hair was nappy, that my hair was not good, type 4C, and you want to pick at me and my hair when ain't nobody seeing you.

[1:45:26] You picking at my BC hair, you picking at my skin tone, you picking at uh Sammy skin tone. You comparing yourself to Da Tail [ __ ] you are antilack. What?

[1:45:33] You're antilack. Okay. Myself.

[1:45:38] She was talking about my skin tone, y'all. She be talking about She be talking [ __ ] cuz I'm dark skin.

[1:45:46] What? said she claiming to be a light-skinned woman. Child, this is news to me. Okay?

[1:45:53] And don't worry about me, [ __ ] at all.

[1:45:55] In the words of we the people, [ __ ] control everything and own nothing.

**Caption:**

[1:46:00] Don't worry about me. Don't worry about what the [ __ ] I do and what the [ __ ] I got going on. Worry about you and your frivolous ass appeal open brief that we're going to chop like some of [ __ ] wood over here and worry

[1:46:08] about taking that [ __ ] L and whoever else the [ __ ] you connected with and all these accounts you did agreed to [ __ ] to. You've been reported to the police. You're going to be reported to YouTube every for sexualizing me. Every

[1:46:16] time you say no nuts or whatever, you're going to be reported private. Yes, that's what you do. So, people are going to do it. Okay? And thankfully, and and I want to show you I've been trying to log in. I wanted to show you guys that this account is not indexed. But I

[1:46:25] literally just verified my own ID after YouTube told me I could with another account and that's already indexed, but I'm on this channel.

[1:46:33] Yeah. See, I'm not going to cosign everything somebody say, child. cuz I didn't think so because she gives off,

[1:46:42] you know, natural hair, brown skin type of vibes. So, I I was a little thrown off. But yeah, she sits there and

[1:46:51] lectures people on moral conduct facts,

[1:46:55] [gasps]

[1:46:55] the hypocrisy of it all.

[1:47:05] Yeah. Yes, she has gone after my hair now. I know about the skin tone, but listen, Denat, you know, Dat always

[1:47:12] throws a little extra sauce in it. It's it's the D not way. So, you know, because this channel is not indexed, right? And because this channel is not

**Caption:**

[1:47:21] indexed and you say I'm buying views, I show me one video that you think that I'm buying views on and I can and I can show you the demographics, the analytics, where the views is coming from. I'm not 82. Excuse me. I'm not 82.

[1:47:30] People speculate that if he show you his channel and where the views are coming from on his big videos, it'll say external, meaning that some outside source is fueling. Mine would say browse feature. Mine would say it's feature.

[1:47:41] Mine would say notifications. I don't buy views. I don't pay for subscribers or anything. It's thousands and thousands of people know me and they still remember me whether I'm attached to them now or later. No matter how much

[1:47:49] [ __ ] and hatred that y'all spew about me. So again, in a way, your hatred and the [ __ ] and misinformation that you spewed about me and other people, yeah, it did something

[1:47:57] to these people and made them feel like and take on your own sentiments. That's why you get attacked in chats because these people just go to repeating whatever you said again. I was better off without you [ __ ] [ __ ] with me.

[1:48:07] And I go back to my time when I was 14 in boot camp. How I was a straight A student doing college work excelling because I ain't have no [ __ ] like y'all to [ __ ] with me. Nothing but

[1:48:14] discipline and focus. And my boot camp right now is a grown ass man pushing 40.

[1:48:17] So you say it's anger management. I would advise you to go take some anger management classes too cuz [ __ ] I'm malfunctioning and it sound like you need some WD [ __ ] 40 over there [ __ ] Don't play with me. Play with

**Caption:**

[1:48:26] your [ __ ] self. Okay. They say you like to you like to take people personal life and turn into something that is not. You like to [ __ ] with people. You like to harass people. You

[1:48:34] like to dox people and you think it's funny. It's funny to you and it's funny to the people simply because somebody will give them a reaction. But because I have not given you an angry outburst reaction or anything. Who's laughing?

[1:48:44] Nobody but you.

[1:48:45] What about when you're exposed? What about when the truth come out about you?

[1:48:48] The king got them gags for you, [ __ ] Cuz the truth is more entertaining when not tell.

[1:48:52] You're saying it doesn't dictate the rest of your day, whatever happens on Right. Like I can turn this [ __ ] off and go about my day, right?

[1:48:59] See that? That's exactly Shout out to Dat y'all. Shout out to Den

[1:49:06] for the awesome commentary. Shout out to We the People. Shout out to Kimmy Love for hitting the link and coming through

[1:49:14] and chopping it up with us, making amends, moving forward. Um, y'all, it's

[1:49:22] been a great night. We've been here uh an hour and 50 minutes, you guys. I

[1:49:28] do want to play one more thing. Give me one second. I'm not going to keep y'all too much longer. It's back to the grind tomorrow, y'all.

[1:49:40] It is back to the grind tomorrow. So, you know.

[1:49:47] Okay, here we go.

[1:49:50] You know, so one of the things that was suggested to me was that I need to get familiar with the YouTube policies while

**Caption:**

[1:49:59] I'm on this 7-day hiatus. Oh, while I have you guys, shout out to Judge Shady

[1:50:06] in the building. Um, Judge Shady is aka Dear Evette Media. She is um hosting a

[1:50:14] really cute event tomorrow night that she invited me to. You guys, I'm going to do my best to share it here on this

[1:50:21] channel. I literally cannot post anything on my community wall. You guys can't post anything. Um, I can't upload

[1:50:31] no shorts, no videos, and I can't go live for until Thursday night, y'all.

[1:50:37] So, um, oh [ __ ] we got the owl in the building, y'all.

[1:50:45] I had a feeling she was gonna make her way over here. You know what, Magie?

[1:50:49] Listen, Magie. Magie. Magie.

[1:50:56] [sighs]

[1:50:59] Listen.

[1:51:02] Oh, Lord. Look. She talking about she will be touched.

[1:51:08] Yes. Pajama jam. It's a pajama jam girl talk on Dear Evette Media tomorrow

[1:51:16] night. You guys, I'm so honored that she invited me. I'm excited. Y'all know I love a good pajama child. Right now, you

[1:51:23] know, I'm in my towel cuz I took me a nice shower. I did a facial and that's what she's doing tomorrow night with a

[1:51:31] couple of other ladies. I love a good skin care moment. So, it's going to be real cute. I'm excited. So, I hope you

[1:51:39] guys will come through and support. Um,

[1:51:43] [laughter]

**Caption:**

[1:51:44] listen, Maggie.

[1:51:47] Yes. After she traumatized me, I am focused on her downfall. Oh my goodness. You are crazy, girl.

[1:51:55] You are crazy. But listen, I mean, she obsesses over other people as well. So, I mean, it is what it is.

[1:52:06] It is what it is. Yes, I'mma share it.

[1:52:10] Maggie says she's honest. I don't know, Maggie. You You honest?

[1:52:15] I don't know if honest is the word I would use to describe you. I'm just being honest.

[1:52:22] But listen, now she obsessed with me, child.

[1:52:28] Listen, you was trying to have a moment, too, Maggie. You ain't innocent now.

[1:52:37] [laughter and gasps]

[1:52:40] But y'all, it is not fair how this woman records our content, encourages her

[1:52:48] audience to mass report and to strike us, and then you are the only [ __ ] in the sector left with our original

[1:52:56] content. That [ __ ] is not right. It is not right, and we need to fight against it. So, I am officially going to take

[1:53:05] action against you [ __ ] and I am going to utilize these particular

[1:53:12] policies when it comes to you because you guys are weaponizing the system maliciously and fraudulently and I'm

[1:53:21] going to start using it accurately against you. Let's get into it. I'm going to end my live on this note. It is

**Caption:**

[1:53:28] not right. I'm sick and tired of you guys using the system against us real content creators because you Danny

[1:53:35] Robertson, you are not a real content creator, [ __ ] Your commentary and your content is based off of what we do.

[1:53:46] Real talk. It is based off of what people like myself, people like Denat, people like

[1:53:54] even trees. trees is more black tea sector because she does celebrity tea commentary here and there, right? If she

[1:54:03] is not doxing one of us, okay, let's just, you know, let's just be real. But

[1:54:10] Danny Robertson literally all of her platforms are based around other content creators.

[1:54:20] Okay, that is it and that is all. From the Jaguar, right, to every man, woman that

[1:54:28] she's been with and everybody else under the tree. Okay,

[1:54:35] I am going to start utilizing my right as a YouTube partner content creator and

[1:54:41] this is what the policies say when it comes to [music] true or false. If you make a

[1:54:50] video that encourages viewers to post cruel and malicious comments on another video, that could result in a strike on your channel. The answer is true.

[1:55:01] Content or behavior intended to harass, threaten, or bully others is not allowed on YouTube. Neither is maliciously recording someone without their consent

[1:55:08] or revealing someone's private personal information. Let's take a look at some examples.

[1:55:14] Creator A is angry after a heated exchange with creator B and decides to share creator B's personal home address and private phone number in a video that

**Caption:**

[1:55:22] encourages viewers to send nasty messages to creator B. In another video, a creator

wants fans to communicate with them directly via social media, so they

[1:55:29] share their social media handles and email address on their channel. Do either of these

videos violate our community guidelines?

[1:55:37] Yes, the first video violates our harassment policy. Don't use YouTube to maliciously

share personal information about another individual. But how about

[1:55:44] photo editing someone's face into an embarrassing image? What about uploading

videos of prank calls to emergency services? Are those violations, too? To

[1:55:52] learn those answers and more about our harassment policy, go to the YouTube help

center article linked here or use the link in the description. Thanks for watching.

[1:56:00] And

[1:56:02] [music]

[1:56:06] so all you hoes out there with your AI images, it is a violation.

[1:56:15] Okay. So I effective today I am taking action.

[1:56:24] Okay.

[1:56:29] So listen I want to thank you guys for joining me. We are approaching the 2hour mark

y'all. We did that. Listen I got my

[1:56:38] book Why Men Love [ __ ] Tomorrow night we hanging out with Dear Evette Media.

I will share it as soon as I see that she scheduled a live or has it up.

[1:56:50] I will share it on this wall. Y'all, thank you to everybody that subscribed to the backup

channel. I appreciate you guys. Please make sure you continue to

**Caption:**

[1:56:59] share, share, share. Guys, this is monumental. This was tea. I had to speak on it. You know, I've been around for a

[1:57:08] few years now. Um, and listen, I got my start with Kimmy Love. Um, the one that

[1:57:16] is coming out on top in this situation against Danny Robertson. And shout out to her for coming through tonight.

[1:57:24] This is monumental.

[1:57:26] Um, so y'all, we still got a lot more to see what happens. So stay tuned. You know, make sure you are subscribed, make

[1:57:35] sure you got your notifications on. Um, I will be back on my channel

[1:57:41] uh probably Friday. Friday. Um, we are still doing the speed dating. You know, nothing. Y'all ain't stopping [ __ ]

[1:57:50] Okay, we going to meet the contestants Friday night. We still doing it. Okay, we are still doing it. Um, I will be

[1:57:59] back. I think we should start getting into the book. So many of you guys have purchased the book, Why Men Love [ __ ] Y'all are ready for this book

[1:58:07] read and I'm excited. I'm excited for us. Like we want to know how to date better. We want people to stop playing

[1:58:16] in our [ __ ] faces. Okay, I'm with y'all. We here. We here. Okay, so shout

[1:58:23] out to everybody. I love y'all. Thank you guys so much for coming through.

[1:58:28] Let's get this channel popping. And I'mma take Kimmy up on her advice. She said get another backup channel. So, listen. I'mma work on it. Thank you,

**Caption:**

[1:58:37] Empress. Thank you, boo. It was so good to see y'all. Oh my gosh. And I I'm excited. Um, all right. Judge Eevee

[1:58:45] said, "$100 for the best PJs." I'm I'm stepping out, [ __ ] [laughter] Y'all know I love a good PJ set. I'm

[1:58:54] excited. Oh my gosh, y'all. So, tomorrow night, 8:00 p.m. Central, 9:00 p.m.

[1:59:00] Eastern, we're going to be on Dear Evette Media's channel. You guys, I am an invited guest on the panel. I'm

[1:59:08] excited. She said, "I love a good book club, y'all. Let's get into it." And we're going to start it here on this channel. So, tomorrow we hanging out

[1:59:16] with Deer Vet. That's Monday. So, maybe we will start the book read on Tuesday.

[1:59:22] Tuesday night, I'll get it set up. I'll schedule the live. Y'all make sure y'all are subscribed, got your notifications on. I love you guys. And we going to see

[1:59:31] what happens, y'all, because the reveal, the full reveal has not yet been made. Kimmy is moving

[1:59:41] strategically. She's she's basking in this celebration right now, which is fair. Which is fair. This has been a

[1:59:49] long fight for her. So, what you know, I completely understand

[1:59:55] how she's moving. And um y'all, I'm just I'm waiting to see what's next. I don't know about y'all, but I'm tapped in.

[2:00:04] Okay. Shout out to Den. Shout out to Maggie. Uh all all of y'all. And Maggie, you've been over there talking [ __ ]

[2:00:11] [ __ ]

**Caption:**

[2:00:12] But listen, I I can move on with you [ __ ] I can I can you know I

[2:00:19] don't got to hold on to [ __ ] Um but I thank y'all. Yeah. It's time for us to get to the money. We got to stop

[2:00:28] stopping each other. It's enough for all of us out here. It really is. It really is. All right. So, I'm excited, y'all.

[2:00:37] This is our year. This is our year. This is our time. We are over halfway into

[2:00:43] 2026, y'all. We gotta make make make [ __ ] happen. Okay, I love you guys.

[2:00:49] Thank you so much for joining me. Shout out to Burner Boy with the song of the day. Um,

[2:00:55] listen, you can bank on it. That one thing Sammmyy's going to do is bounce the [ __ ] back. Y'all [ __ ] can

[2:01:04] keep on trying me all you want, but listen, y'all [ __ ] can't [ __ ] with me. And that's just what it is. Listen,

[2:01:10] I love you guys. I love you and I thank you. I hope y'all having an amazing

[2:01:17] night. God bless you and I'll see y'all soon. Love y'all.

**EXHIBIT G - April 14 2026. I WON -PART 1 & 2**

# I WON PART 1

[0:03] [cheering]

[0:11] [music]

[0:17] [music]

[0:20] Thank you for the cash apps. Thank you for the super stickers. You're making me feel so special.

[0:27] Waiting for my downfall [music] that you never see. I know you sitting there wishing that [music] you was

[0:40] [music]

[0:50] [music]

[0:57] Hey everybody. What's up? What's up?

[0:59] What is up? I don't know. Can y'all hear me?

[1:04] If you can Can y'all hear me? Put a one in the chat if y'all can hear me. Hey Sarah, can you hear me? I hope y'all can hear me.

[1:14] Uh, front camera. Okay, there we go. Can y'all hear me? I'm just leaving court.

[1:24] Oh, okay y'all. I won. Okay. Period. Yeah.

[1:32] I won. Yes, I won. Hey, M. Good.

[1:39] Look, it's a traffic jam, but I won.

[1:47] Okay, girl. I can't even see it.

[1:58] Ah, thank you. I appreciate that. Yes, I won y'all. She lost.

[2:08] Period.

[2:10] Okay, that's what I wanted to go live and let you guys know that.

[2:18] Okay, I was supposed to for punitive damages.

[2:22] I was supposed to ask her in advance to remove it and I didn't do that. I didn't

[2:31] ask her in advance to remove it so I couldn't get punitive. Hey, period. Thank you.

[2:40] Thank you. I appreciate that. Thank you. Thank you.

[2:46] You can't keep Yes, she lost.

[2:53] It is what it is. She should have showed up.

[3:04] She should have showed up. Thank you. I appreciate that. I do.

[3:13] I do. Let me turn this off.

[3:21] Thank you.

[3:24] The whole sector was I know I just got out of court. Look, I'm just leaving that. Look. Bridge to Canada. There go Canada. Hey, Maggie. Bridge to Canada.

[3:34] [laughter]

[3:36] Okay. I know. I'm just leaving court. I was like, I know y'all waiting. Look, I'm courteous. I knew y'all was waiting.

[3:45] That's why I was like, "Let me hurry my ass up and get." And I had to do I'm doing this [ __ ] from my cell phone.

[3:53] I am doing this from my cell phone. I need to get over.

[4:01] Yes, I am doing this from my cell phone. I need to get over.

[4:07] [ __ ]

[4:10] Pull up, [ __ ] Pull up. Pull up. Let me over.

[4:19] Yeah. So, let me read some of these comments.

[4:28] Thank you.

[4:31] I'm getting hot in here, y'all. And I'm turning on the uh Let me turn on the air.

[4:40] Yes, I was there, y'all. I was there.

[4:44] Pimpst strip pants. Y'all see [laughter] quarter tire. Look. Quarter tire.

[4:52] I was there today waiting and ready.

[5:04] [laughter]

[5:07] Yes. Now, here's the thing.

[5:11] Kim love didn't win 300,000 only 10,000

[5:18] only 10,000 so we know she in this live listening you only got to pay 10,000 but guess what we still get to know your

[5:26] identity home girl okay [laughter] we still get to know who you her.

[5:42] That was long, too, y'all. It started at 3:00 on the nose and I'm just getting out of there.

[5:51] Jesus.

[5:55] Just getting out of there, y'all. I wish I could just prop this damn phone up.

[6:08] Need to turn this damn air up. There we go. Hey, little zoo.

[6:19] Period. Just give me my money. No.

[6:22] [laughter]

[6:24] Yes, y'all. Yes.

[6:27] 10,000. that I mean, you know, it ain't no 300,000, but it is what it is. You

[6:34] know, it is what it is. I uh because I was supposed to tell her to remove it or some [ __ ]

[6:43] and the judge was like uh what else she say?

[6:48] She was real cool. She was real cool, you know. She was cool as [ __ ]

[6:55] But um yeah, vacation funds. No, BBL funds. You think

[7:03] I'm playing? I need to get rid of some of this damn gut, honey. Uhuh. Get rid of that.

[7:11] That's BBL fun. Let's put it right here. Period.

[7:19] If you know, you know. Yeah.

[7:28] Period. I'm taking my ass to Miami.

[7:33] [laughter]

[7:34] That part.

[7:36] Yep. They need to snatch this them four kids and four grandkids.

[7:47] A thank you. A thank you y'all. Y'all know I don't never cam up.

[7:53] I don't cam up no more. Not till I get to my goal. Look at this freeway, y'all.

[8:00] Wait, we need to clean the window, son.

[8:08] Nah, bro. I'm trying to get over. Here we go. Let me get on over.

[8:21] Yeah. Let me see. I need somebody up here.

[8:27] A Thank you. I appreciate that.

[8:33] Honey, I want my BBL.

[8:37] I'm Wait till I get it. If you think I look decent now, wait till I get it.

[8:43] [laughter]

[8:45] And I'm serious. I want to be a bad baby.

[8:52] It's too much toning up to do. Too much work when you can, you know, have a little nick nip and tug like a little light low key uh mommy mommy makeover.

[9:03] Wait, I can't read that. Was Danny No, Danny didn't show up.

[9:13] She didn't show up. She didn't show up at all.

[9:37] Uhuh. Yes, y'all. I'm happy though. For the most part, I'm tired.

[9:47] Um, as far as some other stuff, I'm just happy I got my little couple of dollars.

[9:54] That's all I'm happy about. Look at the freeway over there, y'all.

[10:01] I'm just happy I got my little couple of dollars and she gonna have to pay me tomorrow. I'm filing my motion for discovery. So, we about to definitely know who you are, girlfriend.

[10:11] That part right there.

[10:14] Maybe if you write the check quick, we don't give a damn. I don't know.

[10:18] [laughter]

[10:20] Maybe if you write that check quick, you ain't got to go through all that discovery and all of that stuff.

[10:26] [laughter]

[10:28] That'll be the best move.

[10:31] Thank you. Yeah, that'll be the best move.

[10:38] Y'all look, I had my little laptop.

[10:41] Y'all see? Look, I had everything. took everything, files and everything. I was prepared.

[10:47] I got nervous. I'm like, "Oh, Lord." Not to judge, but she was so nice and sweet.

[10:56] She was nice and sweet. I haven't eaten anything today.

[11:06] So, we have to figure out what we going to eat. I wish I could prop the phone up here while I'm driving

[11:17] or something like that.

[11:22] But um I was like real nervous. I Oh, y'all probably I hope y'all can hear me since I done propped the phone up.

[11:33] But I was uh I was kind of nervous. So, I ain't know how that was go how it was going to go or whatever.

[11:41] Yeah, I know. I'm careful. I'm almost home, y'all. I am almost home.

[11:51] But, uh, something better than nothing.

[11:55] And like she said, until you get a judgment,

[12:02] I got one, [ __ ] [laughter] Okay.

[12:08] So, I did win. Like I said, it might not have been all the damn money, all the funds, but I won against you, [ __ ] Please believe it.

[12:23] Please believe it. I won against you.

[12:30] [ __ ]

[12:33] What am I gonna eat?

[12:36] Oh, that's what I should do. I wish I brought my charger cuz then I could have went and sat down and had some

[12:47] Yes, y'all. I'm so happy. We winning over here in the den. Okay. Period.

[12:57] We winning in the D. So, what y'all got to do? know what y'all got to do in advance for punitive damages. You have

[13:04] to be reach out to the person and tell them to take it down. I didn't do that.

[13:10] So, you know, I didn't do that.

[13:17] So, look, old Auntie Kimmy [ __ ] up with that one cuz I ain't do it. But it is

[13:27] what it is. We winners over here in the D. I told y'all and if she f up again, she gonna get it again.

[13:39] So, with that being said, y'all, I'm on my way to the cut

[13:47] and I just want y'all to know that I love y'all and y'all don't have to take being bullied from from no damn body, okay?

[13:59] I probably got that. But uh she once I get my uh if I go register my copyright,

[14:06] which I'm going to do later on tonight, then we going to bring it back.

[14:13] So, but I want y'all to know that I love y'all and I'm sorry that I can't read all the comments, but I just want y'all to know that Kimmy won. And I'm out.

[14:25] Peace.

# APRIL 14, 2026, I WON PART 2 LIVE

[0:17] Why you waste?

[0:19] Thank you for the cash apps. Thank you for the super stickers. You're making me feel so special.

[0:26] Waiting for my downfall that you never see. I know you sitting there wishing

[0:33] that you was

[0:56] Hey y'all. Hey Brick City. What's up? What's up? And what is up?

[1:05] Okay, so check out this. Check this out, y'all.

[1:11] Check this out. Now, here's the catch 22, right? Thank you.

[1:17] Thank you. Winner winner chicken. that part right there.

[1:26] Period. Please make sure y'all hit that like for your girl. Here's the thing. Here's the catch 22, y'all.

[1:34] Now, if I'mma let a couple of more people come on in here before I say this.

[1:42] Y'all make sure y'all get on up in here.

[1:44] She has so much to say. Thank you. Look, now I can see the comments. Wait, let me get my bag so I can get my glasses off.

[2:01] Okay, where's my little cleaner? Oh, here it is.

[2:08] Yeah, y'all make sure y'all hit that like coming in. Hey, Ariel Summers. Okay, so here's the thing.

[2:18] Now, if she calls herself trying to to fight it, fight the

[2:26] judgment, I can find out who she is.

[2:32] That's where discovery and all of that is going to come to play.

[2:38] That's where all of that's going to come into play at. If she Thank you, Magie.

[2:45] I'm only gonna be live for a few minutes on here, baby. Then you can get ready to go live. Period. So, here's the thing.

[2:52] This is what I want to say. Wait, let me just in case, let me copy. Okay.

[3:00] Hey, Simply DJ.

[3:04] Yeah, y'all make sure y'all hit that like. Period. Show your damn house some love.

[3:11] Okay. So, discovery is once once I um

[3:18] once um you know once this a judgment set into place. So, I need y'all to listen very closely because if you

[3:26] listen to her, you going to be misguided. I'm trying to tell y'all. So, this is what that is.

[3:32] Is once they get once they issue a judgment, then I get to go after my money. You

[3:40] know what I mean? I get to file a motion, you know, so I can find out and subpoena the banks and all of that kind of [ __ ] and subpoena Google AdSense.

[3:52] Now, here's the thing.

[3:56] If she pay before that, like say for instance she just cash it on out and say let let me get this [ __ ]

[4:03] the $10,000 then I I how they ain't going to give me the information cuz she done satisfied the judgment.

[4:11] You get what I'm saying? I hope y'all understand what I mean.

[4:16] What I'm saying is if she pay the court or have somebody else to pay the court or whatever, then I won't find out who

[4:25] she is because what am I getting a motion to compel what for? You get what I'm saying? Because she already paid so

[4:33] they ain't going to give me her information. If she's smart, she'll pay that bread.

[4:39] It's called chess, not checkers.

[4:43] So either which way if she try to fight it then that you damn right.

[4:53] You damn right. You damn right. Hey Magic.

[5:01] Congratulations. Thank you. I'm so happy.

[5:08] And all I have to say is that you know our [ __ ] She's stupid.

[5:13] If she's stupid, if she try to not just cough up that money and give up that money, I get to find out everything

[5:20] about her in But she's stupid. She's stupid.

[5:25] But if she cough it up, then the court is going to deny the uh the discovery because why? Why? What do you need to

[5:32] discover? She already paid. You get what I'm saying? So either which ways, but if she try to fight the money, I'm gonna find definitely find out who she is.

[5:43] She will fight the money.

[5:45] Well, if she fight it, then it is what it is. Let's go. Then everybody will see on the record who she is.

[5:51] That's who she is. She's an insane individual. Yeah. I hope she try to fight it.

[5:58] I know that would be hilarious. But I'm ready to take a bet. I'm ready to put money that she gonna fight it.

[6:06] Oh, if she fights it at all.

[6:11] If she paid attent if she pay it right away because the judgment is in today.

[6:16] If she pay it right away, neutral sub, then I won't find out who she is.

[6:24] I won't find out [ __ ] I won't know nothing because I, you know, if I try to subpoena Google, they gonna say she already satisfied the judgment.

[6:33] Exactly.

[6:35] No, we're going to find out worst case scenarios by by Teddy.

[6:40] Oh, right. Then then you would have to then everybody would have to wait to take See, if she pay right away,

[6:47] then I won't know who she is. Y'all will have to wait to Teddy. She got a fighting chance.

[6:52] But she's too anonymous. Yeah, but she's stupid.

[6:56] The best thing she can do is just try to fight it because tomorrow, look, tomorrow I'm going down. So she Look,

[7:03] she only got a couple of days cuz tomorrow I'm going to the corpse. What do you think she's gonna do?

[7:12] Well, I if she Well, we already know that she ain't the brightest.

[7:16] Exactly. I'm like, think about the person you have been fighting with.

[7:20] I don't know. just to shut it down and so she can stay anonymous.

[7:25] I will pay but she's g like you said she might try to fight.

[7:34] So I don't know.

[7:36] I don't know. I already knew I was going to win. Like I was telling everybody, it's easy. But I by me not inboxing her,

[7:44] telling her take my info down and all of that kind of [ __ ] I couldn't get punitive damages.

[7:52] It's okay. What matters is that you [ __ ] won. I know. I know. She kept on acting as if nobody won.

[8:01] Nobody won. Nobody won. I cannot be found. Blah blah blah blah blah blah blah blah blah.

[8:07] Yes, you can. You can now now that I have that open the float gate.

[8:14] Yeah, it did.

[8:16] Yeah, because even if she's anonymous, people can find can take her money.

[8:22] Yeah, that's what it means. What you say?

[8:27] All that anony anonymity did what for you, baby? Exactly.

[8:33] It did what for you, stupid [ __ ] Oh, look. Because once how how she didn't show up. Did she have

[8:42] an attorney to represent her? No, she didn't.

[8:45] No, she didn't show show up. She had that stupid thing where I cannot afford to blah blah blah blah blah.

[8:55] Like she was crying because she was so poor and she had no money.

[8:59] And like I told the judge, I'm not trying to rob her or no [ __ ] like that, you know? I just want No. Yeah. And and I would have took an apology. It ain't about the money.

[9:11] But now Yeah, she forfeited it. Yeah, she did.

[9:15] Exactly. Because you winning that judgment is an apology in itself. Yeah.

[9:20] The money is just you getting a little bonus on top of it. Yeah. A little BBL.

[9:27] Exactly. Or a little vacation. Yeah. Like one week in paradise.

[9:35] Yeah. Yeah, I know.

[9:42] Before we are all on the live. Come on.

[9:45] It is time where the time the life is still there. It But again, that's the thing.

[9:54] Oh, no. She didn't show up because she's Danny Robertson. Of course, she didn't show up.

[9:59] She probably would have had a fighting chance if she would have showed up, obviously. But she's Danny Robertson

[10:07] like girl if you would.

[10:10] But it is what it is. If she again if she pays it is what it is. Thank you. 62.

[10:19] There you go. Here's the thing.

[10:23] Tomorrow I'm going down and the amount of time is probably going to take about a week for me to know exactly who she is. Mhm.

[10:33] About seven days. I'll know who she is. That's going to be hilarious.

[10:40] Thank you. It was It was a long process.

[10:43] Yeah. It's because y'all was like, "Don't give up, Kimmy. Don't give up.

[10:47] Stay with it. Stay with it." Well, the first time I just let it go. I'm like, "This is just a warning. Leave me

[10:54] the hell alone. Gone on about blah blah blah." But I mean, just the fact of the matter is you lost.

[11:04] Exactly.

[11:05] She didn't win. [ __ ] She lost. And she Mhm. She lost.

[11:14] Even though she did 1,000 trick, tried to discourage you, make it seem like you were stupid, did a whole campaign against you. Here you [ __ ] stand.

[11:26] Yeah. facts.

[11:30] No, man. Like, what the hell? This is awesome.

[11:35] Yeah, it is. It was Oh, it was long in common. I'm so happy that this [ __ ] is over with. There you go.

[11:43] I am. You just August 2024. This is damn near August 2026.

[11:50] Yo, finally no waking up with the 50 page or 100 page of that [ __ ] to listen

[11:58] to to to read. Oh my god. Joy, I won, Angie.

[12:05] Yeah, yeah, baby. I mean, I won. Yes, you [ __ ] won.

[12:12] We gonna know. I mean, again, I didn't win $300,000 or that was an insane amount and could have

[12:20] been attained if you had done the thing or at least like a little more, but it was an insane amount. So, that's

[12:29] She said that I can get the copyright and bring it back to her, but I'm not gonna do all of that. I'm just No, you're tired.

[12:37] Yeah, you're tired. She's annoying. It depends on how she move.

[12:44] Listen, because I know what how she is.

[12:48] I know she ain't going to pay and I know it's going to, you know, but I hope that common sense will suddenly knock on her head and that she just pays.

[13:00] No, she's not gonna do it because if she do it, that would be the common sense to do, you know. Thank you.

[13:11] Thank you. There you go. A Thank you. Right. Ho ho.

[13:17] Oh, yeah. You got a nice comment. Some money in the bank. Damn.

[13:22] Yeah. And And you won against against a monster. No.

[13:30] No. You won against the monster to show to people she ain't no monster. The law still whoop her ass.

[13:38] Yeah, she's not above the law.

[13:42] YouTube is letting her mess around with the copyright system. She ain't above the law.

[13:48] I'm gonna need I'm trying to figure out did I tell her previously. I'mma go through all my lives

[13:55] and I'm gonna see or I think I did tell her to take it down. See, I don't know.

[14:01] I can always uh Yeah. Yeah. It is what it is. I'm not if you want to if you want to, Kimmy.

[14:09] But like it's okay also to rest.

[14:12] Yeah, I might just let that go. But uh I am gonna find out her identity. I am tomorrow. I'm going to the courts. I'm hopefully she won't pay right away.

[14:24] Hopefully.

[14:25] Then we'll have That's right. But if she pays then, you know, it is what it is.

[14:32] But tomorrow I'm going to go and I'm going to file for discovery and I'm going to handle my business.

[14:39] I'm doing that ASAP before her ass like peace like just peace peace that's what matter.

[14:49] See what I would do I would uh if I was in her position I would leave her ass to the court. See I would pay before her

[14:57] ask and you know and then hurry up and file the paperwork that I paid. So the discovery won't go through. That's if

[15:04] you really want to be anonymous. But But you have common sense.

[15:09] That's right. But I'm gonna hurry up and [ __ ] file that discovery so we can all know.

[15:15] Yeah, but you don't. She doesn't have common sense. This is not part of her, you know, gift.

[15:25] No, no. The judge was just pretty um Oh, yes. the judge. She was very very nice.

[15:34] She had she had a calm disdemeanor, you know, and um

[15:41] she y'all I was fumbling over words and Oh my god. Oh, so cute.

[15:46] Yeah. And I was I had to keep drinking water. Then I had it was long. I didn't after five. It was

[15:56] like damn. But um and I was the only one there. the only one in the courtroom.

[16:01] And then somebody came into the courtroom behind me. I'm like, "Is it Teddy?" I thought it could have been Teddy. But I was like, "No, that's not

[16:10] Teddy." Because when I turned around again, they were gone.

[16:14] But uh yeah. And then I asked them, they said that it was a uh court worker. So I Okay. I was like, "Is she a new?

[16:24] Is this who I think it is?" Hello, lady. Oh my god.

[16:32] I'm so happy for you. Hi. Hi. Congratulations. Thank you, boo.

[16:40] Yes. Gonna turn up forever.

[16:44] Yeah. I'm just happy that it's over. But now, now that that part is over, I can

[16:52] focus on finding out who she really is by filing that paperwork.

[16:58] M and I was going to say too, well, I appreciate that. Thank you.

[17:02] If you ever reported any of her um content for bullying and harassment, I wonder if you can use that as well because form of you damn right.

[17:13] Yep. Cuz that would be a form of request for you to stop harassing me. Oh, I didn't think about that.

[17:22] Love you too, baby. Love you, Magie. You right. I didn't think about that.

[17:29] Yeah, cuz I'm pretty sure you put in like early early on like starting 24 like looking your email, but I'm pretty

[17:36] sure you sent you took down multiple especially like your um arrest video. Um

[17:43] like all those things, but your personal like face on it, not cartoons, but your actual person. I'm pretty sure you

[17:52] flagged those for bullying and harassment and they were removed.

[17:54] I definitely did. I that that was a form of stop it. You damn right it was. I didn't think about that. I'm going to uh

[18:03] I don't know. I I I might just Yes, I did. Actually, Chicago girl, they was just flowing on their own.

[18:10] A I just was as she was talking the judge and she was uh giving the verdict

[18:17] um she was explaining to me I mean, you know, explaining how egregious the [ __ ] was. They was talking, she was talking

[18:25] about her conduct and all of that kind of [ __ ] and I was just like I mean it was just it was like a

[18:32] like it just all rushed me at once like yeah that did happen. That did you know and it was just I'm just happy that it's over. I don't have to mess with her.

[18:42] Just h just leave me alone.

[18:49] You keep that same narrative, Kimmy. You guys got And you have to remember this. You have

[18:56] to remember this. I'm filing criminally against her. Oh, I didn't know that. Oh, yeah. Hey, Cups. Yeah. Period.

[19:07] Yeah. It's Yeah. Oh, yeah. It was just like they were flowing on their own as she was giving the ver and it was long too, y'all.

[19:16] judge talked for like a whole 25 minutes

[19:24] and it was it was crazy. But I'm going after I'm going after Discovery ASAP.

[19:29] I'mma file the [ __ ] tonight so I can hurry up and put it in before she try to pay because if she pay Yeah.

[19:38] Cuz if she pay then I won't know who she is.

[19:45] Yeah, Kami, I know just from being like a viewer, you you've asked her publicly.

[19:51] I'm pretty sure you've copyright struck and also put for bullying, harassment.

[19:56] Um, so I would definitely those are those are notices, especially if they I don't know how YouTube works on the back end, but if they tell her who the

[20:04] notices came from, I'm pretty sure that will suffice.

[20:08] I know. She said, "Show some love on that." I know. That's right. Oh, I know. That's right.

[20:18] Okay. Okay. Let me drop it. There we go. You stated several times.

[20:27] Just leave me alone. Yeah. Oh, yes. That was your slogan.

[20:31] I did. Just leave me alone. I did. Thank you.

[20:36] I did. But see, I don't know, y'all. I'm not trying to rob her. You know what I'm saying?

[20:41] I'm not. it. So, you're not Yeah. I mean, I could have, you know,

[20:49] if the judge if the judge is allowing I don't know if the judge is allowing you leeway to come back with that documentation, take it.

[20:57] She did. She did because I'm pretty sure just from sitting in your audience, I'm pretty

[21:03] sure at least with your um arrest video, I'm pretty sure you put in for for um bullying.

[21:10] Yeah. and privacy. I will look up all your privacy complaints. I had to get the uh the verdict first.

[21:18] You know what I mean? The judgment. I had to get the judgment first before I could implement the rest of the stuff like getting off of YouTube. That kind

[21:25] of stuff. I don't want to talk, you know?

[21:28] Oh, yeah. No, I mean, as far as like if you were wanting to pursue getting the additional um funds, you could just look up in your email all your privacy

[21:37] complaints that were approved, stuff like that.

[21:41] If she won't pay, she's already denied the judge. Oh, facts. But guess what? Again,

[21:49] if she pay, then I won't know her legal name. But if she don't pay, because tonight I'm getting that paperwork

[21:57] together, and once I get that Sarah Sarah, once I get that paperwork together, then I'm going to file it

[22:04] tomorrow. As far as the identity, I'll deal with the other [ __ ] after I get that paperwork together because it's just ah yeah, it's just a lot.

[22:17] Well, you got this, Kimmy. Takes a village and I most of us are on side the side of justice no matter who gets it first or who gets it last, you know.

[22:26] A I really appreciate that, baby. I of course I can definitely amend it. Yeah. Thank

[22:34] you. I could definitely do what I do, but I'm just trying to see it. It's not about It's not about taking all her

[22:42] money. You know what I'm saying? I just I proved my point. But she Listen, Kimmy, if you have the opportunity to be

[22:50] blessed for your stress, take the money, okay?

[22:55] Cuz you listen, what what you went through is not a small feat. Especially when you told that story about your dog, I'm like, dang.

[23:04] Yeah, like she really was on it on it. Like that's sick.

[23:07] I my mind just h but take it easy. I understand. It's like running a marathon and getting to

[23:15] the finish line and they're like, "Oh, if you want to get a special medal, you could go two more miles." It's like, no.

[23:21] Yeah. Don't forget a bad bill is demonetized.

[23:26] Y'all know the cash app. Support your girl can be love. Period.

[23:31] Like, subscribe, and show your girl some love.

[23:34] Hello. And you look real good, Cammy. My dad. Oh, thank you. I appreciate that. Yes.

[23:40] Look, I got bought Look, I bought my daughter Chanel sunglasses. I was like, let me get me some sun. I ain't I don't have any sunglasses. That was cool, you

[23:48] know. So, I was like, got my got sunglasses. I got to return them.

[23:56] Yeah.

[23:58] And then and then it's up and it's stuck. Yeah, I try to keep it real 100%.

[24:03] Y'all, I am tired. I didn't get hardly any sleep last night.

[24:07] A Well, I'm gonna go, but congratulations.

[24:11] I'm pretty sure you'll be sleeping like a baby tonight.

[24:14] You better know it, honey. I appreciate it. Thanks for the love, baby. You're welcome. Have a good evening.

[24:21] Okay, baby. You, too. There you go, Lizo.

[24:30] Y'all, when I tell y'all that tired tired,

[24:39] I'm just ready for this [ __ ] to be over with. She popping. Yeah, that's true.

[24:49] That's true.

[24:51] And I did Why are y'all over here disrespecting Magie like that?

[25:01] That is crazy.

[25:06] But in I'll give it about seven days. We going to know who she is. Exactly who she is.

[25:14] Because I'm definitely filing the [ __ ] tonight. Definitely.

[25:23] It is what it is.

[25:25] And I hope that this is a lesson learned.

[25:29] You can't be going out doxing people and doing [ __ ] like that. You can't be doing that.

[25:37] Y'all make sure y'all run them likes up.

[25:39] We got 151 people in here. Is it all in here?

[25:46] Oh, I I don't Oh, that's because of the other channels, too. Follow it fast.

[25:51] Cammy. Yeah, I am. I'mma do it tomorrow because if I do it tomorrow, but let's just say I do it tomorrow and she pay

[26:00] tomorrow, then I won't find we won't find out. And that's facts.

[26:07] Unless it's another way.

[26:10] But hopefully she'll if hopefully she fight it.

[26:16] Hopefully she fights it.

[26:23] Yes, Teddy got this because it's just the way the judge

[26:30] broke broke it down. Teddy got this and Teddy went through a lot a whole lot of that stuff like you have

[26:39] to prove like um what happened because she did this. Like because she posted this, what happened from that, you know?

[26:48] And you have to prove that [ __ ] So I only prove like because it but damn now I know about the punitive. I got

[26:56] that definitely.

[27:03] I'm trying to wait on Lil Zoo to you coming up Lil Zoo before I end this cuz I'm about ready to be up out of here. I am tired. I'm hungry.

[27:14] I want to finish watching Atlanta Housewives. Housewives of Atlanta. Yeah, I am tired.

[27:21] I want to get me something to eat.

[27:27] I am tired, y'all. For real tired.

[27:35] Yeah, I ain't I didn't eat anything today at all. Let me order me something.

[27:45] I'mma go out and get some. Yeah, I am. I'm really tired, y'all.

[27:55] If she don't get that, right? If she don't get the money up, then I get to know who she is. I hope she don't right away cuz then I get to, you know, go through it to get it.

[28:07] Yeah, I know. But y'all, I am so tired.

[28:12] And this other content creators that want to go live and I'mma let them do what they do.

[28:19] Yeah.

[28:22] So, with that being said, y'all, I'm tired. Big time. I am.

[28:32] I am. Usually, I like to stay a little bit longer, let the little cash ass flow in. I just don't I'm not even feeling it right now, y'all. I'm tired.

[28:41] So, um I tried to wait around a little bit on you, little zoo, but we'll go live uh after I do this

[28:50] discovery tomorrow evening. I love y'all. Y'all take care of y'all. Yeah, I am.

[28:58] Y'all take care of y'all. Thank you. I appreciate it. Thank you. Y'all take care. Peace.