UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY SMITH,

    Plaintiff,

v.

DANIELLE ROBERTSON,

    Defendant.

Case No. 24-12213
Honorable Laurie J. Michelson

**ORDER DENYING DEFENDANT'S MOTION
FOR LEAVE TO FILE A SUPPLEMENT [109]**

The Court has already received excessive briefing regarding the production of Google-related information and its propriety during the stay of execution. Defendant's motion for leave to file a supplement (ECF No. 109) is DENIED.

SO ORDERED.

Dated: July 17, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE